# EXHIBIT 4

## **COPYRIGHT ASSIGNMENT AGREEMENT**

This COPYRIGHT ASSIGNMENT AGREEMENT (this "Agreement") is made and entered into as of the 15th day of November, 2019, by and among Grayhawk Homes, Inc., a Georgia corporation ("Grayhawk"), Homestead Residential Inc., an Alabama corporation ("Homestead"), and GH Services, Inc., a Georgia corporation ("GHS", collectively with Grayhawk and Homestead, "Assignor"), and ASH-Grayhawk, LLC, a Virginia limited liability company ("Assignee").

## RECITALS

A.  Assignor and Assignee are parties to that certain Asset Purchase Agreement, dated as of the date hereof, by and among Assignor, Assignee, and the other parties named therein (the "Purchase Agreement").

B.  Pursuant to the Purchase Agreement, Assignor desires to assign to Assignee, and Assignee desires to acquire from Assignor, all of Assignor's right, title, and interest in and to Assignor's copyrights, copyright applications to register and registrations, works fixed in a tangible medium of expression including, but not limited to, advertising, marketing, packaging, designs, artwork, pictures, sketches, drawings, architectural, building, and engineering designs, drawings, specifications, plans and other project-related information of prior and currently active real estate projects (including house plans for any existing or planned community), script, characters, photographs, manuals, forms, and any and all registrations, renewals, extensions, and restorations of any of the foregoing that consitute Purchased Intellectual Property, including, but not limited to, the copyrights and/or copyright applications identified on **Schedule 1** attached hereto (collectively, the "Copyrights").

C.  Capitalized terms used but not otherwise defined in this Agreement shall have the meanings given to them in the Purchase Agreement.

## AGREEMENT

**NOW, THEREFORE**, in consideration of the foregoing premises and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor and Assignee hereby agree as follows:

1.  <u>Assignment</u>.  Assignor hereby sells, assigns, conveys, and transfers to Assignee, and Assignee hereby purchases, acquires, accepts, and assumes from Assignor, all worldwide right, title, and interest in, to, and under all Copyrights, whether registered or unregistered, and all elements thereof, including, without limitation, any and all derivative works of any of the foregoing and all privileges and goodwill associated with the Copyrights, together with all now or hereafter existing rights of every kind and character whatsoever throughout the world pertaining to the Copyrights, and all rights of Assignor to police, monitor, and enforce said Copyrights against any and all past and current infringement (including, without limitation, the right to sue for and collect damages caused by any such infringement), whether arising prior to or subsequent to the date hereof, the same to be held and enjoyed by Assignee, its successors and assigns from

and after the date of this Agreement as fully and entirely as the same would have been held and enjoyed by Assignor had this Agreement not been made.

2. <u>Authorization</u>. Assignor hereby authorizes the United States Register of Copyrights (and the equivalent authority in foreign copyright offices, as applicable) to record this Agreement and transfer the Copyrights and any Copyright applications to Assignee as assignee of the entire right, title, and interest therein or otherwise as Assignee may direct, in accordance with this instrument of assignment.

3. <u>Governing Agreement</u>. This Agreement is executed and delivered pursuant to the terms and conditions of the Purchase Agreement. In the event of an irreconcilable conflict between the terms and provisions of this Agreement and any term or provision of the Purchase Agreement, the conflicting term or provision of the Purchase Agreement shall govern and control to the extent of such conflict. Nothing contained in this Agreement shall alter, extend, diminish, or amplify any of the representations, warranties, covenants, or obligations of any Party contained in the Purchase Agreement or the survival thereof.

4. <u>Amendments</u>. This Agreement may not be amended or modified except by an instrument in writing signed by Assignor and Assignee, or their respective successors and assigns.

5. <u>Further Assurances</u>. From and after the date hereof but subject to the terms and conditions herein, Assignor and Assignee shall do all such acts and execute all such further documents and instruments as may be reasonably required to memorialize and make effective the transactions contemplated hereby.

6. <u>Governing Law</u>. This Agreement and all disputes, claims, or controversies relating to, directly or indirectly arising out of (whether sounding in contract, tort or statute), caused by, resulting from, or in connection with this Agreement shall be governed by and construed in accordance with the internal laws of the State of Georgia, including its statute of limitations, without regard to the laws of any other jurisdiction that might be applied because of the conflicts of law rules of the State of Georgia or any other jurisdiction.

7. <u>Counterparts</u>. This Agreement may be executed in two or more original, facsimile, or electronic counterparts, each of which will be deemed an original, and all of which when taken together will constitute one and the same instrument.

8. <u>Third Parties</u>. Nothing in this Agreement is intended to confer any rights or remedies, whether express or implied, on any third parties other than Assignor and Assignee and their respective successors and permitted assigns.

