# EXHIBIT 7

| Area Calculations | | |
|---|---|---|
| CRAFTSMAN ELEVATION | | |
| MAIN LEVEL | 1383 | SF |
| UPPER LEVEL | 1382 | SF |
| TOTAL HTD | 2765 | SF |
| | | |
| GARAGE | 440 | SF |
| FRONT COVERED PORCH | 70 | SF |
| REAR COVERED PORCH | 0 | SF |
| TOTAL UNDER ROOF | 3275 | SF |
| | | |
| REAR PATIO | 117 | SF |
| IMPERVIOUS | 2020 | SF |



## DETAIL SHEET REFERENCE

| DETAIL DESCRIPTION | DETAIL SHEET |
|---|---|
| ELECTRIC WATER HEATER PLATFORM | MD-1.2 |
| 9FT JUDGE'S PANELS (GHH STYLE) | IT-5.41 |
| 8IN POP-UP CEILING | IT-4.10 |
| 12IN POP-UP CEILING | IT-4.11 |
| 7.5IN SINGLE LEVEL ISLAND (STANDARD) | IK-1.1 |
| DWO ARCH W/ OPENING HEIGHT COLUMNS | IT-3.3 |
| DWO ARCH | IT-3.1 |
| | |
| CUBBY OPTION (OWNER'S ENTRY OPTION) | IM-1.0 & IM-1.1 |
| | |
| | |
| | |

THE ABOVE DETAIL SHEETS ARE REFERENCED IN THIS DOCUMENT SET.
SUB-CONTRACTORS ARE TO BE PROVIDED THE SHEETS APPROPRIATE TO THEIR
TRADE.





FRONT ELEVATION

REAR ELEVATION

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, or used in any manner without the written consent of Grayhawk Homes. Prorities shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes' written consent.

GRAYHAWK HOMES, INC.
2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P. 706.568.3779  F. 706.568.7565

## SYCAMORE
### ELEVATIONS
Lot & Development
Address
CITYSTATEZIP

| Issue | 2019-02-12 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

# 1C
--- 
---



RIGHT ELEVATION

Labels on right elevation:
- 10/12
- CRV
- 12/8
- 12/8
- CRV
- 10/12
- FIBERGLASS SHINGLES
- CEILING HEIGHT
- HEADER HEIGHT
- 4N FASCIA
- 6N FRIEZE
- 4N CORNER BOARDS
- HORIZONTAL SIDING
- FIBERGLASS SHINGLES
- 10/12
- CLR
- 7'-4" HDR
- CRV
- CRV
- 5/12
- 5/12
- FIBERGLASS SHINGLES
- FIBERGLASS SHINGLES
- UPPER LEVEL SUB FLOOR
- CEILING HEIGHT
- 1X TRIM BAND
- HEADER HEIGHT
- BRICK FACADE AT FRONT ELEVATION
- PRE-MANUFACTURED TAPERED COLUMN ON BRICK BASE
- MAIN LEVEL SUB FLOOR



LEFT ELEVATION

Labels on left elevation:
- CONTINUOUS RIDGE VENT
- 10/12
- 8/12
- 12/8
- CRV
- 10/12
- CRV
- FIBERGLASS SHINGLES
- 6N FASCIA
- 6N FRIEZE
- CEILING HEIGHT
- HEADER HEIGHT
- 4N CORNER BOARDS
- FIBERGLASS SHINGLES
- 10/12
- CONTINUOUS RIDGE VENT
- 5/12
- FIBERGLASS SHINGLES
- 1X TRIM BAND
- UPPER LEVEL SUB FLOOR
- CEILING HEIGHT
- FIBERGLASS SHINGLES
- HEADER HEIGHT
- BRICK FINISH
- HORIZONTAL SIDING
- PRE-MANUFACTURED TAPERED COLUMN ON BRICK BASE
- MAIN LEVEL SUB FLOOR

GRAYHAWK
HOMES, INC.
2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Parcities shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes' written consent.

SYCAMORE
ELEVATIONS
Lot & Development
Address
CITYSTATEZIP

| Issue | 2019-02-12 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

2C
---
---





FOUNDATION DETAILS

SCALE: 1/4" = 1'-0"

FOUNDATION PLAN

---

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes written consent.

GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

SYCAMORE
FOUNDATION

Lot & Development
Address
CITYSTATEZIP

| Issue | 2019-02-12 |
| --- | --- |
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

3C
---
---

| Area Calculations | | |
|---|---|---|
| **CRAFTSMAN ELEVATION** | | |
| MAIN LEVEL | 1383 | SF |
| UPPER LEVEL | 1382 | SF |
| TOTAL HTD | 2765 | |
| | | |
| GARAGE | 440 | SF |
| FRONT COVERED PORCH | 70 | SF |
| REAR COVERED PORCH | 0 | SF |
| TOTAL UNDER ROOF | 3275 | SF |
| | | |
| REAR PATIO | 117 | SF |
| IMPERVIOUS | 2020 | SF |



WALL DETAIL



MAIN LEVEL FLOOR PLAN

Copyright©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes written consent.

**GRAYHAWK**
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P. 706.568.3779  F. 706.568.7565

**SYCAMORE**
FLOOR PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2019-02-12 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

4C
---
---

EXECUTIVE
CEILINGS



Copyright ©

GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

SYCAMORE
FLOOR PLAN

Lot & Development
Address
CITYSTATEZIP

| Issue | 2019-02-12 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

5C

---
---

ALL INTERIOR SECOND FLOOR
NON-LOAD BEARING WALLS TO BE
F R A M E D   @   2 4"   O . C .



STAIR DETAIL

UPPER LEVEL FLOOR PLAN

EXECUTIVE
CEILINGS



GABLE TRUSSING DETAIL

BEAM PROFILE



CRAFTSMAN CANOPY DETAIL



ROOF PLAN

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes' written consent.

GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

SYCAMORE
ROOF PLAN

Lot & Development
Address
CITYSTATEZIP

| Issue | 2019-02-12 |
| --- | --- |
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

6C
---
---

## ELECTRICAL SYMBOLS

| | | | |
|---|---|---|---|
| S | SWITCH | ⊞ | RECESSED LIGHT |
| S₃ | 3-WAY SWITCH | | CEILING FAN/LIGHT |
| S₄ | 4-WAY SWITCH | | FLUORESCENT LIGHT |
| ⊕ | 110V OUTLET | | TRACK LIGHT |
| ⊕ | 110V SWITCHED OUTLET | ▽ | TELEPHONE JACK |
| ⊕ | 110V G.F.I. OUTLET | ◁ | CABLE TELEVISION |
| ⊕ | 110V WEATHERPROOF OUTLET | | FOOD DISPOSAL |
| ⊕ | 220V OUTLET | | EXHAUST FAN |
| T | THERMOSTAT | | EXHAUST FAN/LIGHT |
| ◇ | LIGHT | | SMOKE DETECTOR |
| ◇ | PULL CHAIN LIGHT | | WALL FIXTURE |
| ◇ | PORCH LIGHT | | PENDANT LIGHT FIX. |
| ◇ | GAS CONNECTION | PANEL | ELECTRIC PANEL |
| S | SPEAKER | MEDIA | MEDIA PANEL |
| J | JUNCTION BOX (FOR PRE-WIRE) | | WALL FIXTURE INSTALLED AT DOOR HEADER (8-0 AFF.) |

NOTE:
1. ALL ELECTRICAL WORK AND MATERIALS TO BE INSTALLED PER NEC, NFPA, LOCAL STATE AND NATIONAL CODE.
2. ANY ELECTRICAL OUTLET SHOWN ON THE PLANS ARE IN ADDITION TO THE STANDARD OUTLETS REQUIRED BY CODE.



