# EXHIBIT 8

## Area Calculations

| CRAFTSMAN ELEVATION | | |
|---|---|---|
| First Floor | 1626 | SF |
| Second Floor | 1181 | SF |
| Total HTD | 2807 | |
| | | |
| Garage | 429 | SF |
| Front Covered Porch | 90 | SF |
| Rear Covered Porch | 0 | SF |
| Total Under Roof | 3326 | SF |
| Rear Patio | 120 | SF |
| Impervious | 2265 | SF |



FRONT ELEVATION



REAR ELEVATION

## DETAIL SHEET REFERENCE

| DETAIL DESCRIPTION | DETAIL SHEET |
|---|---|
| ELECTRIC WATER HEATER PLATFORM | MD-12 |
| 3FT JUDGES PANELS (GHH STYLE) | IT-5.41 |
| 8IN POP-UP CEILING | IT-4.10 |
| DWO ARCH | IT-3.1 |
| | |
| | |
| | |
| CUBBY OPTION (OWNER'S ENTRY OPTION) | IM-10 & IM-11 |
| | |
| | |
| | |
| | |

THE ABOVE DETAIL SHEETS ARE REFERENCED IN THIS DOCUMENT SET. SUB-CONTRACTORS ARE TO BE PROVIDED THE SHEETS APPROPRIATE TO THEIR TRADE.



Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, disclosed, or used in any manner without the written consent of Grayhawk homes. Penalties shall apply when user duplicates Grayhawk homes work, without Grayhawk homes' written consent.

GRAYHAWK HOMES, INC.
ELEVATIONS
2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

WILLOW
ELEVATIONS
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

1C
---
---



LEFT ELEVATION

RIGHT ELEVATION

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes' work, without Grayhawk Homes' written consent.

GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

WILLOW
ELEVATIONS
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
| --- | --- |
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

2C
---
---
---

Labels (Left Elevation): CEILING HEIGHT, HEADER HEIGHT, 6IN FASCIA, UPPER LEVEL SUB FLOOR, CEILING HEIGHT, 6IN FREIZE, HEADER HEIGHT, MAIN LEVEL SUB FLOOR, C.R.V., FIBERGLASS SHINGLES, 12IN TRIM BAND, 6IN FASCIA, CONTINUOUS RIDGE VENT, FIBERGLASS SHINGLES, 6IN FREIZE, HORIZONTAL SIDING, STONE FINISH, PRE-MANUFACTURED TAPERED COLUMN ON STONE BASE

Labels (Right Elevation): CONTINUOUS RIDGE VENT, C.R.V., CRICKET BEYOND, 6IN FASCIA, 6IN FREIZE, HORIZONTAL SIDING, FIBERGLASS SHINGLES, 12IN TRIM BAND, CEILING HEIGHT, HEADER HEIGHT, UPPER LEVEL SUB FLOOR, CEILING HEIGHT, HEADER HEIGHT, MAIN LEVEL SUB FLOOR



# FOUNDATION DETAILS



# FOUNDATION PLAN

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes written consent.

GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

WILLOW
FOUNDATION

Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

3C
---
---

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes' work, without Grayhawk Homes' written consent.



## Area Calculations

### CRAFTSMAN ELEVATION

| First Floor | 1626 | SF |
|---|---|---|
| Second Floor | 1181 | SF |
| Total HTD | 2807 | SF |
| Garage | 429 | SF |
| Front Covered Porch | 90 | SF |
| Rear Covered Porch | 0 | SF |
| Total Under Roof | 3326 | SF |
| Rear Patio | 120 | SF |
| Impervious | 2265 | SF |

WALL DETAIL



MAIN LEVEL FLOOR PLAN

**GRAYHAWK HOMES, INC.**
2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

WILLOW
FLOOR PLANS
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

4C
---

EXECUTIVE
CEILINGS



ALL INTERIOR SECOND FLOOR
NON-LOAD BEARING WALLS TO BE
F R A M E D  @  24"  O.C.

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes' work, without Grayhawk Homes' written consent.

GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

WILLOW
FLOOR PLANS
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

5C
---
---

STAIR DETAIL

UPPER LEVEL FLOOR PLAN

EXECUTIVE
CEILINGS

BEDROOM #4
12'-4" x 14'-6"

OPEN TO BELOW

BEDROOM #3
14'-6" x 12'-2"

CLOSET

CLOSET

BATH #3

HALF-WALL

BATH #2

MEDIA-GAME ROOM
12'-4" x 15'-0"

OPEN TO
BELOW

LINEN

HALF-WALL

BEDROOM #2
15'-6" x 12'-6"

ENG FLOOR SYSTEM

ELEVATION AT FIXTURE
6030



HVAC AT
ATTIC

OVER-FRAME CRICKETS PAST
ADJACENT CORNERS - APPLY PEEL
& STICK ROOF MEMBRANE

BEAM TO CARRY TO EXTERIOR WALL AT
FOYER, STONE TO FINISH TO UNDERSIDE OF
FINISHED BEAM

ROOF PLAN

Copyright ©

All drawings and written material appearing
herein constitute the original and unpublished
work of Grayhawk Homes and the same or
any part thereof may not be duplicated,
distributed, disclosed, or used in any manner
without the written consent of Grayhawk
Homes. Penalties shall apply when user
duplicates Grayhawk Homes work, without
Grayhawk Homes' written consent.

GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

WILLOW
ROOF PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|-------|------------|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

6C

## ELECTRICAL SYMBOLS

| | | | | |
|---|---|---|---|---|
| $ | SWITCH | | RECESSED LIGHT |
| $_3$ | 3-WAY SWITCH | | CEILING FAN/LIGHT |
| $_4$ | 4-WAY SWITCH | | FLUORESCENT LIGHT |
| | 110V OUTLET | | TRACK LIGHT |
| | 110V SWITCHED OUTLET | ▽ | TELEPHONE JACK |
| | 110V G.F.I. OUTLET | | CABLE TELEVISION |
| | 110V WEATHERPROOF OUTLET | | FOOD DISPOSAL |
| | 220V OUTLET | | EXHAUST FAN |
| | THERMOSTAT | | EXHAUST FAN/LIGHT |
| ◇ | LIGHT | | SMOKE DETECTOR |
| | PULL CHAIN LIGHT | | WALL FIXTURE |
| | PORCH LIGHT | | PENDANT LIGHT FIX. |
| | GAS CONNECTION | PANEL | ELECTRIC PANEL |
| | SPEAKER | MEDIA | MEDIA PANEL |
| | JUNCTION BOX (FOR PRE-WIRE) | △ | WALL FIXTURE, INSTALLED AT DOOR HEADER (8'-0 AFF.) |

### NOTE:
1. ALL ELECTRICAL WORK AND MATERIALS TO BE INSTALLED PER NEC, NFPA, LOCAL STATE AND NATIONAL CODE.
2. ANY ELECTRICAL OUTLET SHOWN ON THE PLANS ARE IN ADDITION TO THE STANDARD OUTLETS REQUIRED BY CODE.



Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, disclosed or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes written consent.

GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

WILLOW
ELECTRICAL PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

**7C**
---
---

EXECUTIVE
CEILINGS

Copyright©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes' written consent.

**GRAYHAWK**
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

## ELECTRICAL SYMBOLS

| Symbol | Description | Symbol | Description |
|---|---|---|---|
| $ | SWITCH | ✳ | RECESSED LIGHT |
| $₃ | 3-WAY SWITCH | | CEILING FAN/LIGHT |
| $₄ | 4-WAY SWITCH | | FLUORESCENT LIGHT |
| ⊕ | 110V OUTLET | | TRACK LIGHT |
| ⊕ | 110V SWITCHED OUTLET | ▽ | TELEPHONE JACK |
| ⊕ | 110V G.F.I. OUTLET | ◉ | CABLE TELEVISION |
| ⊕ | 110V WEATHERPROOF OUTLET | ◔ | FOOD DISPOSAL |
| ⊕ | 220V OUTLET | ◉ | EXHAUST FAN |
| Ⓣ | THERMOSTAT | | EXHAUST FAN/LIGHT |
| ◇ | LIGHT | | SMOKE DETECTOR |
| ◇ | PULL CHAIN LIGHT | ◉ | WALL FIXTURE |
| ◇ | PORCH LIGHT | ◉ | PENDANT LIGHT FIX. |
| Ⓖ | GAS CONNECTION | PANEL | ELECTRIC PANEL |
| Ⓢ | SPEAKER | MEDIA | MEDIA PANEL |
| Ⓙ | JUNCTION BOX (FOR PRE-WIRE) | △ | WALL FIXTURE, INSTALLED AT DOOR HEADER (8'-0 AFF.) |

NOTE:
1. ALL ELECTRICAL WORK AND MATERIALS TO BE INSTALLED PER NEC, NFPA, LOCAL STATE AND NATIONAL CODE.
2. ANY ELECTRICAL OUTLET SHOWN ON THE PLANS ARE IN ADDITION TO THE STANDARD OUTLETS REQUIRED BY CODE.



## WILLOW
### ELECTRICAL PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

# 8C
---
---

EXECUTIVE
CEILINGS

UPPER LEVEL ELECTRICAL PLAN

Drawing name: J:\_2015\_WILLOW\MASTER\Willow - MASTER.dwg  8C  Oct 18, 2018  3:12pm

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes written consent.

# GRAYHAWK
### HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

## WILLOW
## FINISHES PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|-------|-----------|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

# 9C
---
---

## LEGEND

| TPH | TOILET PAPER HOLDER | TB | TOWEL BAR |
|-----|---------------------|----|-----------|
| TR | TOWEL RING | | |



PATIO

BREAKFAST
VINYL

W.I.C.
CARPET

OWNER'S BATH
VINYL

FAMILY ROOM
CARPET
TRADITIONAL SURROUND - CROWN
MANTLE FRAMING DETAIL SHEET 9

OWNER'S BEDROOM
CARPET

KITCHEN
VINYL

OWNER'S ENTRY
VINYL

PDR
VINYL

LAUNDRY
VINYL

COAT

DINING ROOM
CARPET

FOYER
LVP

2-CAR GARAGE

16FT x 7FT GARAGE DOOR



## FIREPLACE DETAIL (ELECTRIC ONLY)
TRADITIONAL SURROUND - DEEP MANTLE - FLUSH HEARTH

## MAIN LEVEL FINISHES PLAN

EXECUTIVE
CEILINGS

Drawing name: A__2018_WILLOWMASTER-Willow - MASTER.dwg   YC   Oct 18, 2018  3:32pm



