IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Columbus Division

**AMERICAN SOUTHERN HOMES HOLDINGS, LLC and ASH-GRAYHAWK, LLC,**

    Plaintiffs,

    v.

**DAVID B. ERICKSON,** *et al.***,**

    Defendants.

Case No: 4:21-cv-00095-CDL

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## PLAINTIFFS' MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs American Southern Homes Holdings, LLC ("ASHH") and ASH-Grayhawk, LLC ("ASH-GH"), by and through their undersigned counsel, respectfully move to dismiss, with prejudice, the Second and Third Counterclaims asserted in Defendants' Answer to Amended Complaint, Defenses and Counterclaims (Dkt. 49).

For the most part, Defendants' Counterclaims simply repackage the arguments Defendants advanced in their failed Motion to Dismiss. (*See* Dkt. 31.) The Second and Third Counterclaims, however, also raise new arguments that fail as a matter of law. In particular, Defendants allege breach of Section 6.5 of the Asset Purchase Agreement ("APA") based on amendments to ASHH's Limited Liability Company Agreement (Second Counterclaim) and breach of the covenant of good faith and fair dealing implied in the APA based on the same conduct (Third Counterclaim).

Both counterclaims fail as a matter of law because ASHH is not a party to and is not bound

by Section 6.5 of the APA. In addition, Defendants base the counterclaims entirely on conduct by ASHH, and ASH-GH is not alleged to have engaged in any improper conduct.

Thus, for all of the reasons stated in the accompanying Memorandum of Law, ASH respectfully asks the Court to dismiss the Second and Third Counterclaims, both of which fail to allege facts sufficient to state plausible claims for relief.

Dated: October 27, 2021					Respectfully submitted,

/s/ Jerry A. Buchanan
Jerry A. Buchanan (Ga. Bar No. 092200)
**BUCHANAN LAW FIRM, PC**
The Corporate Center, Suite 614
233 12th Street
Columbus, Georgia 31902
Phone:		(706) 323-2848
E-mail:		jab@thebuchananlawfirm.com

Jacob A. Kramer (*Admitted pro hac vice*)
**FAEGRE DRINKER BIDDLE & REATH, LLP**
1500 K Street NW, Suite 1100
Washington, D.C. 20005
Phone:		(202) 230-5289
E-mail:		jake.kramer@faegredrinker.com

*Counsel for ASHH and ASH-GH*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2021, I electronically filed the foregoing Plaintiffs' Motion for Preliminary Injunction with the Clerk of the Court using the CM/ECF system for filing and to thereby be served upon all registered participants identified in the Notice of Electronic Filing in this matter.

/s/ Jerry A. Buchanan