**DO NOT SEND PAYMENT WITH YOUR PETITION! ONCE ADMITTED, YOU MUST PAY FEES BY CREDIT CARD VIA CM/ECF.**

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA

## PETITION FOR ADMISSION TO PLEAD AND PRACTICE *PRO HAC VICE*

The Petition of __Rachel Anna Beck__ respectfully shows that petitioner is now a member in good standing of the State Bar of __District of Columbia__, as evidenced by State Bar Number __1029929__ and is a member in good standing of a U.S. District Court as evidenced by the attached Certificate of Good Standing from the U. S. District Court where he/she is admitted to Practice. Wherefore, petitioner, after taking the below Oath of Admission, prays that he/she be admitted as an Attorney, Solicitor, and Proctor to plead and practice pro hac vice in the United States District Court for the Middle District of Georgia for case number __4:21-cv-00095-CDL__ to represent __Plaintiffs American Southern Homes Holdings, LLC and ASH-Grayhawk, LLC__

(name of plaintiff/defendant)

## OATH ON ADMISSION *(PRO HAC VICE)*

I, __Rachel Anna Beck__, do solemnly swear, that as an attorney and as a counselor of this Court for the above said case, I will conduct myself uprightly and according to law, and that I will support the Constitution of the United States of America. I further affirm that I have read the Standards of Conduct set forth in the Preamble to this district's Local Rules, and I will strive to comply with these standards in my practice before this Court.

ELECTRONIC FILING:

* Upon admission to plead and practice pro hac vice, I understand that I will be registered to file electronically in the Middle District of Georgia. The password issued by the court combined with the login serves as and constitutes a legal signature. Registration as a user constitutes (a) consent to receive notice electronically where notice is required by statute or rule and waiver of notice by any other means; and (b) consent to electronic service and waiver of service by any other means, except for original process.

DATE: __January 24, 2022__

__/s/ Rachel A. Beck__
FULL SIGNATURE OF PETITIONER

NUMBER OF CASES I APPEARED PRO HAC VICE IN THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA IN THE *LAST 12 MONTHS*: __0__

__Faegre Drinker Biddle & Reath LLP__
__1500 K Street NW, Suite 1100__
LAW FIRM ADDRESS (Street or P.O. Box)

__Washington, D.C. 20005__
CITY, STATE & ZIP CODE TELEPHONE #

__rachel.beck@faegredrinker.com__
EMAIL ADDRESS (Required)

===============================================================================================

## ORDER

IT IS ORDERED that Petitioner is hereby admitted to plead and practice pro hac vice as Attorney, Solicitor, Counselor, and Proctor.

DATE: __01/24/2022__

__s/ David W. Bunt__
DAVID W. BUNT
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

 

# United States District & Bankruptcy Courts
# for the District of Columbia
CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

### RACHEL ANNA BECK

was, on the __6th__ day of __February__ A.D. __2017__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __24th__ day of __January__ A.D. __2022__.



*Angela D. Caesar*
**ANGELA D. CAESAR,** Clerk of Courts

By: *Natalee McClure*
**Deputy Clerk**