IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Columbus Division

AMERICAN SOUTHERN HOMES
HOLDINGS, LLC and
ASH-GRAYHAWK, LLC,

    Plaintiffs,

    v.                                       **Case No. 4:21-cv-00095-CDL**

DAVID B. ERICKSON, ET AL.,

    Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO RESTRICT ACCESS

Before the Court is Defendants' motion to seal (the "Motion"), which is actually a motion to restrict access to docketed documents. After careful consideration and finding good cause, it is hereby ORDERED that the Motion is GRANTED. The filings for which restricted access is sought shall be docketed in a manner such that they are accessible only to the parties and court personnel until further order of the Court. Defendants shall file restricted versions of these documents within 2 days of today's Order. To the extent that the documents are referenced in any brief, the brief may be filed with the same access restrictions, but a redacted brief and redacted exhibits shall be docketed on the public docket.

    This 28th day of April, 2022.

                                        s/Clay D. Land
                                        Clay D. Land
                                        United States District Judge