**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

**AMERICAN SOUTHERN HOMES**
**HOLDINGS, LLC and ASH-**
**GRAYHAWK, LLC,**

      **Plaintiffs,**

      **v.**

      **Case No.:  4:21-cv-95 (CDL)**

**DAVID B. ERICKSON,** *et al.*,

      **Defendants.**

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**ORDER GRANTING JOINT MOTION**
**ON LIMITED USE OF CERTAIN DAVID ERICKSON DOCUMENTS**

Before the Court is the parties Joint Motion on Limited Use of Certain David Erickson Documents ("Joint Motion").  After careful consideration and finding good cause, it is hereby **ORDERED** that the Joint Motion is granted and the Court **ORDERS** as follows:

1.      The David Erickson Documents are identified by the PRIV IDs listed in Footnote 1 of the Joint Motion.

2.      Plaintiffs will produce the David Erickson Documents in full, unredacted form as soon as practicable.

3.      The disclosure and production of the David Erickson Documents shall not result in a waiver of attorney-client privilege, work product doctrine, or any other privilege or protection for any other purpose or in any other proceeding, pursuant to Fed. Rs. Evid. 502(d) and 502(e). The disclosure and production of the David Erickson Documents shall not result in any subject matter waiver of any kind in any proceeding.

4.     The David Erickson Documents are to be designated as and treated as Confidential pursuant to the Confidentiality Order (Dkt. 74).

5.     As an additional protective measure, the David Erickson Documents may only be viewed by Mr. David Erickson, Mr. Erickson's outside counsel, Plaintiffs, and Plaintiffs' counsel. Mr. Erickson and his counsel shall not discuss or describe the David Erickson Documents to any other person.

6.     The Parties shall keep the David Erickson Documents confidential, use them only as necessary for the present lawsuit, and shall not use the documents for any other purpose (including but not limited to in any other lawsuit, arbitration, or other legal proceeding of any kind).

**SO ORDERED**, this 22nd day of September, 2022.

S/Clay D. Land
CLAY D. LAND
United States District Judge