**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Columbus Division**

| | |
|---|---|
| AMERICAN SOUTHERN HOMES HOLDINGS, LLC and ASH-GRAYHAWK, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVID B. ERICKSON ET AL,<br><br>    Defendants. | Case No. 4:21-cv-00095-CDL |

**ORDER GRANTING
DEFENDANTS' MOTION TO SEAL**

Before the Court is Defendants' Motion to Seal. After careful consideration and finding good cause, it is hereby ORDERED that the Motion to Seal is GRANTED.

This 18th day of October, 2022.

s/Clay D. Land
Clay D. Land
United States District Judge