IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Columbus Division

**AMERICAN SOUTHERN HOMES**
**HOLDINGS, LLC and ASH-**
**GRAYHAWK, LLC,**

      Plaintiffs,

      v.                            Case No: 4:21-cv-00095-CDL

**DAVID B. ERICKSON, et al.,**

      Defendants.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER GRANTING' PLAINTIFFS' MOTION TO SEAL EXHIBIT IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION <u>OF TEXT MESSAGES</u>

Before the Court is Plaintiffs' Motion to Seal Exhibit in Support of Plaintiffs' Motion to Compel Production of Text Messages. Upon consideration of the Motion and finding good cause, it is hereby ORDERED that the Motion to Seal is GRANTED.

**SO ORDERED**, this 25th day of October, 2022.

                                            S/Clay D. Land

                                            Clay D. Land
                                            United States District Judge