IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Columbus Division

| | |
|---|---|
| AMERICAN SOUTHERN HOMES HOLDINGS, LLC and ASH-GRAYHAWK, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVID B. ERICKSON, et al.,<br><br>    Defendants. | Case No. 4:21-cv-00095-CDL |

**DEFENDANTS' MOTION FOR PARTIAL
DISMISSAL OF SIXTH COUNTERCLAIM**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Defendants GH Lot Holdings, Inc. and David B. Erickson, by and through their undersigned counsel, respectfully move this Court to dismiss the sixth counterclaim in part with prejudice. *See* Dkt. 87 ¶¶ 139–47. Specifically, Defendants ask the Court to dismiss this counterclaim to the extent it arises from the lawsuit referenced in Paragraphs 145–46 of Defendants' counterclaims and claims asserted in that lawsuit. Further support is set forth in the accompanying memorandum of law, the Declaration of Johnathon E. Schronce, and exhibits attached thereto.

1

Respectfully submitted this 27th day of October, 2022.

                                                                                                      s/ Robert T. Quackenboss

| ROBERT R. LOMAX, LLC | HUNTON ANDREWS KURTH LLP |
|---|---|
| Robert R. Lomax<br>Georgia Bar No. 456239<br>rlomax@thelomaxfirm.com<br>Post Office Box 2339<br>Columbus, Georgia 31902<br>Telephone:   (706) 322-0100<br><br>*Counsel for Defendants* | Robert T. Quackenboss<br>Georgia Bar No. 590560<br>rquackenboss@HuntonAK.com<br>2200 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Telephone:   (202) 955-1950<br>Facsimile:   (202) 778-2201<br><br>Robert T. Dumbacher<br>Georgia Bar No. 594903<br>rdumbacher@HuntonAK.com<br>Bank of America Plaza, Suite 4100<br>600 Peachtree Street, N.E.<br>Atlanta, Georgia  30308-2216<br>Telephone: (404) 888-4000<br>Facsimile: (404) 888-4190<br><br>Johnathon E. Schronce<br>(admitted *pro hac vice*)<br>jschronce@huntonAK.com<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, Virginia 23219<br>Telephone: (804) 788-8200<br>Facsimile: (804) 788-8218<br><br>*Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

     I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

     This 27th day of October 2022.

s/ Robert T. Quackenboss<br>
Robert T. Quackenboss<br>
Georgia Bar No. 590560