**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
Columbus Division

| | |
|---|---|
| AMERICAN SOUTHERN HOMES HOLDINGS, LLC and ASH-GRAYHAWK, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID B. ERICKSON, et al., <br><br> Defendants. | Case No. 4:21-cv-00095-CDL |

**ORDER GRANTING**
**DEFENDANTS' MOTION TO SEAL**

Before the Court is Defendants' Motion to Seal. After careful consideration and finding good cause, it is hereby ORDERED that the Motion to Seal is GRANTED.

This  2 8 t h   day of October, 2022

                                          s/Clay D. Land
                                          Clay D. Land
                                          United States District Judge