IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Columbus Division

AMERICAN SOUTHERN HOMES
HOLDINGS, LLC and ASH-
GRAYHAWK, LLC,

    Plaintiffs,

    v.                                           Case No: 4:21-cv-00095-CDL

DAVID B. ERICKSON, et al.,

    Defendants.

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### ORDER GRANTING PLAINTIFFS' MOTION TO SEAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' AMENDED <u>MOTION TO COMPEL PRODUCTION OF DOCUMENTS</u>

Before the Court is Plaintiffs' Motion to Seal in Support of Plaintiffs' Opposition to Defendants' Amended Motion to Compel Production of Documents. Upon consideration of the Motion and finding good cause, it is hereby ORDERED that the Motion to Seal is GRANTED. The filings may be made with access restricted to the parties and the Court.

**SO ORDERED**, this 15th day of November, 2022.

                                            S/Clay D. Land
                                            Clay D. Land
                                            United States District Judge