IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Columbus Division

**AMERICAN SOUTHERN HOMES HOLDINGS, LLC and ASH-GRAYHAWK, LLC,**

    **Plaintiffs,**

    **v.**

**DAVID B. ERICKSON,** *et al.***,**

    **Defendants.**

Case No.:  4:21-cv-00095-CDL

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER REGARDING JOINT MOTION TO WITHDRAW PENDING DISCOVERY MOTIONS AND VACATE HEARING**

Before the Court is the parties' Joint Motion to Withdraw Pending Discovery Motions and to Vacate Hearing (the "Joint Motion"). After careful consideration and finding good cause, it is hereby **ORDERED** that the Joint Motion is granted, and the Court **ORDERS** as follows:

1. Defendants' Amended Motion to Compel Production of Documents (Dkt. 143) and Plaintiffs' Motion to Compel Production of Text Messages (Dkt. 146) are hereby withdrawn with prejudice, with each party to bear its own attorneys' fees and costs relating to such motions; and

2. The Discovery Hearing currently set for December 7, 2022 at 10:00 a.m. is hereby vacated.

**SO ORDERED**, this 22nd day of November, 2022.

                                              S/Clay D. Land
                                              CLAY D. LAND
                                              United States District Judge