**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
Columbus Division

| | |
|---|---|
| AMERICAN SOUTHERN HOMES HOLDINGS, LLC and ASH-GRAYHAWK, LLC,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DAVID B. ERICKSON, et al.,<br><br>　　Defendants. | Case No. 4:21-cv-00095-CDL |

## ORDER GRANTING DEFENDANTS' MOTION TO SEAL

Before the Court is Defendants' Motion to Seal (ECF No. 172). Upon consideration of the Motion to Seal and the accompanying memorandum of law and finding good cause, it is hereby ORDERED that the Motion to Seal is GRANTED.

This 6th day of December, 2022.

　　　　　　　　　　　　　　　　　　　S/Clay D. Land
　　　　　　　　　　　　　　　　　　　Clay D. Land
　　　　　　　　　　　　　　　　　　　United States District Judge