IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Columbus Division

**AMERICAN SOUTHERN HOMES HOLDINGS, LLC and ASH-GRAYHAWK, LLC,**

    Plaintiffs,

    v.                                      Case No: 4:21-cv-00095-CDL

**DAVID B. ERICKSON, et al.,**

    Defendants.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER GRANTING PLAINTIFFS' MOTION TO SEAL

Before the Court is Plaintiffs' Motion to Seal Exhibits in Support of Plaintiffs' Motion for Summary Judgment on Defendants' Counterclaims (ECF No. 175).  Upon consideration of the Motion and finding good cause, it is hereby ORDERED that the Motion to Seal is GRANTED.

**SO ORDERED**, this 6th day of December, 2022.

                                                 S/Clay D. Land
                                                 Clay D. Land
                                                 United States District Judge