IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Columbus Division

AMERICAN SOUTHERN HOMES
HOLDINGS, LLC and ASH-
GRAYHAWK, LLC,

    Plaintiffs,

    v.                                           Case No: 4:21-cv-00095-CDL

DAVID B. ERICKSON, et al.,

    Defendants.

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## ORDER GRANTING PLAINTIFFS' MOTION TO SEAL

Before the Court is Plaintiffs' Motion to Seal in Support of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment ("Motion to Seal") (ECF No. 189). Upon consideration of the Motion and finding good cause, it is hereby ORDERED that the Motion to Seal is GRANTED. **SO ORDERED**, this 18th day of January, 2023.

                                        S/Clay D. Land
                                        Clay D. Land
                                        United States District Judge