IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Columbus Division

| | |
|---|---|
| AMERICAN SOUTHERN HOMES HOLDINGS, LLC and ASH-GRAYHAWK, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID B. ERICKSON, et al.,<br><br>Defendants. | Case No. 4:21-cv-00095-CDL |

**ORDER GRANTING**
**DEFENDANTS' MOTION TO SEAL**

Before the Court is Defendants' Motion to Seal (ECF No. 192). Upon consideration of the Motion to Seal and the accompanying memorandum of law and finding good cause, it is hereby ORDERED that the Motion to Seal is GRANTED.

This 18th day of January, 2023.

S/Clay D. Land
Clay D. Land
United States District Judge