IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Columbus Division

AMERICAN SOUTHERN HOMES
HOLDINGS, LLC and ASH-GRAYHAWK, LLC,

    Plaintiffs,

    v.                        Case No: 4:21-cv-00095-CDL

DAVID B. ERICKSON, et al.,

    Defendants.

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER GRANTING PLAINTIFFS' MOTION TO SEAL

Before the Court is Plaintiffs' Motion to Seal in Support of Reply in Support of Plaintiffs' Motion for Summary Judgment on Defendants' Counterclaims ("Motion to Seal") (ECF No. 199). Upon consideration of the Motion and finding good cause, it is hereby ORDERED that the Motion to Seal is GRANTED.

**SO ORDERED**, this 13th day of February, 2023.

                                      S/Clay D. Land
                                      Clay D. Land
                                      United States District Judge