# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
## Columbus Division

| | |
|---|---|
| AMERICAN SOUTHERN HOMES HOLDINGS, LLC and ASH-GRAYHAWK, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID B. ERICKSON, et al.,<br><br>    Defendants. | Case No. 4:21-cv-00095-CDL |

## ORDER GRANTING DEFENDANTS' MOTION TO SEAL

Before the Court is Defendants' Motion to Seal. Upon consideration of the Motion to Seal and the accompanying memorandum of law and finding good cause, it is hereby ORDERED that the Motion to Seal is GRANTED.

This 14th day of February, 2023.

                                                        S/Clay D. Land  
                                                        Clay D. Land  
                                                        United States District Judge