IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Columbus Division

AMERICAN SOUTHERN HOMES
HOLDINGS, LLC and ASH-
GRAYHAWK, LLC,

    Plaintiffs,

    v.                                             Case No: 4:21-cv-00095-CDL

DAVID B. ERICKSON, et al.,

    Defendants.

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE ARGUMENT AND EVIDENCE OF DEFENDANTS' ATTORNEYS' FEES**

Plaintiffs American Southern Homes Holdings, LLC and ASH-Grayhawk, LLC respectfully ask the Court to exclude any and all argument and evidence concerning Defendants' attorneys' fees, because the jury will not award attorneys' fees in this case. Any attorneys' fees awarded under the Consulting Agreement will be decided by the Court after trial, and an award of Defendants' attorneys' fees is not authorized by any applicable statute. The points and authorities supporting this motion are set forth in detail in the memorandum of law filed herewith. A Proposed Order is also submitted herewith.

Dated: August 3, 2023                    Respectfully submitted,

                                                      */s/ Jacob A. Kramer*

                                                      **FAEGRE DRINKER BIDDLE & REATH LLP**

                                                      Jacob A. Kramer (admitted *pro hac vice*)
                                                      Jessica R. Maziarz (admitted *pro hac vice*)
                                                      Rachel A. Beck (admitted *pro hac vice*)
                                                      1500 K Street NW, Suite 1100
                                                      Washington, D.C. 20005

> Telephone: (202) 230-5289
> E-mail:  jake.kramer@faegredrinker.com
> E-mail:  jessica.maziarz@faegredrinker.com
> E-mail:  rachel.beck@faegredrinker.com
>
> David R. Merritt (admitted *pro hac vice*)
> Drew M. Horwood (admitted *pro hac vice*)
> 2200 Wells Fargo Center, 90 South 7th Street
> Minneapolis, Minnesota 55402
> Telephone: (612) 766-7000
> E-mail:  david.merritt@faegredrinker.com
> E-mail:  drew.horwood@faegredrinker.com
>
> **BUCHANAN LAW FIRM, PC**
>
> Jerry A. Buchanan (Ga. Bar No. 092200)
> P.O. Box 2848
> The Corporate Center, Suite 614
> 233 12th Street
> Columbus, Georgia 31902
> Telephone: (762) 208-6982
> E-mail: jab@thebuchananlawfirm.com
>
> *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 3, 2023, I electronically filed the foregoing Plaintiffs' Motion *in Limine* to Exclude Argument and Evidence of Defendants' Attorneys' Fees with the Clerk of the Court using the CM/ECF system for filing and to thereby be served upon all registered participants identified in the Notice of Electronic Filing in this matter.

>                    */s/ Jacob A. Kramer*