**DO NOT SEND PAYMENT WITH YOUR PETITION! ONCE ADMITTED, YOU MUST PAY FEES BY CREDIT CARD VIA CM/ECF.**

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA

### PETITION FOR ADMISSION TO PLEAD AND PRACTICE *PRO HAC VICE*

The Petition of __Michael R. Shebelskie__ respectfully shows that petitioner is now a member in good standing of the State Bar of __Virginia__, as evidenced by State Bar Number __27459__ and is a member in good standing of a U.S. District Court as evidenced by the attached Certificate of Good Standing from the U. S. District Court where he/she is admitted to Practice. Wherefore, petitioner, after taking the below Oath of Admission, prays that he/she be admitted as an Attorney, Solicitor, and Proctor to plead and practice pro hac vice in the United States District Court for the Middle District of Georgia for case number __4:21-cv-00095-CDL__ to represent __David B. Erickson, et al.__

(name of plaintiff/defendant)

### OATH ON ADMISSION *(PRO HAC VICE)*

I, __Michael R. Shebelskie__, do solemnly swear, that as an attorney and as a counselor of this Court for the above said case, I will conduct myself uprightly and according to law, and that I will support the Constitution of the United States of America. I further affirm that I have read the Standards of Conduct set forth in the Preamble to this district's Local Rules, and I will strive to comply with these standards in my practice before this Court.

ELECTRONIC FILING:

* Upon admission to plead and practice pro hac vice, I understand that I will be registered to file electronically in the Middle District of Georgia. The password issued by the court combined with the login serves as and constitutes a legal signature. Registration as a user constitutes (a) consent to receive notice electronically where notice is required by statute or rule and waiver of notice by any other means; and (b) consent to electronic service and waiver of service by any other means, except for original process.

DATE: __August 4, 2023__

/s/ Michael R. Shebelskie
FULL SIGNATURE OF PETITIONER

951 East Byrd Street
LAW FIRM ADDRESS (Street or P.O. Box)

Richmond, VA 23219
CITY, STATE & ZIP CODE TELEPHONE #

mshebelskie@hunton.com
EMAIL ADDRESS (Required)

NUMBER OF CASES I APPEARED PRO HAC VICE IN THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA IN THE *LAST 12 MONTHS:* __0__

===============================================================================

### ORDER

IT IS ORDERED that Petitioner is hereby admitted to plead and practice pro hac vice as Attorney, Solicitor, Counselor, and Proctor.

DATE: __08/07/2023__

__s/ David W. Bunt__
DAVID W. BUNT
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA    )
    )
    ) ss.
    )
EASTERN DISTRICT OF VIRGINIA    )

I, FERNANDO GALINDO, Clerk of the United States District Court for the Eastern District of Virginia, Richmond Division,

DO HEREBY CERTIFY that _____Michael Randolph Shebelskie_____, ID #_27459_____ was duly admitted to practice in said Court on _____10/07/1988_____ and is in good standing as a member of the bar of said Court.

FERNANDO GALINDO, CLERK

By: _____
Deputy Clerk

Dated at Richmond, Virginia
On August 3, 2023.