IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Columbus Division

AMERICAN SOUTHERN HOMES
HOLDINGS, LLC AND ASH-
GRAYHAWK, LLC,

       Plaintiffs,

v.

DAVID B. ERICKSON, et al.,

       Defendants.

Case No. 4:21-cv-00095-CDL

### STIPULATION OF DISMISSAL OF
### DEFENDANT CARROLLTON DEVELOPMENT LLC

Pursuant to Federal Rule of Civil Procedure 41(A)(1)(a)(ii), the parties, through undersigned counsel, hereby stipulate to the dismissal of Defendant Carrollton Development, LLC from this lawsuit, with prejudice, and with each party to bear its own costs.

Dated:  August 14, 2023

Respectfully submitted,

*/s/ Jacob A. Kramer*

**FAEGRE DRINKER BIDDLE & REATH LLP**

Jacob A. Kramer (admitted *pro hac vice*)
Jessica R. Maziarz (admitted *pro hac vice*)
Rachel A. Beck (admitted *pro hac vice*)
Alison M. Agnew (admitted *pro hac vice*)
1500 K Street NW, Suite 1100
Washington, D.C. 20005
Telephone: (202) 230-5289
E-mail:  jake.kramer@faegredrinker.com
E-mail:  jessica.maziarz@faegredrinker.com
E-mail:  rachel.beck@faegredrinker.com
E-mail:  alison.agnew@faegredrinker.com

David R. Merritt (admitted *pro hac vice*)
Drew M. Horwood (admitted *pro hac vice*)
Joshua T. Peterson (admitted *pro hac vice*)
2200 Wells Fargo Center, 90 South 7th Street

Minneapolis, Minnesota 55402
Telephone:  (612) 766-7000
E-mail:  david.merritt@faegredrinker.com
E-mail:  drew.horwood@faegredrinker.com
E-mail: josh.peterson@faegredrinker.com

**BUCHANAN LAW FIRM, PC**

Jerry A. Buchanan (Ga. Bar No. 092200)
P.O. Box 2848
The Corporate Center, Suite 614
233 12th Street
Columbus, Georgia 31902
Telephone: (762) 208-6982
E-mail: jab@thebuchananlawfirm.com

*Counsel for Plaintiffs*

*/s/ Robert T. Quackenboss*

**HUNTON ANDREWS KURTH LLP**

Robert T. Quackenboss (Ga. Bar No. 590560)
2200 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 955-1950
E-mail: rquackenboss@HuntonAK.com

Robert T. Dumbacher (Ga. Bar No. 594903)
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Telephone: (404) 888-4000
E-mail: rdumbacher@HuntonAK.com

Johnathon E. Schronce (*admitted pro hac vice*)
jschronce@huntonAK.com
Michael R. Shebelskie (*admitted pro hac vice*)
mshebelskie@huntonAK.com
Kevin S. Elliker (*admitted pro hac vice*)
kelliker@huntonAK.com
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

2

**ROBERT R. LOMAX, LLC**

Robert R. Lomax (Ga. Bar No. 456239)
P.O. Box 2339
Columbus, Georgia 31902
Telephone: (706) 322-0100
E-mail: rlomax@thelomaxfirm.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 14, 2023, I electronically filed the foregoing Stipulation of Dismissal of Defendant Carrollton Development, LLC with the Clerk of the Court using the CM/ECF system for filing and to thereby be served upon all registered participants identified in the Notice of Electronic Filing in this matter.

*/s/ Jacob A. Kramer*