IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Columbus Division

**AMERICAN SOUTHERN HOMES**
**HOLDINGS, LLC and ASH-**
**GRAYHAWK, LLC,**

    **Plaintiffs,**

    v.                                               Case No: 4:21-cv-00095-CDL

**DAVID B. ERICKSON, et al.,**

    **Defendants.**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFFS' NOTICE OF ELECTION OF REMEDIES**

At the Final Pretrial Conference on August 15, 2023, the Court ordered Plaintiffs American Southern Homes Holdings, LLC ("ASHH") and ASH-Grayhawk, LLC ("ASH-GH" and collectively with ASHH, "ASH") to elect to pursue either specific performance or damages at trial in connection with Count 2 of ASH's Second Amended Complaint (Dkt. 71), alleging breach of the Land Purchase Agreement ("LPA").[1]

Pursuant to the Court's order, and after careful consideration, ASH hereby elects to pursue damages at trial, including for the following reasons: (1) the practical difficulties of relying on Defendants to develop and deliver approximately 1,000 Phase C lots over a period of years without Defendants' cooperation, including the myriad issues likely to arise even if Defendants are ordered to supply lots on a quarterly basis in accordance with the LPA Takedown Schedule; (2) the inability and unwillingness of Defendants to develop and supply Phase C lots since 2021, even after the

---

[1] To this point, ASH has pursued specific performance or, in the alternative, monetary damages. *See* LPA § 35(c); O.C.G.A. § 23-2-135.

Court entered a preliminary injunction; (3) the contentious relationship with Mr. Erickson, beginning with his departure from ASHH and continuing throughout the course of this litigation; and (4) the profound harm and substantial damages already suffered by ASH as a result of Defendants' refusal to develop and supply Phase C lots since 2021, which has materially affected ASH in ways that cannot, at this point, be fully remedied by specific performance.

Accordingly, ASH respectfully submits that it will pursue monetary damages at trial, including lost profits, return of the LPA deposit, and prejudgment interest.

Dated:  August 22, 2023

Respectfully submitted,

/s/ Jacob A. Kramer

**FAEGRE DRINKER BIDDLE & REATH LLP**

Jacob A. Kramer (admitted *pro hac vice*)
Jessica R. Maziarz (admitted *pro hac vice*)
Rachel A. Beck (admitted *pro hac vice*)
Alison M. Agnew (admitted *pro hac vice*)
1500 K Street NW, Suite 1100
Washington, D.C. 20005
Telephone: (202) 230-5289
E-mail:  jake.kramer@faegredrinker.com
E-mail:  jessica.maziarz@faegredrinker.com
E-mail:  rachel.beck@faegredrinker.com
E-mail:  alison.agnew@faegredrinker.com

David R. Merritt (admitted *pro hac vice*)
Drew M. Horwood (admitted *pro hac vice*)
Joshua T. Peterson (admitted *pro hac vice*)
2200 Wells Fargo Center, 90 South 7th Street
Minneapolis, Minnesota 55402
Telephone:  (612) 766-7000
E-mail:  david.merritt@faegredrinker.com
E-mail:  drew.horwood@faegredrinker.com
E-mail:  josh.peterson@faegredrinker.com

**BUCHANAN LAW FIRM, PC**

Jerry A. Buchanan (Ga. Bar No. 092200)
P.O. Box 2848
The Corporate Center, Suite 614
233 12th Street

Columbus, Georgia 31902
Telephone: (762) 208-6982
E-mail: jab@thebuchananlawfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 22, 2023, I electronically filed the foregoing Plaintiffs' Notice of Election of Remedies with the Clerk of the Court using the CM/ECF system for filing and to thereby be served upon all registered participants identified in the Notice of Electronic Filing in this matter.

*/s/ Jacob A. Kramer*