IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Columbus Division

AMERICAN SOUTHERN HOMES
HOLDINGS, LLC and ASH-
GRAYHAWK, LLC,

    Plaintiffs,

    v.                                Case No: 4:21-cv-00095-CDL

DAVID B. ERICKSON, et al.,

    Defendants.

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**MOTION TO SEAL IN SUPPORT OF PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES AND COSTS**

Pursuant to Paragraph 10 of the Confidentiality Order (Dkt. 74) and Local Rule 5.4, Plaintiffs American Southern Homes Holdings, LLC and ASH-Grayhawk, LLC (collectively, "ASH" of "Plaintiffs") respectfully move for leave to file under seal certain documents supporting Plaintiffs' Motion for Attorneys' Fees and Costs filed on October 26, 2023 (the "Motion") that contain confidential information or have been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the Confidentiality Order.

    A.    **Exhibits to the Declaration of Rachel A. Beck in Support of Plaintiffs' Motion for Attorneys' Fees and Costs.**

        Exhibit 5:    Excerpts from billing statements reflecting a true and correct record of time entries made by attorneys from Faegre Drinker for work with respect to Count One and Counterclaim Five (the "Claims"), or the shared operative facts underlying both the Claims and the broader case.

        Exhibit 7:    Excerpts from billing statements and supporting documentation reflecting a true and correct record of costs and expenses incurred by Plaintiffs and billed through Faegre Drinker with respect to the

|  |  |
|---|---|
| | Claims. |
| Exhibit 8: | Summary of costs billed directly to ASH and supporting documentation reflecting a true and correct record of costs and expenses incurred by third parties Consilio, Legility, and Decision Analysis with respect to the Claims. |
| Exhibit 9: | Excerpts from billing statements reflecting a true and correct record of time entries made by eDiscovery company Tritura for Document Review Services by Tritura and contract attorneys for work with respect to the Claims. |
| Exhibit 10: | Summary of Data Hosting costs billed directly to ASH by Tritura reflecting a true and correct record of costs and expenses incurred by Tritura with respect to the Claims. |

**B.    Exhibits to the Declaration of Jacob A. Kramer in Support of Plaintiffs' Motion for Attorneys' Fees and Costs.**

|  |  |
|---|---|
| Exhibit 1: | Email from Robert Quackenboss to Jacob Kramer with attachment, dated May 6, 2021, Bates labeled PLT360046 to PLT360055, Trial exhibit DX 333. |
| Exhibit 2: | Email from Robert Quackenboss to Jacob Kramer with attachment, dated June 1, 2021, Bates labeled DEF-090531 to DEF-090533, Trial exhibit DX 340. |

**C.    Exhibit to the Declaration of Jerry A. Buchanan in Support of Plaintiffs' Motion for Attorneys' Fees and Costs.**

|  |  |
|---|---|
| Exhibit 1: | Summary of Buchanan Law Firm billing statements and supporting documentation reflecting a true and correct record of time entries and costs made by attorneys from the Buchanan Law Firm for work with respect to the Claims. |

Plaintiffs seek to seal each of these exhibits in their entirety. For the reasons set forth in Plaintiffs' accompanying memorandum of law, Plaintiffs respectfully request that these materials be filed under seal. Contemporaneous with this filing, the sealed filings have been emailed to columbus.ecf@gamd.uscourts.gov.

Dated:  October 26, 2023                    Respectfully submitted,

*/s/ Jacob A. Kramer*

**FAEGRE DRINKER BIDDLE & REATH LLP**

Jacob A. Kramer (admitted *pro hac vice*)
Jessica R. Maziarz (admitted *pro hac vice*)
Rachel A. Beck (admitted *pro hac vice*)
Alison M. Agnew (admitted *pro hac vice*)
1500 K Street NW, Suite 1100
Washington, D.C. 20005
Telephone: (202) 230-5289
E-mail:  jake.kramer@faegredrinker.com
E-mail:  jessica.maziarz@faegredrinker.com
E-mail:  rachel.beck@faegredrinker.com
E-mail:  alison.agnew@faegredrinker.com

David R. Merritt (admitted *pro hac vice*)
Drew M. Horwood (admitted *pro hac vice*)
Joshua T. Peterson (admitted *pro hac vice*)
2200 Wells Fargo Center, 90 South 7th Street
Minneapolis, Minnesota 55402
Telephone:  (612) 766-7000
E-mail:  david.merritt@faegredrinker.com
E-mail:  drew.horwood@faegredrinker.com
E-mail:  josh.peterson@faegredrinker.com

**BUCHANAN LAW FIRM, PC**

Jerry A. Buchanan (Ga. Bar No. 092200)
P.O. Box 2848
The Corporate Center, Suite 614
233 12th Street
Columbus, Georgia 31902
Telephone: (762) 208-6982
E-mail: jab@thebuchananlawfirm.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on October 26, 2023, I electronically filed the foregoing Motion to Seal in Support of Plaintiffs' Motion for Attorneys' Fees and Costs with the Clerk of the Court using the CM/ECF system for filing and to thereby be served upon all registered participants identified in the Notice of Electronic Filing in this matter.

                                                    */s/ Jacob A. Kramer*