9. <u>Successors and Assigns</u>. The provisions of this Agreement shall be binding upon and inure to the benefit of each of Assignor and Assignee and their respective successors and assigns.

[*Signature Pages Follow*]

IN WITNESS WHEREOF, the parties hereto have caused this Copyright Assignment Agreement to be executed as of the date first set forth above.

**ASSIGNOR**:

**Grayhawk Homes, Inc.**

By: _____
Name:  David B. Erickson
Title:  President


STATE OF  Georgia

COUNTY OF  Muscogee

On the 15 day of November in the year 2019, before me personally came David B. Erickson to me known, who, being by me duly sworn, did depose and say that he is the President of Grayhawk Homes, Inc., the corporation described in and which executed the above instrument; and that he signed his name thereto by authority of the board of directors of said corporation.


_____
Notary Public

Print Name: Deanna T Fowler

My Commission Expires: _____

[Notary Seal: DEANNA T. FOWLER, My Commission Expires, NOTARY PUBLIC, 10-15-2020, MUSCOGEE COUNTY, GEORGIA]

Signature Page - 1          Copyright Assignment Agreement

**ASSIGNOR**:

**Homestead Residential Inc.**

By: _____
Name:  David B. Erickson
Title:   President


STATE OF Georgia

COUNTY OF Muscogee

On the 15 day of November in the year 2019, before me personally came David B. Erickson to me known, who, being by me duly sworn, did depose and say that he is the President of Homestead Residential Inc., the corporation described in and which executed the above instrument; and that he signed his name thereto by authority of the board of directors of said corporation.


_____
Notary Public

Print Name: Deanna T Fowler

My Commission Expires:

_____

**ASSIGNOR**:

**GH Services, Inc.**

By: _____
Name: David B. Erickson
Title: President


STATE OF  Georgia

COUNTY OF  Muscogee

On the  15  day of November in the year 2019, before me personally came David B. Erickson to me known, who, being by me duly sworn, did depose and say that he is the President of GH Services, Inc., the corporation described in and which executed the above instrument; and that he signed his name thereto by authority of the board of directors of said corporation.


_____
Notary Public

Print Name:  Deanna T Fowler

My Commission Expires:
_____

[Notary Seal: DEANNA T. FOWLER, My Commission Expires 10-15-2020, NOTARY PUBLIC, MUSCOGEE COUNTY, GEORGIA]

Signature Page - 3                           Copyright Assignment Agreement

**ASSIGNEE**:

ASH-Grayhawk, LLC

By: _____
Name: Gregory Benson
Title:   Chief Executive Officer


STATE OF Georgia

COUNTY OF Muscogee

On this 15 day of November in the year 2019, before me, a Notary Public, in and for said state, personally appeared Gregory Benson, the Chief Executive Officer of ASH-Grayhawk, LLC, known to me to be the person who executed the within Copyright Assignment Agreement, on behalf of said company and acknowledged to me that he executed the same for the purposes therein stated.

Deanna J. Fowler
_____
Notary Public

Print Name: Deanna T Fowler

My commission expires: _____

Signature Page - 4               Copyright Assignment Agreement

## SCHEDULE 1

## Copyrights and Copyright Applications

**Registered Copyrights**:

| Copyright Name | Filing Number | Registration Number |
|---|---|---|
| Aberdeen | 1-7978549797 | VA0001660892 |
| Alder | 1-7979238398 | VAu1-371-080 |
| Arbor | 1-7979238498 | VAu1-371-305 |
| Ashton | 1-7979238722 | VAu1-371-080 |
| Aspen | 1-7979238873 | Vau1-371-303 |
| Bailey | 1-797239110 | VAu1-371-375 |
| Bailey | | VAu001117485 |
| Bartlett | 1-7979270259 | Vau1-371-309 |
| Baywood | 1-7979270350 | Vau1-371-310 |
| Bedford | 1-7979270410 | VAu1-371-493 |
| Bedford | | VA0001660889 |
| Big Creek - Elevation C | 1-7979270470 | VAu001027112 |
| Birch | 1-7979270568 | VAu1-371-311 |
| Bonsai | 1-8015655082 | |
| Boston | 1-7979270658 | VAu1-371-313 |
| Boston II | 1-8015655120 | |
| Bradford | | VA0001660135 |
| Brentwood | 1-7979270715 | VAu1-371-321 |
| Brighton - Elevation A; Brighton - Elevation B; Brighton - Elevation C; Brighton - Elevation D | | VAu001027006 |
| Buckeye | 1-7979270755 | VAu1-371-316 |
| Cambridge | | VA0001669270 |
| Canterbury | | VAu001027029 |
| Canterbury | | VAu001027028 |
| Carolina - Elevation C | | VAu001033819 |
| Carolina with Bonus - Elevation C | | VAu001027014 |
| Cardinal | 1-8018789622 | |
| Charleston | 1-7979270794 | VAu1-371-502 |
| Chestnut | 1-7979270833 | VAu1-371-504 |
| Coventry | 1-7979270872 | VAu1-371-635 |
| Derby | 1-7979270951 | VA0001660121 |