MAIN LEVEL ELECTRICAL PLAN

Copyright©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes written consent.

GRAYHAWK
HOMES, INC.
2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

SYCAMORE
ELECTRICAL PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2019-02-12 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

7C
---
---

EXECUTIVE
CEILINGS

## ELECTRICAL SYMBOLS

| Symbol | Description | Symbol | Description |
|---|---|---|---|
| $ | SWITCH | ▦ | RECESSED LIGHT |
| $ | 3-WAY SWITCH | | CEILING FAN/LIGHT |
| $ | 4-WAY SWITCH | | FLUORESCENT LIGHT |
| ⊕ | 110V OUTLET | | TRACK LIGHT |
| ⊕ | 110V SWITCHED OUTLET | ▽ | TELEPHONE JACK |
| ⊕ | 110V G.F.I. OUTLET | ● | CABLE TELEVISION |
| ⊕ | 110V WEATHERPROOF OUTLET | ⊗ | FOOD DISPOSAL |
| ⊕ | 220V OUTLET | ◆ | EXHAUST FAN |
| Ⓣ | THERMOSTAT | ◆ | EXHAUST FAN/LIGHT |
| ◇ | LIGHT | Ⓢ | SMOKE DETECTOR |
| ◇ | PULL CHAIN LIGHT | | WALL FIXTURE |
| ◇ | PORCH LIGHT | ◎ | PENDANT LIGHT FIX. |
| ◇ | GAS CONNECTION | PANEL | ELECTRIC PANEL |
| Ⓢ | SPEAKER | MEDIA | MEDIA PANEL |
| ◯ | JUNCTION BOX (FOR PRE-WIRE) | | WALL FIXTURE INSTALLED AT DOOR HEADER (8'-0 AFF) |

NOTE:
1. ALL ELECTRICAL WORK AND MATERIALS TO BE INSTALLED PER NEC, NFPA, LOCAL STATE AND NATIONAL CODE.
2. ANY ELECTRICAL OUTLET SHOWN ON THE PLANS ARE IN ADDITION TO THE STANDARD OUTLETS REQUIRED BY CODE.



UPPER LEVEL ELECTRICAL PLAN

Copyright©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, or used in any manner without the written consent of Grayhawk homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes' written consent.

## GRAYHAWK
### H O M E S ,  I N C .
2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

# SYCAMORE
## ELECTRICAL PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2019-02-12 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

## 8C
---
---

EXECUTIVE
CEILINGS

Drawing name .h_2019_SYCAMORE MASTER/Sycamore - MASTER.dwg  SC   Feb 12, 2019  5:56pm



Copyright ©

All drawings and written material expressing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes written consent.

**GRAYHAWK**
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

**SYCAMORE**
**FINISHES PLAN**
Lot & Development
Address
CITYSTATEZIP

| Issue | 2019-02-12 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

**9C**
---
---

MAIN LEVEL FINISHES PLAN

EXECUTIVE
CEILINGS

LEGEND
| TPH | TOILET PAPER HOLDER | TB | TOWEL BAR |
| TR | TOWEL RING | | |

PATIO

6068 SGD

BREAKFAST
VINYL

KITCHEN
VINYL

BEDROOM #5
CARPET

TRADITIONAL SURROUND - CROWN MANTLE

CLOSET

36" HALF-WALL AT ISLAND -SEE IK-10

TUB/SHWR INSERT

FAMILY ROOM
CARPET
BLOCKING @ CORNER TO 7X7 COL. PLASTER

PANTRY

OWNER'S
ENTRY
VINYL

BATH #3
VINYL TPH

RSN VANITY

COAT

DINING ROOM
CARPET

8IN POP-UP CLG 1'-4'10"

WH    WH

FOYER
LVP

2-CAR GARAGE

LIVING ROOM
CARPET

DROPPED BEAM

FLUSH BEAM

SCUTTLE        SCUTTLE

16FT x 7FT GARAGE DOOR

ENTRY PORCH



Copyright©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes' written consent.