## OWNER'S
### 14'-6" x 1'

48IN 2X4
HALF-WALL



12IN GLASS SHELVES

FINISH TO MATCH VANITY
COUNTERTOP

FRAME OUT ROOM CORNER
TO 48IN W/ DRYWALL FINISH

CABINETS BY OTHERS

## BATH VANITY DETAIL
OWNER'S BATH CORNER CABINET

### LEGEND
| TPH | TOILET PAPER HOLDER | TB | TOWEL BAR |
| TR | TOWEL RING | | |



BEDROOM #4
CARPET

OPEN TO BELOW

BEDROOM #3
CARPET

CLOSET

CLOSET

BATH #3
VINYL

BATH #2
VINYL

LINEN

MEDIA-GAME ROOM
CARPET

OPEN TO
BELOW

BEDROOM #2
CARPET

## UPPER LEVEL FINISHES

# GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

Copyright ©

## WILLOW
FINISHES PLAN
Lot & Development
Address
CITY/STATE/ZIP

| Issue | 2018-10-18 |
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

# 10C
---
---

EXECUTIVE
CEILINGS

## MASTER PLAN REVISION LOG

| REVS BY | DATE | DESCRIPTION | Elev | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | FLYERS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 8/2/2015 | MIRRORED MASTER TO RIGHT HANDED GARAGE. | ALL | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |  |
|  | 9/25/2015 | - MISSING DIMENSIONS ADDED AT OWNER'S BATH / - MISSING DIMENSIONS ADDED AT LAUNDRY / - MISSING DIMENSIONS ADDED AT FIREPLACE / - ENTRY DOORS NOTED AT FOUNDATION PLAN | ALL |  |  | ● | ● |  |  | ● |  | ● |  |  |
|  | 10/2/2015 | - ARCHED OPENING AT KITCHEN-DINING ROOM INCREASED TO 6068 / - FIREPLACE FRAMING DETAIL ADDED SHEET 9E (BAILEY STYLE FIREPLACE) / - DIMENSIONS ADDED AS NEEDED / - NOTES ADDED FOR BEAM AT FRONT PORCH RETURN TO ENTRY WALL (BEAM VERIFIED NOTED IN ROOF TRUSS DOCS) | ALL |  |  |  | X | X |  |  |  | X |  |  |
|  | 10/9/2015 | - FLOWER BOX REMOVED FROM FRONT ELEVATION | EURO |  |  |  | X |  | X | X | X | X | X |  |
|  | 10/9/2015 | - ADDITIONAL CHASE SPACE ADDED AT BEDROOM #3 CLOSET / - CHASE ADDED AT BEDROOM #2 CLOSET / - 4IN TRIM REMOVED ON SIDES AND REAR ELEVATIONS / - KITCHEN-DINING ARCHWAY CHANGED TO 6068, 10IN OFF REF. CORNER / - FIREPLACE FRAMING DETAIL ADDED TO SHEET 9 / - P.D.S. AND HVAC ATTIC MOVED TO OPPOSITE SIDE OF ROOF (**UPDATE TRUSSES**) / - (2) 3060 FIXED WINDOWS ABOVE FAMILY ROOM (AT UPPER LEVEL) CHANGED TO (3) 3030 FIXED WINDOWS. | ALL |  |  |  | X | X | X | X | X | X | X |  |
|  | 11/20/2015 | - CHANGED STANDARD OWNERS BATH LAYOUT (FOOTPRINT REDUCED 5-1/2", AREA CALCS UPDATED) / - ADDED OWNER'S BATH LAYOUT OPTIONS / - ADDED ALTERNATE SECOND FLOOR IN PROGRESS / - MOVED STAIRS 3-1/2" TOWARDS FRONT TO ALIGN WITH WALL AT SECOND FLOOR / - ADDED DETAIL FOR CORNER BATH / SHELVES AT OWNER'S BATH (SH-10 / - GARAGE MAN-DOOR REDUCED TO 2868 TO GIVE MORE ROOM TO SWITCHES / - REFINED STAIR DETAIL TO PLAN SPECIFIC / - LOW VOLTAGE CONNECTIONS MOVED TO UNIQUE LAYER, TO BE SHOWN ON PRESENTATION FLYERS | ALL |  |  |  | X | X | X | X | X | X | X |  |
|  | 12/1/2015 | - FLUSH FIXTURES REPLACED WITH RECESSED FIXTURES AT FRONT PORCH |  |  |  |  |  |  | X | X | X | X |  |  |
|  | 1/13/2016 | - DETAIL SHEET SCHEDULE AND REFERENCES ADDED |  |  |  |  |  |  |  |  |  |  |  |  |
| JAB | 2/3/2016 | - TILE NOTE ADDED AT OWNER'S SHOWER / - ADDED "THICKENED SLAB" NOTE PER REQUEST / - UPDATED JUDGE'S PANEL DETAIL REFERENCE TO IT-6.4 / - VERIFIED COORDINATION BETWEEN FOUNDATION AND MAIN LEVEL PLANS / - UPDATED SECTION REFERENCE - NOTING "HURRICANE CLIPS" / - INCREASED FIREPLACE WIDTH TO 6FT PER REQUEST / - UPDATED FOUNDATION DETAIL GRAPHICS / - MINOR REDLINES | ALL |  |  |  | X | X | X | X | X | X | X |  |
| STW | 2/15/2016 | - 2X6 WALL BALLOON FRAMED NOTED ADDED TO REAR WALL OF FAMILY ROOM FOR 1ST AND 2ND FLR / - DIMENSIONS RE-ALIGNED TO OUTSIDE OF TUBS |  |  |  |  | X | X |  |  |  |  |  |  |
| LGB | 5/26/2016 | - ADDED 2 DBL DOORS IN BEDROOM 3 | ALL |  |  |  | X |  |  |  | X |  | X |  |
| JAB | 7/27/2016 | - REMOVED SCUTTLE DOOR FROM BEDROOM CLOSET, ADDED SCUTTLES AT GARAGE / - ADDED CEILING FAN TO OWNER'S BEDROOM PER STD / - DIMENSIONS ADJUSTED TO SLAB, BRICK LEDGE DIM ADDED / - PUBLISH & RELEASE |  |  |  | X | X | X | X | X | X | X |  |  |
| MK5 | 9/19/2016 | - SIDE-LOAD ELEVATIONS ADDED |  |  |  |  |  |  |  |  |  |  |  | X |
| JAB | 2016-09-27 | - ADDED FLOOR PLAN DETAIL OF OWNER'S BATHROOM SHELF | ALL |  |  |  |  |  |  |  |  |  |  |  |
| LGB | 2016-09-28 | - ADDED SLOPE NOTES TO FNDN / - ADDED BAR HEIGHT NOTE TO KITCHEN / - MOVED DIMENSION TO WASHER IN FNDN | ALL |  |  | X | X |  |  |  |  |  |  |  |
| JAB | 2016-10-03 | - ADDED DETAIL AT OWNER'S BATH VANITY | ALL |  |  |  | X |  |  |  |  |  |  |  |
| JAB | 2016-10-10 | - PUBLISH & RELEASE | ALL |  |  |  |  |  |  |  |  |  |  |  |
| LGB | 2016-10-19 | - SHELF DETAIL UPDATED TO GLASS / - FLOORING BREAK ADDED TO OWNER'S BATH / - DIMENSION TO WASHER IN FNDN / - FNDN NOTES UPDATED | ALL |  |  |  | X |  |  |  |  | X |  |  |
| MFS | 2017-01-05 | - UPDATED WATER HEATER LABEL / - UPDATED GARAGE DOOR LABEL | ALL |  | X |  |  |  |  |  |  |  |  |  |
| MAF | 2017-02-08 | - ADDED 2X6 WALL NOTE AT LAUNDRY / - CHANGED LAYER FOR PDS ON 2ND FLOOR | ALL |  |  |  |  |  |  |  |  |  |  |  |
| JAB | 2017-02-09 | - REMOVED AIRSWITCH FROM DISPOSAL, ADDED STANDARD SINO CHANGE TO FLYERS) | ALL |  |  |  |  |  |  | X |  |  |  |  |
| JAB | 2017-04-03 | - ROOF LINE NOTES ADDED | ALL |  |  |  |  |  |  |  |  |  |  |  |
| JAB | 2017-04-03 | - REMOVED EXTRA TOWEL BAR / - ADDED PENINSULA NOTES | TRAD |  |  |  | X |  |  |  |  |  |  |  |
| MFS | 2017-08-03 | - UPDATED COLUMNS, WATER HEATER, GARAGE DOOR AND PLUMBING FIXTURES / - UPDATED FOUNDATION DETAILS | ALL |  | X |  |  |  |  |  |  |  |  |  |
| JAB | 2017-09-07 | - ADDED SLOPE INDICATORS TO CANOPY ROOF @ PLAN, SECTION AND ELEVATIONS / - ADDED CANOPY TO ROOF PLAN / - ADDED CANOPY TO LEFT ELEVATION / - ADDED CANOPY TO SIDE-LOAD FRONT ELEVATION | EURO | X | X |  |  |  | X |  |  |  |  |  |
| JAB | 2017-09-26 | - UPDATED GARAGE DOOR SYMBOL TO NEW STANDARDS | ALL |  | X |  |  |  |  |  |  |  |  |  |
| CAM | 2017-10-02 | - ADDED GRADE SYMBOL & REORGANIZED ELEVATION CALLOUTS |  |  |  |  |  |  |  |  |  |  |  |  |

| REVS BY | DATE | DESCRIPTION | Elev | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | FLYERS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MFS/JAB | 2018-01-16 | - UPDATED CRAFTMAN CANOPY PER SW / - CHANGED JUDGE'S PANELS CALLOUT / - ADDED CROSS CHECK DIMENSION ON FOUNDATION / - UPDATED GARAGE DOORS IN ELEVATION AND PLAN; ADDED DIMENSIONS / - ADDED BEAMS AT PORCHES ON ROOF PLAN | ALL | X | X | X | X | X | X | X | X | X | X |  |
| CAM | 2018-02-14 | - ADDED ADDITIONAL ELEVATIONS FOR THE LINKS / - UPDATED FOUNDATION PLANS TO REFLECT EWP DESIGN / - UPDATED FLOOR PLANS TO REFLECT EWP DESIGN | ALL | X | X | X | X | X | X | X | X | X | X |  |
| JAB | 2018-02-13 | - 18LF THICKENED SLABS (GRADE BEAMS) ADDED PER EWP DESIGN | ALL |  |  |  | X |  |  |  |  |  |  |  |
| CAM | 2018-04-02 | - REPLACED BRICK W/ HORIZONTAL SIDING @ 2ND FLOOR / - REMOVED FLUSH HEARTH FROM ALL PLANS & OPTIONS / - REMOVED 24IN REF. CAB. FROM ALL PLANS & OPTIONS / - ELEVATION ASSET UPDATES CORRECTED | EURO, ALL |  |  |  | X |  | X |  |  |  |  |  |
| JAB | 2018-06-12 | - CANOPY CHANGED TO STANDARD DETAIL FOR 2040 BRACKET CANOPY (ET-4.0) / - GAS WATER HEATER EXHAUST PATH DEFINED IN OPTION BLOCK / - WATER HEATER SYMBOL UPDATED TO REFLECT 2 WATER HEATER DECORATIVE OPTION | JAB |  | X |  |  |  |  |  |  |  |  |  |
| MFS | 2018-08-30 | - REMOVED CANOPY AT GARAGE ON EURO ELEVATION; ADDED DECORATIVE BRICK PANEL / - UPDATED TUB IN OWNER'S BATH / - ADDED "BUMP-OUT" OPTION BLOCK AT LAUNDRY | MFS |  | X | X | X | X | X | X | X | X | X |  |
| MFS | 2018-09-05 | - UPDATED CRICKET NOTE ON ROOF PLANS & ELEVATIONS | EURO & CRAFTSMAN |  | X |  |  |  | X |  |  |  |  |  |
| CAM | 2018-09-20 | - APPLIED FIRST TOUCH REVISIONS TO FLYERS / - RESTORED 5-WALL-ABV @ OWNER'S BATH FOUNDATION / - CORRECTED COLONIAL SHUTTER SIZE / - MINOR GRAPHIC CORRECTIONS | CAM |  |  |  |  |  |  |  |  |  |  |  |
| JAB | 2018-10-15 | - BATH VANITY SIZES AT BATH #2 AND BATH #3 CORRECTED | ALL |  |  |  | X |  |  | X |  |  |  |  |
| JAB | 2018-10-18 | - STANDARDIZED PORCH & PATIO OPTIONS / - STANDARDIZED OWNER'S BATH OPTIONS | OPTIONS |  |  |  |  |  |  |  |  |  | X |  |
|  | 2018-10-18 | - SIDING OVER FRONT PORCH CHANGED TO BOARD AND BATTEN | EURO | X |  |  |  |  |  |  |  |  |  |  |



Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any of its elements may not be duplicated, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk homes' work without Grayhawk homes' written consent.

GRAYHAWK HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

# WILLOW
## REVISION HISTORY
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

# REVS
---
---

Copyright©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes' written consent.

## Area Calculations

| TRADITIONAL ELEVATION | | |
|---|---|---|
| First Floor | 1626 | SF |
| Second Floor | 1181 | SF |
| Total HTD | 2807 | |
| | | |
| Garage | 429 | SF |
| Front Covered Porch | 155 | SF |
| Rear Covered Porch | 0 | SF |
| Total Under Roof | 3391 | SF |
| Rear Patio | 120 | SF |
| Impervious | 2336 | SF |



FRONT ELEVATION



REAR ELEVATION

## DETAIL SHEET REFERENCE

| DETAIL DESCRIPTION | DETAIL SHEET |
|---|---|
| ELECTRIC WATER HEATER PLATFORM | MD-12 |
| 3FT JUDGE'S PANELS (GSH STYLE) | IT-5.41 |
| 8IN POP-UP CEILING | IT-4.10 |
| DWO ARCH | IT-3.1 |
| | |
| | |
| | |
| CUBBY OPTION (OWNER'S ENTRY OPTION) | IM-10 & IM-11 |
| | |
| | |
| | |

THE ABOVE DETAIL SHEETS ARE REFERENCED IN THIS DOCUMENT SET. SUB-CONTRACTORS ARE TO BE PROVIDED THE SHEETS APPROPRIATE TO THEIR TRADE.

GRAYHAWK HOMES, INC.
2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

WILLOW
ELEVATIONS
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

1T

---
---

## LEFT ELEVATION

Labels on left elevation:
- CONTINUOUS RIDGE VENT
- 8:12
- 12 / 8
- 12 / 8
- 8:12
- FIBERGLASS SHINGLES
- CONTINUOUS RIDGE VENT
- 8:12
- HORIZONTAL SIDING
- 6IN FASCIA
- 6IN FREIZE
- BRICK FINISH
- 8X8 PRE-MANUFACTURED PVC COLUMN
- CEILING HEIGHT
- HEADER HEIGHT
- 8'-0"
- 6IN FASCIA
- UPPER LEVEL SUB FLOOR
- CEILING HEIGHT
- 6IN FREIZE
- HEADER HEIGHT
- 9'-0"
- MAIN LEVEL SUB FLOOR
- CONTINUOUS RIDGE VENT
- 8:12
- 12 / 8
- FIBERGLASS SHINGLES
- 12IN TRIM BAND

## RIGHT ELEVATION

Labels on right elevation:
- CONTINUOUS RIDGE VENT
- 8:12
- C.R.V
- 8:12
- 12 / 8
- CONTINUOUS RIDGE VENT
- 8:12
- 6IN FASCIA
- 6IN FREIZE
- FIBERGLASS SHINGLES
- HORIZONTAL SIDING
- BRICK FACADE AT FRONT ELEVATION
- 12IN TRIM BAND
- C.R.V
- 8:12
- 12 / 8
- CEILING HEIGHT
- HEADER HEIGHT
- UPPER LEVEL SUB FLOOR
- CEILING HEIGHT
- HEADER HEIGHT
- 7'-4" HDR HEIGHT
- MAIN LEVEL SUB FLOOR
- FIBERGLASS SHINGLES
- 8'-0"
- 9'-0"

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes' written consent.

GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

WILLOW
ELEVATIONS
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
| --- | --- |
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

## 2T

---
---

Drawing name: JL_2018_WILLOW MASTER Willow ~ MASTER.dwg   3T   Oct 18, 2018  3:32pm



# FOUNDATION DETAILS

**1** EXTERIOR WALL FOOTER — NO BRICK — NTS
**1A** EXTERIOR WALL FOOTER — WITH BRICK — NTS
**2** GARAGE WALL FOOTER — NO BRICK — NTS
**2A** GARAGE WALL FOOTER — BRICK FINISH — NTS
**3** STEP DOWN AT GARAGE — NTS
**4** INTERIOR BEARING — NTS
**5** PORCH EDGE — NO BRICK — NTS
**6** FOOTING AT PORCH — SLIDING GLASS DOOR — NTS
**7** ENTRY FOOTER — NTS
**8** GARAGE WALL AT PORCH SLAB — NTS



# FOUNDATION PLAN

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes written consent.

## GRAYHAWK HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

## WILLOW FOUNDATION

Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

## 3T

---
---

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes written consent.

## Area Calculations

| TRADITIONAL ELEVATION | | |
|---|---|---|
| First Floor | 1626 | SF |
| Second Floor | 1181 | SF |
| Total HTD | 2807 | SF |
| Garage | 429 | SF |
| Front Covered Porch | 155 | SF |
| Rear Covered Porch | 0 | SF |
| Total Under Roof | 3391 | SF |
| Rear Patio | 120 | SF |
| Impervious | 2336 | SF |



WALL DETAIL

HURRICANE CLIPS AS REQUIRED
2X6 FASCIA BOARD
ROOF BEARING
9'-9⅛"
3" CONT. STRIP VENT.
STANDARD SOFFIT
5X5 CONT. FREIZE BOARD
WINDOW WRAP
WINDOW HEADER TRIM BY STANDARD.
WIN/DOOR HEADER
6'-10"
WINDOW BY DEVELOPMENT STANDARD
4" CONC. SLAB ON 4" GRAVEL BASE ON 6 MIL POLY VAPOR BARRIER
SILICONE SEALANT
BRICK ROW-LOCK, SLOPED 15DEG.
WEEP HOLES @ 24" O.C. CENTERED ON OPENING.
THROUGH-WALL FLASHING
1" AIR SPACE
FIRST FLOOR SLAB
0'-0"
BRICK VENEER
WEEP HOLES @ 32" O.C.
AVG. GRADE
-1'-6"
BRICK SHELF
SOLID GROUT BELOW GRADE & WEEP HOLES.
(2) #4 3N MIN COV.