| Copyright Name | Filing Number | Registration Number |
|---|---|---|
| Derby II | 1-8015655179 | |
| Devon | 1-7979271029 | VA0001660885 |
| Devon II | 1-8015655218 | |
| Dudley | 1-8015759317 | |
| Elmwood | 1-7979271066 | VAu1-371-515 |
| Exeter - Elevation D | | VAu001026994 |
| Gable - Elevation C Gable - Elevation D Gable - Elevation E Gable - Elevation F Gable - Elevation G Gable - Elevation H | | VAu001027115 |
| Grayrock - Elevation C Grayrock - Elevation D Grayrock - Elevation E Grayrock - Elevation F Grayrock - Elevation G Grayrock - Elevation H. | | VAu001026223 |
| Grouse | 1-8018789795 | |
| Grouse | 1-8018789795 | |
| Hampton | 1-7987368422 | VAu1-371-888 |
| Hampton - Elevation D | | VAu001027113 |
| Harrisburg | | |
| Hawthorne | 1-7987368461 | VAu1-371-748 |
| Hazlenut | 1-8015759364 | |
| Holley Brooke | 1-8015759401 | |
| Jasmine | 1-79787368501 | VAu001371738 |
| Kent | | VA0001660891 |
| Kingsbridge - Elevation E | | VAu001059723 |
| Kingsbridge - Elevation H | | VAu001058193 |
| Kodiak | 1-7987368540 | VAu1-371-722 |
| Laurel | 1-7987368580 | VAu1-371-752 |
| Longleaf | 1-7987368620 | VAu1-371-701 |
| Manchester | | VA0001660132 |
| Magnolia | 1-8015759490 | |
| Maryland | 1-7987368659 | VAu1-371-711 |
| Meade | 1-015759529 | |
| Meadow Creek | 1-7987368810 | VAu1-371-891 |
| Meadow Creek | | VAu001027024 |
| Mimoda | 1-8015759568 | |
| Montana | 1-7987368849 | VAu1-371-717 |
| Montrose | | VA0001669347 |

Schedule 1

| Copyright Name | Filing Number | Registration Number |
|---|---|---|
| Myrtle | | |
| Nottingham | 1-7987368889 | VAu1-371-894 |
| Nottingham | | VAu001054668 |
| Olive | 1-8015759607 | |
| Orile | 1-8018789924 | |
| Oriole | 1-8018789924 | |
| Osprey | 1-8018790023 | |
| Osprey | 1-8018790023 | |
| Oxford | | VA0001660306 |
| Poplar | 1-7987368928 | VAu1-371-720 |
| Prescott | | VA0001660126 |
| River Oak | 1-7987368967 | VAu1-371-718 |
| Rockwood - Elevation C | | VAu001026996 |
| Sandhurst | 1-7987369006 | VAu1-371-897 |
| Sandhurst | | VA0001660130 |
| Sandpiper | 1-8018790163 | |
| Sandpiper | 1-8018790163 | |
| Santa Fe - Elevation C | | VAu001026999 |
| Sequoia - Elevation C | | VAu001027001 |
| Silverado - Elevation C | | VAu001027011 |
| Somerset | | VA0001669096 |
| Spruce | 1-7987369043 | VAu1-371-759 |
| St. Ives | | VA0001669353 |
| Stratford - Elevation H | | VAu001059720 |
| Sycamore | 1-7987369082 | Vau1-371-683 |
| Timberline | 1-8015759656 | |
| Truett | 1-7987369121 | VAu1-371-756 |
| Virginia - Elevation C | | VAu001026995 |
| Wakefield | | VAu001117482 |
| Walnt | 1-8015759693 | |
| Warbler | 1-8018790241 | |
| Warbler | 1-8018790241 | |
| Wellington | 1-7987369160 | VAu1-371-734 |
| Willow | 1-7987369199 | Vau1-371-700 |
| Windsor | | VA0001660843 |
| Wren | 1-8018815420 | |
| Wren | 1-8018815420 | |

| Copyright Name | Filing Number | Registration Number |
|---|---|---|
| York - Elevation A; York - Elevation B; York - Elevation C; York - Elevation D; York - Elevation E; York - Elevation F | | VAu001027016 |

**Unregistered Copyrights**:

None.