**GRAYHAWK** HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

**SYCAMORE**
**FINISHES PLAN**
Lot & Development
Address
CITY,STATE,ZIP

| Issue | 2019-02-12 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

**10C**

LEGEND

| TPH TOILET PAPER HOLDER | TB | TOWEL BAR |
| TR TOWEL RING | | |

UPPER LEVEL FINISHES PLAN

EXECUTIVE CEILINGS

| MASTER PLAN REVISION LOG | | | Elev | Sheet Number | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVS BY | DATE | DESCRIPTION | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | PFLYERS |
| JAB | 2016-10-19 | - REVIEW, PUBLISH & RELEASE<br>- COPYRIGHT STAMP ADDED<br>- WALLS SHADING ADDED<br>- TOWEL BAR & TOILET PAPER HOLDERS ADDED AT BATHS | ALL | X | X | X | X | X | X | X | X | X | X | X |
| JAB | 2016-11-01 | - SHAKES AT VESTIBULE CHANGED TO BOARD & BATTEN (PER TINA)<br>- BOARD & BATTEN ADDED AT LEFT ELEVATION (PER TINA)<br>- DIMENSIONS ADDED AT FOUNDATION<br>- HOSEBIB ADDED AT FRONT (CORRECTION)<br>- DISPOSAL & AIRSWITCH ADDED<br>- FIXTURE & SWITCH ADDED AT OWNER'S SITTING ROOM<br>- ROOM LABEL ADDED AT OWNER'S ENTRY<br>- LOW VOLTAGE ADDED | ALL | X | X | X | X | | | X | X | X | X | X |
| JAB | 2016-11-22 | - MODIFIED BATH #2 LAYOUT REMOVED 6IN WALL) ADDED 4IN FURRED WALL AT WATER HEATER | ALL | | | | | | | | | | | |
| JAB | 2016-11-30 | - TRADITIONAL UPPER LEVEL PLAN PFLYER V.P. FIXED TO CORRECT PLAN | TRAD | | | | | | | | | | | X |
| MFS | 2017-01-05 | - UPDATED WATER HEATER DETAIL<br>- PLAN CORRECTIONS | ALL | X | X | X | X | X | X | X | X | X | X | |
| JAB | 2017-01-06 | - REMOVED WALL SHADING AT OPT. COVERED PORCH IN PFLYER | ALL | | | | | | | | | | | X |
| JAB | 2017-02-13 | - COAT CLOSET DOOR RELOCATED TO FAMILY ROOM<br>- FAMILY ROOM SWITCHING UPDATED TO 4-WAY, ADDITIONAL SWITCH ADDED AT OWNER'S ENTRY<br>- STAIR SECTION ADDED | ALL | | | | X | X | | X | | X | | |
| MFS | 2017-06-21 | - CORRECTED ROOF PLANS<br>- ADDED 3FT JUDGES PANELS IN DINING<br>- REMOVED CABLE IN BEDROOM #5<br>- REMOVED FLOORING BREAK AT LAUNDRY | ALL | | | | X | | X | X | | | | |
| MFS | 2017-08-03 | - UPDATED WATER HEATER, GARAGE, PLUMBING FIXTURES AND COLUMNS<br>- REMOVED FLOOR DRAIN IN LAUNDRY<br>- UPDATED COPYRIGHT STAMP<br>- ADDED BUBBLE OPTIONS | ALL | X | X | X | X | X | X | X | X | X | X | |
| JAB | 2017-09-05 | - CORRECTED 2-WALL ALCOVE INSTALLATION DEPTH FOR TUB/SHWR UNITS<br>- CORRECTED WALLS TO ELIMINATE 2" STRAY DIMENSION | ALL | X | X | X | X | X | X | X | X | X | X | |
| JAB | 2017-10-26 | - COAT CLOSET DOOR REDUCED TO 2468 AND CHANGED TO 5IN OFFSET TO RESOLVE A TRIM ISSUE AT THE COLUMN CAPITAL<br>- ARCHWAY DETAIL SHEET REFERENCES ADDED<br>- DWO @ BEDROOM VESTIBULE CHANGED TO ARCHED DWO IT-31 TO MATCH REMAINING OPENINGS | ALL | | | | X | | | X | | X | | |
| JAB | | - TITLEBLOCKS UPDATED<br>- CORNER CHECK DIMENSIONS ADDED AT FOUNDATIONS | ALL | | | X | | | | | | | | |
| JAB | 2017-12-05 | - MOVED WINDOW AT BEDROOM #4 IN REAR ELEVATION TO CORRECT HEADER HEIGHT.<br>- EXTENDED MAX HEADER NOTE TO FOYER WINDOW AT FRONT ELEVATION<br>- CHANGED HALF-WALL AT CABINETS TO 30" PER KHOLLEY | ALL | X | | | X | | | | | X | | |
| JAB | 2017-12-14 | - CRAFTSMAN CANOPY DETAILS UPDATED PER ASSEMBLY CHANGE BY SWASDIN<br>- GARAGE DOOR GRAPHICS UPDATED AT ELEVATION PER CHANGES BY SWASDIN<br>- JUDGE'S PANEL DETAIL REFERENCE UPDATED TO IT-641 PER J.CRABBE<br>- CORNER CHECK DIMENSIONS ADDED AT FNDN PLANS KHOLLEY<br>- BEAM LOCATIONS DIMENSIONED TO WALL FACES AT ROOF PLAN<br>- ADDITIONAL WATER HEATER ADDED TO MEET CODE REQUIREMENTS. | | | X | | X | X | X | X | X | X | X | |
| JAB | 2018-01-02 | - JUDGES PANEL REFERENCE UPDATED IN DETAIL REFERENCE TABLE | ALL | X | | | | | | | | | | |
| CAM | 2018-04-03 | - REMOVED FLUSH HEARTH FROM ALL PLANS & OPTIONS<br>- ADDED CUBBY OPTION IN DETAIL REFERENCE TABLE<br>- ADDED MISSING/FIXED ROOF TEXT W ALL ELEVATIONS | ALL | X | | | | | X | X | | | | |
| CAM | 2018-05-02 | - RECENTERED FIREPLACE ON FAMILY ROOM<br>- RECENTERED CEILING FAN ON FIREPLACE<br>- CORRECTED SHUTTER SIZE @ ALL ELEVATIONS | ALL | | | | X | | X | | | | | |
| CAM | 2018-09-14 | - ADDED CRICKET NOTE @ ELEVATIONS & ROOF PLANS<br>- CORRECTED WH @ FOUNDATION<br>- CORRECTED ARCH SIZE IN FAMILY ROOM<br>- FLIPPED OWNER'S SHOWER HANDING<br>- MINOR CORRECTIONS THROUGHOUT | ALL | X | | X | X | X | X | X | | | | |
| JAB | 2018-12-04 | - PDIS LOCATION AND SWING UPDATED TO MATCH TRUSS PACKAGE SENT TO FIELD. | | | | | | | X | X | | | | |
| JAB | 2019-01-25 | - ADDED ADDT 3IN PLUMBING STUB-UP AT PANTRY | | | | | | | | | | | | |
| JAB | 2019-02-12 | FIRST TOUCH ROUND-UP:<br>- UPDATED FOUNDATION BLOCKS & NOTES<br>- NOTED 42IN HALF-WALLS AT UPPER LEVEL<br>- VERIFIED/REVISED CABINET LINEWORK TO MEET STANDARDS<br>- STANDARDIZED PILE FORMAT IN MODEL SPACE<br>- STANDARDIZED LAYOUT/VIEWPORTS FORMATS<br>- VERIFIED PLUMBING STACK LOCATIONS AGAINST MEP STUDY<br>- VERIFIED/REVISED PDS/HVAC PLATFORM LOCATION AGAINST TRUSS LAYOUT | | | X | X | X | X | X | X | X | X | X | X |

Copyright©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes' written consent.

GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

SYCAMORE
REVISION HISTORY
Lot & Development
Address
CITYSTATEZIP

| Issue | 2019-02-12 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

REVS

---

---

| Area Calculations | | |
|---|---|---|
| TRADITIONAL ELEVATION | | |
| MAIN LEVEL | 1382 | SF |
| UPPER LEVEL | 1382 | SF |
| TOTAL HTD | 2764 | SF |
| | | |
| GARAGE | 440 | SF |
| FRONT COVERED PORCH | 29 | SF |
| REAR COVERED PORCH | 0 | SF |
| TOTAL UNDER ROOF | 3233 | SF |
| | | |
| REAR PATIO | 117 | SF |
| IMPERVIOUS | 1978 | SF |



FRONT ELEVATION

| DETAIL SHEET REFERENCE | |
|---|---|
| DETAIL DESCRIPTION | DETAIL SHEET |
| ELECTRIC WATER HEATER PLATFORM | MD-1.2 |
| 9FT JUDGE'S PANELS (GHH STYLE) | IT-5.41 |
| 9IN POP-UP CEILING | IT-4.10 |
| 13IN POP-UP CEILING | IT-4.11 |
| 75IN SINGLE LEVEL ISLAND (STANDARD) | IK-1.1 |
| DWO ARCH W/ OPENING HEIGHT COLUMNS | IT-3.3 |
| DWO ARCH | IT-3.1 |
| | |
| CUBBY OPTION (OWNER'S ENTRY OPTION) | IM-1.0 & IM-1.1 |
| | |
| | |
| | |

THE ABOVE DETAIL SHEETS ARE REFERENCED IN THIS DOCUMENT SET.
SUB-CONTRACTORS ARE TO BE PROVIDED THE SHEETS APPROPRIATE TO THEIR TRADE.



REAR ELEVATION

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, or used in any manner without the written consent of Grayhawk Homes. Penalties and damages may be assessed against the user for duplicating Grayhawk Homes work without Grayhawk Homes' written consent.