MAIN LEVEL FLOOR PLAN

PATIO
12'-0" x 10'-0"

W.I.C.

OWNER'S BATH
14'-6" x 18'-6"

BREAKFAST
12'-6" x 10'-0"

FAMILY ROOM
15'-4" x 17'-0"
TRADITIONAL SURROUND - CROWN
MANTLE FRAMING DETAIL SHEET 11

OWNER'S BEDROOM
14'-6" x 15'-0"

KITCHEN
12'-0" x 14'-7"

36" HALF-WALL @ PENINSULA

OWNER'S ENTRY

PDR

LAUNDRY

COAT

DINING ROOM
12'-5" x 13'-1"

FOYER
10'-5" x 18'-3"

BEAM DROPPED W/ BONUS OPTION

2-CAR GARAGE
19'-5" x 21'-5"

16FT x 7FT GARAGE DOOR

3N PLUMBING STUB-UP FOR 2ND FLR
6-DX9-0 PLATFORM AT WH. AS PER MD-12

WH    WH

GRAYHAWK
HOMES, INC.
2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

WILLOW
FLOOR PLANS
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

4T
---
---

EXECUTIVE CEILINGS



ALL INTERIOR SECOND FLOOR
NON-LOAD BEARING WALLS TO BE
F R A M E D  @  2 4"  O.C.

BEDROOM #4
12'-4" x 14'-6"

OPEN TO BELOW

BEDROOM #3
14'-6" x 12'-2"

CLOSET

CLOSET

BATH #3

HALF-WALL

BATH #2

LINEN

MEDIA-GAME ROOM
12'-4" x 15'-0"

OPEN TO
BELOW

HALF-WALL

BEDROOM #2
15'-6" x 12'-6"

ENG FLOOR SYSTEM

6'-8" CLEARANCE

3'-0" MIN

6'-6" MIN
ELEVATION AT FIXTURE
CLEARANCE 6080

1'-9"
FIXTURE
CLEARANCE

STAIR DETAIL

UPPER LEVEL FLOOR PLAN

Copyright ©

All drawings and written material appearing
herein constitute the original and unpublished
work of Grayhawk Homes and the same or
any part thereof may not be duplicated,
distributed, disclosed, or used in any manner
without the written consent of Grayhawk
Homes. Penalties and damages can be
duplicated. Grayhawk Homes' work, without
Grayhawk Homes' written consent.

GRAYHAWK
HOMES, INC.
2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

WILLOW
FLOOR PLANS
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|-------|------------|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

5T
---
---

EXECUTIVE
CEILINGS





ROOF PLAN

Copyright ©

All drawings and written material expressly herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes' work, without Grayhawk Homes' written consent.

**GRAYHAWK**
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

WILLOW
ROOF PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|-------|------------|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

6T

---
---
---

## ELECTRICAL SYMBOLS

| Symbol | Description | Symbol | Description |
|--------|-------------|--------|-------------|
| $ | SWITCH | | RECESSED LIGHT |
| $_3 | 3-WAY SWITCH | | CEILING FAN/LIGHT |
| $_4 | 4-WAY SWITCH | | FLUORESCENT LIGHT |
| | 110V OUTLET | | TRACK LIGHT |
| | 110V SWITCHED OUTLET | | TELEPHONE JACK |
| | 110V G.F.I. OUTLET | | CABLE TELEVISION |
| | 110V WEATHERPROOF OUTLET | | FOOD DISPOSAL |
| | 220V OUTLET | | EXHAUST FAN |
| | THERMOSTAT | | EXHAUST FAN/LIGHT |
| | LIGHT | | SMOKE DETECTOR |
| | PULL CHAIN LIGHT | | WALL FIXTURE |
| | PORCH LIGHT | | PENDANT LIGHT FIX. |
| | GAS CONNECTION | PANEL | ELECTRIC PANEL |
| | SPEAKER | MEDIA | MEDIA PANEL |
| | JUNCTION BOX (FOR PRE-WIRE) | | WALL FIXTURE, INSTALLED AT DOOR HEADER (8'-0 AFF.) |

### NOTE:
1. ALL ELECTRICAL WORK AND MATERIALS TO BE INSTALLED PER NEC, NFPA, LOCAL STATE AND NATIONAL CODE.
2. ANY ELECTRICAL OUTLET SHOWN ON THE PLANS ARE IN ADDITION TO THE STANDARD OUTLETS REQUIRED BY CODE.



MAIN LEVEL ELECTRICAL PLAN

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes written consent.

GRAYHAWK
HOMES, INC.
2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

## WILLOW
### ELECTRICAL PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|-------|------------|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

7T

EXECUTIVE CEILINGS

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes' work, without Grayhawk Homes' written consent.

## ELECTRICAL SYMBOLS

| Symbol | Description | Symbol | Description |
|---|---|---|---|
| $ | SWITCH | | RECESSED LIGHT |
| | 3-WAY SWITCH | | CEILING FAN/LIGHT |
| | 4-WAY SWITCH | | FLUORESCENT LIGHT |
| | 110V OUTLET | | TRACK LIGHT |
| | 110V SWITCHED OUTLET | | TELEPHONE JACK |
| | 110V G.F.I. OUTLET | | CABLE TELEVISION |
| | 110V WEATHERPROOF OUTLET | | FOOD DISPOSAL |
| | 220V OUTLET | | EXHAUST FAN |
| | THERMOSTAT | | EXHAUST FAN/LIGHT |
| | LIGHT | | SMOKE DETECTOR |
| | PULL CHAIN LIGHT | | WALL FIXTURE |
| | PORCH LIGHT | | PENDANT LIGHT FIX. |
| | GAS CONNECTION | PANEL | ELECTRIC PANEL |
| | SPEAKER | MEDIA | MEDIA PANEL |
| | JUNCTION BOX (FOR PRE-WIRES) | | WALL FIXTURE, INSTALLED AT DOOR HEADER (8'-0 A.F.F.) |

NOTE:
1. ALL ELECTRICAL WORK AND MATERIALS TO BE INSTALLED PER NEC, NFPA, LOCAL STATE AND NATIONAL CODE.
2. ANY ELECTRICAL OUTLET SHOWN ON THE PLANS ARE IN ADDITION TO THE STANDARD OUTLETS REQUIRED BY CODE.



Drawing name: J:_2019_WILLOW\MASTER\Willow - MASTER.dwg   8T   Oct 18, 2018   3:32pm

GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

## WILLOW
### ELECTRICAL PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

8T

---
---
---

EXECUTIVE
CEILINGS

UPPER LEVEL ELECTRICAL PLAN
---

Copyright©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes written consent.

GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

## LEGEND

| | | | |
|---|---|---|---|
| TPH | TOILET PAPER HOLDER | TB | TOWEL BAR |
| TR | TOWEL RING | | |



PATIO

W.I.C.
CARPET

OWNER'S BATH
VINYL

BREAKFAST
VINYL

FAMILY ROOM
CARPET
TRADITIONAL SURROUND - CROWN
MANTLE FRAMING DETAIL SHEET 9

OWNER'S BEDROOM
CARPET

KITCHEN
VINYL

8IN POP-UP CLG 9'T-4'10

OWNER'S ENTRY
VINYL

PDR
VINYL
TPH

LAUNDRY
VINYL

COAT

WH    WH

DINING ROOM
CARPET

8IN POP-UP CLG 9'T-4'10

FOYER
LVP

BEAM DROPPED W/ BONUS OPTION

FLUSH BEAM

2-CAR GARAGE

16FT x 7FT GARAGE DOOR

WILLOW
FINISHES PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

9T
---
---



## FIREPLACE DETAIL (ELECTRIC ONLY)
TRADITIONAL SURROUND - DEEP MANTLE - FLUSH HEARTH

MAIN LEVEL FINISHES PLAN
---

EXECUTIVE
CEILINGS



LEGEND

| TPH | TOILET PAPER HOLDER | TB | TOWEL BAR |
|---|---|---|---|
| TR | TOWEL RING | | |

OWNER'S

48IN 2X4
HALF-WALL



10IN GLASS SHELVES

FINISH TO MATCH VANITY
COUNTERTOP

FRAME OUT ROOM CORNER
TO 48IN W/ DRYWALL FINISH

CABINETS BY OTHERS

1'-2"

4'-0"

## BATH VANITY DETAIL
OWNER'S BATH CORNER CABINET



BEDROOM #4
CARPET

OPEN TO BELOW

CLOSET

BEDROOM #3
CARPET

CLOSET

BATH #3
VINYL

HALF-WALL

BATH #2
VINYL

MEDIA-GAME ROOM
CARPET

OPEN TO
BELOW

LINEN

HALF-WALL

BEDROOM #2
CARPET

3050 (F)

## UPPER LEVEL FINISHES

EXECUTIVE
CEILINGS

Copyright ©

All drawings and written material appearing
herein constitute the original and unpublished
work of Grayhawk Homes and the same or
any part thereof may not be duplicated,
distributed, disclosed, or used in any manner
without the written consent of Grayhawk
Homes. Penalties shall apply when user
duplicates Grayhawk Homes work, without
Grayhawk Homes written consent.

GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

WILLOW
FINISHES PLAN

Lot & Development
Address
CITY/STATE/ZIP

| Issue | 2018-10-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

10T
---

## MASTER PLAN REVISION LOG

| REVS BY | DATE | DESCRIPTION | Elev | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | FLYERS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/2/2015 | MIRRORED MASTER TO RIGHT HANDED GARAGE. | ALL | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | |
| | 9/25/2015 | - MISSING DIMENSIONS ADDED AT OWNER'S BATH<br>- MISSING DIMENSIONS ADDED AT LAUNDRY<br>- MISSING DIMENSIONS ADDED AT FIREPLACE<br>- ENTRY DOORS NOTED AT FOUNDATION PLAN<br>- ARCHED OPENING AT KITCHEN-DINING ROOM INCREASED TO 6068 | ALL | | | ● | ● | | ● | | ● | | | |
| | 10/2/2015 | - FIREPLACE FRAMING DETAIL ADDED SHEET 9E (BAILEY STYLE FIREPLACE)<br>- DIMENSIONS ADDED AS NEEDED<br>- NOTES ADDED FOR BEAM AT FRONT PORCH RETURN TO ENTRY WALL (BEAM VERIFIED NOTED IN ROOF TRUSS DOCS) | VERIFIED | | | | X | X | | | | X | | |
| | 10/9/2015 | - FLOWER BOX REMOVED FROM FRONT ELEVATION | EURO | | | | | X | X | X | X | X | X | |
| | 10/9/2015 | - ADDITIONAL CHASE SPACE ADDED AT BEDROOM #3 CLOSET<br>- CHASE ADDED AT BEDROOM #2 CLOSET<br>- 4IN TRIM REMOVED ON SIDES AND REAR ELEVATIONS<br>- KITCHEN-DINING ARCHWAY CHANGED TO 6068, 1IN OFF REF. CORNER<br>- FIREPLACE FRAMING DETAIL ADDED TO SHEET 9<br>- P.D.S. AND HVAC ATTIC MOVED TO OPPOSITE SIDE OF ROOF (UPDATE TRUSSES)<br>- (2) 3050 FIXED WINDOWS ABOVE FAMILY ROOM (AT UPPER LEVEL) CHANGED TO (3) 3030 FIXED WINDOWS | ALL | | | X | X | X | X | X | X | X | | |
| | 11/20/2015 | - CHANGED STANDARD OWNERS BATH LAYOUT (FOOTPRINT REDUCED 5-1/2", AREA CALCS UPDATED)<br>- ADDED OWNER'S BATH LAYOUT OPTIONS<br>- ADDED ALTERNATE SECOND FLOOR IN PROGRESS)<br>- MOVED STAIRS 3-1/2" TOWARDS FRONT TO ALIGN WITH WALL AT SECOND FLOOR<br>- ADDED DETAIL FOR CORNER BATH / SHELVES AT OWNERS BATH (SH-D)<br>- GARAGE MAN-DOOR REDUCED TO 2868 TO GIVE MORE ROOM TO SWITCHES<br>- REFINED STAIR DETAIL TO PLAN SPECIFIC<br>- LOW VOLTAGE CONNECTIONS MOVED TO UNIQUE LAYER, TO BE SHOWN ON PRESENTATION FLYERS | ALL | | | | X | X | X | X | | | | |
| | 12/1/2015 | - FLUSH FIXTURES REPLACED WITH RECESSED FIXTURES AT FRONT PORCH | | | | | | X | X | X | X | | | |
| | 1/13/2016 | - DETAIL SHEET SCHEDULE AND REFERENCES ADDED | | | | | | | | | | | | |
| JA8 | 2/3/2016 | - TILE NOTE ADDED AT OWNERS SHOWER<br>- ADDED "THICKENED SLAB" NOTE PER REQUEST<br>- UPDATED JUDGE'S PANEL DETAIL REFERENCE TO 1T-5.4<br>- VERIFIED COORDINATION BETWEEN FOUNDATION AND MAIN LEVEL PLANS<br>- UPDATED SECTION REFERENCE - NOTING "HURRICANE CLIPS"<br>- INCREASED FIREPLACE WIDTH TO 6FT PER REQUEST<br>- UPDATED FOUNDATION DETAIL GRAPHICS<br>- MINOR REDLINES | ALL | | | | X | X | X | X | | | | |
| STW | 2/15/2016 | - 2X6 WALL BALLOON FRAMED NOTED ADDED TO REAR WALL OF FAMILY ROOM FOR 1ST AND 2ND FLR<br>- DIMENSIONS RE-ALIGNED TO OUTSIDE OF TUBS | | | | | X | X | | | | | | |
| LG8 | 5/26/2016 | - ADDED 2 DBL DOORS IN BEDROOM 3 | ALL | | | | X | | | | X | | X | |
| JA8 | 7/27/2016 | - REMOVED SCUTTLE DOOR FROM BEDROOM CLOSET, ADDED SCUTTLES AT GARAGE<br>- ADDED CEILING FAN TO OWNER'S BEDROOM PER STD<br>- DIMENSIONS ADJUSTED TO SLAB, BRICK LEDGE DIM ADDED<br>- PUBLISH & RELEASE | | | | X | X | X | X | X | X | | | |
| MK5 | 9/19/2016 | - SIDE-LOAD ELEVATIONS ADDED | | | | | | | | | | | | X |
| JA8 | 2016-09-27 | - ADDED FLOOR PLAN DETAIL OF OWNER'S BATHROOM SHELF | ALL | | | | | | | | | | | |
| LG8 | 2016-09-28 | - ADDED SLOPE NOTES TO FNDN<br>- ADDED BAR HEIGHT NOTE TO KITCHEN<br>- MOVED DIMENSION TO WASHER IN FNDN | ALL | | | X | X | | | | | | | |
| JA8 | 2016-10-03 | - ADDED DETAIL AT OWNER'S BATH VANITY<br>- ADDED LOFT RT. DIAGRAM TO FLYERS | ALL | | | | | | | | | | | |
| JA8 | 2016-10-10 | - PUBLISH & RELEASE | ALL | | | | | | | | | | | |
| LG8 | 2016-10-19 | - SHELF DETAIL UPDATED TO GLASS<br>- FLOORING BREAK ADDED TO OWNER'S BATH<br>- DIMENSION TO WASHER IN FNDN<br>- FNDN NOTES UPDATED | ALL | | | | X | | | | | X | | |
| MF3 | 2017-01-05 | - UPDATED WATER HEATER LABEL | ALL | | X | | | | | | | | | |
| MAF | 2017-02-08 | - UPDATED WATER HEATER DETAIL<br>- CHANGED LAYER FOR PDS ON 2ND FLOOR | ALL | | | | | | | | | | | |
| JA8 | 2017-02-09 | - REMOVED AIRSWITCH FROM DISPOSAL, ADDED STANDARD SW(NO CHANGE TO FLYERS) | ALL | | | | | | | X | | | | |
| JA8 | 2017-04-03 | - ROOF LINE NOTES ADDED<br>- REMOVED EXTRA TOWEL BAR | TRAD | | | | X | | | | | | | |
| MF5 | 2017-08-03 | - ADDED PENINSULA NOTES<br>- UPDATED COLUMNS, WATER HEATER, GARAGE DOOR AND PLUMBING FIXTURES<br>- UPDATED FOUNDATION DETAILS | ALL | X | X | X | X | X | X | X | X | | | |
| JA8 | 2017-09-07 | - ADDED SLOPE INDICATORS TO CANOPY ROOF @ PLAN, SECTION AND ELEVATIONS<br>- ADDED CANOPY TO ROOF PLAN<br>- ADDED CANOPY TO LEFT ELEVATION<br>- ADDED CANOPY TO SIDE-LOAD FRONT ELEVATION | EURO | | X | X | | | X | | | | | |
| JA8 | 2017-09-26 | - UPDATED GARAGE DOOR SYMBOL TO NEW STANDARDS | ALL | | X | | | | | | | | | |
| CAM | 2017-10-02 | - ADDED GRADE SYMBOL & REORGANIZED ELEVATION CALLOUTS | | | | | | | | | | | | |