GRAYHAWK
HOMES, INC.
2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

SYCAMORE
ELEVATIONS
Lot & Development
Address
CITYSTATEZIP

| Issue | 2019-02-12 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

1T
---
---

Drawing name: P:\...2015...SYCAMORE_MASTER\Sycamore - MASTER.dwg   1T   Feb 12, 2019   5:55pm



RIGHT ELEVATION

CEILING HEIGHT
HEADER HEIGHT
4IN CORNER BOARDS
FIBERGLASS
SHINGLES
UPPER LEVEL SUB FLOOR
CEILING HEIGHT
HEADER HEIGHT
BRICK FACADE AT
FRONT ELEVATION
MAIN LEVEL SUB FLOOR

10/12
CRV
CRV
10/12
FIBERGLASS
SHINGLES
6IN FASCIA
6IN FREZE
HORIZONTAL SIDING
12IN TRIM BAND
CRV
5/12
CRV
5/12
FIBERGLASS
SHINGLES
FIBERGLASS
SHINGLES
CLR

LEFT ELEVATION

CONTINUOUS RIDGE VENT
10/12
CRV
CRV
10/12
FIBERGLASS
SHINGLES
6IN FASCIA
6IN FREZE
4IN CORNER BOARDS
FIBERGLASS
SHINGLES
CEILING HEIGHT
HEADER HEIGHT
UPPER LEVEL SUB FLOOR
CEILING HEIGHT
HEADER HEIGHT
BRICK FINISH
MAIN LEVEL SUB FLOOR
5/12
FIBERGLASS
SHINGLES
12IN TRIM BAND
HORIZONTAL SIDING



SYCAMORE
ELEVATIONS
Lot & Development
Address
CITYSTATEZIP

| Issue | 2019-02-12 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

2T
---
---

Copyright©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed or used in any manner without the written consent of Grayhawk homes. Penalties shall apply when user duplicates Grayhawk homes work, without Grayhawk homes' written consent.

GRAYHAWK
HOMES, INC.
2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

Drawing Name: J:\_2019_SYCAMORE\MASTER\Sycamore - MASTER.dwg   2T   Feb 12, 2019 - 5:55pm



Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes written consent.



**GRAYHAWK** HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

## SYCAMORE
## FOUNDATION
Lot & Development
Address
CITYSTATEZIP

| Issue | 2019-02-12 |
| --- | --- |
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

# 3T
---
---

## FOUNDATION DETAILS
SCALE: 1/4" = 1'-0"

## FOUNDATION PLAN
---
---

### FOUNDATION DETAILS (callouts)

1 EXTERIOR WALL FOOTER — NTS
2 GARAGE WALL FOOTER — NTS
3 STEP DOWN AT GARAGE — NTS
4 INTERIOR BEARING — NTS
5 PORCH EDGE — NTS
6 FOOTING AT PORCH / SLIDING GLASS DOOR — NTS
7 ENTRY FOOTER — NTS
8 GARAGE WALL AT PORCH SLAB — NTS
9 GARAGE DOOR THRESHOLD — NTS



WALL DETAIL



MAIN LEVEL FLOOR PLAN

| Area Calculations | | |
|---|---|---|
| TRADITIONAL ELEVATION | | |
| MAIN LEVEL | 1382 | SF |
| UPPER LEVEL | 1382 | SF |
| TOTAL HTD | 2764 | |
| | | |
| GARAGE | 440 | SF |
| FRONT COVERED PORCH | 29 | SF |
| REAR COVERED PORCH | 0 | SF |
| TOTAL UNDER ROOF | 3233 | |
| | | |
| REAR PATIO | 117 | SF |
| IMPERVIOUS | 1978 | SF |

Copyright©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes' written consent.

GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P. 706.568.3779  F. 706.568.7565

SYCAMORE
FLOOR PLAN

Lot & Development
Address
CITYSTATEZIP

| Issue | 2019-02-12 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

4T

EXECUTIVE
CEILINGS

ALL INTERIOR SECOND FLOOR
NON-LOAD BEARING WALLS TO BE
F R A M E D   @   2 4 "   O . C .



Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes' written consent.

**GRAYHAWK**
H O M E S ,   I N C .
2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

BEDROOM #3
11'-9" x 12'-3"

BEDROOM #4
12'-6" x 12'-3"

W.I.C.

BATH #2

OWNER'S
BATH
11'-8" x 10'-8"

CLOSET

GALLERY

CLOSET

LAUNDRY

CLOSET

OPEN TO
BELOW

BEDROOM #2
12'-6" x 11'-2"

OWNER'S BEDROOM
15'-5" x 14'-11"
9N POP-UP CLG 6T-4'10

MAX HDR

**SYCAMORE**
FLOOR PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2019-02-12 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

**5T**
---
---

STAIR DETAIL

UPPER LEVEL FLOOR PLAN

EXECUTIVE
CEILINGS

Copyright©

All drawings and written material expressing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk homes work, without Grayhawk Homes' written consent.

GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

## SYCAMORE
ROOF PLAN

Lot & Development
Address
CITYSTATEZIP

| Issue | 2019-02-12 |
|-------|------------|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

6T
---
---

HVAC IN ATTIC

RIDGE

RIDGE

VALLEY

VALLEY

VALLEY

VALLEY

OVER-FRAME CRICKETS PAST
ADJACENT CORNERS - APPLY PEEL
& STICK ROOF MEMBRANE

RIDGE

RIDGE

ROOF PLAN
---

## ELECTRICAL SYMBOLS

| Symbol | Description | Symbol | Description |
|---|---|---|---|
| $ | SWITCH | | RECESSED LIGHT |
| $ | 3-WAY SWITCH | | CEILING FAN/LIGHT |
| $ | 4-WAY SWITCH | | FLUORESCENT LIGHT |
| | 110V OUTLET | | TRACK LIGHT |
| | 110V SWITCHED OUTLET | ▽ | TELEPHONE JACK |
| | 110V G.F.I. OUTLET | | CABLE TELEVISION |
| | 110V WEATHERPROOF OUTLET | | FOOD DISPOSAL |
| | 220V OUTLET | | EXHAUST FAN |
| Ⓣ | THERMOSTAT | | EXHAUST FAN/LIGHT |
| ◇ | LIGHT | | SMOKE DETECTOR |
| ◇ | PULL CHAIN LIGHT | | WALL FIXTURE |
| ◇ | PORCH LIGHT | | PENDANT LIGHT FIX. |
| ◇ | GAS CONNECTION | PANEL | ELECTRIC PANEL |
| Ⓢ | SPEAKER | MEDIA | MEDIA PANEL |
| Ⓙ | JUNCTION BOX (FOR PRE-WIRE) | | WALL FIXTURE INSTALLED AT DOOR HEADER (8-0 AFF.) |

NOTE:
1. ALL ELECTRICAL WORK AND MATERIALS TO BE INSTALLED PER NEC, NFPA, LOCAL STATE AND NATIONAL CODE.
2. ANY ELECTRICAL OUTLET SHOWN ON THE PLANS ARE IN ADDITION TO THE STANDARD OUTLETS REQUIRED BY CODE.



## MAIN LEVEL ELECTRICAL PLAN



Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes' written consent.

## GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

## SYCAMORE
## ELECTRICAL PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2019-02-12 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

# 7T
---
---

EXECUTIVE
CEILINGS

## ELECTRICAL SYMBOLS

| Symbol | Description | Symbol | Description |
|---|---|---|---|
| $ | SWITCH | ⊞ | RECESSED LIGHT |
| $₃ | 3-WAY SWITCH | | CEILING FAN/LIGHT |
| $₄ | 4-WAY SWITCH | | FLUORESCENT LIGHT |
| ⊖ | 110V OUTLET | | TRACK LIGHT |
| ⊖ | 110V SWITCHED OUTLET | ▽ | TELEPHONE JACK |
| ⊖GFI | 110V G.F.I. OUTLET | ⊙ | CABLE TELEVISION |
| ⊖WP | 110V WEATHERPROOF OUTLET | ⊗ | FOOD DISPOSAL |
| ⊖ | 220V OUTLET | ⊖ | EXHAUST FAN |
| Ⓣ | THERMOSTAT | ⊖ | EXHAUST FAN/LIGHT |
| ◇ | LIGHT | Ⓢ | SMOKE DETECTOR |
| ◇ | PULL CHAIN LIGHT | | WALL FIXTURE |
| ◇ | PORCH LIGHT | ⊗ | PENDANT LIGHT FIX. |
| ◯GAS | GAS CONNECTION | PANEL | ELECTRIC PANEL |
| Ⓢ | SPEAKER | MEDIA | MEDIA PANEL |
| Ⓙ | JUNCTION BOX (FOR PRE-WIRES) | | WALL FIXTURE, INSTALLED AT DOOR HEADER (6-0 AFF) |

NOTE:
1.  ALL ELECTRICAL WORK AND MATERIALS TO BE INSTALLED PER NEC, NFPA,
    LOCAL STATE AND NATIONAL CODE.
2.  ANY ELECTRICAL OUTLET SHOWN ON THE PLANS ARE IN ADDITION TO THE
    STANDARD OUTLETS REQUIRED BY CODE.





Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes written consent.

## GRAYHAWK
### HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

# SYCAMORE
## ELECTRICAL PLAN

Lot & Development
Address
CITYSTATEZIP

| Issue | 2019-02-12 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

## 8T
---
---

UPPER LEVEL ELECTRICAL PLAN
---

EXECUTIVE
CEILINGS

BEDROOM #3

BEDROOM #4

W.I.C.

BATH #2

OWNER'S BATH

CLOSET

GALLERY

CLOSET

LAUNDRY

HVAC "A" ATTIC

CLOSET

OPEN TO BELOW

OWNER'S BEDROOM

8N POP-UP CLG. (1'-4"LG)

BEDROOM #2

TO MAIN LEVEL SWITCH



LEGEND

| TPH TOILET PAPER HOLDER | TB | TOWEL BAR |
| TR TOWEL RING | | |

MAIN LEVEL FINISHES PLAN

Copyright ©

GRAYHAWK
HOMES, INC.
2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

SYCAMORE
FINISHES PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2019-02-12 |
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

9T

EXECUTIVE
CEILINGS

| LEGEND | | | |
|---|---|---|---|
| TPH | TOILET PAPER HOLDER | TB | TOWEL BAR |
| TR | TOWEL RING | | |



Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes written consent.

# GRAYHAWK
H O M E S ,   I N C .

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

## SYCAMORE
## FINISHES PLAN

Lot & Development
Address
CITYSTATEZIP

| Issue | 2019-02-12 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

# 10T
---

UPPER LEVEL FINISHES PLAN
---

EXECUTIVE
CEILINGS

| MASTER PLAN REVISION LOG | | | Elev | Sheet Number | | | | | | | | | | |
| REVS BY | DATE | DESCRIPTION | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | PFLYERS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAB | 2016-10-19 | - REVIEW, PUBLISH & RELEASE<br>- COPYRIGHT STAMP ADDED<br>- WALLS SHADING ADDED<br>- TOWEL BAR & TOILET PAPER HOLDERS ADDED AT BATHS | ALL | X | X | X | X | X | X | X | X | X | X | X |
| JAB | 2016-11-01 | - SHAKES AT VESTIBULE CHANGED TO BOARD & BATTEN (PER TINA)<br>- BOARD & BATTEN ADDED AT LEFT ELEVATION (PER TINA)<br>- DIMENSIONS ADDED AT FOUNDATION<br>- HOSEBIB ADDED AT FRONT (CORRECTION)<br>- DISPOSAL & AIRSWITCH ADDED<br>- FIXTURE & SWITCH ADDED AT OWNER'S SITTING ROOM<br>- ROOM LABEL ADDED AT OWNER'S ENTRY<br>- LOW VOLTAGE ADDED | ALL | X | X | X | X | | | X | X | X | X | X |
| JAB | 2016-11-22 | - MODIFIED BATH #3 LAYOUT REMOVED 6IN WALL) ADDED 4IN FURRED WALL AT WATER HEATER | ALL | | | | | | | | | | | |
| JAB | 2016-11-30 | - TRADITIONAL UPPER LEVEL PLAN PFLYER V.P. FIXED TO CORRECT PLAN | TRAD | | | | | | | | | | | X |
| MFS | 2017-01-05 | -UPDATED WATER HEATER DETAIL<br>-PLAN CORRECTIONS | ALL | X | X | X | X | X | X | | | | | X |
| JAB | 2017-01-06 | - REMOVED WALL SHADING AT OPT. COVERED PORCH IN PFLYER | ALL | | | | | | | | | | | X |
| JAB | 2017-02-13 | - COAT CLOSET DOOR RELOCATED TO FAMILY ROOM<br>- FAMILY ROOM SWITCHING UPDATED TO 4-WAY, ADDITIONAL SWITCH ADDED AT OWNER'S ENTRY<br>- STAIR SECTION ADDED | ALL | | | | X | X | | | X | | | |
| MFS | 2017-06-21 | -CORRECTED ROOF PLANS<br>-ADDED 3FT JUDGES PANELS IN DINING<br>-REMOVED CABLE IN BEDROOM #5<br>-REMOVED FLOORING BREAK AT LAUNDRY | ALL | | | | X | | X | X | | X | | |
| MFS | 2017-08-03 | -UPDATED WATER HEATER, GARAGE, PLUMBING FIXTURES AND COLUMNS<br>-REMOVED FLOOR DRAIN IN LAUNDRY<br>-UPDATED COPYRIGHT STAMP<br>-ADDED BUBBLE OPTIONS | ALL | X | X | X | X | X | X | | | | | |
| JAB | 2017-09-05 | - CORRECTED 2-WALL ALCOVE INSTALLATION DEPTH FOR TUB/SHWR UNITS<br>- CORRECTED WALLS TO ELIMINATE 2" STRAY DIMENSION | ALL | X | X | X | X | X | X | | | | | |
| JAB | 2017-10-26 | - COAT CLOSET DOOR REDUCED TO 2468 AND CHANGED TO 5IN OFFSET TO RESOLVE A TRIM ISSUE AT THE COLUMN CAPITAL<br>- ARCHWAY DETAIL SHEET REFERENCES ADDED<br>- DWO @ BEDROOM VESTIBULE CHANGED TO ARCHED DWO IT-31 TO MATCH REMAINING OPENINGS | ALL | | | | X | | | | X | | | |
| | | - TITLEBLOCKS UPDATED<br>- CORNER CHECK DIMENSIONS ADDED AT FOUNDATIONS | ALL | | | X | | | | | | | | |
| JAB | 2017-12-05 | - MOVED WINDOW AT BEDROOM #4 IN REAR ELEVATION TO CORRECT HEADER HEIGHT.<br>- EXTENDED MAX HEADER NOTE TO FOYER WINDOW AT FRONT ELEVATION<br>- CHANGED HALF-WALL AT CABINETS TO 36" PER K.HOLLEY | ALL | | X | | X | | | | | X | | |
| JAB | 2017-12-14 | - CRAFTSMAN CANOPY DETAILS UPDATED PER ASSEMBLY CHANGE BY SWASDIN<br>- GARAGE DOOR GRAPHICS UPDATED AT ELEVATION PER CHANGES BY SWASDIN<br>- JUDGE'S PANEL DETAIL REFERENCE UPDATED TO IT-641 PER J.CRABBE<br>- CORNER CHECK DIMENSIONS ADDED AT FNDN PLANS K.HOLLEY<br>- BEAM LOCATIONS DIMENSIONED TO WALL FACES AT ROOF PLAN<br>- ADDITIONAL WATER HEATER ADDED TO MEET CODE REQUIREMENTS. | | | X | | X | X | X | X | X | | | |
| JAB | 2018-01-02 | - JUDGES PANEL REFERENCE UPDATED IN DETAIL REFERENCE TABLE | ALL | X | | | | | | | | | | |
| CAM | 2018-04-03 | - REMOVED FLUSH HEARTH FROM ALL PLANS & OPTIONS<br>- ADDED CUBBY OPTION IN DETAIL REFERENCE TABLE<br>- ADDED MISSING/FIXED ROOF TEXT @ ALL ELEVATIONS | ALL | x | | | | | X | | X | | | |
| CAM | 2018-05-02 | - RECENTERED CEILING FAN ON FIREPLACE<br>- RECENTERED FIREPLACE ON FAMILY ROOM | ALL | | | | X | | X | | | | | |
| CAM | 2018-09-14 | - CORRECTED SHUTTER SIZE @ ALL ELEVATIONS<br>- ADDED CRICKET NOTE @ ELEVATIONS & ROOF PLANS<br>- CORRECTED WH @ FOUNDATION<br>- CORRECTED ARCH SIZE IN FAMILY ROOM<br>- FLIPPED OWNER'S SHOWER HANDING<br>- MINOR CORRECTIONS THROUGHOUT | ALL | X | | | X | | | | | | | |
| JAB | 2018-12-04 | - PDS LOCATION AND SWING UPDATED TO MATCH TRUSS PACKAGE SENT TO FIELD. | | | | | | | X | X | | | | |
| JAB | 2019-01-25 | - ADDED ADD'T 3IN PLUMBING STUB-UP AT PANTRY | | | | | | | | | | | | |
| JAB | 2019-02-12 | FIRST TOUCH ROUND-UP:<br>- UPDATED FOUNDATION BLOCKS & NOTES<br>- NOTED 42IN HALF-WALLS AT UPPER LEVEL<br>- VERIFIED/REVISED CABINET LINEWORK TO MEET STANDARDS<br>- STANDARDIZED PILE FORMAT IN MODEL SPACE<br>- STANDARDIZED LAYOUT/VIEWPORTS FORMATS<br>- VERIFIED PLUMBING STACK LOCATIONS AGAINST MEP STUDY<br>- VERIFIED/REVISED PDS/HVAC PLATFORM LOCATION AGAINST TRUSS LAYOUT | | X | X | X | X | X | X | X | X | X | X | |



Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes' written consent.

GRAYHAWK HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

SYCAMORE
REVISION HISTORY
Lot & Development
Address
CITYSTATEZIP

| Issue | 2019-02-12 |
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

REVS
---
---

| Area Calculations | | |
|---|---|---|
| CRAFTSMAN ELEVATION | | |
| MAIN LEVEL | 1383 | SF |
| UPPER LEVEL | 1382 | SF |
| TOTAL HTD | 2765 | |
| | | |
| GARAGE | 440 | SF |
| FRONT COVERED PORCH | 70 | SF |
| REAR COVERED PORCH | 0 | SF |
| TOTAL UNDER ROOF | 3275 | SF |
| | | |
| REAR PATIO | 117 | SF |
| IMPERVIOUS | 2020 | SF |



FRONT ELEVATION

REAR ELEVATION

| DETAIL SHEET REFERENCE | |
|---|---|
| DETAIL DESCRIPTION | DETAIL SHEET |
| GAS WATER HEATER PLATFORM | MD-11 |
| 3FT JUDGE'S PANELS (ATL STYLE) | IT-5.60 |
| 8IN POP-UP CEILING | IT-4.10 |
| 12IN POP-UP CEILING | IT-4.11 |
| 75IN SINGLE LEVEL ISLAND (STANDARD) | IK-11 |
| DWO ARCH W/ OPENING HEIGHT COLUMNS | IT-3.3 |
| DWO ARCH | IT-3.1 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

THE ABOVE DETAIL SHEETS ARE REFERENCED IN THIS DOCUMENT SET.
SUB-CONTRACTORS ARE TO BE PROVIDED THE SHEETS APPROPRIATE TO THEIR TRADE.

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes' written consent.

GRAYHAWK
of ATLANTA, INC.
2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

ATL-SYCAMORE
ELEVATIONS
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-09-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

1C
---
---



RIGHT ELEVATION

LEFT ELEVATION

Copyright©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes' written consent.

GRAYHAWK
of ATLANTA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

ATL-SYCAMORE
ELEVATIONS

Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-09-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

2C
---
---





FOUNDATION DETAILS

FOUNDATION PLAN

Copyright©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes' written consent.

GRAYHAWK
of ATLANTA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

ATL-SYCAMORE
FOUNDATION

Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-09-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

3C
---
---





## Area Calculations

| CRAFTSMAN ELEVATION | | |
|---|---|---|
| MAIN LEVEL | 1383 | SF |
| UPPER LEVEL | 1382 | SF |
| TOTAL HTD | 2765 | |
| | | |
| GARAGE | 440 | SF |
| FRONT COVERED PORCH | 70 | SF |
| REAR COVERED PORCH | 0 | SF |
| TOTAL UNDER ROOF | 3275 | SF |
| | | |
| REAR PATIO | 117 | SF |
| IMPERVIOUS | 2020 | SF |

WALL DETAIL



MAIN LEVEL FLOOR PLAN

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes written consent.

GRAYHAWK of ATLANTA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

## ATL-SYCAMORE
### FLOOR PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-09-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

4C
---
---

EXECUTIVE
CEILINGS



ALL INTERIOR SECOND FLOOR
NON-LOAD BEARING WALLS TO BE
F R A M E D   @   2 4 "   O . C .

Copyright©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes' written consent.

GRAYHAWK
of ATLANTA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

ATL-SYCAMORE
FLOOR PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-09-18 |
|-------|------------|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

5C
---
---

BEDROOM #3
11'-9" x 12'-2"

BEDROOM #4
12'-6" x 12'-2"

W.I.C.

BATH #2

OWNER'S
BATH

CLOSET

CLOSET

GALLERY

CLOSET

LAUNDRY

CLOSET

OPEN TO
BELOW

OWNER'S BEDROOM
15'-5" x 14'-11"
8N POP-UP CLG 6'-4'10

BEDROOM #2
12'-5" x 11'-2"

UPPER LEVEL FLOOR PLAN

EXECUTIVE
CEILINGS

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, or used in any manner without prior consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes written consent.

**GRAYHAWK**
of ATLANTA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565



GABLE TRUSSING DETAIL

4X12 BEAM W/ PROFILED END

4X4 VERTICAL COLUMN TO RIDGE BEAM

4X8 HORIZONTAL BEAM, NOTCH CORNERS AT UNDERSIDE OF ROOF SHEATHING

2X8 BARGE RAFTER FASTEN TO TRUSSING (2) SCREWS PER MEMBER

4X4 DIAGONALS, SET PERPENDICULAR TO RAFTERS

PRESSURE TREATED OR CEDAR TIMBERS

BEAM PROFILE



CRAFTSMAN CANOPY DETAIL

4x12 BEAMS W/ PROFILED ENDS.

FIBERGLASS SHINGLES OVER #15 FELT OVER 7/16" OSB DECKING -ICE AND WATER SHIELD ON RAKES, EAVES AND VALLEYS

HARDIE BEADED PANEL ON 2X BLOCKING AT UNDERSIDE OF ROOF DECKING

FINISHES, DOOR STYLE AND TRIM PACKAGE VARY BY PLAN

CRAFTSMAN COLUMN ON BRICK BASE BEHIND POV.