| REVS BY | DATE | DESCRIPTION | Elev | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | FLYERS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MFS/JAB | 2018-01-16 | - UPDATED CRAFTMAN CANOPY PER SW<br>- CHANGED JUDGE'S PANELS CALLOUT<br>- ADDED CROSS CHECK DIMENSION ON FOUNDATION<br>- UPDATED GARAGE DOORS IN ELEVATION AND PLAN, ADDED DIMENSIONS<br>- ADDED BEAMS AT PORCHES ON ROOF PLAN | ALL | X | X | X | X | X | X | X | X | X | X | |
| CAM | 2018-02-14 | - ADDED ADDITIONAL ELEVATIONS FOR THE LINKS<br>- UPDATED FOUNDATION PLANS TO REFLECT EWP DESIGN<br>- UPDATED FLOOR PLANS TO REFLECT EWP DESIGN | ALL | X | X | X | X | X | X | X | X | X | X | |
| JAB | 2018-02-13 | - 18LF THICKENED SLABS (GRADE BEAMS) ADDED PER EWP DESIGN | ALL | | | | X | | | | | | | |
| CAM | 2018-04-02 | - REPLACED BRICK W/ HORIZONTAL SIDING @ 2ND FLOOR<br>- REMOVED FLUSH HEARTH FROM ALL PLANS & OPTIONS<br>- REMOVED 24IN REF. CAB. FROM ALL PLANS & OPTIONS<br>- ELEVATION ASSET UPDATES CORRECTED | EURO, ALL | X | | | | | | | | | | |
| JAB | 2018-06-12 | - CANOPY CHANGED TO STANDARD DETAIL FOR 2040 BRACKET CANOPY (ET-4.03)<br>- GAS WATER HEATER EXHAUST PATH DEFINED IN OPTION BLOCK<br>- WATER HEATER SYMBOL UPDATED TO REFLECT 2' WATER HEATER DECORATIVE OF PLAN | | | | | | | | | | | | |
| MFS | 2018-08-30 | - REMOVED CANOPY AT GARAGE ON EURO ELEVATION, ADDED DECORATIVE BRICK PANEL<br>- UPDATED TUB IN OWNER'S BATH<br>- ADDED "BUMP-OUT" OPTION BLOCK AT LAUNDRY | ALL | X | X | X | X | X | X | X | X | X | X | |
| MFS | 2018-09-05 | - UPDATED CRICKET NOTE ON ROOF PLANS & ELEVATIONS | EURO & CRAFTSMAN | X | | | X | | | | | | | |
| CAM | 2018-09-20 | - APPLIED FIRST TOUCH REVISIONS TO FLYERS<br>- RESTORED 5-WALL-ABV @ OWNER'S BATH FOUNDATION<br>- CORRECTED COLONIAL SHUTTER SIZE<br>- MINOR GRAPHIC CORRECTIONS | | | | | | | | | | | | |
| JAB | 2018-10-15 | - BATH VANITY SIZES AT BATH #2 AND BATH #3 CORRECTED | ALL | | | | | X | | X | | X | | |
| JAB | 2018-10-18 | - STANDARDIZED PORCH & PATIO OPTIONS<br>- STANDARDIZED OWNER'S BATH OPTIONS | OPTIONS | | | | | | | | | | | X |
| | 2018-10-18 | - SIDING OVER FRONT PORCH CHANGED TO BOARD AND BATTEN | EURO | X | | | | | | | | | | |

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, used, or disclosed without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes written consent.

# GRAYHAWK
### HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

## WILLOW
## REVISION HISTORY

Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

# REVS
---
---
---

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk homes work without Grayhawk Homes' written consent.

GRAYHAWK
H O M E S,   I N C.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

## Area Calculations

EURO ELEVATION

| | | |
|---|---|---|
| First Floor | 1626 | SF |
| Second Floor | 1181 | SF |
| Total HTD | 2807 | |
| | | |
| Garage | 429 | SF |
| Front Covered Porch | 162 | SF |
| Rear Covered Porch | 0 | SF |
| Total Under Roof | 3398 | SF |
| Rear Patio | 120 | SF |
| Impervious | 2344 | SF |



FRONT ELEVATION

## DETAIL SHEET REFERENCE

| DETAIL DESCRIPTION | DETAIL SHEET |
|---|---|
| ELECTRIC WATER HEATER PLATFORM | MD-12 |
| 3FT JUDGES PANELS (GiiH STYLE) | IT-5.41 |
| 8IN POP-UP CEILING | IT-4.10 |
| COFFERED CEILING | IT-4.20 |
| DWO ARCH | IT-3.1 |
| GARAGE CANOPY W/ 2040 BRACKETS | ET-4.00 |
| | |
| | |
| CUBBY OPTION (OWNER'S ENTRY OPTION) | IM-10 & IM-11 |
| | |
| | |
| | |

THE ABOVE DETAIL SHEETS ARE REFERENCED IN THIS DOCUMENT SET. SUB-CONTRACTORS ARE TO BE PROVIDED THE SHEETS APPROPRIATE TO THEIR TRADE.



REAR ELEVATION

WILLOW
ELEVATIONS

Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

# 1E

---
---



LEFT ELEVATION

RIGHT ELEVATION

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes' written consent.

GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

WILLOW
ELEVATIONS
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|-------|------------|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

2E
---
---



# FOUNDATION DETAILS

**1 — EXTERIOR WALL FOOTER** — NO BRICK — NTS
- 4" CONC. SLAB (MIN) W/ FIBER MESH REINFORCEMENT ON 4" MIN. GRANULAR BASE ON 6 MIL. POLYETHYLENE VAPOR BARRIER
- FIRST FLOOR SLAB
- AVG. GRADE
- (2) #4 CONT. REBAR 3" MIN. COV.

**1A — EXTERIOR WALL FOOTER** — WITH BRICK — NTS
- 4" CONC. SLAB (MIN) W/ FIBER MESH REINFORCEMENT ON 4" MIN. GRANULAR BASE ON 6 MIL. POLYETHYLENE VAPOR BARRIER
- FIRST FLOOR SLAB
- AVG. GRADE
- 4" BRICK SHELF
- (2) #4 CONT. REBAR 3" MIN. COV.

**2 — GARAGE WALL FOOTER** — NO BRICK — NTS
- CONC. SLAB
- 3" CURB - U.O.N. (SEE PLAN)
- FIRST FLOOR SLAB
- GARAGE SLAB
- AVG. GRADE
- (2) #4 CONT. REBAR 3" MIN. COV.

**2A — GARAGE WALL FOOTER** — BRICK FINISH — NTS
- CONC. SLAB
- 3" CURB - U.O.N. (SEE PLAN)
- FIRST FLOOR SLAB
- GARAGE SLAB
- AVG. GRADE
- (2) #4 CONT. REBAR 3" MIN. COV.

**3 — STEP DOWN AT GARAGE** — NTS
- CONC. SLAB
- FIRST FLOOR SLAB
- GARAGE SLAB
- AVG. GRADE
- (2) #4 CONT. REBAR 3" MIN. COV.

**4 — INTERIOR BEARING** — NTS
- CONC. SLAB
- FIRST FLOOR SLAB
- GARAGE SLAB
- (2) #4 CONT. REBAR 3" MIN. COV.

**5 — PORCH EDGE** — NO BRICK — NTS
- CONC. SLAB
- FIRST FLOOR SLAB
- 1-1/2" POURED LIP
- RECESS FOR SLDR
- CONC. SLAB
- AVG. GRADE
- PORCH SLAB
- (5) #4 CONT. REBAR 3" MIN. COV.

**6 — FOOTING AT PORCH** — SLIDING GLASS DOOR — NTS
- FIRST FLOOR SLAB
- 4N BRICK LEDGE (WHERE APPLICABLE)
- (2) #4 CONT. REBAR 3" MIN. COV.

**7 — ENTRY FOOTER** — NTS
- FIRST FLOOR SLAB
- PORCH SLAB
- 4N BRICK LEDGE (WHERE APPLICABLE)
- (2) #4 CONT. REBAR 3" MIN. COV.

**8 — GARAGE WALL AT PORCH SLAB** — NTS
- CONC. SLAB
- 3" CURB - U.O.N. (SEE PLAN)
- FIRST FLOOR SLAB
- GARAGE SLAB
- AVG. GRADE
- PORCH SLAB
- 4N BRICK LEDGE (WHERE APPLICABLE)
- (2) #4 CONT. REBAR 3" MIN. COV.



# FOUNDATION PLAN

- UNEXCAVATED — 4" CONC. SLAB (MIN) W/ FIBER MESH REINFORCEMENT — 4" THICK MIN. GRAVEL BASE
- UNEXCAVATED — 4" CONC. SLAB (MIN) W/ FIBER MESH REINFORCEMENT — 4" THICK MIN. GRANULAR BASE ON 6 MIL. POLYETHYLENE VAPOR BARRIER
- UNEXCAVATED — 4" CONC. SLAB (MIN) W/ FIBER MESH REINFORCEMENT — 4" THICK MIN. GRAVEL BASE
- UNEXCAVATED — 4" CONC. SLAB (MIN) W/ FIBER MESH REINFORCEMENT — 4" THICK MIN. GRAVEL BASE
- 7'-6" SGD
- SLOPE
- THICKENED SLAB
- 7-5"X2'-6" FOOTING AT POINT LOADS W/ (2) #4 REBAR
- 3N PLUMBING STUB-UP FOR 2ND FLR
- TIE PORCH SLAB TO MAIN FOUNDATION W/ REBAR TIES @ 12" O.C. PORCH SLAB SLOPES ¼" PER FOOT
- 24x24 EXPANDED FOOTINGS AT COLUMN LOCATIONS

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes' written consent.

## GRAYHAWK HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

## WILLOW FOUNDATION

Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

## 3E

---
---



WALL DETAIL



MAIN LEVEL FLOOR PLAN

### Area Calculations

| EURO ELEVATION | | |
|---|---|---|
| First Floor | 1626 | SF |
| Second Floor | 1181 | SF |
| Total HTD | 2807 | SF |
| Garage | 429 | SF |
| Front Covered Porch | 162 | SF |
| Rear Covered Porch | 0 | SF |
| Total Under Roof | 3398 | SF |
| Rear Patio | 120 | SF |
| Impervious | 2344 | SF |

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes written consent.

GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

WILLOW
FLOOR PLANS
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

4E
---
---

EXECUTIVE
CEILINGS



ALL INTERIOR SECOND FLOOR
NON-LOAD BEARING WALLS TO BE
F R A M E D  @  24"  O.C.

Copyright ©

All drawings and written material appearing
herein constitute the original and unpublished
work of Grayhawk Homes and the same or
any part thereof may not be duplicated,
distributed, disclosed, or used in any manner
without the written consent of Grayhawk
Homes. Penalties shall apply when user
duplicates Grayhawk homes work, without
Grayhawk Homes' written consent.

GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

WILLOW
FLOOR PLANS
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

5E
---
---

EXECUTIVE
CEILINGS

BEDROOM #4
12'-4" x 14'-6"

OPEN TO BELOW

CLOSET

BEDROOM #3
14'-6" x 12'-2"

CLOSET

BATH #3

HALF-WALL

TUB/SHWR INSERT

BATH #2

LINEN

MEDIA-GAME ROOM
12'-4" x 15'-0"

OPEN TO
BELOW

HALF-WALL

BEDROOM #2
15'-6" x 12'-6"

OPTIONAL BONUS
11'-7" x 10'-3"

ENG FLOOR SYSTEM

6'-8" MIN
CLEARANCE

6'-8" MIN
CLEARANCE AT
FIXTURE (6083)

ELEVATION AT MASTER

1'-9"
FIXTURE
CLEARANCE

STAIR DETAIL

UPPER LEVEL FLOOR PLAN



BARGE RAFTER DETAIL (2 PIECES)
EURO ELEVATION ONLY          SCALE: 1-1/2" = 1'-0"

ROOF PLAN

RIDGE
RIDGE
8:12
8:12
8:12
8:12
HVAC AT ATTIC
OVER-FRAME CRICKETS PAST ADJACENT CORNERS - APPLY PEEL & STICK ROOF MEMBRANE
VALLEY
VALLEY
RIDGE
14:12
14:12
SWEEP
3:12
VALLEY
BREAK
4:12
5:12

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the sons or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Provided and apply when user duplicates Grayhawk Homes work, without Grayhawk Homes' written consent.