ROOF PLAN

OVER-FRAME CRICKETS PAST ADJACENT CORNERS - APPLY PEEL & STICK ROOF MEMBRANE

2x8 RAFTERS @ 2-0 O.C.

4X12 CANOPY BEAMS W/ PROFILED END. SEE DETAIL

4x GABLE TRUSSING, 12IN FROM COLUMN CENTER (SEE DETAIL)

**ATL-SYCAMORE**
ROOF PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-09-18 |
| --- | --- |
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

# 6C
---
---

Drawing name: M:\cad backup\AutoCad\new plans\review\03-03-10_-_2015_-_sycamore-MASTER-ATL-Sycamore - MASTER.dwg   6C   Sep 18, 2018  11:13pm

Copyright ©

All drawings and written material expressly herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes' written consent.



**GRAYHAWK** of ATLANTA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

## ATL-SYCAMORE
## ELECTRICAL PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-09-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

**7C**
---
---

### ELECTRICAL SYMBOLS

| | | | |
|---|---|---|---|
| S | SWITCH | | RECESSED LIGHT |
| S3 | 3-WAY SWITCH | | CEILING FAN/LIGHT |
| S4 | 4-WAY SWITCH | | FLUORESCENT LIGHT |
| | 110V OUTLET | | TRACK LIGHT |
| | 110V SWITCHED OUTLET | | TELEPHONE JACK |
| | 110V G.F.I. OUTLET | | CABLE TELEVISION |
| | 110V WEATHERPROOF OUTLET | | FOOD DISPOSAL |
| | 220V OUTLET | | EXHAUST FAN |
| T | THERMOSTAT | | EXHAUST FAN/LIGHT |
| | LIGHT | | SMOKE DETECTOR |
| | PULL CHAIN LIGHT | | WALL FIXTURE |
| | PORCH LIGHT | | PENDANT LIGHT FIX |
| GAS | GAS CONNECTION | PANEL | ELECTRIC PANEL |
| S | SPEAKER | MEDIA | MEDIA PANEL |
| KEYLESS ENTRY | KEYLESS ENTRY | | WALL FIXTURE INSTALLED AT DOOR HEADER (8'-0 AFF) |

**NOTE:**
1. ALL ELECTRICAL WORK AND MATERIALS TO BE INSTALLED PER NEC, NFPA, LOCAL STATE AND NATIONAL CODE.
2. ANY ELECTRICAL OUTLET SHOWN ON THE PLANS ARE IN ADDITION TO THE STANDARD OUTLETS REQUIRED BY CODE.



## MAIN LEVEL ELECTRICAL PLAN

EXECUTIVE CEILINGS

## ELECTRICAL SYMBOLS

| | | | |
|---|---|---|---|
| S | SWITCH | ⊞ | RECESSED LIGHT |
| S₃ | 3-WAY SWITCH | | CEILING FAN/LIGHT |
| S₄ | 4-WAY SWITCH | | FLUORESCENT LIGHT |
| ⊕ | 110V OUTLET | | TRACK LIGHT |
| ⊕ | 110V SWITCHED OUTLET | ▽ | TELEPHONE JACK |
| ⊕ | 110V G.F.I. OUTLET | | CABLE TELEVISION |
| ⊕ | 110V WEATHERPROOF OUTLET | | FOOD DISPOSAL |
| ⊕ | 220V OUTLET | | EXHAUST FAN |
| T | THERMOSTAT | | EXHAUST FAN/LIGHT |
| ◇ | LIGHT | | SMOKE DETECTOR |
| ◇ | PULL CHAIN LIGHT | | WALL FIXTURE |
| ◇ | PORCH LIGHT | | PENDANT LIGHT FIX |
| G | GAS CONNECTION | PANEL | ELECTRIC PANEL |
| S | SPEAKER | MEDIA | MEDIA PANEL |
| KEYLESS ENTRY | KEYLESS ENTRY | | WALL FIXTURE INSTALLED AT DOOR HEADER (8'-0 AFF.) |

NOTE:
1. ALL ELECTRICAL WORK AND MATERIALS TO BE INSTALLED PER NEC, NFPA, LOCAL STATE AND NATIONAL CODE.
2. ANY ELECTRICAL OUTLET SHOWN ON THE PLANS ARE IN ADDITION TO THE STANDARD OUTLETS REQUIRED BY CODE.





Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes written consent.

**GRAYHAWK** of ATLANTA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

## ATL-SYCAMORE
### ELECTRICAL PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-09-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

# 8C
---
---

UPPER LEVEL ELECTRICAL PLAN

EXECUTIVE
CEILINGS

Drawing name: M:\cad backup\AutoCadView plans\review\00-03-10_...2015-_sycamore MASTER-A1-_Sycamore  MASTER.dwg   8C   Sep 18, 2018  1:15pm



LEGEND

| TPH | TOILET PAPER HOLDER | TB | TOWEL BAR |
| TR | TOWEL RING | | |

GRAYHAWK
of ATLANTA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes' written consent.

ATL-SYCAMORE
FINISHES PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-09-18 |
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

9C
---
---

EXECUTIVE
CEILINGS

MAIN LEVEL FINISHES PLAN

Copyright©

All drawings and written material contained herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes written consent.

| LEGEND | | | |
|---|---|---|---|
| TPH | TOILET PAPER HOLDER | TB | TOWEL BAR |
| TR | TOWEL RING | | |



**GRAYHAWK**
of ATLANTA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

## ATL-SYCAMORE
### FINISHES PLAN

**Lot & Development**
**Address**
**CITYSTATEZIP**

| Issue | 2018-09-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

# 10C
---
---

EXECUTIVE
CEILINGS

UPPER LEVEL FINISHES PLAN

| MASTER PLAN REVISION LOG | | | Elev | Sheet Number | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVS BY | DATE | DESCRIPTION | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | FLYERS |
| MFS | 2016-12-08 | -UPDATED WITH ATLANTA STANDARDS | ALL | X | X | X | X | X | X | X | X | X | X | X |
| MFS | 2017-01-06 | -UPDATED WATER HEATER DETAIL<br>-UPDATED GARAGE DOOR LABELS | ALL | x | x | | X | | | | | | | |
| JA8 | 2017-10-26 | - COAT CLOSET DOOR MOVED TO REAR OF CLOSET OFF FAMILY ROOM TO RESOLVE FINISH ISSUES WITH EXPOSED STAIR BEAM MATCHING GHH LOCATION<br>- COAT CLOSET DOOR REDUCED TO 2468 AND MOVED TO SW OFFSET TO RESOLVE CONFLICT WITH CAPITAL AT DW0.<br>- ARCHWAY DETAIL SHEET REFERENCES ADDED<br>- DW0 @ BEDROOM VESTIBULE CHANGED TO ARCHED DW0 IT-31 TO MATCH REMAINING OPENINGS.<br>- TITLEBLOCKS UPDATED<br>- CORNER CHECK DIMENSIONS ADDED AT FOUNDATIONS | ALL | | | X | X | | | X | | X | | X |
| JA8 | 2017-12-05 | - MOVED WINDOW AT BEDROOM #4 IN REAR ELEVATION TO CORRECT HEADER HEIGHT.<br>- EXTENDED MAX HEADER NOTE TO FOYER WINDOW AT FRONT ELEVATION<br>- CHANGED HALF-WALL AT CABINETS TO 36" PER K.HOLLEY | ALL | X | | | X | | | | | X | | |
| CAM | 2018-02-09 | - UPDATED JUDGE'S PANELS REFERENCE TO IT-15/60<br>- UPDATED GAS STUB LOCATIONS<br>- ADDED BEAM LOCATIONS ON ROOF PLANS<br>- REPLACED (4) RECESSED CANS W/ (1) PENDANT IN BREAKFAST | ALL | X | | | X | | X | X | | | | |
| MFS | 2018-04-23 | - UPDATED GARAGE DOOR SYMBOL & DIMENSIONS IN FOUNDATION AND FLOOR PLAN<br>- UPDATED FIREPLACE SURROUND SYMBOL IN FLOOR PLAN | ALL | | | | X | X | | | | | | |
| MFS | 2018-07-03 | -NO OPTIONS FOR KITCHEN OR GARAGES DRAWN IN MASTER AS OF 2018-04-23<br>ISOLATED AND ARCHIVED TRADITIONAL AND EURO STYLES<br>ADDED CRAFTSMAN WEST, ABS & CRAFTS EAST AND ARTS & CRAFTS WEST STYLES | ALL | | | | | | | | | | | X |
| CAM | 2018-09-18 | - CORRECTED SHUTTER SIZE @ ALL ELEVATIONS<br>- ADDED CRICKET NOTE @ ELEVATIONS & ROOF PLANS<br>- CORRECTED WH @ FOUNDATION<br>- CORRECTED ARCH SIZE IN FAMILY ROOM<br>- FLIPPED OWNERS SHOWER HANDING<br>- MINOR CORRECTIONS THROUGHOUT | ALL | X | | | X | X | X | X | | X | X | X |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |



Copyright©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, disclosed, or used in any manner without the written consent of Grayhawk Homes. Therefore, shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes' written consent.

GRAYHAWK
of ATLANTA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

## ATL-SYCAMORE
### REVISION HISTORY

Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-09-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

# REVS
---
---





MAIN LEVEL FINISHES PLAN

Copyright ©

GRAYHAWK
of ATLANTA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

ATL-SYCAMORE
FINISHES PLAN

183 TIMBERLANDS
827 PINE WAY,
DALLAS, GA 30157

| | |
|---|---|
| Issue | 2019-09-00 |
| DRAWN | --- |
| CHK | 2020-06-21 |
| JAB | 2020-06-25 |
| --- | --- |
| --- | --- |
| --- | --- |

9CE

MODIFIED

SMOOTH
CEILINGS





UPPER LEVEL FINISHES PLAN



FRONT ELEVATION



REAR ELEVATION

| Area Calculations | | |
|---|---|---|
| CRAFTSMAN ELEVATION | | |
| MAIN LEVEL | 1383 | SF |
| UPPER LEVEL | 1382 | SF |
| TOTAL HTD | 2765 | |
| | | |
| GARAGE | 440 | SF |
| FRONT COVERED PORCH | 70 | SF |
| REAR COVERED PORCH | 152 | SF |
| TOTAL UNDER ROOF | 3427 | SF |
| | | |
| REAR PATIO | 0 | SF |
| IMPERVIOUS | 2044 | SF |

DBL HUNG
1-3/8" SDL

WOOD WINDOWS

3050 HUNG WINDOWS
REQUIRE EGRESS RATING

VENDOR TO PROVIDE ROUGH
OPENINGS OF ALL WINDOWS
TO SUPERINTENDENT.

DETAIL SHEET REFERENCE

| DETAIL DESCRIPTION | DETAIL SHEET |
|---|---|
| | |

Copyright ©

GRAYHAWK
of ATLANTA, INC.
2201 AIRPORT THRUWAY
COLUMBUS, GA 31904
P. 706.568.3779 F.706.568.7565

ATL-SYCAMORE
ELEVATIONS

183 TIMBERLANDS
827 PINE WAY,
DALLAS, GA 30157

| | |
|---|---|
| Issue | 2019-09-03 |
| DRAWN | --- |
| CPF | 2020-06-21 |
| IAB | 2020-06-25 |
| | --- |
| | --- |

1CE
---
MODIFIED



**Owner**

GRAYHAWK HOMES OF ATLANTA INC
2301 AIRPORT THRUWAY STE E6
COLUMBUS, GA 31904

**Summary**

| | |
|---|---|
| Parcel Number | 078.2.1.073.0000 |
| Account/Realkey | 69689 |
| Parent PIN | 46269 |
| Location Address | 827 PINE WAY |
| Zip Code | 30157 |
| | (Note: Not to be used on legal documents) |
| Class | R3-Residential |
| | (Note: This is for tax purposes only. Not to be used for zoning.) |
| Zoning | |
| Tax District | COUNTY |
| Millage Rate | 29.7 |
| Acres | 0.28 |
| Neighborhood | TIMBERLANDS (004890) |
| Homestead Exemption | No |
| Landlot / District / Section | 968 / 3 / 3 |
| Subdivision | TIMBERLANDS UNIT 3 |
| Lot # | 183 |

View Map

My Tax Dollars

**Land**

| Type | Description | Calculation Method | Square Footage | Frontage | Depth | Acres | Lots |
|---|---|---|---|---|---|---|---|
| Residential | TL3 | Lot | 0 | 0 | 0 | 0.28 | 1 |

**Permits**

| Permit Date | Permit Number | Type |
|---|---|---|
| 08/27/2020 | 850581 | Primary Structure |

**Valuation**

| | 2020 |
|---|---|
| Previous Value | $42,200 |
| Land Value | $47,300 |
| + Improvement Value | $0 |
| + Accessory Value | $0 |
| = Current Value | $47,300 |

**Tax Collector**

Click here to view the Tax Collector website.

**Sales**

| Sale Date | Deed Book / Page | Plat Book / Page | Sale Price | Reason | Grantor | Grantee | Instrument |
|---|---|---|---|---|---|---|---|
| 8/15/2016 | 3582 / 755 | 47 / 172 | $44,856 | Z | RL REGI GEORGIA LLC | GRAYHAWK HOMES OF ATLANTA INC | LWD |
| 9/30/2010 | 2669 / 225 | 47 / 172 | $1,620,780 | M | REGIONS BANK | RL REGI GEORGIA LLC | SWD |
| 7/6/2010 | 2825 / 94 | 47 / 172 | $0 | P | STRATLAND ENTERPRISES OF GEORGIA INC | REGIONS BANK | DUP |
| 6/14/2006 | 2189 / 221 | 47 / 172 | $0 | M | CORNERSTONE INVESTMENT COMPANY | STRATLAND ENTERPRISES OF GEORGIA INC | LWD |

**Area Sales Report**

Sale date range:

From: 02/11/2018    To: 02/11/2021

Sales by Neighborhood

Sales by Area

1500    Feet    Sales by Distance

**Current Assessment Notices**

2020 (PDF)

**2019 Assessment Notices**

2019 (PDF)

**Historical Assessment Notices**

2017

2018

No data available for the following modules: Accessory Information, Rural Land, Conservation Use Rural Land, Residential Improvement Information, Commercial Improvement Information, Mobile Homes, Prebill Mobile Homes, Photos, Sketches.

**Information**

Paulding County, GA
240 Constitution Blvd
Room 3082
Dallas, GA 30132

Chief Appraiser
James Stokes
(770) 443-7606

**Announcements**

Search across multiple counties with Guidepost!

The Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified tax roll. All data is subject to change before the next certified tax roll.

View full version
User Privacy Policy
GDPR Privacy Notice



Developed by
Schneider GEOSPATIAL