GRAYHAWK
HOMES, INC.
2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

WILLOW
ROOF PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
| --- | --- |
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

6E
---
---

## ELECTRICAL SYMBOLS

| Symbol | Description | Symbol | Description |
|---|---|---|---|
| $ | SWITCH | | RECESSED LIGHT |
| $_3$ | 3-WAY SWITCH | | CEILING FAN/LIGHT |
| $_4$ | 4-WAY SWITCH | | FLUORESCENT LIGHT |
| | 110V OUTLET | | TRACK LIGHT |
| | 110V SWITCHED OUTLET | | TELEPHONE JACK |
| | 110V G.F.I. OUTLET | | CABLE TELEVISION |
| | 110V WEATHERPROOF OUTLET | | FOOD DISPOSAL |
| | 220V OUTLET | | EXHAUST FAN |
| | THERMOSTAT | | EXHAUST FAN/LIGHT |
| | LIGHT | | SMOKE DETECTOR |
| | PULL CHAIN LIGHT | | WALL FIXTURE |
| | PORCH LIGHT | | PENDANT LIGHT FIX. |
| | GAS CONNECTION | PANEL | ELECTRIC PANEL |
| | SPEAKER | MEDIA | MEDIA PANEL |
| | JUNCTION BOX (FOR PRE-WIRE) | | WALL FIXTURE, INSTALLED AT DOOR HEADER (6'-0 AFF.) |

**NOTE:**
1. ALL ELECTRICAL WORK AND MATERIALS TO BE INSTALLED PER NEC, NFPA, LOCAL STATE AND NATIONAL CODE.
2. ANY ELECTRICAL OUTLET SHOWN ON THE PLANS ARE IN ADDITION TO THE STANDARD OUTLETS REQUIRED BY CODE.



Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes' work, without Grayhawk Homes' written consent.

## GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

## WILLOW
ELECTRICAL PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

## 7E
---
---

MAIN LEVEL ELECTRICAL PLAN

EXECUTIVE CEILINGS

## ELECTRICAL SYMBOLS

| Symbol | Description | Symbol | Description |
|---|---|---|---|
| $ | SWITCH | | RECESSED LIGHT |
| $3 | 3-WAY SWITCH | | CEILING FAN/LIGHT |
| $4 | 4-WAY SWITCH | | FLUORESCENT LIGHT |
| | 110V OUTLET | | TRACK LIGHT |
| | 110V SWITCHED OUTLET | | TELEPHONE JACK |
| | 110V G.F.I. OUTLET | | CABLE TELEVISION |
| | 110V WEATHERPROOF OUTLET | | FOOD DISPOSAL |
| | 220V OUTLET | | EXHAUST FAN |
| | THERMOSTAT | | EXHAUST FAN/LIGHT |
| | LIGHT | | SMOKE DETECTOR |
| | PULL CHAIN LIGHT | | WALL FIXTURE |
| | PORCH LIGHT | | PENDANT LIGHT FIX. |
| | GAS CONNECTION | PANEL | ELECTRIC PANEL |
| | SPEAKER | MEDIA | MEDIA PANEL |
| | JUNCTION BOX (FOR PRE-WIRE) | | WALL FIXTURE, INSTALLED AT DOOR HEADER (81-0 AFF.) |

### NOTE:
1. ALL ELECTRICAL WORK AND MATERIALS TO BE INSTALLED PER NEC, NFPA, LOCAL STATE AND NATIONAL CODE.
2. ANY ELECTRICAL OUTLET SHOWN ON THE PLANS ARE IN ADDITION TO THE STANDARD OUTLETS REQUIRED BY CODE.



## UPPER LEVEL ELECTRICAL PLAN

Copyright©

All drawings and written material expressly appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes' work, without Grayhawk Homes' written consent.

## GRAYHAWK HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

## WILLOW
### ELECTRICAL PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

## 8E

EXECUTIVE CEILINGS

Copyright ©

All drawings and written material appearing herein constitutes the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes written consent.



**LEGEND**

| TPH | TOILET PAPER HOLDER | TB | TOWEL BAR |
| TR | TOWEL RING | | |

PATIO

W.I.C.
CARPET

OWNER'S BATH
VINYL

BREAKFAST
VINYL

FAMILY ROOM
CARPET
TRADITIONAL SURROUND - CROWN
MANTLE FRAMING DETAIL SHEET 9

OWNER'S BEDROOM
CARPET

KITCHEN
VINYL

OWNER'S ENTRY
VINYL

LAUNDRY
VINYL

PDR
VINYL

COAT

DINING ROOM
CARPET

FOYER
LVP

2-CAR GARAGE

## FIREPLACE DETAIL  (ELECTRIC ONLY)
TRADITIONAL SURROUND - DEEP MANTLE - FLUSH HEARTH

MAIN LEVEL FINISHES PLAN

GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

WILLOW
FINISHES PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

EXECUTIVE
CEILINGS

9E
---
---



LEGEND

| TPH | TOILET PAPER HOLDER | TB | TOWEL BAR |
| TR | TOWEL RING | | |

48IN 2X4
HALF-WALL

FLUSH



12IN GLASS SHELVES

FINISH TO MATCH VANITY
COUNTERTOP

FRAME OUT ROOM CORNER
TO 48IN W/ DRYWALL FINISH

CABINETS BY OTHERS

BATH VANITY DETAIL

OWNER'S BATH CORNER CABINET



UPPER LEVEL FINISHES

GRAYHAWK
HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

Copyright ©

All drawings and written material appearing
herein constitute the original and unpublished
work of Grayhawk Homes and the same or
any part thereof may not be duplicated,
distributed, disclosed, or used in any manner
without the written consent of Grayhawk
Homes. Penalties and apply when user
duplicates Grayhawk Homes work, without
Grayhawk Homes written consent.

WILLOW
FINISHES PLAN
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

10E

EXECUTIVE
CEILINGS

## MASTER PLAN REVISION LOG

| REVS BY | DATE | DESCRIPTION | Elev | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | FLYERS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/2/2015 | MIRRORED MASTER TO RIGHT HANDED GARAGE | ALL | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| | 9/25/2015 | - MISSING DIMENSIONS ADDED AT OWNER'S BATH<br>- MISSING DIMENSIONS ADDED AT LAUNDRY<br>- MISSING DIMENSIONS ADDED AT FIREPLACE<br>- ENTRY DOORS NOTED AT FOUNDATION PLAN<br>- ARCHED OPENING AT KITCHEN-DINING ROOM INCREASED TO 6068 | ALL | | | ● | ● | | ● | | ● | ● | | |
| | 10/2/2015 | - FIREPLACE FRAMING DETAIL ADDED SHEET 9E (BAILEY STYLE FIREPLACE)<br>- DIMENSIONS ADDED AS NEEDED<br>- NOTES ADDED FOR BEAM AT FRONT PORCH RETURN TO ENTRY WALL (BEAM VERIFIED NOTED IN ROOF TRUSS DOCS) | VERIFIED | | | | X | X | | | | X | | |
| | 10/9/2015 | - FLOWER BOX REMOVED FROM FRONT ELEVATION | EURO | | | | | X | X | X | X | X | X | |
| | 10/9/2015 | - ADDITIONAL CHASE SPACE ADDED AT BEDROOM #3 CLOSET<br>- CHASE ADDED AT BEDROOM #2 CLOSET<br>- AIN TRIM REMOVED ON SIDES AND REAR ELEVATIONS<br>- KITCHEN-DINING ARCHWAY CHANGED TO 6068, DIM OFF REF. CORNER<br>- FIREPLACE FRAMING DETAIL ADDED TO SHEET 9<br>- P.D.S. AND HVAC ATTIC MOVED TO OPPOSITE SIDE OF ROOF (UPDATE TRUSSES)<br>- (2) 3060 FIXED WINDOWS ABOVE FAMILY ROOM (AT UPPER LEVEL) CHANGED TO (3) 3030 FIXED WINDOWS | ALL | | X | X | X | X | X | X | X | X | | |
| | 11/20/2015 | - CHANGED STANDARD OWNERS BATH LAYOUT (FOOTPRINT REDUCED 5-1/2", AREA CALCS UPDATED)<br>- ADDED OWNERS BATH LAYOUT OPTIONS<br>- ADDED ALTERNATE SECOND FLOOR IN PROGRESS<br>- MOVED STAIRS 3-1/2" TOWARDS FRONT TO ALIGN WITH WALL AT SECOND FLOOR<br>- ADDED DETAIL FOR CORNER BATH / SHELVES AT OWNERS BATH<br>- GARAGE MAN-DOOR REDUCED TO 2868 TO GIVE MORE ROOM TO SWITCHES<br>- REFINED STAIR DETAIL TO PLAN SPECIFIC<br>- LOW VOLTAGE CONNECTIONS MOVED TO UNIQUE LAYER, TO BE SHOWN ON PRESENTATION FLYERS | ALL | | X | X | X | X | X | X | X | X | | |
| | 12/1/2016 | - FLUSH FIXTURES REPLACED WITH RECESSED FIXTURES AT FRONT PORCH | | | | | | | X | X | X | X | | |
| | 1/13/2016 | - DETAIL SHEET SCHEDULE AND REFERENCES ADDED | | | | | | | | | | | | |
| JAB | 2/3/2016 | - TILE NOTE ADDED AT OWNERS SHOWER<br>- ADDED "THICKENED SLAB" NOTE PER REQUEST<br>- UPDATED JUDGE'S PANEL DETAIL REFERENCE TO IT-5.4<br>- VERIFIED COORDINATION BETWEEN FOUNDATION AND MAIN LEVEL PLANS<br>- UPDATED SECTION REFERENCE - NOTING "HURRICANE CLIPS"<br>- INCREASED FIREPLACE WIDTH TO 6FT PER REQUEST<br>- UPDATED FOUNDATION DETAIL GRAPHICS<br>- MINOR REDLINES | ALL | X | X | X | X | X | X | X | X | X | | |
| STW | 2/15/2016 | - 2X6 WALL BALLOON FRAMED NOTED ADDED TO REAR WALL OF FAMILY ROOM FOR 1ST AND 2ND FLR<br>- DIMENSIONS RE-ALIGNED TO OUTSIDE OF TUBS | | | | | X | X | | | | | | |
| LGB | 5/26/2016 | - ADDED 2 DBL DOORS IN BEDROOM 3 | ALL | | | | X | | | | X | | X | |
| JAB | 7/27/2016 | - REMOVED SCUTTLE DOOR FROM BEDROOM CLOSET, ADDED SCUTTLES AT GARAGE<br>- ADDED CEILING FAN TO OWNER'S BEDROOM PER STD<br>- DIMENSIONS ADJUSTED TO SLAB, BRICK LEDGE DIM ADDED<br>- PUBLISH & RELEASE | | | | X | X | X | X | X | X | X | | |
| MK5 | 9/19/2016 | - SIDE-LOAD ELEVATIONS ADDED | | | | | | | | | | | | X |
| JAB | 2016-09-27 | - ADDED FLOOR PLAN DETAIL OF OWNER'S BATHROOM SHELF | ALL | | | | | | | | | | | |
| LGB | 2016-09-28 | - ADDED SLOPE NOTES TO FNDN<br>- ADDED BAR HEIGHT NOTE TO KITCHEN<br>- MOVED DIMENSION TO WASHER IN FNDN | ALL | | | X | X | | | | | | | |
| JAB | 2016-10-03 | - ADDED DETAIL AT OWNER'S BATH VANITY | ALL | | | | | | | | | | | |
| JAB | 2016-10-10 | - ADDED LOT FIT DIAGRAM TO FLYERS | ALL | | | | | | | | | | | X |
| JAB | 2016-10-10 | - PUBLISH & RELEASE | ALL | | | | | | | | | | | |
| LGB | 2016-10-19 | - SHELF DETAIL UPDATED TO GLASS<br>- FLOORING BREAK ADDED TO OWNER'S BATH<br>- DIMENSION TO WASHER IN FNDN<br>- FNDN NOTES UPDATED | ALL | | | | X | | | | | X | | |
| MFS | 2017-01-05 | - UPDATED WATER HEATER LABEL<br>- UPDATED GARAGE DOOR LABEL | ALL | X | | | | | | | | | | |
| MAF | 2017-02-08 | - CHANGED LAYER FOR PDS ON 2ND FLOOR | ALL | | | X | | | | | | | | |
| JAB | 2017-02-09 | - REMOVED AIRSWITCH FROM DISPOSAL, ADDED STANDARD SINO CHANGE TO FLYERS) | ALL | | | | | | | X | | | | |
| JAB | 2017-04-03 | - ROOF LINE NOTES ADDED | ALL | | | X | | | | | | | | |
| JAB | 2017-04-03 | - REMOVED EXTRA TOWEL BAR | TRAD | | | | X | | | | | | | |
| MFS | 2017-08-03 | - ADDED PENINSULA NOTES<br>- UPDATED COLUMNS, WATER HEATER, GARAGE DOOR AND PLUMBING FIXTURES<br>- UPDATED FOUNDATION DETAIL | ALL | X | X | X | X | X | X | X | X | | | |
| JAB | 2017-09-07 | - ADDED SLOPE INDICATORS TO CANOPY ROOF @ PLAN, SECTION AND ELEVATIONS<br>- ADDED CANOPY TO ROOF PLAN<br>- ADDED CANOPY TO LEFT ELEVATION<br>- ADDED CANOPY TO SIDE-LOAD FRONT ELEVATION | EURO | X | X | | | | X | | | | | |
| JAB | 2017-09-26 | - UPDATED GARAGE DOOR SYMBOL TO NEW STANDARDS | ALL | | X | | | | | | | | | |
| CAM | 2017-10-02 | - ADDED GRADE SYMBOL & REORGANIZED ELEVATION CALLOUTS | | | X | | | | | | | | | |
| MFS/JAB | 2018-01-16 | - UPDATED CRAFTMAN CANOPY PER SW<br>- CHANGED JUDGE'S PANELS CALLOUT<br>- ADDED CROSS CHECK DIMENSION ON FOUNDATION<br>- UPDATED GARAGE DOORS IN ELEVATION AND PLAN, ADDED DIMENSIONS<br>- ADDED BEAMS AT PORCHES ON ROOF PLAN | ALL | X | X | X | X | X | X | X | X | X | X | |
| CAM | 2018-02-14 | - ADDED ADDITIONAL ELEVATIONS FOR THE LINKS<br>- UPDATED FOUNDATION PLANS TO REFLECT EWP DESIGN<br>- UPDATED FLOOR PLANS TO REFLECT EWP DESIGN | ALL | X | X | X | X | X | X | X | X | X | X | |
| JAB | 2018-02-13 | - 18LF THICKENED SLAB (GRADE BEAMS ADDED PER EWP DESIGN | ALL | | | | | X | | | | | | |
| CAM | 2018-04-02 | - REPLACED BRICK W/ HORIZONTAL SIDING @ 2ND FLOOR<br>- REMOVED FLUSH HEARTH FROM ALL PLANS & OPTIONS<br>- REMOVED 24IN REF. CAB. FROM ALL PLANS & OPTIONS<br>- ELEVATION ASSET UPDATES CORRECTED | EURO, ALL | X | | | | | | | | | | |
| JAB | 2018-06-12 | - CANOPY CHANGED TO STANDARD DETAIL FOR 2040 BRACKET CANOPY (ET-400)<br>- GAS WATER HEATER EXHAUST PATH DEFINED IN OPTION BLOCK<br>- WATER HEATER SYMBOL UPDATED TO REFLECT 2 WATER HEATER DECORATIVE OF PLAN | ALL | | X | X | X | X | X | X | X | X | X | |
| MFS | 2018-08-30 | - REMOVED CANOPY AT GARAGE ON EURO ELEVATION, ADDED DECORATIVE BRICK PANEL<br>- UPDATED TUB IN OWNER'S BATH<br>- ADDED "BUMP-OUT" OPTION BLOCK AT LAUNDRY | | X | | X | X | X | X | X | X | X | X | |
| MFS | 2018-09-05 | - UPDATED CRICKET NOTE ON ROOF PLANS & ELEVATIONS | EURO & CRAFTSMAN | X | | | | X | | | | | | |
| CAM | 2018-09-20 | - APPLIED FIRST TOUCH REVISIONS TO FLYERS<br>- RESTORED 5-WALL-ABV @ OWNER'S BATH FOUNDATION<br>- CORRECTED COLONIAL SHUTTER SIZE<br>- MINOR GRAPHIC CORRECTIONS | | | | | | | | | | | | |
| JAB | 2018-10-15 | - BATH VANITY SIZES AT BATH #2 AND BATH #3 CORRECTED | ALL | | | | X | | | | X | | | |
| JAB | 2018-10-18 | - STANDARDIZED PORCH & PATIO OPTIONS<br>- STANDARDIZED OWNERS BATH OPTIONS | OPTIONS | | | | | | | | | | | X |
| JAB | 2018-10-18 | - SIDING OVER FRONT PORCH CHANGED TO BOARD AND BATTEN | EURO | | X | | | | | | | | | |

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same may not be duplicated, used or disclosed without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work without Grayhawk Homes' written consent.

GRAYHAWK HOMES, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

## WILLOW
## REVISION HISTORY
Lot & Development
Address
CITYSTATEZIP

| Issue | 2018-10-18 |
|---|---|
| DRAWN | --- |
| | --- |
| | --- |
| | --- |
| | --- |
| | --- |

# REVS
---
---

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed or used in any manner without the written consent of Grayhawk Homes. Parties and individuals shall apply, when user duplicates, Grayhawk Homes work, without Grayhawk Homes' written consent.

## CASING DETAIL
4IN SIMPLE WRAP TRIM STYLE

## CASING DETAIL
4IN STILES & APRON W/ BUILT-UP
CROWN HEAD DETAIL.

SLOPED SHELF
8IN HEAD
1IN BAND
4IN STILE
2IN SILL
4IN APRON
4IN HEAD
4IN STILE
4IN APRON

### 8IN HEAD DETAIL

4IN CAP, SLOPED @ 6DEG. CUT OFF FROM 1X12 MEMBER USED AS HEAD

EC49 CROWN OR SIMILAR 3"X2" CROWN, MITER & RETURN AT EITHER END.

1X12 HEADER BAND (7-1/4" BAND) CUT OFF 4IN OF MATERIAL AT 60DEG AND INVERT AS CAP.

1X2 BOTTOM BAND W/ 1IN PROJECTIONS EITHER SIDE.



CONTINUOUS RIDGE VENT

SHAKE SIDING
6IN FASCIA
6IN FREIZE
DIMENSIONAL SINGLES
HORIZONTAL SIDING
SHAKE SIDING
HORIZONTAL SIDING
SONOMA STYLE GARAGE DOOR W/ HARDWARE - 16-0X7-0
PRE-MANUFACTURED TAPERED COLUMN ON FIBER CEMENT PANELED BASE

PRARIE STYLE SHUTTERS
6IN CORNER BOARD ASSEMBLY
POST & BEAM STYLE TRIM - 4IN STILES & APRON W/ BUILT UP CROWN DETAIL
6IN WATER TABLE BAND
CEMENTIOUS FINISH OVER EXPOSED FOUNDATION
ENTRY DOOR - ½ GLASS OVER 2 PANEL CRAFTSMAN W/ (2) SIDE-LITES
DIMENSIONAL SINGLES

### FRONT ELEVATION

### Area Calculations

| TRADITIONAL ELEVATION | | |
|---|---|---|
| First Floor | 1620 | SF |
| Second Floor | 921 | SF |
| Total HTD | 2541 | SF |
| Garage | 437 | SF |
| Front Covered Porch | 87 | SF |
| Rear Covered Porch | 0 | SF |
| Storage (Unfinished) | 261 | SF |
| Total Under Roof | 3326 | SF |
| Rear Patio | 120 | SF |
| Impervious | 2264 | SF |

### DETAIL SHEET REFERENCE

| DETAIL DESCRIPTION | DETAIL SHEET |
|---|---|
| ELECTRIC WATER HEATER PLATFORM | MD-12 |
| DWIO ARCH | IT-3.1 |
| | |
| | |
| CUBBY OPTION (OWNERS ENTRY OPTION) | IM-1.0 & IM-1.1 |
| OPTIONAL 4FT JUDGE'S PANELS | IT-5.5 |
| OPTIONAL 8IN POP-UP CEILING | IT-4.10 |
| | |
| | |

THE ABOVE DETAIL SHEETS ARE REFERENCED IN THIS DOCUMENT SET. SUB-CONTRACTORS ARE TO BE PROVIDED THE SHEETS APPROPRIATE TO THEIR TRADE.



CONTINUOUS RIDGE VENT

DIMENSIONAL SINGLES

POST & BEAM STYLE TRIM - 4IN STILES & APRON
6IN FASCIA
6IN FREIZE
6IN CORNER BOARD ASSEMBLY
HORIZONTAL SIDING
6IN WATER TABLE BAND
CEMENTIOUS FINISH OVER EXPOSED FOUNDATION
DIMENSIONAL SINGLES
1X10 TRIM

### REAR ELEVATION

Drawing name: J:\_SOUTH CAROLINA\SC-WILLOW\MASTER\SC-Willow - MASTER.dwg  1C  Mar 21, 2018  3:43pm

GRAYHAWK of SOUTH CAROLINA, INC.
2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P. 706.568.3779  F. 706.568.7565

SC-WILLOW
ELEVATIONS
Lot & Development
STREET ADDRESS
CITY, STATE ZIP

| Issue | 2018-03-21 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

# 1C
---
---



LEFT ELEVATION



RIGHT ELEVATION

Copyright©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes' work, without Grayhawk Homes' written consent.

GRAYHAWK
of SOUTH CAROLINA, INC.

301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

SC-WILLOW
ELEVATIONS
Lot & Development
STREET ADDRESS
CITY, STATE ZIP

| Issue | 2018-03-21 |
| --- | --- |
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

2C
---
---
---

### Area Calculations

| TRADITIONAL ELEVATION | | |
|---|---|---|
| First Floor | 1620 | SF |
| Second Floor | 921 | SF |
| Total HTD | 2541 | |
| Garage | 437 | SF |
| Front Covered Porch | 87 | SF |
| Rear Covered Porch | 0 | SF |
| Storage (Unfinished) | 261 | SF |
| Total Under Roof | 3326 | |
| Rear Patio | 120 | SF |
| Impervious | 2264 | SF |



WALL DETAIL

MAIN LEVEL FLOOR PLAN

EXECUTIVE CEILINGS

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed or used in any manner without the written consent of Grayhawk Homes. Penalties and copy, when user duplicates Grayhawk homes work, without Grayhawk Homes' written consent.

**GRAYHAWK** of SOUTH CAROLINA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

## SC-WILLOW
### FLOOR PLANS

Lot & Development
STREET ADDRESS
CITY, STATE ZIP

| Issue | 2018-03-21 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

## 3C
---
---



ALL INTERIOR SECOND FLOOR
NON-LOAD BEARING WALLS TO BE
F R A M E D @ 2 4' O.C.

Copyright©

All drawings and written material appearing
herein constitute the original and unpublished
work of Grayhawk Homes and the same or
any part thereof may not be duplicated,
distributed, disclosed, or used in any manner
without the written consent of Grayhawk
Homes. Penalties shall apply when user
duplicates Grayhawk Homes work, without
Grayhawk Homes written consent.

# GRAYHAWK
of SOUTH CAROLINA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

## SC-WILLOW
## FLOOR PLANS

Lot & Development
STREET ADDRESS
CITY, STATE ZIP

| Issue | 2018-03-21 |
|-------|------------|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

## 4C
---

EXECUTIVE
CEILINGS

BEDROOM #3
12'-5" x 12'-0"

OPEN TO BELOW

STORAGE
14'-6" x 17'-0"

HOLD

LINEN

BATH #2
8' x 8'-0"

HALF-WALL

HALF-WALL

OPEN TO
BELOW

MEDIA-GAME ROOM
19'-9" x 17'-7"

BEDROOM #2
12'-5" x 12'-0"

UPPER LEVEL FLOOR PLAN

ENG FLOOR SYSTEM

BNG FLOOR SYSTEM

FIXTURE
CLEARANCE

STAIR DETAIL

Drawing name: /s_SOUTH CAROLINA/SC-WILLOW/MASTER/SC-Willow - MASTER.dwg   4C   Mar 21, 2018  3:45pm



ROOF PLAN

HVAC AT ATTIC

RIDGE

VALLEY

CRICKET AS REQUIRED

BEAM TO CARRY TO EXTERIOR WALL AT FOYER, STONE TO FINISH TO UNDERSIDE OF FINISHED BEAM


Copyright©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes' work, without Grayhawk Homes' written consent.

## GRAYHAWK
### of SOUTH CAROLINA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

# SC-WILLOW
## ROOF PLAN

Lot & Development
STREET ADDRESS
CITY, STATE ZIP

| Issue | 2018-03-21 |
| --- | --- |
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

# 5C
---
---

| ELECTRICAL SYMBOLS | | |
|---|---|---|
| $ | SWITCH | ⊞ RECESSED LIGHT |
| $_3 | 3-WAY SWITCH | ⊙ CEILING FAN/LIGHT |
| $_4 | 4-WAY SWITCH | ⊟ FLUORESCENT LIGHT |
| ⊖ | 110V OUTLET | TRACK LIGHT |
| ⊖ | 110V SWITCHED OUTLET | ▽ TELEPHONE JACK |
| ⊖ | 110V G.F.I. OUTLET | ◁ CABLE TELEVISION |
| ⊖ | 110V WEATHERPROOF OUTLET | ⊙ FOOD DISPOSAL |
| ⊖ | 220V OUTLET | ⊙ EXHAUST FAN |
| Ⓣ | THERMOSTAT | ⊗ EXHAUST FAN/LIGHT |
| ◇ | LIGHT | ⊗ SMOKE DETECTOR |
| ◇ | PULL CHAIN LIGHT | ⊛ WALL FIXTURE |
| ◇ | PORCH LIGHT | ⊗ PENDANT LIGHT FIX. |
| ◇ | GAS CONNECTION | PANEL ELECTRIC PANEL |
| ⊡ | SPEAKER | MEDIA MEDIA PANEL |
| | | △ WALL FIXTURE, INSTALLED AT DOOR HEADER (8-0 AFF.) |

**NOTE:**
1. ALL ELECTRICAL WORK AND MATERIALS TO BE INSTALLED PER NEC, NFPA, LOCAL, STATE AND NATIONAL CODE.
2. ANY ELECTRICAL OUTLET SHOWN ON THE PLANS ARE IN ADDITION TO THE STANDARD OUTLETS REQUIRED BY CODE.



MAIN LEVEL ELECTRICAL PLAN

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes written consent.

GRAYHAWK
of SOUTH CAROLINA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

## SC-WILLOW
## ELECTRICAL PLAN
Lot & Development
STREET ADDRESS
CITY, STATE ZIP

| Issue | 2018-03-21 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

# 6C
---
---

EXECUTIVE
CEILINGS

## ELECTRICAL SYMBOLS

| Symbol | Description | Symbol | Description |
|---|---|---|---|
| $ | SWITCH | | RECESSED LIGHT |
| $_3 | 3-WAY SWITCH | | CEILING FAN/LIGHT |
| $_4 | 4-WAY SWITCH | | FLUORESCENT LIGHT |
| | 110V OUTLET | | TRACK LIGHT |
| | 110V SWITCHED OUTLET | | TELEPHONE JACK |
| | 110V G.F.I. OUTLET | | CABLE TELEVISION |
| | 110V WEATHERPROOF OUTLET | | FOOD DISPOSAL |
| | 220V OUTLET | | EXHAUST FAN |
| | THERMOSTAT | | EXHAUST FAN/LIGHT |
| | LIGHT | | SMOKE DETECTOR |
| | PULL CHAIN LIGHT | | WALL FIXTURE |
| | PORCH LIGHT | | PENDANT LIGHT FIX. |
| | GAS CONNECTION | PANEL | ELECTRIC PANEL |
| | SPEAKER | | MEDIA PANEL |
| | | | WALL FIXTURE, INSTALLED AT DOOR HEADER (8'-0 A.F.F.) |

**NOTE:**
1. ALL ELECTRICAL WORK AND MATERIALS TO BE INSTALLED PER NEC, NFPA, LOCAL STATE AND NATIONAL CODE.
2. ANY ELECTRICAL OUTLET SHOWN ON THE PLANS ARE IN ADDITION TO THE STANDARD OUTLETS REQUIRED BY CODE.



BEDROOM #3

TO SWITCH BELOW

OPEN TO BELOW

STORAGE

KEYLESS

TO SWITCH BELOW

TO SWITCH BELOW

TO SWITCH BELOW

BATH #2

LINEN

WALK-IN ATTIC

OPEN TO BELOW

MEDIA-GAME ROOM

TO SWITCH BELOW

BEDROOM #2

UPPER LEVEL ELECTRICAL PLAN

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes written consent.

## GRAYHAWK
of SOUTH CAROLINA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P. 706.568.3779  F. 706.568.7565

## SC-WILLOW
## ELECTRICAL PLAN

Lot & Development
STREET ADDRESS
CITY, STATE ZIP

| Issue | 2018-03-21 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

## 7C
---
---

EXECUTIVE CEILINGS

Copyright©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Parties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes' written consent.

## GRAYHAWK
### of SOUTH CAROLINA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

## SC-WILLOW
## FINISHES PLAN

Lot & Development
STREET ADDRESS
CITY, STATE ZIP

| Issue | 2018-03-21 |
|-------|-----------|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

# 8C
---
---

### LEGEND

| TPH | TOILET PAPER HOLDER | TB | TOWEL BAR |
|-----|---------------------|-----|-----------|
| TR | TOWEL RING | | |



PATIO

BREAKFAST
TILE

FAMILY ROOM
CARPET

W.I.C.
CARPET
90sqft.

OWNER'S BATH
TILE

OWNER'S BEDROOM
CARPET

KITCHEN
TILE

DINING ROOM
CARPET

PDR
TILE

OWNERS
ENTRY
TILE

COAT

LAUNDRY
TILE

FOYER
WOOD

2-CAR GARAGE

OPT. BENCH

PANTRY

W.H.

MAIN LEVEL FINISHES PLAN



## FIREPLACE DETAIL  (ELECTRIC ONLY)
TRADITIONAL SURROUND - DEEP MANTLE - FLUSH HEARTH

EXECUTIVE
CEILINGS

Drawing name: ...\SOUTH CAROLINA\SC-WILLOW MASTER\SC-Willow - MASTER.dwg  RC  Mar 21, 2018  3:45pm



| LEGEND | | |
|---|---|---|
| TPH  TOILET PAPER HOLDER | TB | TOWEL BAR |
| TR  TOWEL RING | | |



48IN 2X4
HALF-WALL



12IN GLASS SHELVES

FINISH TO MATCH VANITY
COUNTERTOP

1'-2"

FRAME OUT ROOM CORNER
TO 48IN W/ DRYWALL FINISH

CABINETS BY OTHERS

4'-0"

SHELF DETAIL

OWNER'S BATH CORNER CABINET



BEDROOM #3
CARPET

OPEN TO BELOW

3030 (F)   3030 (F)   3030 (F)
16FT HEADER  16FT HEADER  16FT HEADER

STORAGE
UNFINISHED

HALF-WALL

BATH #2
TILE

TUB/SHWR INSERT

LINEN

LINEN VANITY

HALF-WALL

POCKETS

STAIR DN
16 RISERS

OPEN TO
BELOW

CARPET

HALF-WALL

MEDIA-GAME ROOM
CARPET

BEDROOM #2
CARPET

HALF-WALL

6'-8" HDR

3030 (F)

3050   3050

2030 (F)

UPPER LEVEL FINISHES PLAN

EXECUTIVE
CEILINGS

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Parties that duplicate, distribute Grayhawk Homes work, without Grayhawk Homes written consent.

GRAYHAWK
of SOUTH CAROLINA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

SC-WILLOW
FINISHES PLAN

Lot & Development
STREET ADDRESS
CITY, STATE ZIP

| Issue | 2018-03-21 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

9C
---
---

## MASTER PLAN REVISION LOG

| REVS BY | DATE | DESCRIPTION | Elev | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | FLYERS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Sheet Number | | | | | |
| CAM | 2017-04-11 | CONVERTED PLAN TO SC STANDARDS | LC, C | X | X | X | X | X | X | X | X | X | X |
| CAM | 2017-04-13 | -REDLINES FROM SC<br>-ADDED SIDE-LITE TO LOW COUNTRY ELEVATION<br>-REPLACED VENT LOUVERS W/ 2030 (F) | LC, C | X | X | X | X | X | | | | | |
| MAF | 2017-06-06 | -ADDED EXTERIOR CASING DETAILS | LC,C | X | | | | | | | | | |
| MFS | 2017-09-07 | -ADDED SCUTTLE IN OWNERS WIC | LC,C | | | X | X | X | X | X | X | X | |
| JAB | 2018-03-21 | - CORRECTED AREA CALCULATIONS ON PRESENTATION FLYERS | ALL | | | | | | | | | | X |
| CAM | 2018-03-21 | - REPLACED (2) FLUSH MOUNT LIGHTS W/ FLUORESCENT LIGHTS IN GARAGE<br>- REPLACED (4) RECESSED CAN LIGHTS W/ (1) PENDANT IN BREAKFAST<br>- ADDED (4) RECESSED CANS TO FAMILY ROOM<br>- ADDED PRE-WIRE FOR CEILING FAN IN MEDIA-GAME ROOM | | | | | | | | | | | |

Copyright ©

All drawings and written material appearing herein constitutes the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Parties shall apply when user duplicates Grayhawk Homes' work, without Grayhawk Homes' written consent.

# GRAYHAWK
of SOUTH CAROLINA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

## SC-WILLOW
## REVISION HISTORY

Lot & Development
STREET ADDRESS
CITY, STATE ZIP

| Issue | 2018-03-21 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

# REVS

---
---

## CASING DETAIL
4IN SIMPLE WRAP TRIM STYLE.

(4IN HEAD / 4IN STILE / 4IN APRON)

## CASING DETAIL
POST & BEAM TRIM STYLE.
4IN STILES & APRON W/ 6IN HEADER RAIL.

(6IN HEAD / 4IN STILE / 2IN SILL / 4IN APRON)

### Area Calculations

| TRADITIONAL ELEVATION | | |
|---|---|---|
| First Floor | 1620 | SF |
| Second Floor | 921 | SF |
| Total HTD | 2541 | SF |
| Garage | 437 | SF |
| Front Covered Porch | 153 | SF |
| Rear Covered Porch | 0 | SF |
| Storage (Unfinished) | 261 | SF |
| Total Under Roof | 3392 | SF |
| Rear Patio | 120 | SF |
| Impervious | 2330 | SF |

### DETAIL SHEET REFERENCE

| DETAIL DESCRIPTION | DETAIL SHEET |
|---|---|
| ELECTRIC WATER HEATER PLATFORM | MD-12 |
| DWO ARCH | IT-3.1 |
| | |
| | |
| | |
| | |
| CUBBY OPTION (OWNER'S ENTRY OPTION) | IM-10 & IM-11 |
| OPTIONAL 4FT JUDGE'S PANELS | IT-5.5 |
| OPTIONAL 8IN POP-UP CEILING | IT-4.10 |

THE ABOVE DETAIL SHEETS ARE REFERENCED IN THIS DOCUMENT SET. SUB-CONTRACTORS ARE TO BE PROVIDED THE SHEETS APPROPRIATE TO THEIR TRADE.



FRONT ELEVATION

- CONTINUOUS RIDGE VENT
- MAX HEADER - REQ. HEADER INSTALLED TO UNDERSIDE OF DBL TOP PLATE FRAME DOWN TO TRIM WINDOW AT FRIEZE
- 2-PANEL STYLE SHUTTERS
- HORIZONTAL SIDING
- 4IN RAILS & APRON W/ 6IN HDR TRIM (TYP FRONT ELEVATION)
- 10IN FIBER CEMENT OR WOOD WRAPPED COLUMN
- ENTRY DOOR - PARTIAL LITE (9-LITE) OVER SINGLE PANEL
- 6IN FASCIA
- DIMENSIONAL SHINGLES
- 6IN FRIEZE
- HORIZONTAL SIDING
- DIMENSIONAL SHINGLES
- 6IN CORNER BOARD ASSEMBLY
- HORIZONTAL SIDING
- COLONIAL STYLE GARAGE DOOR
- 6IN WATER TABLE BAND
- CEMENTITIOUS FINISH OVER EXPOSED FOUNDATION



REAR ELEVATION

- CONTINUOUS RIDGE VENT
- DIMENSIONAL SHINGLES
- POST & BEAM STYLE TRIM - 4IN STILES & APRON
- 6IN FASCIA
- 6IN FRIEZE
- HORIZONTAL SIDING
- 6IN CORNER BOARD ASSEMBLY
- 6IN WATER TABLE BAND
- CEMENTITIOUS FINISH OVER EXPOSED FOUNDATION
- DIMENSIONAL SHINGLES
- 12IN TRIM

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk homes work, without Grayhawk Homes written consent.

## GRAYHAWK of SOUTH CAROLINA, INC.
2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

## SC-WILLOW ELEVATIONS
Lot & Development
STREET ADDRESS
CITY, STATE ZIP

| Issue | 2018-03-21 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

# 1T
---
---



LEFT ELEVATION



RIGHT ELEVATION

Drawing name: ...\_SOUTH CAROLINA\SC-WILLOW\MASTER\SC-Willow - MASTER.dwg  27  Mar 21, 2018  3:43pm

GRAYHAWK
of SOUTH CAROLINA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P. 706.568.3779  F. 706.568.7565

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Parties and persons that duplicate Grayhawk Homes' work, without Grayhawk Homes' written consent.

## SC-WILLOW
## ELEVATIONS
Lot & Development
STREET ADDRESS
CITY, STATE ZIP

| Issue | 2018-03-21 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

## 2T
---
---

## Area Calculations

### TRADITIONAL ELEVATION

| | | |
|---|---|---|
| First Floor | 1620 | SF |
| Second Floor | 921 | SF |
| Total HTD | 2541 | SF |
| Garage | 437 | SF |
| Front Covered Porch | 153 | SF |
| Rear Covered Porch | 0 | SF |
| Storage (Unfinished) | 261 | SF |
| Total Under Roof | 3392 | SF |
| Rear Patio | 120 | SF |
| Impervious | 2330 | SF |



WALL DETAIL

MAIN LEVEL FLOOR PLAN

EXECUTIVE
CEILINGS

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed or used in any manner without the written consent of Grayhawk Homes. Parties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes' written consent.

## GRAYHAWK
### of SOUTH CAROLINA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

## SC-WILLOW
## FLOOR PLANS

Lot & Development
STREET ADDRESS
CITY, STATE ZIP

| Issue | 2018-03-21 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

## 3T
---
---



ALL INTERIOR SECOND FLOOR
NON-LOAD BEARING WALLS TO BE
F R A M E D @ 2 4' O.C.

Copyright ©

All drawings and written material appearing
herein constitute the original and unpublished
work of Grayhawk homes and the same or
any part thereof may not be duplicated,
distributed, disclosed or used in any manner
without the written consent of Grayhawk
homes. Parties and apply when user
duplicates Grayhawk homes work, without
Grayhawk homes' written consent.

GRAYHAWK
of SOUTH CAROLINA, Inc.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

SC-WILLOW
FLOOR PLANS

Lot & Development
STREET ADDRESS
CITY, STATE ZIP

| Issue | 2018-03-21 |
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

4T
---
---

EXECUTIVE
CEILINGS

STAIR DETAIL

UPPER LEVEL FLOOR PLAN

BEDROOM #3
12'-5" x 12'-0"

OPEN TO BELOW

STORAGE
14'-6" x 17'-0"

HOLD

LINEN

BATH #2
9' x 8'-0"

HALF-WALL

OPEN TO
BELOW

MEDIA-GAME ROOM
19'-9" x 17'-7"

BEDROOM #2
12'-5" x 12'-0"





Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes' work without Grayhawk Homes' written consent.

**GRAYHAWK**
of SOUTH CAROLINA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779 F.706.568.7565

# SC-WILLOW
## ROOF PLAN

Lot & Development
STREET ADDRESS
CITY, STATE ZIP

| Issue | 2018-03-21 |
|-------|------------|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

## 5T
---
---

ROOF PLAN

Drawing name: ..\_SOUTH CAROLINA\SC-WILLOW\MASTER\SC-Willow - MASTER.dwg   S1   Mar 21, 2018   3:43pm

| ELECTRICAL SYMBOLS | | |
|---|---|---|
| SWITCH | | RECESSED LIGHT |
| 3-WAY SWITCH | | CEILING FAN/LIGHT |
| 4-WAY SWITCH | | FLUORESCENT LIGHT |
| 110V OUTLET | | TRACK LIGHT |
| 110V SWITCHED OUTLET | | TELEPHONE JACK |
| 110V G.F.I. OUTLET | | CABLE TELEVISION |
| 110V WEATHERPROOF OUTLET | | FOOD DISPOSAL |
| 220V OUTLET | | EXHAUST FAN |
| THERMOSTAT | | EXHAUST FAN/LIGHT |
| LIGHT | | SMOKE DETECTOR |
| PULL CHAIN LIGHT | | WALL FIXTURE |
| PORCH LIGHT | | PENDANT LIGHT FIX. |
| GAS CONNECTION | PANEL | ELECTRIC PANEL |
| SPEAKER | MEDIA | MEDIA PANEL |
| | | WALL FIXTURE, INSTALLED AT DOOR HEADER (8'-0 A.F.F.) |

**NOTE:**
1. ALL ELECTRICAL WORK AND MATERIALS TO BE INSTALLED PER NEC, NFPA, LOCAL STATE AND NATIONAL CODE.
2. ANY ELECTRICAL OUTLET SHOWN ON THE PLANS ARE IN ADDITION TO THE STANDARD OUTLETS REQUIRED BY CODE.



MAIN LEVEL ELECTRICAL PLAN

Copyright©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes written consent.

GRAYHAWK
of SOUTH CAROLINA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P. 706.568.3779  F. 706.568.7565

SC-WILLOW
ELECTRICAL PLAN
Lot & Development
STREET ADDRESS
CITY, STATE ZIP

| Issue | 2018-03-21 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

6T
---
---
---

EXECUTIVE
CEILINGS

Drawing name: /\_SOUTH CAROLINA/SC-WILLOW/MASTER/SC-Willow - MASTER.dwg   61   Mar 21 2018  3:41pm

| ELECTRICAL SYMBOLS | | | |
|---|---|---|---|
| $ | SWITCH | ⊞ | RECESSED LIGHT |
| $_3 | 3-WAY SWITCH | ⊘ | CEILING FAN/LIGHT |
| $_4 | 4-WAY SWITCH | | FLUORESCENT LIGHT |
| ⊖ | 110V OUTLET | | TRACK LIGHT |
| ⊖ | 110V SWITCHED OUTLET | ▽ | TELEPHONE JACK |
| ⊖ | 110V G.F.I. OUTLET | ◁ | CABLE TELEVISION |
| ⊖ | 110V WEATHERPROOF OUTLET | ⊗ | FOOD DISPOSAL |
| ⊖ | 220V OUTLET | ⊙ | EXHAUST FAN |
| Ⓣ | THERMOSTAT | ⊕ | EXHAUST FAN/LIGHT |
| ◇ | LIGHT | ⊛ | SMOKE DETECTOR |
| ◇ | PULL CHAIN LIGHT | ⊕ | WALL FIXTURE |
| ◇ | PORCH LIGHT | ⊗ | PENDANT LIGHT FIX. |
| ◇ | GAS CONNECTION | PANEL | ELECTRIC PANEL |
| Ⓢ | SPEAKER | MEDIA | MEDIA PANEL |
| | | △ | WALL FIXTURE, INSTALLED AT DOOR HEADER (8'-0 A.F.F.) |

NOTE:
1. ALL ELECTRICAL WORK AND MATERIALS TO BE INSTALLED PER NEC, NFPA, LOCAL STATE AND NATIONAL CODE.
2. ANY ELECTRICAL OUTLET SHOWN ON THE PLANS ARE IN ADDITION TO THE STANDARD OUTLETS REQUIRED BY CODE.



BEDROOM #3

OPEN TO BELOW

STORAGE

TO SWITCH BELOW

TO SWITCH BELOW

TO SWITCH BELOW

TO SWITCH BELOW

KEYLESS

BATH #2

LINEN

WINCH/ATTIC

OPEN TO BELOW

MEDIA-GAME ROOM

TO SWITCH BELOW

BEDROOM #2

TO SWITCH BELOW

UPPER LEVEL ELECTRICAL PLAN

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes' written consent.

GRAYHAWK
of SOUTH CAROLINA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P. 706.568.3779  F. 706.568.7565

SC-WILLOW
ELECTRICAL PLAN
Lot & Development
STREET ADDRESS
CITY, STATE ZIP

| Issue | 2018-03-21 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

7T
---
---

EXECUTIVE CEILINGS



FIREPLACE DETAIL  (ELECTRIC ONLY)
TRADITIONAL SURROUND - DEEP MANTLE - FLUSH HEARTH



LEGEND

| TPH | TOILET PAPER HOLDER | TB | TOWEL BAR |
| TR | TOWEL RING | | |

MAIN LEVEL FINISHES PLAN

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes' written consent.

GRAYHAWK
of SOUTH CAROLINA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

SC-WILLOW
FINISHES PLAN

Lot & Development
STREET ADDRESS
CITY, STATE ZIP

| Issue | 2018-03-21 |
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

8T
---
---

EXECUTIVE
CEILINGS



| LEGEND | | |
|---|---|---|
| TPH  TOILET PAPER HOLDER | TB | TOWEL BAR |
| TR   TOWEL RING | | |



48IN 2X4
HALF-WALL



12IN GLASS SHELVES

FINISH TO MATCH VANITY
COUNTERTOP

FRAME OUT ROOM CORNER
TO 48IN W/ DRYWALL FINISH

CABINETS BY OTHERS

## SHELF DETAIL
OWNER'S BATH CORNER CABINET



BEDROOM #3
CARPET

OPEN TO BELOW

STORAGE
UNFINISHED

HALF-WALL

LINEN

BATH #2
TILE

OPEN TO
BELOW

MEDIA-GAME ROOM
CARPET

BEDROOM #2
CARPET

## UPPER LEVEL FINISHES PLAN

Copyright ©

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Parties that apply, when user duplicates Grayhawk homes work, without Grayhawk homes written consent.

GRAYHAWK
of SOUTH CAROLINA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P. 706.568.3779  F. 706.568.7565

SC-WILLOW
FINISHES PLAN

Lot & Development
STREET ADDRESS
CITY, STATE ZIP

| Issue | 2018-03-21 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

9T
---
---
---

EXECUTIVE
CEILINGS

Drawing name: /s_SOUTH CAROLINA/SC-WILLOW/MASTER/SC-Willow - MASTER.dwg  9T  Mar 21 2018  3:45pm

Copyright©

All drawings and written material appearing herein constitutes the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties and statutory damages shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes written consent.

**GRAYHAWK** of SOUTH CAROLINA, INC.

2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

SC-WILLOW
REVISION HISTORY

Lot & Development
STREET ADDRESS
CITY, STATE ZIP

| Issue | 2018-03-21 |
|---|---|
| DRAWN | --- |
| --- | --- |
| --- | --- |
| --- | --- |
| --- | --- |

# REVS
---
---

| MASTER PLAN REVISION LOG | | | Elev | Sheet Number | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVS BY | DATE | DESCRIPTION | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | FLYERS |
| CAM | 2017-04-11 | CONVERTED PLAN TO SC STANDARDS | LC, C | X | X | X | X | X | X | X | X | X | X |
| CAM | 2017-04-13 | -REDLINES FROM SC / -ADDED SIDE-LITE TO LOW COUNTRY ELEVATION / -REPLACED VENT LOUVERS W/ 2030 (F) | LC, C | X | X | X | X | X | | | | | |
| MAF | 2017-06-06 | -ADDED EXTERIOR CASING DETAILS | LC,C | X | | | | | | | | | |
| MFS | 2017-09-07 | -ADDED SCUTTLE IN OWNERS WIC | LC,C | | | X | X | X | X | X | X | X | |
| JAB | 2018-03-21 | - CORRECTED AREA CALCULATIONS ON PRESENTATION FLYERS | ALL | | | | | | | | | | X |
| CAM | 2018-03-21 | - REPLACED (2) FLUSH MOUNT LIGHTS W/ FLUORESCENT LIGHTS IN GARAGE / - REPLACED (4) RECESSED CAN LIGHTS W/ (1) PENDANT IN BREAKFAST / - ADDED (4) RECESSED CANS TO FAMILY ROOM / - ADDED PRE-WIRE FOR CEILING FAN IN MEDIA-GAME ROOM | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |



Log In    Sign up

‹ Back    Moncks Corner, SC    ✕    🔍

Presented by: **TIM ROGERS**
Brokered by: **Agentowned Preferred Group**



‹    ›

| Contingent | **For Sale** | 3 / 6 |

♥

Veterans: Check Eligibility for a $0 Down V-

# $426,900

🧮 Est. Payment $1,478/mo

**3** bed    **2.5** bath    **2,541** sqft    **0.28** acre lot

118 Waters Edge Ln,
Moncks Corner, SC, 29461

🚌 Commute time    📶 Noise: **N/A** ⓘ
🌊 FEMA Zone **X** (est.) • Flood Factor 🌊 **1** /10    **NEW**



| Property Type | Single Family Home | Last Sold | $ 50k in 2018 |
| Days on Realtor.com | 140 Days | Year Built | 2021 |
| Price per sqft | $168 | Garage | 2 Cars |

Ask a question    Share this home

🚪 **Open Houses**    ⌄

Prev    **Property Details**    Next

Two Story "Willow" floor plan now under construction. Main bedroom, large owners retreat bath on first floor. Two secondary bedrooms, full bath and large media / bonus room are upstairs. Big kitchen with eat in breakfast room connecting to family room. Rear of home has screen porch and a deck. Construction site, shown by appointment only

Property Features

Bedrooms

- Bedrooms: 3

SEE MORE ▼

**Find out more about this property.**    Contact Agent

Local Home Services

**Advertisement**

Moving

Need a Mover? Get Free Moving Quotes and a Cost Estimate

Get Moving Quotes

PRESENTED BY



Home Value                                               ⌄

Monthly Payment                                          ⌄

Property History                                         ⌄

Schools                                                  ⌄

Neighborhood                                             ⌄

Nearby Home Values

Prev                                                     Next

## 🎖 Veterans & Military Benefits    ⌄

# Learn more about 118 Waters Edge Ln

### Ask a question

👤 Full Name

✉ Email

📞 Phone

I am interested in 118 Waters Edge Ln.

☐ I have served in the U.S. Military.

☐ Get pre-approved by a lender.

**Email Agent**

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase; this applies regardless of whether you check, or leave un-checked, any box above. More...

Presented by:

REALTOR® TIM ROGERS ℝ



Brokered by:

Agentowned Preferred Group ↗

(843) 884-7300

| Broker Location: | MT PLEASANT, SC |
|---|---|
| Data Source: | Charleston |
| Source's Property ID: | 20028673 |

Prev    Next

Data Source Copyright:                    ©2021 Charleston Trident Multiple Listing Service, Inc. All rights reserved.

                         

About us                    Careers                    Feedback                    Media room
Ad Choices                  Advertise with us          Agent support              Privacy
Terms                       Home Made                  Tech Blog                  Sitemap
**Do Not Sell My Personal Information**

© 1995-2021 National Association of REALTORS® and Move, Inc. All rights reserved.

Prev                                                                          Next



E(T-F)   Apr 08, 2020   3:55pm

2020-04-08                                                                                                2336

### SC-WILLOW

SIDE-LOAD ELEVATION
TRADITIONAL STYLE

**GRAYHAWK**
SOUTH CAROLINA, INC.
2301 AIRPORT THRUWAY
COLUMBUS, GA 31904
P.706.568.3779  F.706.568.7565

Copyright © 2016

All drawings and written material appearing herein constitute the original and unpublished work of Grayhawk Homes and the same or any part thereof may not be duplicated, distributed, disclosed, or used in any manner without the written consent of Grayhawk Homes. Penalties shall apply when user duplicates Grayhawk Homes work, without Grayhawk Homes' written consent.







# Property Card

## Summary Information:

**TMS:** 121-12-03-044
**Owner Information:**

GRAYHAWK HOMES OF SOUTH CAROLINA INC
2301 Airport Thruway Ste F6

Columbus, GA 319043531

**Council District:** C6
**Fire District:** F12
**Tax District:** T06
**TIS Zone:** 1
**Jurisdiction:** 1P
**Acres:** 0.00
**Lots:** 1.0

**Neighborhood:** S427 - WATERS EDGE @ MOULTRIE
**Appraiser ID:** JS
**Lot:** 44 **Block: Section:**
**Zoning:** Berkeley County - R1
**Homestead Exempt:** No
**Parent TMS:** 121-00-00-020
**Notes:**

| Site addresses: | | | |
|---|---|---|---|
| 118 WATERS EDGE LN<br>MONCKS CORNER, SC 29461, Unit/Lot: | | | |

## Previous Owner History:

**Owner:** SWEATMAN CHADWICK D & ERIN O SURVIVORSHIP | **Sale Date:** 05/03/2018 | **Sale Price:** $50,000.00 | **Deed Book-Page:** 2738 - 883 | **Plat:** CAB R - 233A | **Transfer Notes:**

**Owner:** WOODRUFF TONI, | **Sale Date:** 12/12/2013 | **Sale Price:** $22,000.00 | **Deed Book-Page:** 10521 - 91 | **Plat:** CAB R - 233A | **Transfer Notes:**

**Owner:** FIRST CITIZENS BANK & TRUST CO, | **Sale Date:** 04/06/2012 | **Sale Price:** $6,000.00 | **Deed Book-Page:** 9456 - 221 | **Plat:** | **Transfer Notes:**

**Owner:** DRIGGERS KERI S (MASTER DEED) , | **Sale Date:** 10/02/2009 | **Sale Price:** $65,000.00 | **Deed Book-Page:** 8198 - 074 | **Plat:** | **Transfer Notes:**

**Owner:** DRR DEVELOPERS LLC | **Sale Date:** 12/29/2006 | **Sale Price:** $85,000.00 | **Deed Book-Page:** 6253 - 0078 | **Plat:** CAB R - 157A | **Transfer Notes:** 1.0 LT Recorded on Plat CAB R - 157A

## Assessment Notice Reprint

Choose the tax year of the notice you would like to reprint . . .    Reprint

## Tax History: (limited to 10 years)

| Tax Year | Receipt # | Tax District | Original Total | Total With Penalties (if applicable) | Pay Date | Pay Type | Delinquent | Taxed Value |
|---|---|---|---|---|---|---|---|---|
| 2020 | 0047962 | 6 | $792.40 | $792.40 | 12/22/2020 | Paid | No | $50,000 |
| 2019 | 0047076 | 6 | $790.60 | $790.60 | 01/07/2020 | Paid | No | $50,000 |
| 2018 | 0094579 | 6 | $694.35 | $694.35 | 12/31/2018 | Paid | No | $41,300 |
| 2017 | 0092347 | 6 | $694.47 | $694.47 | 12/29/2017 | Paid | No | $41,300 |
| 2016 | 0090002 | 6 | $701.21 | $701.21 | 10/12/2016 | Paid | No | $41,300 |
| 2015 | 0089367 | 6 | $666.36 | $666.36 | 01/15/2016 | Paid | No | $41,300 |
| 2014 | 0087714 | 6 | $622.17 | $622.17 | 11/12/2014 | Paid | No | $41,300 |
| 2013 | 0096340 | 6 | $711.33 | $711.33 | 01/15/2014 | Paid | No | $48,000 |
| 2012 | 0057757 | 6 | $826.58 | $1,050.27 | 11/04/2013 | Landsale | Yes | $60,000 |
| 2011 | 0058129 | 6 | $826.88 | $955.61 | 04/17/2012 | Paid | Yes | $60,000 |

## Sales Information:

Last Sale Date: 05/03/2018
Recording Date: 05/07/2018
Sale Price: $50000.00

Plat Information: CAB R - 233A
Deed Book: 2738
Deed Page: 883

Sales Validity: 0A
Validity Other:

## Valuation Information:

Building Market: 0
Land Market: 50,000

Building Taxable (4% Res): 0
Building Taxable (6% Other): 0
Building Taxable (4% Ag): 0
Building Taxable (6% Ag): 0

Land Taxable (4% Res): 0
Land Taxable (6% Other): 50,000
Land Taxable (4% Ag): 0
Land Taxable (6% Ag): 0

Total Taxable Value: 50,000     Total Assessment: 3,000

## Fee Summary:

| Fee Name | Fee Amount |
|---|---|
| Acreage Fire Fee | 10 |

## Building Information:

Building Count: 0
Residence Count: 0

Yard Item Count: 0
Mobile Homes on Property: 0

Image(s) on file:



Case 4:21-cv-00095-CDL   Document 1-8   Filed 06/14/21   Page 65 of 67









Sketch on File:



