IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

_____

AMERICAN SOUTHERN HOMES        : 4:21-CV-00095-CDL

HOMES HOLDINGS LLC et al.      : SEPTEMBER 25, 2023

       VS.                   : COLUMBUS, Georgia

ERICKSON et al.               :

_____

TRANSCRIPT OF JURY TRIAL: VOLUME VI
BEFORE THE HONORABLE CLAY D. LAND,
UNITED STATES DISTRICT JUDGE

<u>APPEARANCES:</u>

<u>FOR THE PLAINTIFFS:</u>

MR. JACOB A. KRAMER, 1500 KS. ST NW, STE 1100, WASHINGTON, DC

20005, 202-230-5289

MS. ALISON AGNEW, 1500 KS. ST NW, STE 1100, WASHINGTON, DC

20005, 202-230-5105

MR. DAVID MERRITT, 90 S. 7TH ST STE 2200, MINNEAPOLIS, MN
55402, 612-766-7000
MS. RACHEL ANNA BECK, 1500 K ST NW STE 100, WASHINGTON, DC,

20005, 913-530-5495

MR. JERRY A. BUCHANNAN, PO BOX 2848, COLUMBUS, GA 31902,
706-323-2848

MS. JESSICA MAZIARZ, 1050 K. ST. NW, STE 1100 WASHINGTON, DC

20005 202-842-8800

<u>FOR THE DEFENDANTS</u>:

MR. ROBERT T. QUACKENBOSS, 600 PEACHTREE ST NE, NATIONS BANK

PLAZA, STE 4100, ATLANTA, GA 30308-2216, 404-888-4186

MR. KEVIN S. ELLIKER, RIVERFRONT PLAZA EAST TOWER, 951 E BYRD

ST, RICHMOND, VA 23219, 808-788-8200

MR. ROBERT R. LOMAX, PO BOX 2339 COLUMBUS, GA 31902,

706-322-0100

MR. MICHAEL R. SHEBELSKIE, RIVERFRONT PLAZA EAST TOWER, 951 E

BYRD ST, RICHMOND, VA 23219, 804-788-8200



_____


JOAN DRAMMEH, CVR, CCR

JOAN_DRAMMEH@GAMD.USCOURTS.GOV

INDEX

CLOSING ARGUMENT BY MR. KRAMER          1322    21
CLOSING ARGUMENT BY MR. SHEBELSKIE       1360    23
FINAL REBUTTAL BY MR. KRAMER            1396     1
JURY CHARGE                             1404    19
COURT'S EXHIBIT 2 ADMITTED              1444    18
CERTIFICATE OF OFFICIAL REPORTER        1445     1

10:40:36AM 1                    --- *PROCEEDINGS* ---

2              CSO OFFICER:  All the rise.  The United States

3    District Court for the Middle District of Georgia, Columbus

4    Division, is now in session.

5              THE COURT:  Good morning, please be seated.

6              MR. KRAMER:  Good morning, Your Honor.

7              THE COURT:  Okay, so everybody is ready to go?

8              MR. KRAMER:  Yes, sir.

9              THE COURT:  I wanted to just confirm a couple of

10   things.  Am I correct that with regard to the Plaintiff's

11   claim for breach of the LPA agreement, the only damages you

12   are seeking is the $2.5 million return of the deposit for

13   prejudgment interest on that plus the lost profits?

14             MR. KRAMER:  Yes, sir.

15             THE COURT:  There's no other damages you're seeking

16   on that claim.

17             MR. KRAMER:  That's all.

18             THE COURT:  I'm going to make a slight revision to

19   the verdict form and I will get that to you before we do

20   closing arguments.  Two things I'm going to change: 1)

21   although we've already established that if the jury answers

22   the question, yes, there's been a breach of the LPA and the

23   Plaintiffs did not prevent performance, then Court's going to

24   enter judgment in favor of the Plaintiff as a matter of law

25   for $2.5 million for return of the deposit.  But I'm going to

8:58:49AM  1   go ahead and put that in the verdict form that if they find

2   those two questions -- if they answer those two questions in

3   that way -- I'm going to have to find that we award

4   $2.5 million.  I don't want them to be confused about when

5   they get to the last section on lost profits wondering whether

6   or not they should include the $2.5 million there or not.  And

7   if they have not made a specific award of the $2.5 million I

8   think they could potentially get confused about that.  We will

9   pass it out.  You will have a chance to review and comment on

10   it before we do closing arguments.  But I'm going to have them

11   make a specific finding when I instruct them.  If you found

12   these questions this way then you should answer, yes, we award

13   $2.5 million for the return of the deposit.  And then I'm

14   going to make it a little clearer in the lost profits section

15   of the verdict form that that is the damages that they are to

16   put in there; that it's lost profits; that it's nothing else.

17           MR. KRAMER:  Understood.

18           THE COURT:  So it will just be clarified.

19           MR. KRAMER:  It occurred to us as well, Your Honor,

20   in the lost profits section it might be useful to have a blank

21   that gives the total amount of damages that the jury awards

22   with the allocations underneath.

23           THE COURT:  Well, part of my thinking in doing the

24   damages this way is that if the Court of Appeals concludes

25   that I am wrong on the allocation of damages on a per

9:00:51AM 1    Defendant basis, then on a remand it's possible that there may

2    not need to be a retrial.  That there could just be added up

3    the sum and the Defendants or jointly responsible for both.

4    I'm not saying that's the way it will be, but doing it in this

5    way leaves open the possibility of avoiding a retrial if I am

6    wrong on that issue, whereas granting just the entire amount

7    would not.

8         MR. KRAMER:  Understood, Your Honor.

9         THE COURT:  So I think that gets to your issue

10   without them having to add them all up.  My concern would be

11   if they came back for a verdict for each individual and then

12   their sum didn't equal that.

13        MR. KRAMER:  Then we have an inconsistent verdict.

14        THE COURT:  That's the problem.  I think I'm going

15   to leave it as it is and I think it's still preserving at

16   least the possible opportunity for you to prevail on your

17   argument and not have a retrial.  Okay.

18        MR. QUACKENBOSS:  Your Honor, the Defendants have

19   decided we're not going to call our final witness, Mr. Foster,

20   so we would be prepared to move right into closing arguments.

21   We've alerted Plaintiff's counsel of that.

22        THE COURT:  Okay, that's good news to the Court.

23   Well, then let me check on the status of this revised verdict

24   form so I can have you all review it.  And I will get that out

25   to you and let you all take a look at it for about 15 minutes

9:02:49AM   1   or so.  And then we will come back with closing arguments.

            2   Yes, sir.

            3            MR. KRAMER:  Before we do that --

            4            THE COURT:  Well, I need to read the stipulations to

            5   the jury before everybody rests and the parties need to make

            6   any kind of renewed motions for judgment as a matter of law.

            7            MR. KRAMER:  I just want to say, Your Honor, we do

            8   have some Rule 50 motions as I'm sure you're not surprised to

            9   hear.  And if one or more were granted it would affect the

           10   verdict form.

           11            THE COURT:  Okay, with the understanding that the

           12   Court is going to read the stipulations, the Defendant now

           13   rest?

           14            MR. QUACKENBOSS:  Yes, sir.

           15            THE COURT:  Does the Defendant wish to renew any

           16   Rule 50 motions?

           17            MR. QUACKENBOSS:  I believe we do, yes, sir.

           18            THE COURT:  I will hear from the Defendants at this

           19   time on that.  And while we're doing that, if somebody for the

           20   lawyers for the teams could look over the stipulated facts and

           21   determine whether any are unnecessary in light of the claims

           22   that have been taken care of as a matter of law and just

           23   strike through the ones that you believe are unnecessary.  But

           24   Mr. Shebelskie, I will recognize you to give the argument on

           25   the renewal of the Rule 50 motions.

9:04:43AM 1          MR. SHEBELSKIE:  Thank you judge.  With respect to

2       Count Two, the breach of the land purchase agreement, that

3       claim should not go to the jury.  Judgment should be entered

4       for the Defendants at this stage for two principle reasons.

5              One is our position that the plaintiffs having

6       initially elected not to terminate the contract, but to

7       proceed with enforcement of the contract both outside the

8       court by demanding continued performance every quarter of the

9       Defendants.  And then in court seeking specific performance

10      and actually prevailing on a preliminary injunction motion,

11      they have made their election and the issue there is they

12      cannot undo their election once made.  It's not a question of

13      waiver of the right to terminate.  Had they not elected one

14      way or the other, that might be viewed as undue delay or

15      waiver of the right to terminate, but having elected they

16      cannot not un-elect.  Of course, we have a briefing on that

17      and I won't delay the point any further.

18             The other grounds for moving for directed verdict on

19      Count Two at this point concern the damage at least with

20      respect to the lost future profits claim component of it.  Is

21      that the Plaintiffs have not provided an evidentiary basis for

22      the jury to allocate any future damage award among the

23      Defendants.  It would be speculative for the jury to make that

24      allocation even if they were to find a brach and find that

25      lost profits were determined with reasonable certainty.  So

9:06:29AM 1    for those reasons, Your Honor, we would move for a directed

2    verdict on Count Two.

3              With respect to Count One, the breach of the

4    confidentiality obligations in the consulting and employment

5    agreements, we move for directed verdict at this stage, Your

6    Honor.  In addition to the original grounds that we gave at

7    the close of the Plaintiffs' case we don't think that the

8    alleged breaches that they relied on constitute misuse of any

9    information that qualifies as confidential information of the

10   Plaintiffs.  The plaintiffs also have not proven any --

11   provided the jury -- any evidentiary basis to quantify nominal

12   damages.  Were they to find a breach, all of the Plaintiffs

13   have put on in that respect is that where we had to incur

14   expenses to bring this lawsuit, and I think they mentioned

15   things like depositions and travel, but they didn't give any

16   sense of the dollar amount.  So now the jury would be utterly

17   unhinged in the facts and just be giving speculative growth

18   commission to say whether that should be $1 or a million

19   dollars.  I realize that in theory nominal damages, if all the

20   requisite preconditions are met, they still must provide some

21   evidentiary basis for the jury to make consistent; that is not

22   a matter that is within the normal ken of the layperson.

23   We're not talking about how much people think

24   pain-and-suffering might be worth or something like this.  The

25   cost of litigation is something that needed to be established

9:08:16AM 1    with some reasonable certainty so the jury would not be

2    speculating.  For those reasons, Your Honor, we ask for

3    directed verdict on the remaining two counts.

4         THE COURT:  All right, the Court neither grants nor

5    denies the motion and will let it -- let it ride with the

6    jury.  And depending on what the jury decides the Court will

7    hear those arguments post-verdict in the form of any motion

8    for judgment notwithstanding the verdict if that's necessary.

9    Plaintiffs have Rule 50 motions.

10         MR. KRAMER:  Yes, Your Honor.  Mr. Peterson is going

11    to address that.

12         THE COURT:  All right.

13         Mr. PETERSON:  Your Honor, the Plaintiffs move for

14    judgment as a matter of law on, first of all, the second

15    affirmative defense, the failure to mitigate damages.  Because

16    the Defense has decided not to call its expert this morning

17    there's absolutely no evidence in the record that the

18    Plaintiffs failed to mitigate their damages.  For that reason

19    judgment as a matter of law should be granted in that

20    affirmative defense should be stricken from the instructions

21    and the verdict form; we have an alternative version that just

22    show where you would need to cut out the relevant provisions.

23         THE COURT:  Go ahead.  Well, let me go ahead and get

24    a response to that.  What's the response to the failure to

25    mitigate Mr. Shebelskie?

9:09:46AM 1          MR. SHEBELSKIE:  Yes, Your Honor.  The Defendant did

2     not need to put on any evidence affirmatively on that point to

3     establish a basis for the affirmative defense.  The jury will

4     have argument from the Plaintiffs' witnesses about what they

5     did or didn't do.  The jury can assess whether they think

6     those efforts are reasonable or not.  And we will --

7          THE COURT:  So you contend that even though you've

8     got the burden of proof on that defense you can use the

9     evidence that's already been admitted.

10          MR. SHEBELSKIE:  Yes.  The evidence from their

11    expert that they relied on is their mitigation efforts have

12    come to a stop.  And so to mitigate their future -- We're not

13    talking about mitigation of to date, but mitigation from today

14    going to the rest of the life of the contract.  And their own

15    expert witness said this lost profits calculations assumes no

16    further mitigation efforts by the Plaintiff from this point

17    forth; and we would tend to argue that that's not reasonable.

18          THE COURT:  Okay.

19          Mr. PETERSON:  Your Honor, on that point there's

20    absolutely no authority that we have a burden to affirmatively

21    to show that we have speculative mitigation efforts that we

22    plan to make in the future; that's essentially what their

23    argument is.  At this point they have submitted absolutely no

24    evidence.  And what Mr. Shebelskie has just admitted is that

25    they intend to rely on lawyer argument.

9:11:11AM  1        THE COURT:  I think what their argument is, is that

2   you're seeking future lost profits without any consideration

3   of you doing anything to go out and find lots else elsewhere

4   to mitigate those damages.

5        Mr. PETERSON:  First, as a factual matter, I don't

6   think that's true.  They are misrepresenting their

7   projections.

8        THE COURT:  The projections, as I recall the

9   testimony, assume that -- They assume nonperformance without

10  any mitigation at all.

11       Mr. PETERSON:  I think what they do is they look

12  specifically at the ASH-Grayhawk business.  So there's no

13  evidence that they don't contain mitigation efforts.  Ash

14  could have also been acquiring lots from other developers and

15  land sellers.

16       THE COURT:  Okay, all right, what's your next

17  argument?

18       Mr. PETERSON:  We move for judgment as a matter of

19  law on Count Two.  At this point, every witness the Defendant

20  has called has admitted that Mr. Erickson breached the land

21  purchase agreement as a simple question.  He made a commitment

22  under the takedown schedule which is incorporated into the

23  contract by Section Six. Section Six contains no qualifiers;

24  it says that he must deliver lots in accordance with the

25  takedown schedule.  There is the default notice from December

9:12:46AM 1    30th, 2021.  It is undisputed that he never delivered lots

2    after that point.  Not a single C lot after that point other

3    than the Court's order.  But because there's no way that we

4    could've prevented him, there's no evidence that we prevented

5    him from delivering those lots at that time, the Court should

6    grant judgment as a matter of law that they have breached the

7    LPA agreement.

8            THE COURT:  The Court is neither granting nor

9    denying the Plaintiffs's motion for judgment as a matter of

10   law.  The Court will let that ride with the jury and if it's

11   necessary the Court will hear those motions post-verdict in

12   the form of motions for judgment notwithstanding the verdict

13   if necessary.

14           Mr. PETERSON:  Lastly, Your Honor --

15           THE COURT:  Oh, you had another one.  I thought that

16   was it.  Go ahead.

17           Mr. PETERSON:  Yes.  Plaintiffs move for judgment as

18   a matter of law and consulting agreement breach on obviously

19   the corollary counterclaim that we improperly terminated the

20   consulting agreement, which I believe was counterclaim

21   number five.  At this point it is undisputed there's nonpublic

22   information going only to the ones that were not at all

23   disputed by the Defense; which is the Prominence terms.

24   There's a LOI, letter of intent, in the evidence; it's PX257.

25   These are terms that ASH signed in the middle of 2020 when

9:14:12AM 1   Mr. Erickson was still acting as consultant.  On July 2nd,

2   Mr. Erickson used the exact same terms to try to acquire

3   Prominence for himself.  There was no response to this during

4   the entire defense case and so for that reason we should be

5   granted judgment as a matter of law on the consulting

6   agreement claim, which is Count One.

7           THE COURT:  All right, the Court neither grants nor

8   denies that motion at this time.  The Court will let that

9   motion also ride with the jury.  The Court will leave open the

10   possibility of -- leave open the opportunity -- for Plaintiffs

11   to renew that motion post-verdict if necessary.  Anything

12   else?

13           Mr. PETERSON:  No, Your Honor.

14           THE COURT:  Okay, let me take a few minutes to check

15   on the status of the change to the verdict form and give you a

16   few more minutes to determine whether I need to read all the

17   stipulated facts.  Yes, sir.

18           MR. KRAMER:  I think we can eliminate some.  Does

19   the Court intends to charge the jury before after arguments

20   are delivered?

21           THE COURT:  After.

22           MR. KRAMER:  Thank you.

23           THE COURT:  Yes.  We will come back and make sure

24   everybody's good on the verdict form and the stipulated facts.

25   I'm going to bring the jury down.  I will read the stipulated

9:15:36AM  1    facts and then I will recognize Plaintiff to give your opening

2    part of your closing argument, and then the Defendants, and we

3    will proceed from there.  When the closings are concluded I'll

4    charge the jury.  Don't go far so I can get this new verdict

5    form to you.  We will be in recess.

6    Monday, September 25, 2023 09:16:14

7    [RECESS]

8    Monday, September 25, 2023 09:26:44

9         THE COURT:  Okay, any objections or concerns by

10    Plaintiffs with regard to the revised verdict form?

11    Plaintiffs.

12         MR. KRAMER:  No, Your Honor.

13         THE COURT:  Defendants.

14         MR. ELLIKER:  No, sir.

15         THE COURT:  And we had a chance to pare down any of

16    the stipulations or are we still looking at that?

17         MR. KRAMER:  Yes, Your Honor.  We agreed to

18    eliminate section D. and section E. related to the trademark

19    claims.

20         THE COURT:  Section D. and Section. E., Defendants

21    agree with that?

22         MR. ELLIKER:  Yes, Your Honor.

23         THE COURT:  These will not go out with the jury will

24    just read them to them, D and E.  And I will also inform them

25    that the quantum meruit claim is no longer for their

9:28:12AM 1    consideration along with the trademark claims; that the Court

2    will resolve that claim.  Okay, are we ready to bring them

3    down?  Bring down the jury.

4            MR. SHEBELSKIE:  Your Honor, during the closing

5    argument can one of our lawyers to stand over there so we can

6    see the board?

7            THE COURT:  Yes, sir.  This may be the best place to

8    stand over here, but if you stand over there that's fine.

9            Ladies and gentlemen, welcome back.  Thank you,

10   again, for your patience.  We've been taking up a few matters

11   down here that are going to I think streamline the process

12   even more.  First of all, you'll recall that I mentioned that

13   there was this claim, counterclaim by Mr. Erickson called

14   quantum meruit that related to transition services agreement.

15   That claim like the trademark claims that the Plaintiff was

16   bringing is something that the Court will decide and not you

17   so that claim is not in the case any longer for you to

18   consider.  That's one less claim you will have to consider.

19   The Defendants also announced this morning that they intend

20   call no other witnesses so all of the testimony is in.  You've

21   got all the testimony that you are going to have to decide the

22   case.

23           The parties have reached agreement on certain what

24   we call stipulated facts; facts that are not in dispute.

25   These facts should be accepted by you as having been proven

9:31:15AM 1  because neither side disputes them and they have been

2  established.  And I'm going to read those facts to you at this

3  time.

4          Number 1, David B. Erickson formed Grey Hawk Homes

5  Inc. in 2007.  Two, Ash -- this would be referring to American

6  Southern Homes Holdings, is in the business of acquiring and

7  integrating private homebuilders in the United States.

8  ASH-Grayhawk is an interactive subsidiary of American Southern

9  Homes Holdings LLC.  In November 2019, ASH-Grayhawk acquired

10  certain assets of Grayhawk Homes Inc. and two other entities

11  referred to in the stipulation as the acquisition.

12          In connection with the acquisition, the following

13  contracts were executed on November the 15th of 2019.  The

14  asset purchase agreement, referred to as the LPA; the land

15  purchase agreement, referred to as the LPA.  The asset

16  purchase agreement is in evidence as Plaintiffs' Exhibit 685.

17  The land purchase agreement is in evidence as Plaintiffs'

18  Exhibit 24.  The other agreements are the consulting

19  agreement, which is in evidence as Plaintiffs' Exhibit 246A.

20  The employment agreement, which is evidence as Plaintiffs'

21  Exhibit 246C.  The trademark assignment agreement is no longer

22  relevant.  And the transition services agreement is no longer

23  relevant.

24          Following the acquisition, ASH-Grayhawk became one

25  of several homebuilding companies indirectly owned by American

9:34:01AM 1    Southern Homes Holdings LLC.  Erickson and GH Lot Holdings

2    Inc. formerly known as soon Grey Hawk Homes Inc. became

3    investors in American Southern Homes Holdings LLC.  Section 10

4    of the LPA, the land purchase agreement, provides as follows:

5    Seller is required to develop the lots in accordance with this

6    agreement and to satisfy the requirements of the takedown

7    schedule.  However, as to the phase C lots, during the first

8    full year after the closing under the LPA, the asset purchase

9    agreement, the parties shall agree to the order in which

10   specific phase C lots will be developed.  In addition, the

11   parties may mutually agree to eliminate some of the phase C

12   lots shown on Exhibit C.  This is Plaintiffs' Exhibit 24 LPA

13   Section 10.  The first full year after closing under the LPA,

14   the asset purchase agreement, the first year after the closing

15   under the LPA ended on November 15, 2020.  By November 15,

16   2020, no party to the LPA, the land purchase agreement, had

17   proposed to the other parties an order in which specific phase

18   C lots would be developed.  In April 2021, both sides sent the

19   other notices of default for failing to agree on a development

20   order for phase C lots.  Both sides subsequently withdrew

21   these notices by mutual agreement.

22        The consulting agreement.  The consulting agreement

23   is between American Southern Homes Holdings LLC, ASH-Grayhawk,

24   and Erickson.  The consulting agreement can be found at

25   Plaintiffs' Exhibit 246A.  Either party can terminate the

9:36:44AM 1  consulting agreement at any time either for cause or without

2  cause.

3      Consulting agreement Section 4.  October 28th,

4  2020, the Board of Directors of American Southern Homes

5  Holdings LLC appointed Erickson as its interim CEO.  Shortly

6  after Erickson became interim CEO, the parties discussed

7  Erickson becoming permanent CEO of American Southern Homes

8  Holdings LLC.  American Southern Homes Holdings Board of

9  Directors ultimately declined to appoint Erickson as permanent

10  CEO on December 16, 2020, but Erickson stated he would stay on

11  as interim CEO until February 28th, 2021.

12      On December 20, 2020, Erickson wrote a letter to the

13  Chairman of American Southern Homes Holdings LLC Board of

14  Directors in which he designed as a Director and Interim CEO

15  effective immediately.  Erickson also resigned as a director

16  but remained a shareholding member of American Southern Homes

17  Holdings LLC.  Erickson also resigned as a director -- I just

18  read that -- but remained a shareholder of ASHH, American

19  Southern Homes Holdings LLC.  Erickson's resignation as

20  Director and Interim CEO did not terminate the consulting

21  agreement.

22      On April 18, 2021, ASH sent a letter to Erickson

23  terminating the consulting agreement.  On April 13, 2020,

24  American Southern Homes Holdings LLC entered in to a

25  nondisclosure agreement, also referred to as a NDA, with

9:39:06AM 1  Prominence Homes.  On June 22, 2020, American Southern Homes

2  Holdings LLC signed a nonbinding letter of intent also

3  referred to as LOI, to explore acquiring Prominence.  American

4  Southern Homes Holdings LLC has not acquired Prominence.  On

5  December 23, 2020, Erickson entered into an NDA to explore

6  acquiring Prominence on his own behalf.

7           On January 2, 2021, Erickson sent a term sheet to

8  Prominence.

9           In February 2021, Erickson sent Brian Rome of

10  Prominence a draft asset purchase agreement.  Also in February

11  2021, Rome sent Erickson a markup of the due diligence list

12  Erickson provided.  Erickson did not acquire Prominence.

13           In November 2020, American Southern Homes Holdings

14  LLC entered into an NDA with Miramonte Homes, which Erickson

15  executed on behalf of American Southern Homes Holdings LLC.

16  American Southern Homes Holdings LLC has not acquired

17  Miramonte.

18           On December 23, 2020, Erickson sent a signed NDA to

19  Miramonte to explore acquiring Miramonte on his own.

20           On January 1, 2021, Erickson sent Miramonte a term

21  sheet.  Erickson did not acquire Miramonte.  As interim CEO of

22  American Southern Homes Holdings LLC, Erickson was involved in

23  exploring American Southern Homes Holdings LLC potential

24  acquisition of Surrey Homes.  American Southern Homes Holdings

25  LLC entered into a NDA with Surrey.  American Southern Homes

9:41:45AM 1    Holdings LLC has not acquired a Surrey.

2             On December 23, 2020, Erickson mailed an NDA to

3    Surrey to explore acquiring Surrey.  Erickson did not acquire

4    Surrey.

5             Okay, ladies and gentlemen, those or the stipulated

6    or agreed upon facts that are not disputed for the parties and

7    you should accept those facts as having been proven since

8    there is no dispute with regard to those particular facts.

9             Now, does the Defendant rest?

10            MR. QUACKENBOSS:  Your Honor, yes, the Defendant

11   rests.

12            THE COURT:  Does the Plaintiff have any rebuttal

13   evidence which they wish to present?

14            MR. KRAMER:  No, Your Honor.

15            THE COURT:  All right ladies and gentlemen, we are

16   ready for the closing arguments.  This is the opportunity for

17   the lawyers to come before you and argue to you what they

18   think the evidence has shown and why they think their side

19   should prevail.  Now, as I told you at the beginning of the

20   case what the lawyers is not evidence.  The evidence in the

21   cases is the sworn testimony you heard as well as the exhibits

22   that I have admitted into evidence.  If what the lawyers say

23   is different than what you find that evidence to have to

24   shown, then you've got to base your decision on the evidence

25   and not what the lawyers say.  But it is important for the

9:43:19AM 1    lawyers to have this opportunity to come before you had make

2    their case and make their argument as to what they think the

3    evidence has shown or not shown so you should give them your

4    careful attention.

5         The Plaintiffs in the case they have the right,

6    since they have the initial burden of proof, they have the

7    right open their argument.  They will argue to you first their

8    counsel will.  Then the Defendant's Counsel will provide the

9    Defendant's closing argument.  Then the Plaintiff gets to come

10   back again and give a final closing argument for the

11   Plaintiffs.  Now, they have the same amount of time even

12   though the Plaintiff gets to argue twice he has the same

13   amount of total time that the Defendant's Counsel has to

14   argue.

15        At this time the Court recognizes Plaintiffs'

16   Counsel to give the final closing on behalf of the Plaintiffs.

17   If counsel would like to come over to see what Mr. Kramer is

18   going to write on his board you may do so.

19        MR. KRAMER:  Thank you, Your Honor.

20        THE COURT:  Mr. Kramer, you may proceed.

21        MR. KRAMER:  Your Honor, as soon as we get up on the

22   screen I will get started.

23        Good morning ladies and gentlemen, thank you so much

24   for being here.  Thank you for your time.  Thank you for your

25   attention over the course of this case.  It's important that

9:44:47AM 1  it's appreciated.

2           When I got up here at the beginning of the case I

3  told you that this was caused by broken promises and broken

4  contracts; and I think we've proved that. You've heard lot of

5  evidence about a lot of different things, but there really are

6  really two simple questions to ask yourselves when you decide

7  this case.

8           Number 1, did Mr. Erickson break the promises and

9  break the contracts that he made? The answer is, yes. There

10  is no dispute that in December of 2021, Mr. Erickson stopped

11  delivering lots to ASH under the takedown schedule and the lot

12  purchase agreement. ASH sent him a notice of default and gave

13  him 15 days to cure or fix it and he didn't; that's a breach,

14  that's liability.

15           Question number 2, how much harm did that breach

16  cause? The answer is a lot to the tune of $48.7 million in

17  lost profits for ASH not to mention the impact on everybody

18  else who relied on Mr. Erickson to keep his promises.

19           Now, promises matter ladies and gentlemen and

20  contracts matter. In this case was, for Mr. Erickson enough

21  wasn't enough. After he took $50 million from ASH he broke

22  his promises and he broke his contracts. I'm not just going

23  to stand up here and tell you a story. I'm going to show you

24  the evidence and by that I mean the testimony of the witnesses

25  and the documents that were admitted into evidence and that

9:46:33AM 1  you will have with you in the jury room; and with that let's

2  get started.

3          All right, how did we get here?  You know this

4  already.  The evidence has shown through the testimony of

5  Mr. Twiss, Mr. Darnold, Mr. Erickson, Mr. Erickson was paid

6  about $26 million for his business and that included

7  $6 million in ASHH units or stock now worth the $7.92 million;

8  plus another $25 million to buy lots after the transaction

9  closed on the November 15th, 2019.

10          What did Ash get for its money?  ASH bought a

11  pipeline plan for at least seven years, $1600 fully developed

12  finished lots.  ASH paid $6.4 million in premium.  ASH

13  received a two-year land pipeline and then was cutoff in

14  December of 2021 leaving ASH without land to build on. Lots,

15  $25 million for fewer 600 than 600 of the approximately 1600

16  lots Mr. Erickson promised that he would deliver and develop;

17  that's 933 phase C lots not delivered.

18          The Grayhawk business $17.8 million, but you can't

19  build houses without land.  You can't build houses in the air.

20  You heard that over and over and as a result of that a few of

21  the employees from Grayhawk remain.  And what's a homebuilding

22  company?  You heard Mr. Darnold testify about this.  It's the

23  land and its the people.  ASH has neither at this point and

24  people got hurt as a result of it.

25          ASH asks for $48.7 million in lost profit damages.

9:48:28AM 1    Mr. Erickson has already been paid $50 million.  You've heard

2    testimony that some of that went to pay off loans.  The

3    evidence showed on Friday Mr. Erickson's cross-exam, that of

4    the $16.9 million that went to payoff loans, $15.45 million

5    went to pay off a loan from Mr. Erickson through Rainier

6    Capitol, the company that he uses for investments.

7              We have two contracts left to talk about.  The land

8    purchase agreement, undisputed Mr. Erickson's stopped selling

9    lots in December of 2021.

10             Undisputed he refused to cure in 15 days.  When

11   you're back in the jury room, take a look at Section 34 and

12   Section 35 of the LPA; that's the part that says there isn't a

13   breach until one party gives notice and an opportunity to cure

14   or fix it and the other party doesn't; that's what the

15   contracts says.  And all we're doing here is asking you to

16   enforce with the contract says.

17             Consulting agreement, Mr. Erickson used nonpublic

18   information for personal gain.  We saw a lot of evidence on

19   this.  You just heard some of it in stipulated facts.  He

20   copied ASH NDA's when he was trying to acquire Prominence

21   Miramonte in Surrey.  He copied the due diligence list and

22   used it for Prominence Homes.  He copied the private placement

23   memorandum and used it to build up his business plan.  And he

24   copied the Commons deal terms.  And he tried to recruit Lee

25   Darnold.

1          Let's start with the LPA.  This is signed by

2    Mr. Erickson individually on behalf of all the LPA sellers.

3    Why?  Because Mr. Erickson is the individual who is in charge

4    of developing lots.  The LPA sellers, they are the companies

5    that own the lots.  They own the land.  Mr. Erickson is the

6    developer and he signed this on behalf of all of them.

7          Here's the breach, Section Six:  Seller is required

8    to develop lots in accordance with this agreement and to meet

9    the requirement of the takedown schedule.  Mr. Erickson didn't

10   do that.  Beginning in December of 2021 he promised, didn't do

11   it.  Here's the takedown schedule.  You've seen this before.

12   Every number in yellow is the number of phase C lots --

13   because that's what this case is about -- that Mr. Erickson

14   promised to deliver all the way through December 2027.  Breach

15   of the contract.  Stopped developing the lots.

16          Here it is December 17th, 2021, a letter from

17   Mr. Erickson's counsel PX840B.  He says:  The land purchase

18   agreement is terminated and Mr. Erickson's obligations

19   thereunder are extinguished.  According to Mr. Erickson will

20   not deliver any further lots to ASH-Grayhawk.  You heard

21   Mr. Erickson admit the LPA wasn't actually terminated; this is

22   an excuse.

23          What did ASH do?  December 30th sent a letter.  Here

24   is your notice.  Here's your chance to fix it.  ASH requested

25   Mr. Erickson cure this default within 15 days.  We

9:51:56AM 1    respectfully urge Mr. Erickson to reconsider, but he didn't.

2    And by January 14, 2022, he was in default.  He was in breach.

3    He broke his promise.  He broke the LPA.

4         You've heard a lot of evidence about this.  There is

5    zero evidence that Mr. Erickson complied with this contract.

6    You heard Lee Darnold.  You heard Ryan Twiss.  You heard

7    Mr. Richardson.  You heard from Mr. Coleman.  You heard from

8    Mr. Erickson himself and from Ms. Allen and Ms. Long.  Mr.

9    Erickson stopped selling lots; there's no question about that;

10   that's the breach.

11        You also heard from Mr. Duffus who did a lot of work

12   to figure out what these lots were worth; what this raw land

13   was worth; what Mr. Erickson had carried through on his

14   promise to turn it in as finished lots and sell it to ASH?

15   The answer is $48.76 million and there's no dispute about

16   that.  Where is Defendants expert witness?  Not here.  Didn't

17   bring him in.  Mr. Duffus is unchallenged.  If Mr. Foster who

18   as been mentioned throughout the course of this case,

19   Defendants' expert, was able to bring these numbers down you

20   can bet he would have been here to testify, but he wasn't.

21   Defendants' made a decision to not even bring him in here.

22   It's just Mr. Duffus unchallenged in the record; there's

23   nothing to argue about to here.  The lost profits of

24   $48.76 million.

25        ASH mitigated its damages.  Went out and tried to

9:53:35AM 1  find substantially similar lots as best they could.  And we've

2  proven this.  We showed you through multiple witnesses ASH

3  went and bought some lots in Auburn, in the Alabama area, near

4  Phoenix City; in Misty Forest; in Ivy Glenn, a total of 116

5  lots.  So far ASH has started 55 houses, closed 35 houses;

6  this mitigation it goes into the future.  In the future ASH is

7  going to build houses on these lots and it's going to continue

8  to mitigate its damages.  That's already factored into our

9  damage calculation.  That's already reduced by $5.68 million;

10  it's taken care of; it's included the $48.76.

11        The white pins are Mr. Erickson's phase C lots.

12  Where are they?  Well, there's a couple in Alabama, but pretty

13  much all of them are right here in Muscogee County.  And you

14  heard testimony ASH couldn't finished lots in Muskogee County.

15  Why?  Because Mr. Erickson owns all the land and you refuse to

16  sell it.  If you buy a home builder in Columbus and you can't

17  build houses in Muscogee County, you don't have much of a

18  business.  That's the result of Mr. Erickson's broken

19  promises.  These places that are up on the screen right now

20  with the white pins; that's where ASH was trying to build

21  houses for the next seven-years.

22        I told you at the beginning you were going to hear

23  excuses and you've heard a lot of them.  But let me take them

24  one at a time starting with the phase C lot development order.

25  You heard testimony about this from Mr. Erickson and his team,

9:55:11AM 1    Amy Allen the second in command; Kathy Long, both of his

2    friends.  Kathy Long didn't really contribute anything

3    relevant.  Didn't really say much about the LPA.  We also

4    heard from Jason Betts.  He was talking about plans and

5    copyrights and we are Chuck McClure.  He did say something

6    relevant about the LPA.  He said: Mr. Erickson never asked me

7    to work on the phase C lot development, at least not that I

8    can recall.  I'll show you that a call so you that not minute.

9         Here it is Section 10:  The parties shall agree to

10   the order in which specific phase C lots will be developed.

11   Let me go back and emphasize the first sentence here.  Seller

12   is required to develop the lots; that's Mr. Erickson.  In

13   accordance with this agreement and to satisfy the requirements

14   of the takedown schedule.  Didn't happen and as you just heard

15   from the report, didn't have an agreement in the first year.

16   And in the first year neither party, neither Mr. Erickson nor

17   ASH proposed an order of phase C lot development.  The

18   evidence shows there one only proposal and it comes from ASH

19   in March of 2021.

20         November 24th, 2020, the LPA committee which Mr.

21   Erickson said existed only while he was the CEO.  Don't be

22   distracted.  There's no LPA committee after he stops being the

23   CEO on December 20, 2020.  Sent him a letter:  Additionally,

24   the LPA committee requests a status update on the phase C lot

25   development's status under the LPA and wishes to discuss the

9:56:51AM 1    development schedule for when these phase C lots will be

2    brought online.

3            Mr. Erickson responds in all capital red letters: IN

4    PROCESS.  KATHY, MYSELF, AND MY STAFF MET YESTERDAY TO

5    TRY AND GET THIS UNDER CONTROL.

6            Who is the staff ladies and gentlemen?  It's

7    Mr. McClure the development manager for Mr. Erickson

8    miniature question.

9            And what did he say?  Question: Did Mr. Erickson

10   ever ask you to help develop a plan to agree to the order

11   in which phase C lots would be developed?

12           Answer:  I do not recall.  No, sir.

13           Mr. Erickson when he testified, he said -- maybe you

14   remember this from Friday -- Mr. McClure was a consistent

15   dependable employee for a long time and he trusted him.

16   But then we pointed out that Mr. McClure didn't remember

17   being asked to work on the order of phase C lot

18   development and what did Mr. Erickson do?  He threw him

19   under the bus.  He said he didn't remember that didn't

20   he.  And the answer was he chose not to.  What does that

21   mean after Mr. McClure swore to tell the truth in his

22   deposition?  He chose not to tell the truth.  It's up to

23   you ladies and gentlemen to evaluate credibility in this

24   case.  Who do you believe?

25           March 5, 2021, Mr. Erickson raises the order of

Joan Drammeh * Federal Reporter * 706-653-1097

9:58:17AM 1   development again and it's so important to him. You

2   heard him say over and over again. Mr. Twiss responds

3   and he asked for the same information that the LPA

4   committee asked for in that letter. November 24th,

5   Mr. Erickson Respondent said: I have it under control.

6       And Mr. Erickson finally gave me the information.

7   Here it is. Please find a short letter on lot delivery

8   and an Excel chart of lots. Here is the list. Let me

9   just pause here and say ladies and gentlemen, that all of

10  these subdivisions on the list were already being

11  developed when Mr. Erickson provided this information.

12  He didn't need an order of phase C lot developments to

13  get started. He already was started. Look at the dates

14  in the delivery date column. This is March 2021. He was

15  just a few months away from delivering these lots. They

16  were almost done. Some of them were a little farther

17  out. But it's right there. There's a reference to a

18  development agreement. You heard Mr. Erickson say on

19  Friday, I need more. I want the paperwork. I want a

20  development. But ultimately he admitted it doesn't

21  really say that in the LPA. You've seen section ten. It

22  doesn't mention a development. Mr. Erickson wanted

23  something more.

24      What did ASH do to the information? Took the

25  information. March 18th, 2021, Grayhawk encloses the

9:59:42AM 1    development order as attached hereto in Exhibit A.  Here

2    is a proposal for the order of phase C lot development.

3    The one and only.  And what does it look like?  In the

4    red vertical box on the left development order; that is

5    exactly what it says in Section 10: 1, 2, 3, 4, 5, 6, 7,

6    8, 9.

7            ASH never asked Mr. Erickson to develop a thousand

8    lots at the same time.  So let's do them in this order.

9    In what order did ASH use?  If you look at the horizontal

10   box, they too Mr. Erickson's order -- the information

11   that they supplied -- and they just put it in

12   chronological order.  The ones you're going to deliver

13   first; we will take them first.  The ones you're going to

14   deliver next; we will take them next.  From late April

15   2021 through January 2022.  And remember, you've heard

16   evidence that the Garrett Pines, the last in this list,

17   some of them were finished.  Some of them were actually

18   sold to ASH before Mr. Erickson refused to keep selling;

19   and then after when the Court ordered him to keep doing

20   it.  This is the proposal for the order of phase C lot

21   development that Mr. Erickson badly needed, according to

22   his testimony.

23           What else did Mr. Twiss say in this latter?

24   Remember the Defense has told you that ASH made this

25   contention; that ASH said:  We won't agree with you on

10:01:09AM  1     the order of phase C lot development unless you agree on

2     everything else.  Here's what Mr. Twiss says:  Due to the

3     broad nature and scope of the ongoing global resolution,

4     I believe it makes sense to limit the scope of our

5     discussion to the development order at least for now.

6     That's not contingent.  He's saying let's do this

7     separately.  Let's put it behind us and move on because

8     we've got a lot of other things to talk about.

9          How did Mr. Erickson respond?  May 6, 2021, this

10    counsel says:  Attached is Dave's response to the latest

11    term sheet.  This is the term sheet that the Defense

12    doesn't ask witnesses about.  This is the one that we

13    came up and showed you every time and what does it say.

14         Little roman number 2, parties can negotiate and.

15    Memorialize the development schedule for remaining phase

16    C lots.  What is Mr. Erickson's response?  Agreed in

17    principle subject to resolution of other points.  He's

18    making it contingent.  He's the one saying we have to

19    settle everything else before I'm going to do this.  How

20    do we know?  At the bottom, the NTDs may be a new term.

21    Notes to draft.  ASH says LPA creates two-way obligation

22    to agree on the development order.  You know that's true

23    it's in the document, which is not and should not be

24    contingent on agreement to other terms including LPA

25    changes.  ASH requested a response to its March

10:02:37AM 1    18th proposal.  ASH didn't make this contingent on

2    anything.

3        How does Mr. Erickson respond?  Erickson is willing

4    to provide a response as to negotiations progressed, but

5    does not plan to reach an interim agreement on schedule

6    without an agreement on other points.  As ASH has stated

7    repeatedly, nothing is agreed until everything is agreed.

8    So he took those words and tried to turn them back around

9    and make this contingent on agreeing to everything else

10   that he wanted.  What did he want most of all?  A buyout.

11   He wanted ASH to pay him for his shares in the company so

12   he could go his separate way and build a new company to

13   compete with.  ASH 2.0 Grand Oak Builders.  This is the

14   same term sheet that the Defense doesn't show you when

15   it's asking questions to witnesses.  What does it say at

16   the end and in the buyout section?  None of the deal

17   points addressed in this term sheet are agreed until the

18   terms of the buyout are agreed.  Mr. Erickson made this

19   contingent upon buying him out.

20       The June 2nd, 2021, meeting the parties get together

21   at Mr. Quackenboss' office in DC.  You heard testimony

22   about this from Mr. Darnold and Mr. Twiss.

23       Mr. Darnold, did Erickson object to that proposal at

24   that meeting?  We were talking about the March

25   18th proposal.

Joan Drammeh * Federal Reporter * 706-653-1097

10:03:57AM 1        Answer:  No.

2        Question:  At that point when you came out of that

3    meeting, did you believe there was an agreement in

4    principle on the order of phase C lot development?

5        Answer:  Yes, I did.

6        Mr. Twiss was there too.  He says, Mr. Erickson was

7    fine with the March 18th proposal.  He didn't really

8    seem concerned about the order.  He didn't want to talk

9    about it.  He responded with whatever.  His only concern

10    was getting more from ASH.

11        So ASH followed the contract Section 35.  Sent Mr.

12    Erickson the notice of default.  Section 10 creates a

13    two-way obligation requiring the parties to agree.  It

14    goes both ways.  Pursuant to Section 35 of the LPA, the

15    company requests that the seller cure this default within

16    15 days.  Section 35 of the LPA, the parties each having

17    given notice of default on this issue we respectfully

18    suggest that adopting the schedule already deemed

19    acceptable in principle during our recent discussions

20    would be a reasonable and efficient way to cure.

21        What happened?  Mr. Erickson doesn't respond.  He

22    let's it go.  Why?  Because he wants out of the LPA.

23    It's not ASH that wants out of the LPA; it's Mr. Erickson

24    who tried to terminate it.  And ASH who tried to enforce

25    it; that's why we're here today.

10:05:15AM 1    August 6, 2021, Mr. Erickson's counsel sends this

2    letter:  In as much as the defaults remain uncured, the

3    sellers hereby terminate the land purchase agreement

4    under paragraph 34 of that agreement effective today.

5    Again, has Mr. Erickson admitted this didn't work; it

6    wasn't actually terminated?  That's the phase C lot

7    development order.  One of the excuses ASH wants out of

8    the LPA.  Here's what Mr. Erickson wanted when he made

9    agreement contingent on a buyout.  Well, I'll get there.

10    Actually, here's what ASH was willing to do.  Option

11    one, a proposal August 13th, 2021.  Option one, pricing

12    based on the LPA formula with the standard process.

13    We'll live with the LPA.  We'll honor the contract we

14    signed.  We can do that.  Option two, this is what

15    Defense makes out as an effort to increase the price,

16    right?  Excuse me, to decrease the price that ASH had to

17    pay.  They say, look it says 20 percent of the LPA.  It

18    says 17.5 percent here.  That means it is a price

19    decrease, but what don't they show you?  Average in 2020

20    was 14.24 percent.

21    So that's what Mr. David B. Erickson was being paid,

22    14.24 percent of the estimated final value of the houses

23    once they are sold.  Here ASH is offering 17.5 percent:

24    that's 3 percent more.  It's not less and there's a true

25    -- Mr. Darnold explained this.  If the house ends up

10:06:55AM 1 selling for more than estimated, Mr. Erickson gets more

2 money but it doesn't go the other way.  What does it say

3 underneath?  ASH is offering even more, a commitment for

4 ASH to purchase all such phase C lots. So before you

5 heard this, if it was more than 20 percent ASH could take

6 a pass.  What ASH is saying here is we'll pay you more

7 than you're making on average and we'll guarantee you

8 that we're going to buy them all at that price.  That's

9 not an effort by ASH to reduce the price because it

10 couldn't afford to pay for LPA lots.  That's ASH trying

11 to make it simple and figure out a way to move forward

12 and offer more.

13 And then we heard something about SPAC.  We didn't

14 really hear any evidence about this.  All we saw was one

15 and only document, this text from Mr. Darnold the day

16 before meeting in DC.  He says:  You're having an impact.

17 March looks good with the no-negotiate strategy for

18 Erickson and is asking if we can do SK without a SPAC.

19 He is still going hard on SPAC readiness but

20 acknowledging more and more that it is unlikely.

21 What is the no negotiation strategy?  Is that we're

22 not going to negotiate with Mr. Erickson?  No.  It's

23 about the buyout.  We're not going to pay $340 per share

24 and give Mr. Erickson $30 million from him to go away.

25 Question.  What was the no-negotiation strategy?

Joan Drammeh * Federal Reporter * 706-653-1097

10:08:20AM 1          Mr. Darnold's answer:  We determined as a board that

2     we would not be buying the shares back and giving him

3     cash.  That's it.

4          Question.  June 20, 2021, did you regard the SPAC as

5     a realistic possibility for the company at that point?

6          No.  And we told Mr. Erickson that at the meeting.

7          Was the SPAC a realistic possibility for the

8     company?

9          No.  It hadn't heard from many months.  In August,

10    later that summer they did a deal with another company

11    and moved on.  That's it ladies and gentlemen.  There's

12    no evidence about a SPAC except for this.  Just a story.

13         But here's what Mr. Erickson wanted.  Here's what he

14    wanted.  Here's the buyout, $340.00 per unit plus

15    interest.  He got those units at $100.  He wanted $340;

16    that's a 340 percent increase in a year and a half.  And

17    where is that getting him with interest?  $30.5 million.

18         You saw it.  He wouldn't agree on anything unless

19    ASH agreed on a buyout.  He's asking for $30.5 million

20    for shares that were worth $8.7 million when he got them

21    a year and a half earlier.  Who is extorting whom ladies

22    and gentlemen?  Ask yourselves that.

23         The lis pendens, another excuse.  Ms. Allen admitted

24    you're aware that ASH cooperated every time the other

25    side came up and asked for cooperation about a lis

10:09:45AM 1    pendens, which is just a notice in the property records

2    that a lawsuit has been filed.  ASH agreed to remove it.

3         You are aware that Plaintiffs consented to the

4    Carrollton PUD release, correct?

5         Answer, yes.

6         There's another report about the right-of-way for

7    the State of Georgia Highway Department; do you remember

8    that one?

9         Answer:  Yes.

10        You're aware of the Plaintiffs consented to the

11   release of the lis pendens for that as well, correct?

12        Answer:  Yes.

13        And then two weeks ago, Defendants come up with a

14   way to create a defense in this trial.

15        Question:  Approximately two-weeks ago, Mr.

16   Erickson's personal lawyer sent a request for the very

17   first time to release the lis pendens and continue

18   development of phase C lots; isn't that correct?

19        Answer:  I believe that's what Charleston Place.

20 That's one of those neighborhoods that all the way back in

21 2021 Mr. Erickson said was almost ready, but it has been

22 dormant ever since.  You can see he stopped developing lots

23 like he promised.

24        Question:  That is the very first time that

25 Mr. Erickson or any Defendant has requested a release of the

Joan Drammeh * Federal Reporter * 706-653-1097

10:10:55AM 1  lis pendens related to the development of phase C lots; isn't

2  that true?

3          Answer:  That's correct.  Two or three-weeks before

4  today is the first time that Mr. Erickson comes and asked for

5  cooperation to deliver lots to ASH and we've been fighting

6  about it for years in litigation, but ASH went ahead and got

7  preliminary injunction to obtain.  This is just something

8  created by lawyers so there would be a defense to the

9  undisputable fact that Mr. Erickson breached his obligation

10  under the LPA.

11          The deposit.  Let's not forget Mr. Erickson is

12  holding $2.5 million from ASH.

13          Question of Ms. Allen.  Mr. Erickson hasn't paid

14  that money back, right?

15          Answer:  That's correct.

16          Question:  In fact he invested that money has he

17  not?

18          Answer: I don't know.  I don't know answer to that.

19          Question: I thought you were his personal

20      accountant.

21          Answer: I am but how do you know that money is what.

22          There's so much money floating around in

23      Mr. Erickson's accounts.  His personal accountant doesn't

24      even know where the $2.5 million is that he's supposed to

25      hold and give back to ASH as we buy phase C lots.  That's

10:12:03AM 1    the evidence ladies and gentlemen.

2          Another excuse, ASH wants to leave Columbus.  You

3    heard Mr. Darnold testify about this.  In 2021, we signed

4    a lease for a new office space in Columbus that was three

5    times bigger than the one we had; it was a five-year

6    lease.  Columbus would be the base of operation for what?

7    ASH was going to rotate from Columbus into Atlanta. Let's

8    not leave Columbus.  Let's grow into Atlanta with a base

9    of operations here.  That's a bigger company here.

10    That's more business here.  That's not leaving Columbus.

11    And how do we know?  Because Mr. Darnold bet personally

12    on this town.  He said the new division presidents is

13    someone who I worked for me at two of my previous

14    companies and he has moved his family from Colorado to

15    Columbus.  Ask yourselves would any this happen if ASH

16    wanted to leave Columbus?  No.

17          Here's another excuse.  ASH sued me.  ASH threatened

18    claims against me.  That's right.  ASH did and so did

19    Mr. Erickson.  The companies and the people sued each

20    other; that's what happens in situations like this.  Some

21    of ASH's claims are going to be presented to you.  You're

22    not going to have to decide them.  Some of Mr. Erickson's

23    claims, in fact, all of them except for one aren't going

24    to be presented to you.  Do you remember quantum meruit?

25    You don't even have to figure out that what that is.

10:13:37AM 1    It's not going to be presented to you.  That's a claim

2    that Mr. Erickson asserted.  In fact, he asserted so many

3    counterclaims against ASH that he couldn't remember them

4    when he was testifying on Friday.  My apologies but I

5    don't recall those counterclaims well enough that I can

6    give you a proper answer.  Remember when he said that?

7    It goes both ways ladies and gentlemen.

8        So those are the excuses let me move on.  I've

9    talked about the land purchase agreement: undisputed

10   breach, undisputed damages.  Now I'm going to talk about

11   the consulting agreement.  It's pretty simple ASH paid

12   Mr. Erickson $48,000 a year to work 16 hours a month.

13   $250 per hour on top of that for more than 16 hours a

14   month plus travel days; $1500 bucks if he gets on an

15   airplane one day and that airplane is getting reimbursed

16   too.

17       ASH trusted Mr. Erickson.  Trusted him with the

18   nonpublic information that this company gathers, analyzes

19   compiles, and uses to figure out which homebuilders make

20   sense to buy.  You heard Mr. Twiss talk about that, but

21   it doesn't end there.  ASH trusted Mr. Erickson to be the

22   interim CEO of the company, to be the leader responsible

23   for everybody at the company in Huntsville, in Preston,

24   Arizona, and here in Columbus.

25       What did Mr. Erickson do when he didn't get the

10:15:02AM 1    permanent job?  He took the nonpublic information and he

2    used it for himself.  I'm going to show you again.  You

3    might ask yourselves why does this claim matter.  Well,

4    the contracts matter ladies and gentlemen.  Promises

5    matter.  Litigation is expensive.  ASH is asking for

6    nominal damages in this case o cover the expenses of

7    litigation not the attorneys fees.  And let's not forget

8    to Mr. Erickson is still suing ASH for terminating the

9    consulting agreement for cause; that's going to be in the

10    verdict form that you have to fill out when you go back

11    to the jury room.  ASH is still defending against that

12    claim; that's why this matters.

13         I said ASH trusted Mr. Erickson.  Here is the

14    definition.  What's confidential?  You heard from in the

15    beginning.  You saw the evidence.  Nonpublic information

16    related to the business and affairs of the company and/or

17    ASH and it refers to article six of the employment

18    agreement, which Mr. Erickson also signed; and what does

19    the employment agreement say?  Executive -- that's Mr.

20    Erickson -- agrees to keep the confidential information

21    confidential and to use the confidential information --

22    and here it is -- only in connection with the carrying

23    out the duties and responsibilities under this agreement,

24    not for himself for different company.  He promised not

25    the misuse ASH's nonpublic information.  ASH made him the

Joan Drammeh * Federal Reporter * 706-653-1097

10:16:35AM 1     CEO on October 28th of 2020, trusted Mr. Erickson.

2          A few days later Mr. Erickson wanted more.  He

3     wanted money.  Now, he told you that Marshall Coleman who

4     can't be here to testify offered him the permanent CEO

5     job right off the bat and he needed time to figure out if

6     that made sense.  It didn't take him very long to say,

7     not only do I want to be the permanent CEO, but I want to

8     get paid.  And what did he ask for?  $520,000 a year;

9     12-weeks of vacation -- that's three months off every

10     year; and a bonus program that could be $18.4 million or

11     more; that's what Mr. Erickson wanted.  He wanted more of

12     the money.

13          ASH decided thank you.  We just were going to stick

14     with the agreement, which is you're the interim CEO.

15     Mr. Erickson says, okay, I shall continue to serve as

16     interim CEO between now and February 28th and unless

17     informed to discontinuous sooner.  Another promise from

18     Mr. Erickson on December 16th.  On December 20th, he

19     brakes it.  I'm resigning effective immediately as

20     interim CEO.  Not only that I'm hereby resigning from the

21     Board of Directors for ASH and he says something about

22     conflicts of interest; doesn't specify and he takes his

23     ball, and goes home because he wasn't made the permanent

24     CEO.

25          What does he do three days later?  He sends this NDA

10:18:12AM 1     to Prominence, to Miramonte, to Surrey.  He told you when

2     he testified this is the first in acquiring a home

3     builder to send them the NDA.  These are the three

4     companies that ASH had been working to acquire when Mr.

5     Erickson was trusted to be the interim CEO.  Three days

6     later he's out there trying to buy one for himself and

7     then we have the NDA.  I'm not going to spend a lot of

8     time on this.  You've seen it over and over again.  What

9     doe we know?  It's identical except for the company name.

10    It's so identical that Mr. Erickson left the word ASH in

11    there three times.  And he wouldn't admit to you that he

12    copied this document.  He just wouldn't admit it on the

13    stand under oath.  Where else will that have come from?

14    The Defense theory is, well, there's an NDA somewhere on

15    the Internet.

16         What was the evidence?  On September 1st somebody

17    gave Amy Allen some numbers and letters to type into a

18    computer.  She typed them in.  There's an NDA that is

19    similar to this, but I'm telling you it doesn't say ASH.

20    Look at it.  And when was that?  September 2023.  Does

21    that prove anything?  Does that prove that when Mr.

22    Erickson copied this document as he clearly did it was

23    public?  No.

24         The due diligence checklist, also not going to spend

25    a lot of time on this.  Compare these documents PX86A,

10:19:44AM 1    PX99A.  You will see they are not exactly the same but

2    there is a lot of similarity and in some places they are

3    identical.  The words are the same.  The capitalization

4    is the same.  The subject is the same.  All of the

5    highlighted parts show you what's the same or similar.

6    And you will also see this isn't a due diligence

7    checklist by an ice cream shop; this is something that

8    ASH created as part of its process to go out and get all

9    the information it needs to figure out and due diligence

10   whether it makes sense to buy a particular builder.

11   Mr. Erickson took it and he used it for himself to try to

12   buy the Prominence.

13       Lee Darnold, you heard him testify.  You heard the

14   Defense say that the fact that he was looking for a job

15   wasn't confidential.  Here's the evidence.  Here's the

16   email to Mr. Erickson December 8th, 2020.  Please keep

17   100-percent confidential as I know this candidate is not

18   actively looking to make a change, but he and I have a

19   great relationship; and he'd 100-percent be highly

20   interested in ASH's business model; that's what

21   Mr. Erickson knew.  But right after he quit on December

22   23rd, the same day he sent those NDAs out to Surrey, to

23   Miramonte, to Prominence he also send his business plan

24   to Mr. Darnold; that means he had already talked to him

25   and was trying to get him to work on his new company

10:21:05AM 1    Brando builders.

2       You heard the voicemails.  Mr. Erickson called

3    again, and again, and again starting on: December 11th,

4    December 22nd, December 26th, December 30, January

5    2nd, January 16th, over the holidays, on Saturdays

6    trying to get a hold of Mr. Darnold.  You heard those

7    voicemails; was he trying to recruit Mr. Darnold?  He

8    was.  And what did he say on Friday?  I didn't disclose

9    that I was trying to recruit Lee Darnold to.  You heard

10    him say this under oath.

11       The PPM.  ASH is on the left and Mr. Erickson's on

12    the right.  They look the same.  It's the same structure.

13    There's a sentence.  There's bullets underneath.  Some of

14    the words are the same.  Most of the concepts are the

15    same.  Mr. Erickson says he wrote his version free form

16    out of the top of his head.  Do you believe that?

17    Compare the documents.  It's PX261, PX160A.  Look at this

18    part with the sentences and the bullets underneath and

19    you'll see that it's copied.

20       Prominence.  Remember ASH entered into an agreement,

21    a tentative letter of intent to purchase prominence.

22    What were the terms?  $6 million-dollar premium.  What

23    did Mr. Erickson offer Prominence?  On January 2nd, less

24    than two weeks after he left ASH, you heard him say he

25    didn't remember getting any new information during that

10:22:36AM 1    period when I asked him.  The same thing $6 million

2    premium.  The same earnings targe, $9.67 million.  The

3    same salary offered the owner of Prominence, $250,000.

4    Took ASH's nonpublic informational, used it for himself

5    less than two weeks after he quit the day after New

6    Year's Day 2021.

7        You heard Mr. Erickson testify that he was trying to

8    be as transparent as he could possibly be with ASH.  And

9    he sent this letter to ASH on December 30, 2020; and then

10   he admits and he tells ASH finally something more than

11   conflict of interest.

12       I am intending to purchase one or more homebuilding

13   companies in the near-term for my own investments.

14       Okay, this is transparency Mr. Erickson is talking

15   about.  But what does he send to Tony Avila the very same

16   day?  We need to get a clear written waive-off from ASH

17   on Prominence, Miramonte, and Surrey.

18       If he was being transparent he would have told ASH

19   that he was going after those companies.  You heard him

20   testify, I didn't do that because I knew the answer would

21   be no to that and everything from Botswana.  That is not

22   transparency ladies and gentlemen.  What are the excuses

23   here?  Marshall Coleman, Tony Avila, and ASH was focused

24   on --

25       Marshall Coleman, let's talk about him.  An older

10:24:03AM 1 gentleman not doing well, in and out of the hospital.

2 You heard all of this evidence.  Couldn't be here to

3 testify, but every time Mr. Erickson needs permission for

4 something that he can't show in writing.  He says, oh,

5 Mr. Coleman gave me verbal permission.  Well, here's the

6 time he tried to get in the writing.  He said, I want to

7 go buy Dorn.  I want to charge a commission of

8 two percent -- By the way, look at the PPM.  Dorn was

9 supposed to cost about $37 million, two percent of that;

10 that's three quarters of a million dollars that

11 Mr. Erickson was asking for to do his job; what was

12 already his job, which was to help ASH acquire

13 homebuilders.  He wanted more.  What did Mr. Coleman do?

14 He didn't sign this; that's undisputed.  He didn't give

15 them the permission.  What did Mr. Erickson do?  The day

16 before this he was talking to the banker for Dorn.  The

17 day after this he was on an airplane out to talk to Dorn.

18 He admitted all of this.  He didn't have permission.  He

19 was on the board.  He told you that he thought he had

20 fiduciary duties at that time.  He wasn't up front.  He

21 wasn't transparent.  He didn't get permission.  He did it

22 anyway.

23  Mr. Avila, who was he?  He's a broker paid for

24 selling home builders; that's how he makes his money.  He

25 puts people together and if he sells a builder he gets a

10:25:21AM 1    percentage of what it costs.  Not an ASH officer.  Not an

2    ASH employee.  He can't speak for ASH.

3        Mr. Twiss testified he didn't have the authority to

4    give Mr. Erickson a green light to do anything.

5    Mr. Erickson testified on Friday he trusted Mr. Avila

6    only to a degree.  What does that mean?  When it's

7    convenient.  ASH was focused on Dorn.

8        Mr. Twiss testified how much of your time did that

9    occupy?  Answer:  All of it.

10        Mr. Erickson left ASH in the lurch on December 20

11    when he quit.  This acquisition was underway up until the

12    end of January to finish it.  The whole management team,

13    which Mr. Erickson testified, was pretty small.  It was

14    just a couple of people hard at work on Dorn.  And while

15    they were distracted, Mr. Erickson swooped in and tried

16    to get Prominence, Miramonte, and Surrey.  Yes, they were

17    focused on Dorn and after they closed it they had to

18    integrate it into the company.  So Mr. Erickson knew what

19    builders ASH was trying to buy.  He knew the terms ASH

20    was offering.  He knew that ASH was focused on something

21    else and distracted.  And he tried to use that nonpublic

22    information for himself; that's a breach ladies and

23    gentlemen.  Here's Mr. Twiss.  Prominence is still a

24    target.  Surrey is still an open target.  All three still

25    an open opportunity.

10:26:44AM 1        Okay, you're going to be asked to fill out a verdict

2        form when you're deliberating today.  If you're not

3        taking notes this might be a good time to start.  Here's

4        what we're going to ask you to do.

5        On question number 1:  Do you find that ASH American

6        Southern Homes Holdings and ASH-Grayhawk proved by a

7        preponderance of the evidence that David Erickson

8        breached the consulting agreement and caused damages to

9        ASH and ASH-Grayhawk?

10        Answer, yes.  We just looked at all of the evidence.

11        He breached the consulting agreement by taking nonpublic

12        information and using it for himself.

13        Do you award nominal damages to American Southern

14        Homes Holdings and ASH-Grayhawk and against David

15        Erickson for breach of consulting agreement?

16        Answer, yes.  How much do you award?  That's up to

17        you.  It's in your discretion.  You will be instructed by

18        the Court about how to do this and the instruction is

19        this.  In every case of breach of contract, the party not

20        breaching it has a right to damages, but if there's been

21        no actual damages the Plaintiff can recover nominal

22        damages that may cover expenses of litigation.  Just the

23        expenses, not the attorneys fees, not talking about

24        millions of dollars here, nominal damages to cover the

25        expenses of litigation.

10:28:06AM 1    Do you find that Mr. David B. Erickson proved by

2    preponderance of the evidence that ASH and ASH-Grayhawk

3    breached the consulting agreement and caused him damages?

4    No. Why? This is -- The whole theory here is that

5    ASH didn't have the right to terminate the agreement for

6    cause. What does it say? Cause means Erickson's

7    misappropriation of any money, assets, or properties of

8    the company -- that the nonpublic information that is the

9    heart and soul of due diligence in a homebuilding company

10    -- intended to resolve directly or indirectly a personal

11    gain or enrichment to Erickson. That's the purpose for

12    which he used the nonpublic information and on top of

13    that little roman numeral five, breach of this agreement.

14    So we urge you to answer, no, to question number 3.

15    Number 5, do you find that American Southern Homes

16    and ASH-Grayhawk proved by a preponderance of the

17    evidence that the LPA sellers breached the land purchase

18    agreement and caused damages to ASH and ASH-Grayhawk?

19    The answer here is clearly, yes. There is no dispute.

20    Everybody's agreed that Mr. Erickson stopped selling lots

21    in December 2021, didn't fix it after ASH gave him notice

22    and an opportunity to cure. You saw the notice December

23    30, 2021; 15 days after that is January 14th, 2022; and

24    that's how we urge you to fill out the verdict form.

25    Number 6, this one is really important. Do you find

Joan Drammeh * Federal Reporter * 706-653-1097

10:29:43AM 1     that the LPA sellers proved by a preponderance of the

2     evidence, that ASH and ASH-Grayhawk prevented them from

3     performing their obligations under the land purchase

4     agreement?

5          The answer here is, no.  All ASH has done for the

6     last two years, you've heard the evidence, is try to get

7     lots from Mr. Erickson.  All ASH did with respect to the

8     order of phase C lot development was make the one and

9     only proposal and ask Mr. Erickson to agree but he

10    refused because he wanted the $30 million buyout and he

11    wanted a basis to terminate the LPA, which didn't --

12         Now, what happens if you answer, no, or if you

13    answered, yes, as the Defense will urge you to do?  That

14    means Mr. Erickson walks away with the $50 million.  That

15    means he walks away with the land, which can be developed

16    into lots that are worth $48.7 million.  That's

17    $100 million ladies and gentlemen.  The answer to this

18    question is, no.

19         Seven.  Do you find that the LPA sellers proved by a

20    preponderance of the evidence that ASH and ASH-Grayhawk

21    failed to mitigate their damages?  There's been no

22    evidence that ASH failed to mitigate their damages.  And

23    we showed you what ASH did.  They went out.  They bought

24    lots.  Those lots produced the damage calculation by

25    $5.68 million.  And we're still building on them.  We're

10:30:54AM 1     still selling.  It's going to reduce the damage

2     calculation into the future as a result.  Already baked

3     in hard, no.

4          Number 8.  Do you find that LPA sellers proved by a

5     preponderance of the evidence that ASH and ASH-Grayhawk

6     waived their right to terminate the land purchase

7     agreement?  Answer, no.  You heard Mr. Darnold testify

8     about how difficult it has been to work with

9     Mr. Erickson.  All the things that ASH has done quarter,

10    after quarter, trying to get lots.  Mr. Erickson stopped

11    developing them.  They aren't developed now.  They're not

12    ready now.  There's been no evidence of that.  You heard

13    Mr. Twiss testify to the same effect.  All ASH did was

14    try to get lots and eventually it made a decision that it

15    couldn't keep working with Mr. Erickson for the next

16    seven-years.  You've been in this courtroom.  Do you

17    think these parties -- Do you think it was reasonable for

18    ASH to change its mind and decided we can't work with

19    Mr. Erickson for the next seven-years?  That's up to you

20    decide.

21         Damages.  You going to be asked to allocate the

22    damages.  The total is $48.7 million.  Let me suggest to

23    you how that can be done.  First of all, we used the

24    evidence, we used LPA, the testimony from Mr. Duffus, the

25    testimony Mr. David Erickson and PX831; which is a

10:32:29AM 1    summary exhibit that shows the current status of lot

2    delivery under the LPA.  And where do we start?  In the

3    LPA itself when Mr. Erickson signed this contract, the

4    land, the basis, the value of the land $7.9 million but

5    it goes up over time.  In the LPA it says the basis goes

6    up one half of 1 percent per month until buyer purchases

7    the phase C lot.  It has been 44 months since January 1,

8    2020.  The calculation is .005 times 796128, times 44

9    months; and that gets you to $1.7 million.  So let's

10    increase the value of the land to bring it current.

11    There's the current value of the land $9,716,236.16.  And

12    you can allocate among the Defendants; that's what you're

13    asked to do.  These percentages are really important.

14    You can use these however you like.  I'm going to show

15    you how we think they should be used.

16        David B. Erickson 9 percent.

17        Tiger Creek 77 percent.

18        Cusseta Road 3 percent.

19        Gray Rock 5 percent.

20        Windsong Bonacre 1 percent.

21        Erickson Investments 4 percent.

22        What are we doing here?  We are just taking the 933

23    lots that are still out there and using it as a way to

24    reduce the remaining lots by a company to percentage 80

25    divided by 933 is 9 percent.  That's the value of the

10:34:23AM 1    land.  That's how we suggest it should be allocated.

2    Here's how the numbers come out.  You can run them

3    yourself.  So we've got the total damages.  The total

4    lost promises $48.7 million.  We reduce it by the current

5    value of the land.  That brings us down to $39 million.

6    There is two things in the LPA.  There's the raw land and

7    there's the developed lots.

8        Mr. Erickson agreed to turn raw land into developed

9    lots.  He's the developer.  So the rest of the value here

10   is in the actual development of those fields and forests

11   into subdivisions that you've heard a lot about.  The

12   development value $39,042,769.84.  Don't take my word for

13   it.  Look at the company structure.  There's

14   Mr. Erickson.  There's the companies that own the land.

15   They are all Defendants.  What did Mr. Erickson say?  He

16   is the developer in Columbus.  He's prepared the lots.

17   He took them to a stabilized state.  He was continuing to

18   push them along.  The LPA doesn't say who the developer

19   needs to be.  It allows for anyone to develop the lots.

20   Mr. Erickson told you himself he is the developer.  What

21   else did you hear from him on Friday?  He estimated that

22   $39,384,000 was a reasonable estimate of the value of

23   developed phase C lots as of August 2021.  He testified

24   about that.  That's something he submitted to the court

25   in connection with the bond and he believed to be true at

Joan Drammeh * Federal Reporter * 706-653-1097

10:36:05AM 1 the time.

2  So here's how we say to allocate damages to do this

3 fairly.  You take the land value hand you allocate it

4 among the different parties that own the land.  And then

5 you would put the development value in Mr. Erickson's

6 column because he's the developer.  We ask you to award

7 $39,875,887.62 against Mr. Erickson for the land he owns

8 and the development that he promised to do.  $7,518,888

9 against Tiger Creek for the land Tiger Creek owns.

10 $302,005.20 for Cusseta Road for the land.  $520,698.62

11 for Gray Rock Development.  $124,967.67 for Windsong

12 Bonacre.  $416,558,089 for Erickson Investments.  And $0

13 four Sage Development because that company doesn't have

14 any of the phase C -- any of the land that's supposed to

15 be developed by Mr. Erickson into phase C lots.  There is

16 nothing to reduce for failure to mitigate.  There is no

17 evidence that ASH failed to mitigate.  To the contrary we

18 put on evidence that ASH mitigated its damage by

19 $5.68 million and we deducted that from the lost profits

20 to make it fair.

21  You may be asking yourselves, that's a lot of money

22 that $39 million.  Keep this in mind.  I want you take

23 this thought back with you back into the jury room.  If

24 you award these damages against Mr. Erickson and he pays

25 this judgment, he still has the land.  He can still

10:37:58AM 1     develop it.  He can still turn it into finished lots.  He

2     can still sell it.  And he can still earn that money

3     back, but this is a way to enforce the contract, to make

4     ASH whole, and to make clear that promises matter and

5     contracts matter.  I'll be back to talk for a few minutes

6     on rebuttal.  Thank you very much for listening.

7         THE COURT:  Defendants' Counsel is recognized to

8  give the closing arguments for the Defendants.

9         MR. SHEBELSKIE:  Thank you judge.

10        Good morning ladies and gentlemen, I know it has

11  been a long week for you.  I speaking for my colleagues and we

12  thank you and more importantly David Erickson thanks you.  He

13  knows that it is an imposition to have to take a week out of

14  your life to hear this case, but it's very important.  We've

15  been waiting two and a half years to finally tell their story

16  and explain what's been going on for two and a half years.

17        Last Friday afternoon folks, you witnessed during

18  the cross-examination of Mr. Erickson what he suffered for

19  these past two and half years.  It was done by the same people

20  who has been doing corporate bullying --

21        THE COURT:  Mr. Shebelskie, I'm sorry to interrupt

22  you, but I think it would probably be good for us to take a

23  break at this time and for you to come back and do your

24  closing after we take a break.

25        MR. SHEBELSKIE:  Thank you Judge.

10:40:44AM 1        THE COURT:  Ladies and gentlemen, we will take a 15-

2  minute recess at this time.  Did not discuss the case during

3  the break.  Shut that door.  We got a signal from one of the

4  jurors that they needed to take a break.  Right when you

5  started so that was almost perfect timing, but pretty good

6  timing.  Let me confirm one other thing with regard to the

7  caption on the verdict form and the caption on the

8  instructions that will go out with the jury.

9        Should GH Lot Holdings of Atlanta Corporation and GH

10  Lot Holdings of South Carolina now be stricken from the

11  caption with the only claims against them the trademark

12  claims?

13        MR. KRAMER:  That's right.

14        THE COURT:  So they should not be in the final

15  caption, correct?

16        MR. KRAMER:  That's fine, Your Honor, that makes.

17        THE COURT:  Okay.  We will make that one change to

18  the verdict form and the instructions just in the caption just

19  so the jury won't be confused if they look up there and see

20  them in the caption wondering, okay, what do we do with them.

21  Okay, we will be in recess for about 15 minutes.

22  Monday, September 25, 2023 10:43:23

23  [RECESS]

24  Monday, September 25, 2023 10:54:18

25        THE COURT:  Be seated.  One other item I wanted to

10:54:23AM 1    inform counsel of just in case anybody wants to address it in

2    their closing, GH Lot Holdings Inc. remains a Defendant

3    because they were a LPA seller, but they were not included in

4    the lost profits chart at the end because they didn't own any

5    lots.  Whether that creates some confusion down the road with

6    the jury wondering about that I may be overthinking it, but I

7    just want to make sure the lawyers know that situation in case

8    anybody wants to address it in their closing.  I'm not

9    suggesting you should.  It may just create more confusion.

10    But we took out the South Carolina company the Atlanta company

11    since there are no claims against them remaining, but GH Lot

12    Holdings Inc. is still a Defendant in the caption.

13              Are you ready now Mr. Shebelskie?

14              MR. SHEBELSKIE:  Yes, sir.

15              THE COURT:  Okay, let's bring them down.  According

16    to my calculations Mr. Kramer you've got ten-minutes left on

17    your time for rebuttal.  And we will do that immediately after

18    Mr. Shebelskie, assuming we get no more signals from the jury

19    that they need a break.

20              MR. KRAMER:  Understood.

21              THE COURT:  All right Mr. Shebelskie, you may give

22    the closing argument on behalf of the Defendants.

23              MR. SHEBELSKIE:  Thank you.  Hello again.  This

24    lawsuit by ASH as I was saying, has been nothing but an

25    exercise in corporate bullying.  For the last two and a half

Joan Drammeh * Federal Reporter * 706-653-1097

10:57:27AM 1  years, ASH and its team of lawyers has spent an inordinate

2  amount of time dreaming up all kinds of accusations against

3  Mr. Erickson's company, throwing the kitchen sink.  We have

4  all witnessed that during the course of this trial.  Remember

5  how they told you that the South Carolina and Atlanta company

6  didn't legally change their names ten days.  And we looked at

7  the contracts and they weren't required to.  They weren't

8  affiliates.  Remember how they complained that those companies

9  were using claims with the Grayhawk logos on them; and then we

10 found out that ASH employees were doing that; and indeed ASH

11 had entered into a contract agreeing to do that.

12      Remember all the testimony I told you about the

13 warranty phone calls that their office received after the

14 transaction?  Do you recall warranty claims against

15 Mr. Erickson's company?  Well, we came to find out that ASH

16 agreed to handle those as well.  There have been many other

17 claims that we're going to talk about in a bit that have been

18 hurled at Mr. Erickson over the years.  And he has spent a

19 small fortune defending himself against those claims.  And

20 think how much of time in this trial, your time, was taken up

21 with all these petty, and frivolous, and pointless accusations

22 they have made against Mr. Erickson.

23      Reflect upon the lengths that we've seen they've

24 gone to try to get Mr. Erickson.  Remember when those

25 employees testified, Kathy long and Jason Best, by video to

Joan Drammeh * Federal Reporter * 706-653-1097

10:59:02AM 1     confront the text messages from their phones?  ASH subpoenaed

2     the private text messages of their former employees so their

3     lawyers could crawl through their employees' phone messages to

4     try to find incriminating dirt Mr. Erickson.

5         You just saw, again, from the closing statement of

6     the Plaintiffs the data they had against Mr. Erickson.  They

7     admitted that Mr. Erickson personally wholly-owned 9 percent

8     of the land yet they want you not to hold the development

9     company responsible, but to enter a $39 million judgment

10     against Mr. Erickson personally.  They want to go against him;

11     it is blood sport bullying.

12         Now, you saw something else on Friday.  You saw

13     during Mr. Erickson's direct testimony you saw the real

14     Mr. Erickson, not the one that ASH's lawyers were trying to

15     paint.  You saw the self-made man who built from scratch a

16     successful award winning home business here in Columbus when

17     he got out of the Army.  You saw a man who is passionate about

18     hard work, who inspires loyalty among the team works who works

19     with them; and, yes, the man who wanted ASH to succeed.

20     You've heard that Mr. Erickson owns shares in ASH.  He's a

21     significant shareholder.  He has no desire to hurt ASH.  In

22     fact, you heard that when is the acting CEO he was the one to

23     provide that Dorn transaction and help get it across the

24     finish line.  That transaction doubled the size of that ASH.

25     Mr. Erickson did more in his as two months as CEO than

11:00:51AM 1   Mr. Darnold has done in two and a half years.  Mr. Darnold has

2   never been able to acquire a single other company after Dorn

3   that Mr. Erickson brought.  But it's more than just being a

4   shareholder.  Mr. Erickson has a passion for homebuilding.  He

5   wants to sell his lots back to ASH.  He wants ASH to thrive.

6   He loves homebuilding, but he's not going to be bullied.

7          So why then ladies and gentlemen did ASH sue

8   Mr. Erickson?  Well, one thing is certain, they didn't sue

9   because Mr. Erickson wasn't delivering lots.  You heard the

10  undisputed evidence that when ASH sued Mr. Erickson in the

11  summer of 2021, they were way ahead of schedule.  He was

12  almost a year ahead of schedule, like 140-something of lots

13  ahead of schedule.  And the phase C lots weren't even due to

14  be delivered.  The first phase C lots weren't even due to be

15  delivered until September of 2021, several months after ASH

16  sued.  You also heard that ASH still has more lots than they

17  can build on.  You heard the testimony that they still have

18  lots that they bought from Mr. Erickson over a year ago that

19  they have not yet built on.

20          So why did ASH sue in the December of 2021?  You

21  have to put yourself back in that time period.  As Mr. Darnold

22  explained, the homebuilding market was hot.  He used the term

23  frenzied.  He said it was the hottest homebuilding market in

24  anyone's lifetime.  Homebuilding companies were making money

25  hand over fist and they were darlings of Wall Street at that

11:02:50AM 1   time.  SPAC operation, IPO promoters wanted to do deals

2   involving homebuilding companies in that time because that was

3   such a hot market and ASH-Grayhawk LLC wanted to rewrite the

4   land purchase agreement to take advantage of both of those

5   things.  They wanted to rewrite the land purchase agreement to

6   require Mr. Erickson to deliver more than 180 lots per year.

7   And they wanted him to rewrite the contract to lower the

8   prices they paid for the phase C lots because the phase C lots

9   were going to be more expensive to them than the phase A and B

10   lots.

11           ASH thought it could force Mr. Erickson to agree to

12   those changes by threatening him with millions of dollars of

13   trumped up claims.  But Dave didn't cave because he wouldn't

14   be bullied.  And when Mr. Erickson wouldn't voluntarily agree

15   to rewrite the land purchase agreement, ASH sued him to try to

16   get in court what they couldn't get Mr. Erickson to do.  But

17   the world changed since 2021, in the two years it has taken

18   this case to come to trial.  The homebuilding market has gone

19   South.  Interest rates have soared and homes sales have

20   stalled.  Inflation has sored and ASH's costs to build homes

21   has soared.  As a result, ASH's profit margins have shrunk

22   almost in half and home builders are no longer the darlings of

23   Wall Street.  Wall Street has moved on.  SPAC operators in

24   2023 aren't interested in ASH as they were in 2021 and 2022.

25           ASH just one month ago conceived a new plan for this

Joan Drammeh * Federal Reporter * 706-653-1097

11:04:50AM 1    lawsuit, a new exit strategy.  They want out of the LPA.  The

2    judge will instruct you after closing arguments and one of the

3    things you will hear is that ASH says it elected just about a

4    month ago that they no longer want to live by the LPA.  It's

5    the party that wants to terminate the land purchase agreement.

6    It now is the party that wants to break their contract, get

7    out of its obligation to continue to buy the phase C lots.

8    And why does it want to do that?  Because it needs to build

9    homes now in bigger markets, more lucrative markets.  And it

10   wants you to let it out of its obligation to buy the phase C

11   lots and make the Defendants and Mr. Erickson personally pay

12   millions of dollars for the homes they won't build down here

13   because they don't want to take the time, and the effort, and

14   the money to build houses down here anymore.  They want to

15   leave homebuilding here and rotate to Atlanta; and that's not

16   just me saying this ladies and gentlemen.  That is what the

17   new business focus is of ASH.  We put in the evidence

18   Plaintiffs' Exhibit 906; this would be the report of the

19   annual meeting to the members May 9, 2023.  You go back and

20   look at this and you will see fault shown right here.  Their

21   future strategy is rotate into larger markets from Huntsville,

22   to Nashville, Columbus rotating to Atlanta.  I don't know

23   where their office will be.  Maybe they will stay here at

24   their office park here as they were saying, but where they are

25   looking to build homes is Atlanta.

11:06:43AM 1          Think about the timing of this ladies and gentlemen.

2     They filed this suit and tittled these properties for two

3     years and they kept this suit going long enough so they can

4     get all those cheap phase B lots.  You heard testimony that

5     Mr. Erickson has now delivered all those phase B lots, but now

6     that that pipeline of cheap lots have gone and they are forced

7     to starting paying the more expensive C lots; that is when

8     they decide to start building homes in Atlanta and that's when

9     they decided for the first time in this lawsuit about a month

10    ago, they want to be the ones to terminate the contract.  They

11    are the parties who did not want to honor their contractual

12    commitment.

13          Mr. Erickson in December of 2021 he stopped

14    delivering lots.  That is flat-out wrong ladies and gentlemen.

15    You heard both from their witnesses and from our witnesses

16    that Mr. Erickson has delivered lots in every quarter, even

17    after December 2021 through all of 2022, and all the way up to

18    the present.  He has delivered every A-lot, has delivered

19    every B-lot, he delivered every C-lot that has been developed,

20    but he hasn't delivered all the C-lots because ASH won't agree

21    to a schedule.  And now ASH wants out of the contract so it

22    won't have to buy anymore.

23          Now, there are three claims that you will have to

24    decide in this case.  And I want to talk about each one.  The

25    first is ASH's claim that Mr. Erickson and his company

11:08:24AM 1  breached the land purchase agreement.  The judge is going to

2  give you a written jury charge on that claim and there are

3  four questions you're going to have to answer on that claim;

4  and I will take them one at a time so we can discuss it.

5        The first question you're going to have to answer

6  is:  Do you find that ASH proved by a preponderance of the

7  evidence that the LPA sellers breached the land purchase

8  agreement and caused damages to them?  I'm going to suggest to

9  you ladies and gentlemen that the answer is, no, ASH did not

10  prove by a preponderance of the evidence either a breach or

11  damages to them.  Now, to understand that you have to

12  obviously look at the language of the contract.  Section 10 of

13  the land purchase agreement is the key language.  When you go

14  back to the jury room to Plaintiffs' Exhibit 246E.  In Section

15  10, you see it has two parts.  The first says the sellers

16  require to develop a lot in accordance with the agreement and

17  to satisfy the requirements of the takedown schedule, but

18  there's an exception.  There's a condition to that.

19        It says however as to the phase C lots during the

20  first year after the closing under the asset purchase

21  agreement, the parties shall agree to the order in which

22  specific phase C lots will deep be developed, so the A lots

23  and them B lots are already done.  They were on the shelf

24  ready to go so ASH could just pick and choose whichever ones

25  they wanted in the first part of the year.  But it was

11:10:19AM 1    recognized and agreed by Mr. Erickson and Mr. Vinson to put

2    into this contract the specific condition about phase C lots

3    that an agreement had to be reached on their order and ASH had

4    one year to do that.

5         How did that clause come about?  I want to take a

6    little explanation of that in a minute.  But here's what the

7    Plaintiff keeps telling you about.  Look at Section 6.  They

8    like you to focus on Section 6 and ignore Section 10.  They

9    say look Section 6 says seller is required to develop the lots

10   in accordance with the agreement to meet the requirements of

11   the takedown schedule.  But that sentence at six is the same

12   first sentence in Section 10.  Section 6 says the development

13   has to take place in accordance with the agreement.  So you

14   have to look at the entire agreement to see what the parties

15   meetings of the minds were on what they were supposed to do on

16   development.  And you have to go back to Section 10 to see

17   what does the agreement provide.  It provides this condition

18   that there must be an agreement in the first year in order to

19   perform on the development and sale of the phase C lots.

20        This just didn't happen by accident.  This was the

21   specific point of the negotiations that were put in there

22   because you heard Mr. Erickson explain, during the time the

23   parties were negotiating the agreement, ASH couldn't decide in

24   its own mind how it wanted to do with these phase C lots.  Let

25   me explain that.

11:12:07AM 1    The negotiations between the parties as you heard

2    took place between March of 2019 and November of '19.  That's

3    what they're referring to as the due diligence period.  It was

4    during that period when ASH came down, Mr. Vinson

5    --[inaudible]-- helped draft these contracts -- came down and

6    they did a deep dive on all of Mr. Erickson's company's

7    records.  They knew all about the phase C lots, the prices,

8    the locations and everything, but Mr. Vinson just couldn't

9    make up his mind how and what he wanted to do with those phase

10   C lots.

11   Mr. Erickson said if I don't get it in an order I

12   can't go forward.  Remember his explanation; it was like

13   having to pay two-years worth of food up front and eat it one

14   day at a time.  Mr. Erickson needed the order and so he told

15   Mr. Vinson, if you want to do this transaction we have got to

16   put in this contract a requirement for ASH to make a decision

17   in a year on what we're going to do with these phase C lots;

18   and that's how the language in Section 10 came to be.

19   So the question you're going to be asking with that

20   background to determine breach the judge is going to instruct

21   you -- you will hear this in the jury charge -- that the

22   parties have a duty to proceed in good faith performing and

23   enforcing the contract.  So you're going to have to decide did

24   Mr. Erickson proceeded in good faith with respect to this

25   phase C schedule agreement.  I'll break it up into two time

11:14:00AM 1    periods.  Let's talk about that first year, the year that he

2    gave ASH to make a decision.  What we're going to see is ASH

3    never came to any agreement in that first year and that wasn't

4    the fault of Mr. Erickson.  So here's the timeline.  The land

5    purchase agreement signed in November of 2019.  ASH had one

6    year until November 2020 to reach agreement on this; it never

7    happened.  So here's that one year.  So what happened?

8           For most of that year Mr. Vinson was running the

9    shop and we heard the testimony of Ms. Vinson was that;

10   ultimately, was fired by ASH because he was indecisive and he

11   couldn't make a decision.  We heard the testimony about the

12   disorganization that was going on the first year of ASH's

13   acquisition.  You heard the testimony about the revolving door

14   of Presidents of ASH-Grayhawk who couldn't keep employees.

15   Mr. Vinson couldn't figure out what he wanted to do with the

16   phase C lots.  The company was missing the deadlines under the

17   land purchase agreement and asset purchase agreement to pay

18   Mr. Erickson.  Ultimately, Mr. Vinson never got into a

19   position where he was ready to talk about the phase C lots.

20   But it wasn't because of lack of trying by Mr. Erickson.

21          You heard the testimony that he repeatedly talked

22   with Mr. Vinson about trying to get an agreement to address

23   the phase C issues; their calls, their e-mails, even

24   Mr. Benson's testimony was that Mr. Erickson was operating in

25   good faith this first year.  We put into evidence one of the

11:15:50AM 1    examples of this Plaintiffs' Exhibit 396 where Mr. Erickson is

2    reaching out to Mr. Vinson to say, look, we've got this

3    deadline coming up; we've got to address it.  But Mr. Vinson

4    was never in a position to address it.  You heard from

5    Mr. Twiss' own e-mail at the top Mr. Vinson was never poised

6    to begin with the discussions; that he never got to it before

7    the board fired them.  And then with the remaining time period

8    left before the one-year deadline, ASH created this land

9    committee and said to Mr. Erickson who was now CEO, you can't

10   deal on the company's behalf with the schedule.  You have to

11   deal with the land committee so Mr. Erickson's now handcuffed

12   having to wait for the land committee to act.

13        Did the land committee act with dispatch and urgency

14   to meet the deadline?  No.  They didn't even hold their first

15   meeting until after the deadline had already passed and that's

16   Defense Exhibit 257.  You can see right there from

17   Mr. Coleman's letter to date, the lot purchase agreement

18   committee had its first meeting on November 23, 2020.  So

19   there was no agreement from ASH coming in that first year

20   because for most of the time Mr. Vinson was either too

21   distracted, too disorganized, or just too unprepared to

22   discuss it.  And then the land committee took over and they

23   just waited until the deadline passed.

24        And in addition attention there was a third person

25   who was supposed to be minding the shop at ASH and that was

11:17:40AM 1   Mr. Twiss. You heard his testimony. He got fired in February

2   of 2020. And he said his job was to ensure ASH complied with

3   its contrast. He had spent hundreds of hours of reading the

4   contracts. Well, Mr. Twiss did nothing in that whole year to

5   get ASH to comply with the deadline. You heard him say he did

6   nothing. As the deadline approached he didn't even suggest an

7   extension, a modification, an amendment to the contract to

8   extend the deadline.

9        So ladies and gentlemen, the contract required ASH

10   to come to an agreement within one year. How could Mr.

11   Erickson be faulted? How could you preclude he acted

12   unreasonably in that year when he was constantly asking

13   Mr. Vinson to come to an agreement because Mr. Erickson wanted

14   to sell those lots, but ASH couldn't get its act together.

15   Now, ASH doesn't suspend a lot in their closing statements

16   talking about this one-year period. They want to talk about

17   what happened after the one-year deadline passed. Well,

18   that's too late for them ladies and gentlemen, basically they

19   proposed a proposal in March 2021. Well, that's already after

20   the contract deadline has expired and so you should just

21   disregard that completely. Mr. David Erickson can't be held

22   to acting unreasonably without agreeing to something that they

23   didn't get around to proposing for four-months after the

24   deadline. Let's do a little bit closer look at that year 2021

25   after the deadline, the post-deadline timeline.

11:19:29AM 1        So this is what ASH wants you to focus on.  They
        2  point out that Mr. Erickson sent an e-mail in March asking ASH
        3  where is this phase C order?  Mr. Erickson didn't have to do
        4  that.  The deadline had passed.  He could have said ASH too
        5  bad.  You lost your window, but he didn't do that.  He was
        6  trying to act in good faith; trying to act reasonably and so
        7  he e-mails ASH and says let's resume the talks.  Let's get
        8  something going.  I'm willing to give you further time.  And
        9  we know that Mr. Twiss sends back this e-mail on March
       10  18th and that's what ASH would have you believe is all that
       11  happened at that agreement.  But here's the rest of the story.
       12  Here's the context in which you have to understand Mr. Twiss'
       13  e-mail.  All of this other back-and-forth that was going on
       14  and that was initiated by ASH, and it all starts with that
       15  special meeting of the Board of Directors on January 27,
       16  Defendants' Exhibit 307.  That's the meeting, highlighting the
       17  language here, in which Mr. Coleman warns the board that once
       18  they had run out of the A and B lots and they had to start
       19  buying the C lots coming into the head of 2021 into 2022,
       20  ASH's profit margins are going to be diluted by 300 to 350
       21  basis points, which you heard is basically 3 to 3.5 percent.
       22  I want you to remember that number, 3 to 3.5 percent.
       23        Look, Mr. Erickson controls the development of the
       24  land of the phase C lots and the lack of fixed prices for the
       25  phase C lots under the LPA.  Remembers under the LPA the A

11:21:30AM 1    lots and B lots had set prices that they had already been

2    developed, but nobody knew what the phase C lots would cost

3    because it hadn't been developed.  So when Mr. Coleman is

4    warning the board here is look, as these C lots get built over

5    the next seven years, they are going to become more expensive

6    because of inflation and all the other construction prices are

7    going up.  We have to do something about this.  As you see

8    they want to become less dependent on David Erickson, so they

9    would need a date to get these phase C prices done; and of

10   course, they wanted more lots sooner before they became

11   expensive.

12           So what happens after then after this January 2nd,

13   22nd meeting?  The fuselage of claims start coming.  The first

14   one came from -- [inaudible]-- on February 2nd.  You see

15   that's barely two weeks after that January meeting.  That was

16   the opening salvo once they started making these claims

17   against Mr. Erickson about violating his non-compete clause of

18   his contract because of his operations in Dallas.  Operations

19   they knew about because of that due diligence period, they

20   were okay with.  Suddenly, after January 22nd that becomes a

21   problem for them or so they say.  It is after January 27th,

22   the evidence shows, was the first time they started

23   complaining about supposed trademark violations by the Atlanta

24   and South Carolina companies.

25           Remember Mr. Twiss' testimony about the name change

11:23:07AM 1 when he went online in the Secretary of the Commonwealth's

2 website to see if the companies have changed the names and he

3 went on the MLS listings to see what kind of plans were being

4 posted on the MLS listings.  He said he did that in January

5 of 2021.  Now, that's no coincidence because after that

6 January 2022 meeting, that's when ASH decided let's scour the

7 records.  Let's find anything we can throw at Mr. Erickson and

8 that is playing out in this courtroom here today.

9    And then you see Mr. Kramer's letter said to

10 Mr. Erickson, hey, we filed complaints against you.  And guess

11 what it was on March 12, Plaintiff's Exhibit PX201A,

12 Mr. Kramer sends the first term sheet.  And look at the timing

13 of that ladies and gentlemen, right between Mr. Erickson's

14 e-mail and Mr. Twiss' e-mail.  Here is what Mr. Erickson had

15 received.  He received this term sheet and look what it says.

16 It has a bunch of claims in it.  They want to redo and rewrite

17 the land purchase agreement of claims about the South Carolina

18 issues, confidentiality issues, a buyout, a separation.

19 They're telling Mr. Erickson, yes, we've received the

20 highlighted paragraph there.  They will agree to a development

21 schedule, but look at all these other things you have to agree

22 to.  You have to agree to all these other revisions of the lot

23 purchase agreement.  You have to agree to pay us for the South

24 Carolina, $3 to $5 million for trademark violations.  You have

25 to pay us $5 million for copyright violations.  Statutory

11:25:04AM 1    damages another $5 million.  All that they say look at the

2    top, nothing is agreed until everything is agreed; and

3    everything must be approved by the Board of Directors and the

4    members.  They are the ones who started this by leveling all

5    these claims against Mr. Erickson saying he has to pay

6    millions of dollars and rewrite the land purchase agreement

7    and nothing will be agreed, the phase C schedule won't be

8    agreed unless everything is agreed.  They talk about

9    Mr. Erickson saying, oh, he wanted to buy it.  It was ASH who

10    put that on the table.  Look at the body of the second page.

11    Buyout in separation.  They are the ones who said we want to

12    buy you out.  Let's talk about the terms of the buyout.

13         They are now criticizing Mr. Erickson saying, okay,

14    you want to assert these claims against me and buy me out --

15    buy me out but by me out at a fair price.  The price he was

16    asking, year heard this testimony, in this first half of 2022

17    ASH was involved in negotiation with a SPAC operator to be

18    bought out.  Mr. Erickson explained that.  They had gotten a

19    valuation of the company; it was a $400 a share.  Mr. Erickson

20    was saying, you can buy me out at a discount for less than the

21    other board members were hoping to be bought out by the SPAC

22    operator.  But suddenly now it's Mr. Erickson who they say was

23    greedy for asking for a buyout and asking for that money, when

24    they are the ones who proposed the buyout to Mr. Erickson

25    asking actually for a discount from what the Coleman's and the

11:26:51AM 1   other board members would be getting.  And so you see when

2   Mr. Erickson receives the e-mail from Mr. Twiss that says, oh,

3   let's consider the phase C schedule by itself he was no fool.

4   He knows that's not what the company was doing.  In fact, you

5   may well think that Mr. Twiss' letter was carefully written by

6   its lawyers because they think well one day it may end up in

7   court as an exhibit; and we will want to use Mr. Twiss' letter

8   to say, oh, ASH wasn't trying to condition settlement of all

9   these other claims on the Phase C schedule.  We will try to

10  keep out of evidence all these other term sheets.  Well, their

11  plan didn't work.  And I want you to pay particular attention

12  to Mr. Twiss' letter because believe me.  He and Mr. Kramer

13  write these things; they're careful about these things.

14          Here is the language that they're talking about.  I

15  believe it makes sense to limit the scope of our discussion to

16  the development order -- that's what they claim -- at least

17  for now.  Mr. Twiss wasn't committed to carve off the phase C

18  discussions on the separate -- Not three days before the

19  letter, Mr. Kramer had sent that term sheet demanding millions

20  and millions of dollars from my clients to get a phase C

21  schedule.

22          Mr. Twiss sends this very wordy letter saying at

23  least for now.  And then look what happens next?  How long did

24  the now last?  Why barely three weeks later they send the

25  Plaintiffs' Exhibit 326, that draft complaint that you saw;

11:28:48AM 1    that thick complaint with the hundreds of paragraphs and

2    millions of dollars.  And Mr. Kramer sends another term sheet

3    in the middle of April going back to the very original term

4    sheet he had proposed on March 12th, raising all of those

5    claims, linking the phase C agreement on a global settlement,

6    and saying nothing can be resolved and everything is resolved.

7    This letter from Mr. Twiss was nothing but a calculated plan

8    by their lawyers to try to make it seem if this case ever got

9    in front of a jury that they were being reasonable and they

10   weren't holding them phase C agreement hostage to all these

11   other millions of dollars of trumped up charges.

12        And it goes on and on after April 13th.  Read

13   somewhere on this timeline, where all the other proposals from

14   ASH: May 28th and then on June 2nd they send two

15   proposals.  Go back and look at all those ladies and

16   gentlemen.  Everyone says nothing's agreed until everything is

17   agreed and all of these global resolutions, we get a global

18   resolution as says before we agree to anything.  Make no

19   mistake about it ladies and gentlemen, they were the ones who

20   were proposing a price reduction.  If you go back through that

21   term sheet Plaintiffs' Exhibit 201, you will see the very

22   bottom of the first page that they were proposing to reduce

23   the price of the phase C lots to 17.5 percent, from 20 to 17.5

24   just about 3 percent; that is what Mr. Coleman said they

25   needed a reduction on.  So they are the ones who were

11:30:38AM 1  proposing from the very beginning for Mr. Erickson to take a

2  discount on the phase C lots in addition to paying millions of

3  dollars and rewriting all of that.

4        So I ask you ladies and gentlemen, in the context of

5  this full narrative; did Mr. Erickson act unreasonably in

6  saying, I'm not going to agree to a phase C schedule that you

7  are saying you won't either; and you won't unless I pay you

8  millions of dollars to resolve these other claims that had

9  nothing to do with phase C issues? Both parties the judges

10  instructions will tell you have to act in good faith. ASH was

11  trying to extort millions of dollars from Mr. Erickson to get

12  a phase C schedule. Mr. Erickson and cannot be blamed for

13  giving in to those demands. But guess what? He still

14  continued to deliver lots. He still continued to deliver lots

15  even after ASH sued him. All the phase A lots he delivered.

16  All the phase B lots he continued to deliver. He eventually

17  couldn't deliver anymore C lots because there was no agreement

18  on it and ASH had a lis pendens -- we will talk about that --

19  that leads to this second question you have to answer.

20        The second question is: Do you find the LPA sellers

21  proved that ASH prevented them from performing their

22  obligations under the agreement? The answer to that is, yes,

23  ASH prevented the phase C schedule in delivery of phase C lots

24  in two ways. The first is by holding the phase C schedule of

25  ransom to their extortionate demands. But they did it a

11:32:51AM 1   second way as well and that's through that lis pendens.

2   What's a lis pendens?  It's a lien they put on all the

3   Defendants' properties.  And you heard the testimony that

4   Mr. Erickson's companies can't finish developing the phase C

5   lots with those lis pendens on them because they have to give

6   road, and sewer lines, and things like that to the localities

7   and that property has to be free and clear of liens for the

8   locality to accept the deeds for the roads and then approve

9   the final plans for the subdivision.

10          Now, ASH tells you, oh gosh, their lis pendens

11   didn't really prevent anything.  Defendants could have just

12   asked us to release it at any time; and we did it once.

13   That's like blaming the hostage for not asking the kidnapper

14   to release them.  You know the one time they released that

15   lien was talking about on Cusseta Road with the Georgia

16   Department of Transportation; it was a 5-foot wide strip which

17   could ever be developed into a lot; that's all they ever

18   agreed to release.  You heard the testimony that a month ago

19   ASH pivoted and decided, you know what, we no longer want

20   these phase C lots.  Let us have the contract.

21          Even then they would not release the lis pendens.

22   You heard the evidence, okay, that Mr. Kramer was saying, oh,

23   this is just a couple of weeks ago the Defendants asked for

24   the lis pendens to be released.  We asked because after ASH

25   said they no longer wanted the lots.  But even then they would

11:34:36AM 1  not release their lis pendens.  So they say, oh, we should

2  have asked for them to lift the lis pendens.  We asked once

3  they even told us they don't want the lots anymore, but they

4  still won't release a lis pendens because their corporate

5  bullies are trying to harm Mr. Erickson.  Why else would they

6  be seeking a $39 million judgment against him when he doesn't

7  even own but like, what was it, like 9 percent of the

8  properties.  They want him to pay because they are bullies.

9         So the answer is, yes, we proved they prevented

10  development.  Now, the mitigation I'm going to come back to

11  for a minute, but right now I'm going to talk about this

12  question here.  Did the sellers prove by a preponderance of

13  the evidence that ASH waived their right to terminate the land

14  purchase agreement?  Like I said, now we find ourselves where

15  ASH wants to be the ones to say, let us terminate.  Let's talk

16  about that.  ASH ever terminated the land purchase agreement.

17  To understand this you will have to go back of the jury room

18  and look at Section 35 of the land purchase agreement.

19  Section 35 contains in the provisions for ASH's remedies if

20  they think there's a breach of contract and I have highlighted

21  three parts up there: A, B, and C.  Because what the parties

22  agreed to in this contract was that ASH thinks the sellers

23  haven't breached they've got three choices, three doors they

24  could go through.  The first one A is they can waive the

25  default and say we don't care, inconsequential; they didn't do

11:36:24AM 1    that.  B they can terminate the agreement, but they have to

2    terminate it by giving written notice to the seller.  So if

3    they want to terminate they have to give written notice; or C

4    they can give written notice to seller of default.  The

5    difference in that one, C, is the contract remains in place.

6    The parties have to keep performing, you have breach claim, a

7    default claim for the one little part that has been breached.

8          Now you've heard, in fact you heard this morning in

9    closing statement, that they have only ever sent notices of

10    default.  They had never sent the sellers a written notice of

11    termination.  Where is it?  Go back in the jury room and look

12    for it.  You will not find a written notice of termination to

13    the sellers.  And Mr. Kramer sure as heck didn't tell you it

14    was a written notice of termination.  He told you ASH always

15    sent written notices of default.  And they did that not once,

16    not twice, but about a dozen times; and every quarter you

17    heard the testimony since they filed suit starting in the

18    second quarter of '21 in the summer of '21.  Every quarter

19    they asked the sellers to keep performing the contract; that

20    they thought the contract was still in place; they hadn't

21    terminated it.  Did they send a written notice of termination

22    the first quarter after they sued?  No.  The second, third,

23    no.  No notice of termination in 2021.  There were four

24    quarters in 2022, but they did they send the written notice of

25    the first quarter, second quarter, third quarter?  No, no, no,

11:38:07AM 1    no.  2023, so following we have three quarters up through

2    September.  Did they send a written notice of termination in

3    any of those quarters?  No, no, no, no.

4        Do you remember when Mr. Darnold was on the stand on

5    Wednesday claim; that was their deadline for this quarter to

6    tell us whether they wanted any lots for this quarter.  And I

7    put the question to him.  I said, has ASH terminated the land

8    purchase agreement.  And even on the stand in the midst of

9    this trial he would not commit.  He would not commit because

10    they had never sent a written notice of termination.  So have

11    they waived their right to terminate?  They sure have.  They

12    have on for two and a half years and never sent the

13    contractually required notice of termination.  And in

14    addition, meanwhile, they have had a lien on Mr. Erickson's

15    properties and he has been unable to sell those properties to

16    somebody else because they're doing that just to punish him.

17    Now, having prejudiced in him for two and a half years they've

18    plucked all of the inexpensive A and B lots.  They now

19    suddenly want to do a U-turn and say well let us now

20    terminate.  Well, they have not followed the contract and it

21    comes too late.  They have waived their right.  So, yes, we

22    proved they have waived their right.

23        Now, what damages?  You heard that the only damages

24        they asked for are these lost future profits for

25        Mr. Douglas.  Counsel made a big deal that we didn't call

Joan Drammeh * Federal Reporter * 706-653-1097

11:40:04AM 1     an expert to the mic.  That's because after we heard his

2     testimony there was no need to rebut him.

3          You will hear instructions from the judge that lost

4     profits may not be speculative.  He's going to read you a

5     charge when you go back to the jury room.  On page 14,

6     lost profits may not be speculative.  They must be shown

7     with reasonable certainty and when shown by an expert the

8     judge is going to give you a special instruction.  He is

9     going to say when a witness is paid for reviewing and

10    testifying concerning the evidence, Mr. Duffus quotes,

11    you may consider the possibility of bias and should view

12    with caution the testimony of such a witness where court

13    testimony is given with regularity represents a

14    significant portion of the witnesses' income.  Well,

15    that's Mr. Duffus.  He was paid a quarter of a million

16    dollars by ASH to render his opinions and they are wholly

17    unreliable.

18         Lets go over this briefly.  Remember the little

19    chart I put up.  He was testifying the foundations of his

20    model, the number of lots, the lot prices, the number of

21    lots involved, ASH's costs to build a house, and home

22    prices.  He couldn't give me an answer on any of this.

23    On the number lots he had no explanation really of what

24    the numbers was.  He had reports with different numbers.

25    There were contradictions in his reports between his

11:41:31AM 1    reports, and the spreadsheets, and the models.  He ended

2    up using more lots than the LPN contract even specifies.

3    When asked about these things he said, well, I'd have to

4    go back and check with my staff that did it.  Lot prices.

5    He used the wrong prices list the C lots.  He used the

6    prices for the A and B lots and ignored the LPA's pricing

7    formula for the C lots.

8         The number of lots that ASH would buy; he ignored

9    that because in the contract there's a process.  If the

10   lots become too expensive compared to market value, ASH

11   can not buy them.  He did factor that into his model.

12   And on his costs he ignored a whole bucket of ASH's

13   costs.  He could give just direct cost and ignore fixed

14   costs and overhead.

15        And in the real world we all know that when a

16   company can cover its fixed costs it doesn't make a

17   profit.  You've got to cover your rent, your employee

18   salary, and the like; and that's what ASH does.  Look at

19   the ASH financial statements.  This is Defendants 995.

20   Here's their spreadsheet.  What I have tallied up top is

21   gross margin; that's what Mr. Duffus calculated, but ASH

22   doesn't stop there.  It deducts its general

23   administrative expenses and other expenses to get down to

24   its net income or losses; that's what companies do in the

25   real world.  They don't stop at gross margin where Mr.

11:42:53AM 1    Duffus did.  They know to get a profit you've got to go

2    to the bottom line.  And you can see on this spreadsheet

3    as example of gross margin and your net gain or loss can

4    be two very different numbers.  You see in 2021 the gross

5    margin is $42 million, but ASH's real profit was only $14

6    million.  And in 2022, the gross margin was $19 million,

7    but in the real world they had nearly a $16 million loss.

8        Mr. Duffus doesn't by ignoring all these other

9    expenses, he had artificially inflated the supposed

10   profit of ASH; and most particularly ladies and gentleman

11   home prices.  He didn't even get comps for these phase C

12   neighborhoods.  You heard him.  He doesn't even know

13   where any of these neighborhoods were.  He go no

14   comparative market analysis.  He didn't talk to realtors.

15   He just -- I don't know what numbers he used to prices.

16   The proof was in the pudding.  Let's compare Duffus and

17   his estimate; what he claims the growth with profit

18   margin would be and what they were in reality.  Remember

19   Mr. Duffus testified that ASH's gross margins would be

20   19.4 percent of '21, '22, and; 23.

21       Well, what's the reality?  We saw that statement.

22   Go back and look at that ASH financial statements in

23   2021, 2016 and a half percent.  Then it went to

24   15.1 percent and the 12.49 percent.  Mr. Duffus' model

25   fails the real world test.  He didn't compute profits the

11:44:33AM 1     way companies in the real world do it.  He ignored the

2     land purchase agreements contract provisions in doing it.

3     And we know we cannot compare the outcomes of this model

4     to reality to know he is speculative.  So when you go

5     back to award thinking about damages; have they proven

6     any damages?  No, no, no, no, no.  They've proven

7     nothing.

8         Remember when we started off at the beginning of the

9     voir dire.  I ask you all a question.  If Plaintiff

10    couldn't prove an essential element of their case, would

11    you have any problem rule against them?  Well, this is

12    now and the asset test here.  They failed to prove lost

13    profits with reasonable certainty pursuant to the

14    instructions that the judge is going to give you.  So

15    even if you had ruled against us with all these other

16    questions you still have to award them zero for lost

17    future profits.

18        And if you find that they prevented us from

19    developing those phase C lots, you can't award them any

20    future profits.  The instructions will say, yes, on this

21    -- The instructions will tell you cannot award them

22    future profits if they prevented us.  And you can't award

23    them future profits if Duffus' calculations are

24    unreliable.  This brings me to this last point on

25    mitigation.

11:46:06AM 1         Did we prove they failed to mitigate?  The answer

2      is, yes.  Mr. Kramer talks about the lots in the past;

3      they bought some lots in the past and now there is

4      reasonable mitigation.  But they are not seeking any

5      claims from past profits, they are seeking only lost

6      future profits Mr. Duffus' calculation.  What Mr. Duffus

7      assumed in his model was that ASH would no longer

8      mitigate.  If you rule for them they will not mitigate

9      any further.  They will no longer go out and try to buy

10     lots in Columbus and build homes here.  So they have

11     announced to you, they have told you, you rule for them

12     they will stop building houses here and that's a failure

13     to mitigate.

14         Ladies and gentlemen, very briefly now I want to

15     talk about the two remaining claims.  Confidentially

16     claim.  They say Mr. Erickson did all these things to

17     breach his confidentiality.  Did he have any damages

18     associated with that?  No.  They had no damages for this

19     supposed claim.  I have ha nickel in my pocket.  This

20     nickel is more than they say they have been harmed by any

21     of these things that they are accusing Mr. Erickson of.

22     Why do they have no damages?  Because of what they are

23     accusing him of which is just more of his petty charges.

24     They've been conjuring up over these last three years.

25     Let's look at a real brief.  They claim in this trial

11:47:34AM 1    about the Dorn transaction.  Did you hear much about this

2    and the closing?  They say Mr. Erickson tried to give on

3    behalf about Dorn.  Well, look the evidence is

4    Mr. Erickson told ASH and Dorn he was doing this.  They

5    were thrilled with what he did with that.  Remember those

6    emails.  David, he's the man because he's the one who got

7    the Dorn deal done.  And ASH awarded Dave for what he did

8    by making him their CEO.  Now, they want to say, Dave did

9    wrong by dealing with Dorn.

10           And the NDA form you hear about.  Well, you heard

11    the general counsel Mr. Twiss say these forms aren't

12    confidential.  They are commonly drafted.  They are given

13    out to people like candy without any obligation for them

14    to keep it confidential.  And you can find them on the

15    Internet.  Here's a comparison.  Plaintiffs' Exhibit 391

16    is the ASH confidentiality form.  On the right,

17    Plaintiffs' Exhibit 975 was one that Mr. Twiss was told

18    was the Internet a year ago.  Common forms, let's compare

19    and see.  Here is the language from the ASH form that

20    appears on this random form on the Internet.  Are you

21    going to tell me that this form from ASH is confidential

22    when it is almost -- save from a few stray lots --

23    verbatim what you and I could go on the Internet and find

24    today.  Mr. Twiss was told about this over a year ago.

25    You heard about that in his deposition and he did

11:49:05AM 1     nothing.  He didn't even care to go look at it.  He asked

2     no one to look at it.  If this thing was a confidential

3     document they would have taken action to take this off

4     the Internet and they did not.

5          The private placement memorandum.  You heard

6     Mr. Erickson copied stuff from the business plan from

7     that.  Well, the private placement memorandum 261 is a

8     16-page document.  What they're complaining about is he

9     lifted a few lines from his business plan of Plaintiffs'

10     801.  Let's see what parts of 801 is here in this 16-page

11     private placement memorandum; that's it.  You can see

12     that highlight in there on the first, third, and fifth

13     bullet points.  There are a couple of isolated words and

14     they are common generic words.  Their complaint, look at

15     the first bullet point.  They're complaining that

16     someone's business plan might be to focus on growth

17     markets; that's the stuff you learn in business school

18     101.  There's nothing confidential about that.

19          The checklist form is the same thing.  It's a common

20     form used in businesses for Prominence, Miramonte,

21     Surrey; what's the evidence on that?  Dave told ASH that

22     he was going to be pursuing it.  He told Marshall

23     Coleman.  He told Tony Avila and Tony Avila is not some

24     random guy.  He's a shareholder and ASH had him under

25     contract to do these kind of deals, to look for

11:50:32AM 1    opportunities.  Avila was ASH's agent and there was
2    someone else who knew about it; it was Mr. Twiss right
3    there.  We saw when Mr. Coleman sends Mr. Erickson's
4    e-mail talking to these companies to Mr. Twiss.  What did
5    Mr. Twiss do about it?  Nothing.  He didn't call up Dave
6    and write Dave and say, don't contact these companies.
7    He and his company never said boo about Dave talking
8    Prominence, Miramonte, and Surrey until after that
9    January 22nd special meeting where there was not a
10   comparable claim against him.  Suddenly then they had a
11   problem.  As I said, ASH did not object until the January
12   22nd special meeting.
13        Why?  Because ASH had moved on.  In the three and
14   half years since Dave has left ASH, they have never once
15   contacted Prominence, Miramonte, and Surrey to do a deal
16   because ASH was no longer interested in them and was not
17   interested in them by the time Dave left the company.  In
18   fact you heard that Miramonte was not even the kind of
19   company that ASH wants.  ASH is a land-lite company.
20   Miramonte as Mr. Erickson claimed is a land-heavy
21   company.
22        Finally we have this Mr. Darnold.  Pause for second
23   and look in this courtroom.  Do you see Mr. Darnold here?
24   ASH's lawyers have told you throughout this case that the
25   supposed breach of this land purchase agreement is

11:52:02AM 1    critical; it's devastating to the company and the company

2    executives won't even come here to testify.  Sean Coleman

3    a wealthy investment banker will only appear by

4    videotape.  He's not sick.  No evidence of that.

5        Mr. Pecan [phonetic] their Vice President for

6    Finance, would he come down here for trial?  No.  They

7    played his videotape.  Mr. Darnold, the chairman of the

8    company, jets in here just to give his testimony and is

9    gone.  He doesn't have enough interest in this lawsuit to

10    even attend the closing arguments.  What does that tell

11    you ladies and gentlemen?  It tells you a lot about what

12    ASH really thinks about this lawsuit and their supposed

13    claims that this lawsuit is vital to their company.

14        Let's get back to the solicitation issue with

15    Mr. Darnold.  Mr. Darnold you heard led Dave on.  He

16    never told Dave he was in continued talks with ASH.  He

17    concealed that he was still talking to ASH.  And when he

18    told ASH -- Mr. Erickson -- that he had been hired,

19    Mr. Erickson stopped calling him; and ASH was able to

20    hire Mr. Darnold.  So where is the interference?  Where

21    is the bad faith by Mr. Erickson?  Nobody told him.  ASH

22    didn't tell him.  Darnold didn't tell him that they were

23    still secretly talking.  And when he found out he backed

24    away.  Now that he wants you to award God knows how much

25    money against Mr. Erickson for talking to who he thought

11:53:31AM 1   was a friendly guy; who thanked him for Dave's

2   philosophy.  Now they want to turn around.  Shame on

3   them.  Shame on them.

4       So when you get to that verdict form ladies and

5   gentlemen on this claim you're going to be asked a

6   question.  Do you find American Southern Homes ASH proved

7   by a preponderance of evidence that David Erickson

8   breached the consulting agreement and caused damages to

9   American Southern Company?  You can't find a breach based

10  on these flimsy phony things they've told you.  And you

11  sure as heck can't find they caused damages because they

12  don't even claim these little things to poke him for

13  that -- Mr. Erickson about causing any damages.  So you

14  would have to answer this question, no.  They did not

15  prove they breach and damages.

16      With respect to this nominal damages award, well,

17  you see if he can answer that, no.  You skip that and you

18  go over to David Erickson's plans.  Dave Erickson's

19  counterclaim for breach of the consulting agreement.  Did

20  David Erickson prove by a preponderance of the evidence

21  that ASH breached the consulting agreement by terminating

22  him?  They said they had cause but they didn't; that's

23  what this claim is about.  They gave a phony termination.

24  Here is the termination letter; it is Defendants'

25  Exhibit 326.  It's that letter from Mr. Kramer on

11:55:19AM 1    February 2nd, 2021, after the January 2nd meeting;

2    that's when they terminate his consulting agreement and

3    the ground they give we've highlighted.  So Mr. Kramer

4    writes Mr. Erickson the company hereby terminates the

5    consulting agreement for cause.  For whatever reason did

6    they give it's that list of phony trumped-up charges

7    we've been fighting now for over two years.

8        The say misappropriation of assets, confidential

9    information, copyright claims, and other intellectual

10   property for copyright claims.  That claim is gone.

11   Intellectual property trademark stuff, that stuff is

12   gone.  Breach of the noncompetition obligation backed

13   Southern Homes north of Atlanta; they knew about that.

14   All of that is gone.  The only thing they are hanging

15   onto now to justify the termination of the consulting

16   agreement is use of confidential information.  And you

17   now see the confidential information he supposedly used

18   and it is as flimsy and as phony as all the other claims.

19   There was no breach.  The information is not

20   confidential.  And it caused them no damages.  So I ask

21   you to find, no, they did not prove that Dave breached

22   the consulting agreement.  But, yes, we prove they did

23   for terminating it because the grounds they gave were

24   false made-up grounds.

25       Did their breach cause damage to Dave?  Yes, if you

11:56:57AM 1    look at Section 4B of the consulting agreement it

2    provides what his compensation would and you heard the

3    testimony that the balance he was owed on that contract

4    was $39,000.  Now, they are asking $39 million or

5    something against Mr. Erickson on these trumped-up

6    charges.  Mr. Erickson asked you only for $39,000.  I

7    can't do the math in my head; that maybe .1 percent of

8    what they're asking.  He asked for that because he's not

9    greedy.  He just wants what he was owed on the rest of

10    the contract that would have been paid had they not

11    trumped-up these charges.

12    I want to conclude by reminding you about that video

13    that we saw at the beginning of the voir dire process

14    where the Supreme Court Justices were talking about jury

15    duty.  I don't know if you remember one of the justices

16    said, the most important thing a jury can do is put

17    themselves in the shoes of the party and think how would

18    I like to be treated if I was the Defendant.  Well, think

19    about being in Dave's shoes.  Has ASH treated him right?

20    Was he right to stand up to ASH's corporate bullying?

21    Was he the party who acted unreasonably?  Was he the

22    party that acted in bad faith?  No, ASH is that party.

23    Send ASH a message.  Send ASH home with nothing.  Don't

24    let them terminate the LPA; make them standby those lots

25    to build the homes.  Thank you.

11:58:43AM 1          THE COURT:  Mr. Kramer you may give the final

          2    rebuttal for closing on behalf of your clients.

          3          MR. KRAMER:  Thank you, Your Honor.  All right

          4    ladies gentlemen.  Corporate bullying, that was a lot of story

          5    and not much evidence.  The Defendants don't want to talk

          6    about the evidence; don't want to talk about the breach of the

          7    LPA because it's clear.  Mr. Erickson is not a victim here.

          8    He has $50 million of ASH's money and he has another $48.7

          9    million worth of land; and he's asking you for another $35,000

         10    on top of that.  Mr. Shebelskie said that you saw the real

         11    Dave Erickson on direct examination.  I submit you saw the

         12    real Dave Erickson on cross-examination, which he didn't have

         13    the opportunity to practice with his lawyers.

         14          Defense says he wanted ASH to succeed.  Why didn't

         15    he sell lots to ASH?  That's what a homebuilding company needs

         16    succeed; that's the heartbeat of homebuilding company.  You

         17    need lots to build the houses.  Why did he try to cancel the

         18    LPA?  Why did he demand $30 million for a buyout?  When you

         19    look at that evidence and see who demanded what.  The buyout

         20    was Mr. Erickson's demand.  The term sheet that Mr. Shebelskie

         21    showed you was ASH's response to that demand.  Why?  Because

         22    Mr. Erickson at the time was threatening litigation.  It's

         23    right there in the document.

         24          Mr. David Erickson he says was ahead of schedule.

         25    He sold lots ahead of schedule; that's right.  We told you

                        Joan Drammeh * Federal Reporter * 706-653-1097

12:01:09PM 1    that too, but he stopped in the summer of 2021 for leverage

2    when he wanted the $30 million-dollar buyout; that's what the

3    evidence shows ladies and gentlemen.  And it is not that

4    Mr. Erickson wants ASH to succeed.  Can we put up PX998

5    page 3.  This is the board presentation that Mr. Shebelskie

6    showed you that says that ASH wants to rotate out of Columbus.

7    Can we blow up the Grayhawk part?  Same document.

8    Mr. Shebelskie didn't show you this part.  Grayhawk, the

9    Columbus and Auburn markets have been the most resilient and

10   when we had a predictable supply of lots we sold very well.

11   Unfortunately, we have not had predictable and available lots

12   from our most prominent developer Dave Erickson and the

13   Grayhawk business has been severely impacted in spite of

14   incredible effort and drive from our local team.  That's the

15   evidence ladies and gentlemen; that's not a story.

16          Could I have the slides, please.  Now,

17   Mr. Shebelskie said, ASH waited too long to decide before this

18   trial that it seeks lost profits instead of more lots.  To get

19   more lots that means ASH has to spend another seven-years

20   working with Mr. Erickson.  I will show you the evidence.

21   What did Mr. Darnold say?  He testified about this.  He said

22   the business reasons were after two-years, my first two and a

23   half years in the role, after multiple attempts and our honest

24   efforts to hear him and respond; and help him get back to

25   selling his lots.  We can never come to a reasonable

12:02:52PM 1    negotiation.  Over multiple discussions I gave more money for
2    lots and he would not agree to sell us lots.  And so I finally
3    got to the point when looking at the two options; can I work
4    with this man for five-years and trust that he will deliver
5    lots?  Whatever I say, let's just have this clean and go for
6    damages; and that's the decisions that the company made.  And
7    remember, if you award the damages we're asking for,
8    Mr. Erickson still has the lots and he can earn the money
9    back.
10          Has the relationship Mr. Erickson gotten better or
11   worse over the course of this litigation?  To state the
12   obvious Mr. Darnold responds, I would say it has gotten worse.
13          Mr. Twiss, have you ever tried harder to settle a
14   dispute than you have with Mr. Erickson?  Answer, no, sir.
15          Question.  Is it even close?
16          Answer.  No, sir.
17          Phase C lot development order.  Mr. Shebelskie just
18   stood up and tried to slide one past you.  He said ASH
19   breached this contract because there was no agreement in the
20   first year.  You know better by now the contract says both
21   parties shall agree in the first year, but there isn't a
22   breach until somebody sends a notice of default, gives the
23   other side a chance to fix it, and they don't fix it.  That
24   didn't happen in the first year.  There wasn't a breach.
25   There's no claim in this case that ASH breached the LPA

12:04:21PM 1    because it didn't; it's just that simple.  You're not going to

2    see it on your verdict form.  There was no breach on November

3    15th, 2020.

4            Mr. Erickson didn't send a notice of default.  He

5    said he had it under control, but he didn't.  And he never

6    proposed an order phase C lot development.  And he didn't give

7    ASH the information it needed until March of 2021.  And then

8    he got an order proposed two-days later.  He said, I'm not

9    going to agree to that because I want to terminate and I want

10   a buyout.

11           Why did ASH recently elect?  Here it is Plaintiffs'

12   Exhibit 785.  How recently has Mr. Erickson breached the land

13   purchase agreement?  As of July 26th, 2023, this default was

14   not cured during the 15-day period prescribed by Section 35 of

15   the LPA.  Look at that document.  That's what's required:

16   notice and cure.  Mr. Erickson breached again in the last

17   quarter because he didn't deliver any phase C lots because he

18   had them on ice in dormant status for years until it was

19   convenient for him to ask his lawyer to send a letter two or

20   three weeks ago so his lawyer could do what he just did.  Come

21   in here and say, oh, Mr. Erickson hasn't been able to develop

22   lots and ask you to ignore the fact that ASH has been fighting

23   hard in this litigation for the last two years to get lots.

24   It's a distraction ladies and gentlemen; it's an excuse.

25           Extortion.  We heard a lot about that the other day.

12:05:57PM 1    Here it is again.  Dave's response to the term sheet.  Nothing
        2    is agree until the terms of the buyout are agreed.  Who wants
        3    the buyout?  ASH?  Why would ASH want to pay Mr. Erickson more
        4    money?  How much money does Mr. Erickson want?  A lot,
        5    $30.5 million; that's the extortion.  That's why he made
        6    everything contingent on including agreement on the phase C
        7    lot order; including delivering lots at the end of 2021.
        8            Mr. Shebelskie says there's no evidence of past
        9    damages here; that's not true.  You heard Mr. Duffus testify.
       10    He said for 2022 each lot would have generated profits of
       11    $67,880.  He said that for 2023 each lot would have generated
       12    profits of $69,647 per lot.  Mr. Shebelskie just told you that
       13    their expert didn't show up because after Mr. Duffus
       14    testified, they decided they didn't need him.  Mr. Duffus
       15    testified on Thursday, on Friday we were all told that there
       16    would be an expert here on Monday; where is he?
       17            The Dorn deal.  Mr. Shebelskie said I didn't address
       18    that.  Sure I did.  That's the one where Mr. Erickson tried to
       19    get Mr. Coleman to give him permission and he wouldn't sing
       20    the release; and he wanted the 2 percent commission, three
       21    quarters of a million dollars just to do his job; which was to
       22    help ASH acquire companies.
       23            Confidentiality.  What have you never heard the
       24    Defendants address throughout the entire course of this trial
       25    including in that argument?  The Prominence deal terms that

12:07:51PM 1    Mr. Erickson proposed less than two weeks after he quit from

2    ASH: $6 million premium; $9.677-million earning target;

3    $250,000 salary.  He couldn't have known that information if

4    he hadn't known what ASH offered to Prominence.  He had access

5    to nonpublic information.  He took it himself and he used it

6    for himself and he breached the contract I submit it's pretty

7    clear.  And I think Mr. Shebelskie just admitted that he at

8    least copied some words from the EPM into the business plan.

9         A lot has been made about the legal letters back and

10    forth between the parties.  Once again Mr. Shebelskie skipped

11    the May 6th term sheet in which Mr. Erickson said everything

12    is contingent on buying me out.  Once again when the NTDs that

13    say when ASH paid phase C lot development order noncontingent

14    on everything Mr. Erickson says.  Oh, yes, it is.  You have to

15    agree with me on everything.  What was ASH really asking for?

16    Take a look at DX328.  Mr. Shebelskie just showed you one of

17    these, $3-5 million for an IP licensing fee for the use of

18    copyrights and trademarks that Mr. Erickson was using in

19    Dallas, Georgia and in South Carolina; that's it.  He stopped

20    using them.  There's no more claims in this case.

21         ASH was asking for $3-5 million.

22         Mr. Erickson was demanding $30 million.

23         Who is being unreasonable here?

24         The conspiracy.  The January 22, 2021, meeting of

25         the board of the directors.  You heard an entirely

1    different story here than you did in opening statement.

2    In opening statement it was, oh, these guys were at the

3    meeting and then they were copied on the e-mail.  Now

4    there was some how where you're supposed to believe that

5    at this meeting everybody got together to hatch a plan to

6    ruin Dave Erickson's meeting; it wasn't about Dave

7    Erickson.  This meeting was about proving the Dorn

8    transaction; that's why it's in there; that's why it

9    mentions the financial health of the company.  Right

10    there I'll show you the evidence.  Again, I'm not just

11    want to tell you a story.  Defense Exhibit 307

12    Mr. Pherkon and Mr. Twiss discussed the Dorn transaction.

13    Mr. Humphries moved to approve the Dorn transaction and

14    all ancillary agreements unanimously; that was a big deal

15    for the company; that's the one where Mr. Erickson quit

16    and left the company in the lurch, swooped in to try and

17    buy three companies ASH had been trying to buy while

18    everybody was distracted and focusing on this

19    acquisition.  Look at that document.  Look at the

20    minutes.  It all leads up to the end where they prove

21    this deal.  It's not about Mr. Erickson.  Everything's

22    not about Mr. Erickson.  And you know what, some of this

23    is Mr. Erickson's fault.  A lot of this is Mr. Erickson's

24    fault; that's what you get to decide after I stop talking

25    in a few minutes.

12:11:14PM 1    Once again you heard, oh, ASH's profits are going to

2    go down 3 percent.  So it didn't want the buy lots from

3    Mr. Erickson, but I'm confused because in opening

4    statement you heard that ASH didn't want the buy lots

5    from Mr. Erickson.  Today you just heard ASH wanted to

6    buy more lots from Mr. Erickson; it doesn't make any

7    sense because it's just a story.  Here is the facts.

8    Here is the evidence.  ASH offered to pay Mr. Erickson

9    3 percent or more; 14 percent was what he was making;

10    17 percent is what ASH offered; that's the three percent

11    ASH wasn't afraid to pay that; it offered to pay that.

12    It's right here in black-and-white in the evidence.

13        THE COURT:  Mr. Kramer, you have about two more

14    minutes.

15        MR. KRAMER:  Thank you, Your Honor, I'll wrap it up.

16        Now, Mr. Shebelskie says ASH wanted to renegotiate

17    the LPA; that's not consistent with the evidence.  You heard

18    Mr. Twiss say it.  You heard Mr. Darnold say it.  And you saw

19    me show in that last document option one.  Let's look at the

20    LPA.  Option two let's give you what you want.  You change the

21    price to make it fixed, commit to buy all the lots.

22        And finally we have this document.  This is just a

23    response to Mr. Erickson's request to renegotiate the LPA on

24    the C lots; estimated finish value $40 million, very

25    consistent with the damages we're asking for here.  So let me

12:12:48PM 1    just close by saying this.  Shame on ASH -- Is that what I

2    just heard?  Shame on ASH for asking Mr. Erickson to live up

3    to his promises and for asking this jury to enforce the

4    contracts that he signed.  I don't think so ladies and

5    gentlemen, but it's up to you.  And I submit to you that you

6    should not let Mr. Erickson walk away from the situation with

7    $100 million; with $50 million he was paid by ASH; and with

8    land worth another $48.7 million.

9            Again, if you award the damages that we ask you to

10    award, he can earn it back.  He can do his job as a developer,

11    live up to his promise, and sell them to somebody.  Ladies and

12    gentlemen, on behalf of my entire team, thank you so much.

13    It's been a pleasure to be here.  And it has been an honor to

14    present this case to you.  The work that you're about to do is

15    very important.  And we're confident that you'll get it write

16    and do what's fair.  Thank you.

17            THE COURT:  Let's take those charts down now that

18    were finished with the closing arguments.

19            Ladies and gentlemen, it is now my duty to instruct

20    you on the rules of law that you must apply in deciding this

21    case.  When I am finished, we will take a lunch break, and

22    then when we come back from lunch you will begin your

23    deliberations or your discussions about the case in hopes of

24    reaching a unanimous verdict in this case.  I have typed these

25    rules of law into a printed document so you will have this

12:14:14PM 1    with you during your deliberations so don't feel like you've

2    got to memorize everything I'm about to say.  Just listen

3    carefully because you will have these instructions with you in

4    the jury room to refer to if you need to do that.

5           Your decision in this case must be based only on the

6    evidence that has been presented during the trial. You must

7    not be influenced in any way by either sympathy for or

8    prejudice against anyone. You must follow the law as I explain

9    it – even if you do not agree with the law – and you must

10   follow all of these instructions on the law as a whole. You

11   must not single out or disregard any of the instruction on the

12   law.

13          Ladies and gentlemen, the fact that a corporation or

14   limited liability company is involved as a party must not

15   affect your decision in any way. A corporation, a limited

16   liability company, and all other persons stand equal before

17   the law and must be dealt with as equals in a court of

18   justice. When a corporation or limited liability company is

19   involved, of course, it may act only through people as its

20   employees and/or officers; and, in general, a corporation or

21   limited liability company is responsible under the law for the

22   acts and statements of its employees and officers that are

23   made within the scope of their duties as employees and/or

24   officers of the company.

25          As I said before, you must consider only the

12:14:14PM 1    evidence that I have admitted in the case. Evidence includes

2    the testimony of witnesses and the exhibits admitted.  As I've

3    also told you anything the lawyers say is not evidence and is

4    not binding on you. You should not assume from anything I have

5    said that I have any opinion about any factual issue in this

6    case. Except for my instructions to you on the law, you should

7    disregard anything I may have said during the trial in

8    arriving at your own decision about the facts. It is your own

9    recollection and interpretation of the evidence that matters.

10        In considering the evidence you may of course use

11    reasoning and common sense to make deductions and reach

12    conclusions. You should not be concerned about whether the

13    evidence is direct or circumstantial. "Direct evidence" is the

14    testimony of a person who asserts that he or she has actual

15    knowledge of a fact, such as an eyewitness.  "Circumstantial

16    evidence" is proof of a chain of facts and circumstances that

17    tend to prove or disprove a fact. There's no legal difference

18    in the weight you may give to either direct or circumstantial

19    evidence.

20        Let me give you an example so you understand that

21    distinction between direct and circumstantial evidence.  If

22    you went to bed one evening and it was snowing outside and you

23    looked out your window when you went to bed one evening and it

24    was snowing outside and you looked out your window when you

25    went to bed and you saw that it was a perfectly blanketed lawn

12:14:14PM 1    with white snow just as smooth as it could possibly be.  You

2    then wake up the next more any you see foot tracks throughout

3    that lawn.  They were not there when you went to bed.  Now, if

4    you had woken up in the middle of the night and you had seen

5    somebody out there walking in your lawn, you would know that

6    the foot tracks were left by a person.  You would have seen

7    that person.  That would be direct evidence that a person left

8    the foot tracks.

9          But even when you wake up the next morning, even if

10    you did not see that person make those foot tracks; when you

11    look out at that lawn that was perfectly blanketed in smooth

12    snow before you went to bed and you see those foot tracks in

13    that snow that morning.  You know that some person left those

14    foot tracks.  You didn't see that person but your common sense

15    tells you that based upon the circumstances someone walked in

16    your lawn last evening.  That's the difference in direct and

17    circumstantial evidence.  The latter would be circumstances.

18    The circumstantial evidence led you to make a certain

19    conclusion.  And the law makes no difference in the weight

20    that you may give to those types of evidence, direct or

21    circumstantial.

22          You should also ask yourself whether there was

23    evidence that a witness testified falsely about an important

24    fact. And ask whether there was evidence that at some other

25    time a witness said or did something, or did not say or do

12:14:14PM 1  something, that was different from the testimony the witness

2  gave during this trial. But keep in mind that a simple mistake

3  does not mean a witness was not telling the truth as he or she

4  remembers it. People naturally tend to forget some things or

5  remember them inaccurately. So, if a witness misstated

6  something, you must decide whether it was because of an

7  innocent lapse in memory or an intentional deception. The

8  significance of your decision may depend on whether the

9  misstatement is about an important fact or about an

10  unimportant detail.

11          When I say you must consider all the evidence, I do

12  not mean that you must accept all the evidence as true or

13  accurate. You should decide whether you believe what each

14  witness had to say, and how important that testimony was. In

15  making that decision you may believe or disbelieve any

16  witness, in whole or in part. The number of witnesses

17  testifying concerning a particular point does not necessarily

18  matter. To decide whether you believe any witness I suggest

19  that you ask yourself a few questions:

20          1. Did the witness impress you as one who was

21  telling the truth?

22          2. Did the witness have any particular reason not to

23  tell the truth?

24          3. Did the witness have a personal interest in the

25  outcome of the case?

12:14:14PM 1           4. Did the witness seem to have a good memory?

2           5. Did the witness have the opportunity and ability

3   to accurately observe the things he or she testified about?

4           6. Did the witness appear to understand the

5   questions clearly and answer them directly?

6           7. Did the witness's testimony differ from other

7   testimony or other evidence?

8           When scientific, technical or other specialized

9   knowledge might be helpful, a person who has special training

10   or experience in that field is allowed to state an opinion

11   about the matter. But that does not mean you must accept the

12   witness's opinion. As with any other witness's testimony, you

13   must decide for yourself whether to rely upon the opinion.

14           When a witness is being paid for reviewing and

15   testifying concerning the evidence, you may consider the

16   possibility of bias and should view with caution the testimony

17   of such witness where court testimony is given with regularity

18   and represents a significant portion of the witness's income.

19           In this case it is the responsibility of the party

20   bringing any claim to prove every essential part of its claims

21   by a "preponderance of the evidence." This is sometimes called

22   the "burden of proof" or the "burden of persuasion." A

23   "preponderance of the evidence" simply means an amount of

24   evidence that is enough to persuade you that the party's claim

25   is more likely true than not true; that's the burden of proof

12:14:14PM 1   in this case. If the proof fails to establish any essential

2   part of a claim or contention by a preponderance of the

3   evidence, you should find against the party making that claim

4   or contention. When more than one claim is involved, you

5   should consider each claim separately. In deciding whether any

6   fact has been proved by a preponderance of the evidence, you

7   may consider the testimony of all of the witnesses, regardless

8   of who may have called them, and all of the exhibits received

9   in evidence regardless of who may have produced them.

10          In this case, the Defendants have asserted

11   affirmative defenses to one of Plaintiffs' claims, which I

12   will describe in a moment. Even if Plaintiffs prove this claim

13   by a preponderance of the evidence, the Defendants can prevail

14   in whole or in part on that claim if they prove an affirmative

15   defense by a preponderance of the evidence. When more than one

16   affirmative defense is involved, you should consider each one

17   separately. I caution you that the Defendants do not have to

18   disprove the Plaintiffs' claims, but if the Defendants raise

19   an affirmative defense, the only way they can prevail on that

20   specific defense is if Defendants prove that defense by a

21   preponderance of the evidence.  I will explain to you on the

22   verdict form how you have to make findings in that regard on

23   the verdict form.

24          In this case, American Southern Homes Holdings, LLC

25   and ASH Grayhawk, LLC bring two breach of contract claims, and

12:14:14PM 1    David Erickson brings a counterclaim for breach of contract.

2    On the verdict form, you will be asked to answer certain

3    questions about each claim. One, American Southern Homes

4    Holdings, LLC and ASH-Grayhawk, LLC claim that David Erickson

5    breached the Consulting Agreement by using their confidential

6    information for purposes that were not allowed under the

7    Consulting Agreement. You will answer questions about this

8    claim in Section A of the verdict form. Two, David Erickson

9    claims that American Southern Homes Holdings, LLC and

10   ASH-Grayhawk, LLC breached the Consulting Agreement by

11   terminating it without cause. If you determine that David

12   Erickson did not breach the Consulting Agreement in Section A,

13   you will answer questions about this claim in Section B of the

14   verdict form. Three, American Southern Homes Holdings, LLC and

15   ASH-Grayhawk, LLC claim that the LPA Sellers (David Erickson,

16   GH Lot Holdings, Inc., Tiger Creek Development, Inc., Cusseta

17   Road, LLC, Grey Rock Development, LLC, Windsong Bonacre, LLC,

18   Erickson Investments, Inc., and Sage Development, Inc.)

19   breached the Land Purchase Agreement by failing to deliver

20   lots that they were obligated to provide under the Agreement

21   and/or by failing to agree to an order of Phase C lot

22   development. You will answer questions about this claim in

23   Section C of the verdict form. A contract is an agreement

24   between two or more parties for the doing or not doing of some

25   specified thing. To recover damages for a breach of contract,

12:14:14PM 1   the claiming party must prove, by a preponderance of the

2   evidence, the following: (1) a valid contract between the

3   parties; (2) an obligation or duty arising from that contract;

4   (3) a breach of that duty; and (4) damages caused by that

5   breach. Every contract or duty within a contract imposes an

6   obligation of good faith in its performance and enforcement.

7   If you find that a party breached a contract, you must

8   determine whether the breach caused damages. If you find that

9   the breach caused damages, you must determine the amount to

10  award. On the issue of contract damages, damages are given as

11  compensation for injury sustained. "Actual damages"

12  recoverable for a breach of contract are such as arise

13  naturally and according to the usual course of things from the

14  breach and such as the parties contemplated when the contract

15  was made as the probable result of the breach. However, remote

16  or consequential damages are not allowed whenever they cannot

17  be traced solely to the breach of the contract or unless they

18  may be computed exactly, such as the profits that are the

19  immediate fruit of the contract and are independent of any

20  collateral enterprises entered into in contemplation of the

21  contract. You will notice that for one of the breach of

22  contract claims, the verdict form asks if you award "nominal

23  damages." In every case of breach of contract, the party not

24  breaching it has a right to damages. But, if there has been no

25  actual damage, the plaintiff can recover nominal damages that

12:14:14PM 1    may cover expenses of litigation.

2        The LPA Sellers assert three affirmative defenses to

3    the breach of contract claim against them for breach of the

4    Land Purchase Agreement. If you determine that the LPA Sellers

5    breached the Land Purchase Agreement and caused damages to

6    American Southern Homes Holdings, LLC and ASH-Grayhawk, LLC,

7    you will answer questions about these affirmative defenses in

8    Section C of the verdict form. The LPA Sellers' first

9    affirmative defense is that American Southern Homes Holdings,

10    LLC and ASH-Grayhawk, LLC prevented the LPA Sellers from

11    performing their obligations under the Land Purchase

12    Agreement. Where one party prevents the other party from

13    performing a condition under the contract, the party

14    preventing the performance of the condition cannot claim it

15    has been injured as a result of the non-performance of the

16    condition. To prove this affirmative defense, the LPA Sellers

17    must prove by a preponderance of the evidence that American

18    Southern Homes Holdings, LLC and ASH-Grayhawk, LLC prevented

19    the LPA Sellers from performing their obligations under the

20    Land Purchase Agreement. If you find in favor of the LPA

21    Sellers on this affirmative defense, then that means you find

22    in favor of the LPA Sellers on this claim, and you do not need

23    to consider the other affirmative defenses or damages on the

24    claim for breach of the Land Purchase Agreement. The LPA

25    Sellers' second affirmative defense is that American Southern

12:14:14PM  1  Homes Holdings, LLC and ASH-Grayhawk, LLC failed to mitigate

2  their damages. When a party to a contract is injured by the

3  other party's breach, that party must mitigate its damages as

4  much as is practicable by the use of ordinary care and

5  diligence. For purposes of this case, the duty to mitigate

6  damages requires American Southern Homes Holdings, LLC and

7  ASH-Grayhawk, LLC to be reasonably diligent in seeking

8  substantially equivalent lots to the lots that claim the LPA

9  Sellers are obligated to deliver but have not delivered. To

10  prove that American Southern Homes Holdings, LLC and

11  ASH-Grayhawk, LLC failed to mitigate damages, the LPA Sellers

12  must prove by a preponderance of the evidence that: (1) lots

13  comparable to the LPA Sellers' lots that were the subject of

14  the Land Purchase Agreement were available, and (2) American

15  Southern Homes Holdings, LLC and ASH-Grayhawk, LLC did not

16  make reasonably diligent efforts to obtain such lots. In

17  determining whether American Southern Homes Holdings, LLC and

18  ASH-Grayhawk, LLC failed to reasonably mitigate damages, you

19  should evaluate whether they failed to use diligent efforts to

20  obtain comparable lots from parties other than the LPA

21  Sellers. In their efforts to mitigate damages, American

22  Southern Homes Holdings, LLC and ASH-Grayhawk, LLC had no duty

23  to attempt to obtain lots from the LPA Sellers after the LPA

24  Sellers breached the Land Purchase Agreement. If you find that

25  the LPA Sellers proved by a preponderance of the evidence that

12:14:14PM 1    American Southern Homes Holdings, LLC and ASH-Grayhawk, LLC

2    failed to mitigate damages, then you should reduce the amount

3    of these Plaintiffs' damages by the amount that could have

4    been reasonably realized if Plaintiffs had taken advantage of

5    an opportunity to procure substantially equivalent lots. The

6    LPA Sellers' third affirmative defense is that American

7    Southern Homes Holdings, LLC and ASH-Grayhawk, LLC waived

8    their right to terminate the Land Purchase Agreement and seek

9    lost profit damages. If one party to a contract indicates an

10   intention not to perform under the contract, then the other

11   party may treat the contract as canceled and sue for total

12   damages caused by the breach, including lost profits that are

13   not speculative. But to be entitled to total breach damages

14   including lost profits, the non-breaching party must elect to

15   terminate the contract without undue delay under all of the

16   circumstances. In this case, American Southern Homes Holdings,

17   LLC and ASH-Grayhawk, LLC initially elected to seek the LPA

18   Sellers' performance under the Land Purchase Agreement for

19   lots that were already due by asking the Court to order the

20   LPA Sellers to deliver lots to them for purchase, although

21   they could not yet pursue performance under the contract for

22   lots that were not yet due. American Southern Homes Holdings,

23   LLC and ASH-Grayhawk, LLC contend that in August 2023, they

24   stated their intent to terminate the Land Purchase Agreement

25   and seek damages at trial instead of continuing to pursue

12:14:14PM 1   specific performance under the Agreement. The LPA Sellers

2   contend that American Southern Homes Holdings, LLC and

3   ASH-Grayhawk, LLC waived their right to terminate the Land

4   Purchase Agreement and pursue such damages. To prove that

5   American Southern Homes Holdings, LLC and ASH-Grayhawk, LLC

6   waived a contractual right, the LPA Sellers must prove by a

7   preponderance of the evidence that American Southern Homes

8   Holdings, LLC and ASH-Grayhawk, LLC intentionally made a

9   choice between two inconsistent rights and unreasonably

10   delayed in stating their intent to terminate the Land Purchase

11   Agreement. A waiver must be clear and unmistakable, and it may

12   be express or may be inferred from actions under the totality

13   of the circumstances. This is a fact question for you the jury

14   to decide. If you find in favor of the LPA Sellers on this

15   affirmative defense, you may not award lost profits to

16   American Southern Homes Holdings, LLC and ASH-Grayhawk, LLC.

17   If you find that a breach of the Land Purchase Agreement

18   caused damages to American Southern Homes Holdings, LLC and

19   ASH-Grayhawk, LLC and that the LPA Sellers' first affirmative

20   defense does not apply, you must determine whether to award

21   damages, and in what amount. On the issue of damages, you must

22   consider any damages caused by each LPA seller separately. If

23   you find in favor of the LPA Sellers on their second

24   affirmative defense (mitigation of damages), you must reduce

25   the amount of Plaintiffs' damages as I explained a moment ago.

```
12:14:14PM 1    If you find in favor of the LPA Sellers on the third
          2    affirmative defense (waiver of right to terminate), you may
          3    not award lost profits to American Southern Homes Holdings,
          4    LLC and ASH-Grayhawk, LLC. If you do not find in favor of the
          5    LPA sellers on the third affirmative defense (waiver of right
          6    to terminate), your damages award may include lost profits if
          7    you find that American Southern Homes Holdings, LLC and
          8    ASH-Grayhawk, LLC proved them by a preponderance of the
          9    evidence. Lost profits may not be speculative – they must be
         10    shown with reasonable certainty. To determine whether lost
         11    profits should be awarded, you may consider whether American
         12    Southern Homes Holdings, LLC and ASH-Grayhawk, LLC had a
         13    proven track record that would allow you to determine with
         14    reasonable certainty that they would likely suffer the lost
         15    profits that they seek to recover and the amount of those lost
         16    profits. In addition, American Southern Homes Holdings, LLC
         17    and ASH-Grayhawk, LLC must provide information or data
         18    sufficient to enable you the jury to estimate the amount of
         19    the loss with reasonable certainty, including projected
         20    revenue and projected expenses. And, you may only award lost
         21    profits that are directly traceable to the acts of the LPA
         22    Sellers. Because future lost profits damages have not yet
         23    occurred and any award of those damages would be made
         24    presently, you must reduce any award of future lost profits to
         25    the present value of the future loss.
```

12:14:14PM 1          Okay, I'm getting toward the end.  Your verdict in

2    this case must be unanimous – in other words, you 12 of you

3    must agree to all questions on the verdict form in order for

4    you to return a verdict in this case. Your deliberations are

5    secret, and you'll never have to explain your verdict to

6    anyone. Each of you must decide the case for yourself, but

7    only after fully considering the evidence with the other

8    jurors. So you must discuss the case with one another and try

9    to reach an agreement. While you're discussing the case, do

10   not hesitate to reexamine your own opinion and change your

11   mind if you become convinced that you were wrong. But do not

12   give up your honest beliefs just because others think

13   differently or because you simply want to get the case over

14   with. Remember that, in a very real way, you're judges in this

15   case.  You are the judges of the facts. Your only interest is

16   to seek the truth from the evidence in the case.

17          You have been permitted to take notes during the

18   trial. Most of you – perhaps all of you – have taken advantage

19   of that opportunity. You must use your notes only as a memory

20   aid during deliberations. You must not give your notes

21   priority over your independent recollection of the evidence.

22   And you must not allow yourself to be unduly influenced by the

23   notes of other jurors. I emphasize that notes are not entitled

24   to any greater weight than your memories or impressions about

25   the evidence in the testimony.

12:14:14PM 1    When you get to the jury room when you come back

2    from lunch, you'll select a foreperson. The foreperson will

3    direct your deliberations and speak for you in court. A

4    verdict form has been prepared for your convenience. I'm

5    going to go over that verdict form at this time to make sure

6    it's clearly explained. So let me click into my computer and

7    see if I can pull this up. Mr. Gunn, connect to my computer.

8    Am I connected?

9        Ladies and gentlemen, we had a jury trial last week

10   and this worked like a charm. I'm not sure why it's not

11   working at this time. I'll do it the old fashioned way and

12   you won't have it on your screen. You will have this with you

13   in the jury room. The first part of the verdict form has got

14   the caption of the case, which is the Plaintiffs who are

15   bringing the case which is American Southern Homes Holdings

16   LLC and ASH-Grayhawk. And then it has got all of these

17   Defendants listed. These are separate Defendants. I've also

18   referred to them during the jury charges as the LPA sellers,

19   the land purchase agreement sellers. These are the Defendants

20   and they are listed out David Erickson and the different

21   company LLCs are listed as Defendants. We've separated the

22   verdict form. It's separated so that you can answer questions

23   about each claim and each affirmative defense rather than just

24   returning a general verdict to find in favor of the Plaintiffs

25   or in favor of the Defendants. This allows you to go through

12:14:14PM 1    each claim and make specific findings as to whether the party

2    brining the claim or the Defense has carried their burden of

3    proving it by preponderance of the evidence.

4         The first section is Section A and it is Plaintiff's

5    claim.  Person American Southern Holdings LLC and Ash-Grayhawk

6    LLC.  It is their claim for breach of the consulting

7    agreement.  Their claim against Mr. David Erickson

8    individually for breach of the consulting agreement.  I've

9    instructed you on the law with regard to that but here's what

10   you'll have to answer.  And I'm going to send up the original

11   and 12 copies of this so you all can follow along when you're

12   going through so each person will have a copy but you'll only

13   return the one original as the verdict.

14        The question says:  Do you find that American

15   Southern Homes Holdings LLC and ASH-Grayhawk LLC proved by a

16   preponderance of the evidence that David Erickson breached the

17   consulting agreement and caused damages to American Southern

18   Homes Holdings LLC and ASH-Grayhawk LLC?

19        It says, Answer: Yes or no.

20        You'll just fill in the blank, yes, you find that

21   they did prove that by a preponderance of the evidence; or no,

22   they did not prove that.  Now if you find, yes, that they did

23   prove that he breached the consulting agreement you'll go to

24   the next question.

25        Do you award nominal damages to American Southern

12:14:14PM 1  Homes Holdings LLC and ASH-Grayhawk LLC for breach of the

2  consulting agreement?

3         They you will answer yes or no.  If you answer, yes,

4  then you'll put in an amount of those nominal damages.  This

5  is just for the breach of the consulting agreement.  Now, if

6  you answer, yes, that you find that the Plaintiffs have proven

7  that David Erickson breached the consulting agreement, then

8  you would not consider the next claim; which is Mr. Erickson's

9  claim for breach of the consulting agreement.  Mr. Erickson

10  asserts the claim that the Plaintiffs breached the consulting

11  agreement, but if you find in favor of the Plaintiffs in these

12  first two questions, that they have proven that Mr. Erickson

13  has breached the consulting agreement, then that takes care of

14  his claim against them.  He would have no such claim and you

15  would not need to answer this next question, which goes to Mr.

16  Erickson's claim for breach of the consulting agreement.  And

17  this form tells you that.  It simply says, if you've answered

18  yes with regard to questions one and two it says go to

19  question five.  So you skip questions three and four and the

20  reason you're skipping them is if you found in favor of the

21  Plaintiffs on the consulting agreement claim you can't find in

22  favor of Mr. Erickson.  Now, if you find the Plaintiffs have

23  now proven their burden and proven that Mr. Erickson breached

24  the consulting agreement then you would have to consider the

25  next claim and that's whether Mr. Erickson has proven by a

12:14:14PM 1    preponderance of the evidence that the Plaintiffs breached the
       2    consulting agreement; and that's Section B.  It says Erickson
       3    claim for the breach of the consulting agreement.  Do you find
       4    that David Erickson proved by a preponderance of the evidence
       5    that American Southern Homes Holdings LLC and ASH-Grayhawk LLC
       6    breached the consulting agreement and caused damages to David
       7    Erickson?  If you answer that question, yes, then you go to
       8    question four which asks whether you award damages.  That says
       9    yes or no and these would be damages to Mr. Erickson for the
      10    Plaintiffs breach of his consulting agreement.  And there's an
      11    amount -- A place for you to put in the amount.  If you find
      12    that there was no breach, that the Plaintiffs did not breach
      13    the consulting agreement, then you would go to this question
      14    five and that would take care of this claim.  That would mean
      15    that you don't find in Mr. Erickson's favor and you award no
      16    damages with regard to his claim for the breach of the
      17    consulting agreement.  Now, if you do find in favor of Mr.
      18    Erickson on this claim and you award him a specific amount of
      19    damages, you should fill in this blank that states the date
      20    that the breach occurred.  In other words, what date did the
      21    breach occur?  The Court would use that in determining whether
      22    interest should accrue on that amount from that particular
      23    date.  You don't get into that unless you are awarded damages.
      24         Now, so those are the first two claims.  The
      25    Plaintiffs claim that Erickson breached the consulting

12:14:14PM 1    agreement.  And the Erickson's claim that the Plaintiff

2    breached the consulting agreement.  Those are the first two

3    claims.  The third claim is in Section C and it's the

4    Plaintiffs' claim.  Again, the Plaintiffs are the ones that

5    initially brought the suit, which was American Southern Homes

6    Holdings LLC and ASH-Grayhawk LLC; that is in Section C.

7    Plaintiffs' claim for breach of the land purchase agreement.

8         Now, question five asks:  Do you find that American

9    Southern Homes Holdings LLC and ASH-Grayhawk LLC proved by a

10   preponderance of the evidence that the LPA sellers -- that's

11   the named Defendants in the case -- breached the land purchase

12   agreement and caused damages to American Southern Homes

13   Holdings LLC and ASH-Grayhawk LLC?

14        You would answer that question yes or no.  If you

15   answer that question you also need to state the date that the

16   breach first occurred and there's a question for that.  Now,

17   if you answered, yes, that you have found that the Plaintiffs

18   have proven by a preponderance of the evidence that these

19   Defendants, the LPA sellers breached the land purchase

20   agreement, then you would go on to the next question.

21        Question six:  Do you find that the LPA sellers

22   proved by a preponderance of the evidence that American

23   Southern Homes Holdings LLC and ASH-Grayhawk LLC prevented the

24   LPA sellers from performing their obligations under the land

25   purchase agreement; that's one of those affirmative defenses

12:14:14PM 1    that I described where they claim even if you find that there

2    was a breach; that the Defendants breached the LPA, you've got

3    to find whether the Defendants, the LPA sellers proved that

4    the Plaintiffs prevented them from performing under the

5    contract.  And you would answer that question yes or no.  Now

6    if you answer that question, no, meaning that the Defendants,

7    the LPA sellers have not proven that the Plaintiffs prevented

8    them from performing and you also had previously found that

9    the Plaintiffs prove that the Defendants breached the

10   contract; then that means that you have found in favor of the

11   Plaintiffs on this particular claim.  You found that there was

12   breach by the Defendants of the contract and you've found that

13   the Plaintiffs did not prevent the Defendants from performing

14   the contract.  Then you have found in favor of the Plaintiffs

15   with regard to this particular claim.  If you do that, then

16   you would check the box that says we the jury award damages in

17   the amount of $2,500,000 for return of the deposit to American

18   Southern Homes Holdings LLC and ASH-Grayhawk LLC and against

19   the LPA sellers or these Defendants.  Because I have

20   determined as a matter of law that if the jury find that the

21   LPA sellers breached the land purchase agreement and if the

22   jury also finds that the sellers have not proven that the

23   Plaintiffs prevented them from performing the contract; I

24   determined as a matter of law then the Plaintiffs are entitled

25   to the return of the $2,500,000 deposit.  And so you would

12:14:14PM 1    just check that box.  Now, if you find that the Plaintiffs

2    have not proven that the Defendants breached, then you would

3    answer no to that first question and that would end your

4    deliberations, because that would mean you had found in favor

5    of the Defendants with regard to that claim.

6            Furthermore, if you answered question six: Do you

7    find that the LPA sellers proved by a preponderance of the

8    evidence that American Southern Homes Holdings LLC and

9    ASH-Grayhawk LLC prevented them from performing their

10   obligation; if you answer that question, yes, that they

11   prevented them from performing then you've also found in favor

12   of the Defendants and that would end your deliberations and

13   that's spelled out here on the verdict form and you would not

14   need to consider anything further.  Now, this $2.5 million if

15   you find in favor of the Plaintiffs on this claim and you find

16   against the Defendants on that affirmative defense, that $2.5

17   million is for the return of that deposit that you heard

18   evidence about.  The Plaintiffs also make a claim as you've

19   heard for lost profit damages.  They have made this claim that

20   if the LPA, the land purchase agreement was breached, that

21   they contend that they suffered loss profit damage; that would

22   be in addition to this $2.5 million return of the deposit; and

23   you'd have to ask/answer additional questions with regard to

24   those issues.

25            Question seven is:  Do you find that the LPA sellers

12:14:14PM 1   prove by a preponderance of the evidence that American

2   Southern Homes Holdings LLC and ASH-Grayhawk LLC fail to

3   mitigate their damages with regard to their claims for lost

4   profits.  I described for you in the previous instructions

5   what failure to mitigate means.  And there will be a place on

6   the verdict form that I'll get to in a moment that allows you

7   to reduce an award of lost profit damages by any amount you

8   think they should have mitigated but fail to do; and I'll

9   explain that in a moment.

10          Next, question, question eight:  Do you find that

11   the LPA sellers prove by a preponderance of the evidence that

12   American Southern Homes Holdings LLC and ASH-Grayhawk waived

13   their right to terminate the land purchase agreement?  The

14   Plaintiff only has the right to pursue lost profit damages if

15   they terminated the contract.  So if you find that they waived

16   their right to terminate the contract you would not be able to

17   award lost future profit damages.  I'll explain that in a

18   moment, but you have got to answer that specific question.  Do

19   you find that the LPA sellers prove by a preponderance of the

20   evidence that the Plaintiffs American Southern Homes Holdings

21   LLC and ASH-Grayhawk waive their right to terminate the land

22   purchase agreement?  If you find that they waive their right

23   to terminate then they can't see the lost profit damages.

24          Now, the next question is with regard to the lost

25   profits.  It says:  What amount of damages for lost profits do

12:14:14PM 1    you find by a preponderance of the evidence should be awarded

2    to American Southern Homes Holdings LLC and ASH-Grayhawk LLC

3    and against each LPA seller for breach of the land purchase

4    agreement?

5            Now, if you answered yes to question seven; that's

6    the mitigation question.  You won't put an amount in number

7    seven but if you answered yes to that, that the LPA sellers

8    proved that that Plaintiffs failed to mitigate; the Plaintiffs

9    can still recover damages but you would have to designate the

10    damages, how much they should be reduced by the failure to

11    mitigate.  Now, if you answered yes this says to question

12    eight, then the damages amount may not include lost future

13    profits.  So if you answered yes to question eight; which

14    would have the effect of saying that they waived their right

15    to terminate the agreement -- the Plaintiffs waived that right

16    -- then you would not insert lost profit damages in this

17    chart.  This chart is for lost profits.  The $2.5 million

18    would have already been taken care of one way or the other

19    earlier.  When it says damages it's for lost profit damages in

20    this last section and it lists each of the Defendants who

21    owned lots, referred to as the LPA sellers.  And then there is

22    a blank by each of those Defendants where you would insert the

23    amount of lost profits if you had found there was a breach and

24    if you had found against the Defendants in their affirmative

25    defense.  You would insert that amount next to each party

12:14:14PM 1    there.  And then next to it, it says, reduction for failure to

2    mitigate.  If you found that there was a failure to mitigate

3    and you found the amount, then you would insert that amount in

4    that box, which would be the amount that would reduce the

5    amount of lost profit damages.  So if you found lost profits

6    you would put that amount in the damages section.  And then

7    you would put any failure to mitigate amount.  And the court

8    will reduce the amount you put in the damages box by that

9    mitigation amount when it renders the judgment against the

10    party if there is one.  So you would just figure the lost

11    profits if any have been proven.  I have explained to you the

12    burden of proof with regard to the certainty of proving that.

13    And then if you find failure to mitigate you would put that in

14    that box.  If you find that they did reasonably mitigate or

15    that the Defendant has not proven -- If you find that the LPA

16    sellers have not proven that the Plaintiff failed to mitigate,

17    then you would put zero in that box and the damages would just

18    be the amount that you've got in the damages box because there

19    would be no deduction.

20        You need to fill out these boxes for each of these

21    individual named Defendants who are in this box.  When you've

22    reached unanimous agreement, you will notify the court

23    security officer who will be outside your jury room that

24    you've reached your verdict.  You will be brought back down

25    here and I will publish the verdict.  For you to reach a

12:14:14PM 1   verdict all 12 of you have got to agree about that everything

2   that's on this verdict form.  No majority votes, it has to be

3   unanimous with the questions on the verdict form.

4          Now, during the process if you wish to communicate

5   with me at any time, please write down your message or

6   question and give it to the court security officer. The court

7   security officer will bring it to me.  And I will likely

8   convene the lawyers here and see this is a question from the

9   jury and we'll decide how to respond with a written note back

10   to you.

11          I don't encourage us to become pen pals during the

12   deliberation process because I can't decide the case.  My job

13   is basically over quite frankly.  You've got to decide the

14   case and I can't give you any commentary on evidence or

15   anything like that.  But if there's something that's really

16   bothering you and you need to get a note to me, then the way

17   to do it is to simply send out the written note.

18          I caution you about being patient because I'm not

19   going to respond right away.  I'm going to get the lawyer's

20   input and I'm going to have to get them all convened in the

21   courtroom.  It may take a few minutes to get you back a

22   response.  At no time should you tell me what the score is.  I

23   don't need to know whether it's six to six, or eight to four,

24   or nine to three.  You can only return a verdict if it's 12 to

25   nothing.  That information is irrelevant as to how you all are

1:02:26PM  1   broken down at a particular moment in time.  I really don't

2   need that information at all and ask you not to send me that

3   information.

4          Now, we've had these exhibits that have been

5   admitted and we got a system, which I hope works better then

6   me pulling up the jury verdict on my screen works.  But we've

7   got a system that has worked well where these exhibits are

8   downloaded when they are admitted in digital form.  Some of

9   you may have noticed there's a big screen up in the jury room.

10  You'll be able to take that mouse and click on a particular

11  Exhibit No. and have that appear on the screen.  That's the

12  way it's supposed to work so that all of you can look at it at

13  the same time, perhaps, if you want to.  We're also going to

14  send up these voluminous paper exhibits so there will be a

15  physical copy if you want to look at them in that way too.

16  They should be up there for your review.  If you have trouble

17  working the screen then let the court security officer know

18  and we'll make sure that it's operable and there is no

19  confusion about how it's operated.  I think is fairly simple

20  to operate, okay.

21          While y'all are gone to lunch the Courtroom Deputy

22  Mr. Gunn he will be leave the original verdict form up there

23  on your table along with 12 copies of that verdict form.

24          The Foreperson after all of you've agreed to the

25  unanimous verdict will fill out the original and sign it.

1:04:23PM 1    Which will indicate that all 12 of you agreed to it and signed

2    it.  He will also leave up there the written jury

3    instructions, one copy of those, if you want to review those

4    during the deliberations.

5            By the time you get back from lunch the exhibits

6    should be downloaded in that system ready for you to access

7    them if you choose to do so.  So it's 1:05.  Why don't we take

8    until 2:15 for lunch.  That will get you about an hour and ten

9    minutes and then come back and you'll be able to go straight

10   to the jury room and begin your deliberations as soon as all

11   12 of you are there.  You should not begin your deliberations

12   until all 12 are present.

13           You should still not discuss the case until you get

14   back here at 2:15 when all 12 of you are there.  If a couple

15   of you or some of you go to lunch do not discuss the case.

16   This case only needs to be discussed when all 12 are present

17   and can hear what everybody has to say at the same time.  So

18   you can take your notebooks up with you and then go to lunch.

19   We will await your verdict.

20           All rise, are there any objections to the Court's

21   charge other than those previously stated for the record by

22   the Plaintiffs?

23           MR. KRAMER:  No, Your Honor.

24           THE COURT:  By the Defendants?

25           MR. SHEBELSKIE:  No, sir.

1:06:17PM 1          THE COURT:  You heard.  Lunch until 2:15 and then

2    we'll just wait on them.  Recess awaiting the jury vote.

3    [RECESS]

4    Monday, September 25, 2023 16:42:37

5          THE COURT:  All right, they've got a series of

6    questions related to nominal damages.  The questions say for

7    the consulting agreement: 1) Do we have to decide what the

8    nominal award amount should be; 2)  What do the nominal

9    damages include; 3) can you clarify if the jury has to decide

10   the amount of nominal damages?

11         I gave this charge that the parties requested about

12   somehow being tied to litigation expenses, but there is no

13   evidence in the record at all on the litigation expenses.  So

14   if they have to decide it based on litigation expenses I don't

15   see how they can decide that without speculating.  Let's see

16   if the federal charges have a general charge on nominal

17   damages.  What's the Plaintiffs' suggestion as to how I should

18   respond to their question?

19         MR. KRAMER:  Yes, Your Honor, I think this go back

20   to an issue we talked about at the pretrial conference, which

21   is a little confounding insofar as Georgia law, state law

22   which governs the consulting agreement allows for nominal

23   damages to address the cost of litigation, the expenses of

24   litigation.  And I believe initially the Court was concerned

25   that there would be overlap with taxable costs resulting in

4:46:06PM 1    double recovery.  Indeed, the statute is 13-06-06:  In every

2    case of breach of contract the injured party has a right to

3    damages, but if there's been no actual damage the injured

4    party may recover nominal damages sufficient to cover the cost

5    of bringing the action.

6              I believe the ruling in the pretrial conference was

7    that we were not to quantify the costs to avoid double

8    recovery.  Our view on that was if there were an award of

9    damages and later a bill of costs there could be an offset to

10   address the overlap with the potential for double recovery.

11   So our position is the jury should award nominal damages.

12             We didn't have an opportunity to present the amount

13   so we didn't.  And they just have to use their discretion to

14   come up with a number.  We've seen in the case law up to

15   $650,000 upheld in Georgia cases.  So it's a little bit of a

16   conflict between federal procedure and Georgia state law to be

17   honest, which is a bit confounding.

18             THE COURT:  Well, if you had been allowed to put up

19   evidence of litigation costs what would you put up other than

20   evidence of costs that a prevailing party gets issued by the

21   Clerk anyway?

22             MR. KRAMER:  What category that came into evidence

23   without quantification was travel expenses for example.

24             THE COURT:  There's evidence in the record of the

25   amount of travel expenses.

4:48:08PM 1      MR. KRAMER:  Not the amount, but the fact of travel

2    expenses, Your Honor.

3            THE COURT:  So you think the Plaintiff should have

4    been permitted to put up evidence of out-of-pocket expenses

5    that would not have been, that would not typically be covered

6    by bill of costs, but not attorney's fees.

7            MR. KRAMER:  The time has passed to --

8            THE COURT:  I understand that, but I'm saying now

9    based on that ruling, they don't have anything to base an

10   award on.

11           MR. KRAMER:  I think the charge to the jury should

12   be, yes, on the amount and your best estimate of litigation

13   expenses.

14           THE COURT:  But how can they have an estimate of

15   that if there's no evidence of it?

16           MR. KRAMER:  Using their everyday experiences as

17   jurors, Your Honor.  That's the best we can do under the

18   circumstances.  And that's what we tried to do to navigate

19   through this confounding situation.

20           THE COURT:  And do the Georgia cases that you cite

21   say that it is a jury question as to the amount?

22           MR. KRAMER:  Yes, Your Honor, I believe they do.  I

23   don't want to go off the top of my head.  It's in our briefing

24   game.  It was a jury award of $650,000 in nominal damages.

25           THE COURT:  In that case the Plaintiffs were

Joan Drammeh * Federal Reporter * 706-653-1097

4:49:38PM 1    permitted to put up evidence as to those costs I guess.

2              MR. KRAMER:  Must have been, Your Honor, I don't

3    know what the evidentiary record looked like in that case.

4              MR. SHEBELSKIE:  Your Honor.

5              THE COURT:  Yes, sir.

6              MR. SHEBELSKIE:  Going back to the pretrial

7    conference, the reason the Plaintiffs weren't allowed to

8    present any quantification of cost for the particular count

9    was that they had not disclosed at any time during discovery

10   the quantification of the costs for which they would seek

11   under the banner of nominal damages, only general categories.

12   So this harkens back to the Rule 50 motion I made at the close

13   of all the evidence; that they had not provided evidentiary

14   basis for the assessment.  Ultimately, just for failure of

15   proof --

16             THE COURT:  Well, they say I prevented them from

17   putting that up.

18             MR. SHEBELSKIE:  You prevented it only in the sense

19   that they had failed to disclose any amount during discovery

20   as part of their damage disclosures.  They never had an expert

21   that could quantify it.  They never exposed any amount of

22   damages in the Rule 26 disclosures or otherwise.

23             THE COURT:  Okay.  Well this is going to be an issue

24   that will be decided post verdict.  The question is now what

25   do I tell the jury.

4:51:14PM 1        MR. SHEBELSKIE:  On that, Your Honor, I think all

2   you can instruct them is that they have to follow the

3   instructions.  I forget the number of the charge, but it says

4   if they can make a certain finding on the entity question they

5   will assess nominal damages and they just need to follow

6   evidence such as it might be or not be.  They can't guess.  I

7   think you can instruct them they can't speculate; that's

8   consistent with the charge.

9        THE COURT:  Okay.  It has happened now, but in

10   thinking through this I would think that under Georgia law

11   Plaintiff should be allowed to put up evidence of their

12   litigation expenses that would not otherwise be taxable by the

13   Clerk.  But I don't remember precisely at the pretrial

14   conference whether my ruling was you can't do that because you

15   had an obligation in discovery to specify your damages and you

16   hadn't done so or whether my ruling was just I'm not going to

17   let you do it because I don't see how you can avoid

18   duplication of the taxable costs.

19        Sitting here today I do see how you could avoid

20   duplication, by putting up evidence that would not generally

21   be taxable by the Clerk.  But if my ruling was based upon your

22   failure to timely disclosed then that's another issue.  Let me

23   see what I can craft here for a response.

24        MR. KRAMER:  Your Honor, we do have some Georgia

25   case law here that might help, but I don't want to interrupt

4:53:24PM 1  the drafting exercise.

2          THE COURT:  I don't want to give them new

3  substantive instructions I didn't give them the first round.

4          MR. KRAMER:  Fair enough.

5          THE COURT:  My suggested response is simply:  The

6  amount of nominal damages is for the jury to decide if you can

7  do so without speculating.  Does the Plaintiff have any

8  problem with that?

9          MR. KRAMER:  I think the only suggestion we would

10  have, Your Honor, is to indicate the jury had discretion

11  consistent with Georgia law to award an amount that it

12  believes is appropriate under the circumstances.

13          THE COURT:  As long as they don't speculate; that's

14  the problem.  They can't grab it out of thin air and right now

15  that's what they are going to be doing quite frankly.  I think

16  at the end of the day there's going to be a problem sustaining

17  a nominal damages award based on the evidence.

18          Just as a technical matter, what does that get you

19  if they awarded $100 bucks other than $100 bucks.

20          MR. KRAMER:  There is a fee shifting provision in

21  the consulting agreement Your Honor, for the prevailing party

22  so that's what it gets.  But it doesn't matter really what the

23  amount is.  I suppose it's $100 bucks.

24          THE COURT:  Is there a fee shifting agreement in all

25  the agreements?

4:55:21PM  1          MR. KRAMER:  No, only in the consulting agreement.

2          THE COURT:  Only in the consulting agreement.

3          MR. KRAMER:  That's right.  Which is why this claim

4     was allowed to proceed past summary judgment.

5          THE COURT:  Okay.  Well, you should have just told

6     them to put a hundred dollars in there if they felt.  I don't

7     know if they are going to rule in your favor on that claim

8     anyway, but I doubt they would be up there worried much about

9     it if the lawyer just said stick $100 in that box.

10          MR. KRAMER:  Point well taken, Your Honor.

11          THE COURT:  Well, you all had a lot of other things

12     to think about.  I think they've got to know that they can't

13     just speculate.  I'm going to respond.  I mean I've never

14     heard of -- of course Georgia law so we don't deal with it

15     everyday -- but I've never heard of nominal damages award of

16     $650,000.

17          MR. KRAMER:  We were surprised to find that as well,

18     Your Honor.

19          THE COURT:  That seems to be some other aspect of

20     Georgia law than just "nominal damages" but I think to recover

21     something like that you'd have to put up litigation costs that

22     would be in addition to what would be taxable by the Clerk,

23     but not yet be attorneys fees; that's the trick.

24          MR. KRAMER:  That's right, Your Honor.  The case law

25     is Brock vs King.

4:57:10PM 1          THE COURT:  I don't doubt that Islam.

2          MR. KRAMER:  It can be anything from a trivial

3     amount to --

4          THE COURT:  But I don't think the law is they can

5     just pick it out of thin air without any basis in the

6     evidentiary record to award it.

7          MR. KRAMER:  Well, then we should tell them, Your

8     Honor, if speculation is required that they should award a

9     dollar.

10          THE COURT:  I was thought that was the concept of

11     nominal damages; that it was a recognition that you had

12     prevailed on the claim, but you can't prove an amount so

13     here's a dollar.

14          MR. KRAMER:  Traditionally, that's right, Your

15     Honor, of course.

16          MR. SHEBELSKIE:  The problem, Your Honor, we find

17     ourselves is that Plaintiffs' greed with your instructions and

18     now you're going to substantively change the instructions.

19     Because they wanted to go for the $650,000 or such amount

20     without any evidence.  Now, they want to rewrite the

21     instructions to say at least give us a dollar.  They should

22     have been raised this in the charge conference.

23          THE COURT:  That should have been the charge.  The

24     charge should have been it's up to you to decide based on the

25     record that can be tied to litigation expenses.  If you cannot

Joan Drammeh * Federal Reporter * 706-653-1097

4:58:50PM 1  determine and exact amount, but you determine the Plaintiff

2  should prevail on the claim you may award $1, but that was not

3  the charge.  The question is whether it should be the charge

4  now.

5          MR. KRAMER:  There certainly is evidence Your Honor

6  of litigation expenses that are nontaxable including the

7  travel expenses --

8          THE COURT:  But not an amount.

9          MR. KRAMER:  That's correct.  The jury could simply

10  be instructed to award a trivial sum it they must otherwise

11  speculate to be consistent with the Brock vs King for example.

12          THE COURT:  Well, it would have been proper for that

13  to have been the main instruction, but I did not alert the

14  parties that that was going to be the instruction so they

15  could frame their closing argument accordingly.  The whole

16  reason to pass out the instruction in part is to let you know

17  what the Court's going to instruct before you give your

18  closing argument.

19          MR. KRAMER:  Understood.  The instruction here is

20  the statute.  I guess we just find ourselves in a confusing

21  situation as --

22          THE COURT:  Well, the problem is that the lack -- I

23  don't know the problem is the law as much it is the lack of

24  evidence the record.  If we had the opportunity to go back and

25  do it again I think there should have been another sentence

5:00:29PM 1  added to the charge that said, if you cannot determine an

2  amount without speculating you may award $1 indicating that

3  you find for the Plaintiff on that claim, but nobody suggested

4  that.

5           MR. KRAMER:  There certainly is enough evidence for

6  the jury to conclude that at least a dollar has been spent

7  without speculating, Your Honor.

8           THE COURT:  Well, then they will decide that.  I'm

9  going to respond:  Members of the jury the amount of nominal

10  damages if for you to decide if you can do so without

11  speculating.  We'll see what they come back with.

12           MR. KRAMER:  Very well.  Thank you.

13           THE COURT:  Anybody want to register an objection to

14  the response on the record?  Mr. Kramer, don't be shy.  You

15  know I don't really care if you object to what I do.  Quite

16  frankly, I'm a believer in the system and if I make an error;

17  fine with me for the Court of Appeals to correct it.  Thank

18  goodness over the last 20 years that hasn't happened a whole

19  lot I say with great humility.  If you want to preserve your

20  record go head.

21           MR. KRAMER:  Sure.  I think beyond the comments I've

22  already made Your Honor, we're comfortable with what the Court

23  is suggesting is a response.  Thank you.

24           THE COURT:  Any objection by the Defendants to this

25  response?

5:02:07PM 1    MR. SHEBELSKIE:  No, sir.

   2    THE COURT:  Take that to them.  I have no idea

   3 whether this means they haven't gotten to the other questions

   4 or they are circle back to the ones they can't resolve.

   5 Normally around this time of day they get close to a verdict

   6 typically so I wouldn't go for.

   7 [RECESS]

   8 Monday, September 25, 2023 17:21:35

   9    THE COURT:  Okay, this is a thoughtful jury.  They

   10 are getting a little more insistent.  What is "nominal

   11 damages".  Please define the scope of the charges.  For

   12 example, what are court costs for six days?  All right, this

   13 is going to be Land on the law so go ahead and mark in your

   14 books your appeal, but this is what I'm going to tell them.

   15    Members of the jury, nominal damages are given to

   16 recognize that a contract has been breached, but there's been

   17 no actual damage caused by the breach.  If you find a breach

   18 of the contract and that the breach has caused some harm, but

   19 you cannot reasonably quantify the harm; then you may award a

   20 small amount of nominal damages such as $1 to recognize the

   21 breach of contract even if you cannot determine the cost of

   22 litigation.  Any objection to that by the Plaintiffs?

   23    MR. KRAMER:  No, Your Honor.

   24    THE COURT:  Defendants?

   25    MR. SHEBELSKIE:  We object, Your Honor, because

5:27:01PM 1  that's a substantive change to the agreed upon the final

2  charge.

3        THE COURT:  All right, I understand that objection

4  do you at least acknowledge that it is a correct statement of

5  the law?

6        MR. SHEBELSKIE:  Yes, sir.

7        THE COURT:  Send this back to them as the response

8  and we'll see what that produces.

9  Monday, September 25, 2023 18:01:10

10  [RECESS]

11  Monday, September 25, 2023 18:05:04

12        THE COURT:  Okay, bring them in.  Okay, ladies and

13  gentlemen, you all have been working hard today.  It's

14  probably a good idea to clear your head, and get some fresh

15  air, and go home for the evening and then back and start back

16  at it in the morning at 9:00 a.m.  So we're going to adjourn

17  for the evening.  I want to once again instruct you that you

18  shouldn't discuss the case with anyone even if some of you all

19  may see each other or talk to each other in the evening.  You

20  all should not talk about this case because you can only

21  discuss it when everyone else on the jury is present.  Don't

22  do any kind of investigation.  Don't do any kind of research.

23  Do not Google nominal damages.

24        Don't do any of that.  You may not be satisfied with

25  the instruction so far, but you've got to base it on what you

6:08:30PM 1    hear here in the courtroom.  So I don't want anybody coming in

2    the jury room tomorrow saying I figured it out by going and

3    researching it on Google; that would not be appropriate.  So

4    have a good evening.  Is anybody out there?  No witnesses or

5    anybody on there?  Well, let's just go back upstairs then;

6    that'll be one last bit of exercise before you go home this

7    evening.  We'll see you in the morning at 9:00 a.m.  You can

8    start your deliberations when all 12 of you are present.  Have

9    a good night.  That jury room will be locked up so just leave

10   your stuff up there, your notes and everything.

11          Okay, I did want to just so the record will be

12   clear, I'm going to mark as Court's Exhibit 1 the supplemental

13   charge on nominal damages that I sent up just so it will be in

14   the record for any future purpose; that will be Court's

15   Exhibit 1.  Yes, sir.

16          MR. ELLIKER:  I think we already have a Court's

17   Exhibit 1 from earlier in the case.

18          THE COURT:  Okay, it will be Court's Exhibit 2 then,

19   whatever it is.  All right, you have a good evening.

20

21                   (Proceedings concluded.)

22                    END OF RECORD

23

24

25

6:10:06PM  1                 CERTIFICATE OF OFFICIAL REPORTER

        2

        3              I, Joan Drammeh, Federal Official Court

        4    Reporter, in and for the United States District Court for the

        5    Middle District of Georgia, do hereby certify that pursuant to

        6    Section 753, Title 28, United States Code, that the foregoing

        7    is a true and correct transcript of the stenographically

        8    reported proceedings held in the above-entitled matter and

        9    that the transcript page format is in conformance with the

       10    regulations of the Judicial Conference of the United States.

       11

       12

       13    Dated this 26th of SEPTEMBER, 2023

       14

       15

       16    _Joan Drammeh_____

       17

       18    JOAN DRAMMEH, CVR, CCR

       19    FEDERAL OFFICIAL COURT REPORTER

       20

       21                                        

       22

       23    MY COMMISSION EXPIRES:
             APRIL 1, 2024

       24

       25

CSO OFFICER: [1] 1304/2
MR. ELLIKER: [3] 1315/14 1315/22
 1444/16
MR. KRAMER: [51] 1304/6 1304/8
 1304/14 1304/17 1305/17 1305/19
 1306/8 1306/13 1307/3 1307/7
 1310/10 1314/18 1314/22 1315/12
 1315/17 1321/14 1322/19 1322/21
 1359/13 1359/16 1360/20 1396/3
 1403/15 1431/23 1432/19 1433/22
 1434/1 1434/7 1434/11 1434/16
 1434/22 1435/2 1436/24 1437/4
 1437/9 1437/20 1438/1 1438/3
 1438/10 1438/17 1438/24 1439/2
 1439/7 1439/14 1440/5 1440/9
 1440/19 1441/5 1441/12 1441/21
 1442/23
Mr. PETERSON: [8] 1310/13 1311/19
 1312/5 1312/11 1312/18 1313/14
 1313/17 1314/13
MR. QUACKENBOSS: [4] 1306/18
 1307/4 1307/17 1321/10
MR. SHEBELSKIE: [17] 1308/1
 1311/1 1311/10 1316/4 1358/9
 1358/25 1360/14 1360/23 1431/25
 1435/4 1435/6 1435/18 1436/1
 1439/16 1442/1 1442/25 1443/6
THE COURT: [87] 1304/5 1304/7
 1304/9 1304/15 1304/18 1305/18
 1305/23 1306/9 1306/14 1306/22
 1307/4 1307/11 1307/15 1307/18
 1310/4 1310/12 1310/23 1311/7
 1311/18 1312/1 1312/8 1312/16
 1313/8 1313/15 1314/7 1314/14
 1314/21 1314/23 1315/9 1315/13
 1315/15 1315/20 1315/23 1316/7
 1321/12 1321/15 1322/20 1358/7
 1358/21 1359/1 1359/14 1359/17
 1359/25 1360/15 1360/21 1396/1
 1403/13 1404/17 1431/24 1432/1
 1432/5 1433/18 1433/24 1434/3
 1434/8 1434/14 1434/20 1435/25
 1435/5 1435/16 1435/23 1436/9
 1437/2 1437/5 1437/13 1437/24
 1438/2 1438/5 1438/11 1438/19
 1439/1 1439/4 1439/10 1439/23
 1440/8 1440/12 1440/22 1441/8
 1441/13 1441/24 1442/2 1442/9
 1442/24 1443/3 1443/7 1443/12
 1444/18

## $

$0 [1] 1357/12
$1 [4] 1309/18 1440/2 1441/2 1442/20
$1.7 [1] 1355/9
$1.7 million [1] 1355/9
$100 [7] 1338/15 1353/17 1404/7
 1437/19 1437/19 1437/23 1438/9
$100 million [2] 1353/17 1404/7
$124,967.67 [1] 1357/11
$14 [1] 1386/5
$15.45 [1] 1325/4
$15.45 million [1] 1325/4
$1500 [1] 1342/14
$16 [1] 1386/7
$16 million [1] 1386/7
$16.9 [1] 1325/4
$16.9 million [1] 1325/4
$1600 [1] 1324/11

$17.8 [1] 1324/18
$17.8 million [1] 1324/18
$18.4 [1] 1344/10
$18.4 million [1] 1344/10
$19 [1] 1386/6
$19 million [1] 1386/6
$2,500,000 [2] 1424/17 1424/25
$2.5 [12] 1304/12 1304/25 1305/4
 1305/6 1305/7 1305/13 1340/12
 1340/24 1425/14 1425/16 1425/22
 1427/17
$2.5 million [8] 1304/12 1304/25
 1305/4 1305/6 1305/7 1305/13
 1340/12 1340/24
$25 [2] 1324/8 1324/15
$25 million [2] 1324/8 1324/15
$250 [1] 1342/13
$250,000 [2] 1348/3 1401/3
$26 [1] 1324/6
$26 million [1] 1324/6
$3 [3] 1375/24 1401/17 1401/21
$3-5 million [2] 1401/17 1401/21
$30 [5] 1337/24 1353/10 1396/18
 1397/2 1401/22
$30 million [4] 1337/24 1353/10
 1396/18 1401/22
$30 million-dollar [1] 1397/2
$30.5 [3] 1338/17 1338/19 1400/5
$30.5 million [3] 1338/17 1338/19
 1400/5
$302,005.20 [1] 1357/10
$340 [2] 1337/23 1338/15
$340.00 [1] 1338/14
$35,000 [1] 1396/9
$37 [1] 1349/9
$37 million [1] 1349/9
$39 [5] 1356/5 1357/22 1362/9 1381/6
 1395/4
$39 million [5] 1356/5 1357/22 1362/9
 1381/6 1395/4
$39,000 [2] 1395/4 1395/6
$39,042,769.84 [1] 1356/12
$39,384,000 [1] 1356/22
$39,384,000 was [1] 1356/22
$39,875,887.62 [1] 1357/7
$40 [1] 1403/24
$40 million [1] 1403/24
$400 [1] 1376/19
$416,558,089 [1] 1357/12
$42 [1] 1386/5
$42 million [1] 1386/5
$48,000 [1] 1342/12
$48.7 [7] 1323/16 1324/25 1353/16
 1354/22 1356/4 1396/8 1404/8
$48.7 million [6] 1323/16 1324/25
 1353/16 1354/22 1356/4 1404/8
$48.76 [3] 1327/15 1327/24 1328/10
$48.76 million [2] 1327/15 1327/24
$5 [3] 1375/24 1375/25 1376/1
$5 million [3] 1375/24 1375/25 1376/1
$5.68 [3] 1328/9 1353/25 1357/19
$5.68 million [2] 1328/9 1357/19
$50 [5] 1323/21 1325/1 1353/14
 1396/8 1404/7
$50 million [5] 1323/21 1325/1 1353/14
 1396/8 1404/7
$520,000 [1] 1344/8
$520,698.62 [1] 1357/10
$6 [4] 1324/7 1347/22 1348/1 1401/2
$6 million [3] 1324/7 1348/1 1401/2

$6 million-dollar [1] 1347/22
$6.4 [1] 1324/19
$6.4 million [1] 1324/19
$650,000 [4] 1433/15 1434/24 1438/16
 1439/19
$67,880 [1] 1400/11
$69,647 [1] 1400/12
$7,518,888 [1] 1357/8
$7.9 [1] 1355/4
$7.9 million [1] 1355/4
$7.92 [1] 1324/7
$7.92 million [1] 1324/7
$8.7 [1] 1338/20
$8.7 million [1] 1338/20
$9,716,236.16 [1] 1355/11
$9.67 [1] 1348/2
$9.67 million [1] 1348/2
$9.677 [1] 1401/2
$9.677-million [1] 1401/2

'

'19 [1] 1369/2
'21 [3] 1382/18 1382/18 1386/20
'22 [1] 1386/20

.

.005 [1] 1355/8
.1 [1] 1395/7
.1 percent [1] 1395/7

## 0

0100 [1] 2/7
06 [1] 1433/1
09:16:14 [1] 1315/6
09:26:44 [1] 1315/8

## 1

1 percent [2] 1355/6 1355/20
10 [11] 1318/3 1318/13 1329/9 1332/5
 1335/12 1367/12 1367/15 1368/8
 1368/12 1368/16 1369/18
100 [1] 1/20
100-percent [2] 1346/17 1346/19
101 [1] 1390/18
1050 [1] 1/24
10:43:23 [1] 1359/22
10:54:18 [1] 1359/24
1100 [3] 1/15 1/17 1/24
116 [1] 1328/4
11th [1] 1347/3
12 [12] 1375/11 1418/2 1420/11
 1429/1 1429/24 1431/3 1431/1
 1431/11 1431/12 1431/14 1431/16
 1444/8
12-weeks [1] 1344/9
12.49 percent [1] 1386/24
12th [1] 1378/4
13 [1] 1319/23
13-06-06 [1] 1433/1
13th [2] 1336/11 1378/12
14 [2] 1327/2 1384/5
14 percent [1] 1403/9
14.24 percent [2] 1336/20 1336/22
140-something [1] 1363/12
14th [1] 1352/23
15 [10] 1306/25 1318/15 1318/15
 1323/13 1325/10 1326/25 1335/16
 1352/23 1359/1 1359/21
15-day [1] 1399/14
15.1 percent [1] 1324/24

**1**

1500 [3]  1/15 1/17 1/20
15th [3]  1317/13 1324/9 1399/3
16 [3]  1319/10 1342/12 1342/13
16-page [2]  1390/8 1390/10
1600 [1]  1324/15
16:42:37 [1]  1432/4
16th [2]  1344/18 1347/5
17 percent [1]  1403/10
17.5 [1]  1378/24
17.5 percent [3]  1336/18 1336/23
1378/23
17:21:35 [1]  1442/8
17th [1]  1326/16
18 [1]  1319/22
180 [1]  1364/6
18:01:10 [1]  1443/9
18:05:04 [1]  1443/11
18th [1]  1331/25
18th and [1]  1373/10
18th proposal [3]  1334/1 1334/25
1335/7
19.4 percent [1]  1386/20
1:05 [1]  1431/7
1st somebody [1]  1345/16

**2**

2 percent [1]  1400/20
2.0 [1]  1334/13
20 [6]  1319/12 1329/23 1338/4
1350/10 1378/23 1441/18
20 percent [2]  1336/17 1337/5
20005 [4]  1/16 1/18 1/21 1/25
2007 [1]  1317/5
201 [1]  1378/21
2016 [1]  1386/23
2019 [5]  1317/9 1317/13 1324/9
1369/2 1370/5
202-230-5105 [1]  1/18
202-230-5289 [1]  1/16
202-842-8800 [1]  1/25
2020 [23]  1313/25 1318/15 1318/16
1319/4 1319/10 1319/12 1319/23
1320/1 1320/5 1320/13 1320/18
1321/2 1329/20 1329/23 1336/19
1344/1 1346/16 1348/9 1355/8 1370/6
1371/18 1372/2 1399/3
2021 [48]  1313/1 1318/18 1319/11
1319/22 1320/7 1320/9 1320/11
1320/20 1323/10 1324/14 1325/9
1326/10 1326/16 1329/19 1330/25
1331/14 1331/25 1332/15 1333/9
1334/20 1336/1 1336/11 1338/4
1339/21 1341/3 1348/6 1352/21
1352/23 1356/23 1363/11 1363/15
1363/20 1364/17 1364/24 1366/13
1366/17 1372/19 1372/24 1373/19
1375/5 1382/23 1386/4 1386/23
1394/1 1397/1 1399/7 1400/7 1401/24
2022 [11]  1327/2 1332/15 1352/23
1364/24 1366/17 1373/19 1375/6
1376/16 1382/24 1386/6 1400/10
2023 [17]  1/5 1315/16 1315/8 1345/20
1359/22 1359/24 1364/24 1365/19
1383/1 1399/13 1400/11 1415/23
1432/4 1442/8 1443/9 1443/11
1445/13
2027 [1]  1326/14
20th [1]  1344/18
22 [2]  1320/1 1401/24

**2**

2200 [1]  1/19
2216 [1]  1/21
22nd [3]  1347/4 1374/13 1391/9
22nd special [1]  1391/12
22nd that [1]  1374/20
23 [5]  1320/5 1320/18 1321/2 1371/18
1386/20
23219 [2]  2/5 2/9
2339 [1]  2/6
23rd [1]  1346/22
24 [2]  1317/18 1318/12
246A [2]  1317/19 1318/25
246C [1]  1317/21
246E [1]  1367/14
24th [2]  1329/20 1331/4
25 [9]  1/5 1315/6 1315/8 1359/22
1359/24 1432/4 1442/8 1443/9
1443/11
257 [1]  1371/16
26 [1]  1435/22
261 [1]  1390/7
26th [3]  1347/4 1399/13 1445/13
27 [1]  1373/15
27th [1]  1374/21
28 [1]  1445/6
2848 [2]  1/22 1/22
28th [5]  1319/3 1319/11 1344/1
1344/16 1378/14
2:15 [3]  1431/8 1431/14 1432/1
2nd [8]  1314/1 1334/20 1347/5
1347/23 1374/12 1374/14 1394/1
1394/1
2nd they [1]  1378/14

**3**

3 percent [5]  1336/24 1355/18 1378/24
1403/2 1403/9
3.5 [1]  1373/21
3.5 percent [1]  1373/22
30 [3]  1347/4 1348/9 1352/23
300 [1]  1373/20
30308-2216 [1]  2/3
307 [2]  1373/16 1402/11
30th [1]  1313/1
30th sent [1]  1326/23
31902 [2]  1/22 2/6
326 [2]  1377/25 1393/25
34 [2]  1325/11 1336/4
340 percent [1]  1338/16
35 [7]  1325/12 1335/11 1335/14
1335/16 1381/18 1381/19 1399/14
35 houses [1]  1328/5
350 [1]  1373/20
391 [1]  1389/15
396 [1]  1371/1

**4**

4 percent [1]  1355/21
404-888-4186 [1]  2/3
4100 [1]  2/3
4186 [1]  2/3
44 [2]  1355/7 1355/8
4:21-CV-00095-CDL [1]  1/4
4B [1]  1395/1

**5**

5-foot [1]  1380/16
50 [5]  1307/8 1307/16 1307/25 1310/9
1435/12
5105 [1]  1/18

**5**

5289 [1]  1/16
3495 [1]  1/21
55 [1]  1328/5
55402 [1]  1/19

**6**

600 [3]  2/2 1324/15 1324/15
612-766-7000 [1]  1/19
685 [1]  1317/16
6th term [1]  1401/11

**7**

7000 [1]  1/19
706-322-0100 [1]  2/7
706-323-2848 [1]  1/22
753 [1]  1445/6
77 percent [1]  1355/17
785 [1]  1399/12
796128 [1]  1355/8
7TH [1]  1/19

**8**

80 [1]  1355/24
801 [2]  1390/10 1390/10
804-788-8200 [1]  2/9
808-788-8200 [1]  2/5
8200 [2]  2/5 2/9
8800 [1]  1/25
8th [1]  1346/16

**9**

9 percent [4]  1355/16 1355/25 1362/7
1381/7
90 [1]  1/19
906 [1]  1365/18
913-530-5495 [1]  1/21
933 [3]  1324/17 1355/22 1355/25
951 [2]  2/4 2/8
975 [1]  1389/17
995 [1]  1385/19
9:00 a.m [1]  1443/16 1444/7

**A**

a.m [2]  1443/16 1444/7
ability [1]  1409/2
able [7]  1327/19 1363/2 1392/19
1399/21 1426/16 1430/10 1431/9
about [143]  1305/4 1305/8 1306/25
1309/23 1311/4 1311/13 1323/5
1324/6 1324/22 1325/7 1326/13
1327/4 1327/9 1327/15 1327/23
1328/25 1329/3 1329/4 1329/6 1333/8
1333/12 1334/22 1334/24 1335/8
1335/9 1337/13 1337/14 1337/23
1338/12 1338/25 1339/6 1340/6
1341/3 1342/9 1342/10 1342/20
1344/21 1348/15 1348/25 1349/9
1351/18 1351/23 1354/8 1356/11
1356/24 1359/21 1360/6 1361/12
1361/17 1362/17 1365/3 1366/1
1366/9 1366/24 1368/2 1368/5 1368/7
1369/7 1370/1 1370/11 1370/13
1370/19 1370/22 1372/16 1372/16
1374/1 1374/17 1374/19 1374/23
1374/25 1375/17 1376/8 1376/12
1377/13 1377/14 1378/19 1378/24
1379/18 1380/15 1381/11 1381/16
1382/16 1385/3 1387/5 1388/2
1388/15 1389/1 1389/1 1389/3
1389/10 1389/24 1389/25 1390/8

about... [50]  1390/18 1391/2 1391/5
1391/7 1392/11 1392/12 1393/13
1393/23 1394/13 1395/12 1395/14
1395/19 1396/6 1396/6 1397/21
1399/25 1401/9 1402/6 1402/7
1402/21 1402/22 1403/13 1404/14
1404/23 1405/2 1406/5 1406/8
1406/12 1407/23 1408/9 1408/9
1409/3 1409/11 1411/3 1411/7
1411/13 1411/22 1413/7 1418/24
1419/23 1425/18 1429/1 1429/18
1430/19 1431/8 1432/11 1432/20
1438/8 1438/12 1443/20
above [1]  1445/8
above-entitled [1]  1445/8
absolutely [3]  1310/17 1311/20
1311/23
accept [4]  1321/7 1380/8 1408/12
1409/11
acceptable [1]  1335/19
accepted [1]  1316/25
access [2]  1401/4 1431/6
accident [1]  1368/20
accordance [7]  1312/24 1318/5 1326/8
1329/13 1367/16 1368/10 1368/13
according [4]  1326/19 1332/21
1360/15 1412/13
accordingly [1]  1440/15
accountant [2]  1340/20 1340/23
accounts [1]  1340/23
accrue [1]  1422/22
accurate [1]  1408/13
accurately [1]  1409/3
accusations [2]  1361/2 1361/21
accusing [2]  1388/21 1388/23
acknowledge [1]  1443/4
acknowledging [1]  1337/20
acquire [9]  1314/2 1320/12 1320/21
1321/3 1325/20 1345/4 1349/12
1363/2 1400/22
acquired [4]  1317/9 1320/4 1320/16
1321/1
acquiring [7]  1312/14 1317/6 1320/3
1320/6 1320/19 1321/3 1345/2
acquisition [7]  1317/11 1317/12
1317/24 1320/24 1350/11 1370/13
1402/19
across [1]  1362/23
act [8]  1371/12 1371/13 1372/14
1373/6 1373/6 1379/5 1379/10
1405/19
acted [3]  1372/11 1395/21 1395/22
acting [3]  1314/1 1362/22 1372/22
action [2]  1390/3 1433/5
actions [1]  1416/12
actively [1]  1346/18
acts [2]  1405/22 1417/21
actual [7]  1351/21 1356/10 1406/14
1412/11 1412/25 1433/3 1442/17
actually [6]  1308/10 1326/21 1332/17
1336/6 1336/10 1376/25
add [1]  1306/10
added [2]  1306/2 1441/1
addition [8]  1309/6 1318/10 1371/24
1379/2 1383/14 1417/16 1425/22
1438/22
additional [1]  1425/23
Additionally [1]  1329/23
address [10]  1310/11 1360/1 1360/8

1370/22 1371/3 1371/4 1400/17
1406/24 1432/23 1433/16
addressed [1]  1334/17
adjourn [1]  1443/16
administrative [1]  1385/23
admit [3]  1326/21 1345/11 1345/12
admits [1]  1348/10
admitted [15]  1311/9 1311/24 1312/20
1321/22 1323/25 1331/20 1336/5
1338/23 1349/18 1362/7 1401/7
1406/1 1406/2 1430/5 1430/8
adopting [1]  1335/18
advantage [3]  1364/4 1415/4 1418/18
affairs [1]  1343/16
affect [2]  1307/9 1405/15
affiliates [1]  1361/8
affirmative [24]  1310/15 1310/20
1311/3 1410/11 1410/14 1410/16
1410/19 1413/2 1413/7 1413/9
1413/16 1413/21 1413/23 1413/25
1415/6 1416/15 1416/19 1416/24
1417/2 1417/5 1419/23 1423/25
1425/16 1427/24
affirmatively [2]  1311/2 1311/20
afford [1]  1337/10
afraid [1]  1403/11
after [57]  1313/2 1313/2 1314/19
1314/21 1318/8 1318/13 1318/14
1319/6 1323/21 1324/8 1329/22
1330/21 1332/19 1346/21 1347/24
1348/5 1348/5 1348/19 1349/17
1350/17 1352/21 1352/23 1354/10
1358/24 1360/17 1361/13 1363/2
1363/15 1365/2 1366/17 1367/20
1371/15 1372/17 1372/19 1372/23
1372/25 1374/12 1374/12 1374/15
1374/20 1374/21 1375/5 1378/12
1379/15 1380/24 1382/22 1384/1
1391/8 1394/1 1397/22 1397/23
1400/13 1401/1 1402/24 1414/23
1418/7 1430/24
afternoon [1]  1358/17
again [22]  1316/10 1322/10 1331/1
1331/2 1336/5 1343/2 1345/8 1347/3
1347/3 1347/3 1360/23 1362/5
1399/16 1400/1 1401/10 1401/12
1402/10 1403/1 1404/9 1423/4
1440/25 1443/17
against [36]  1341/18 1342/3 1343/11
1351/14 1357/7 1357/9 1357/24
1359/11 1360/11 1361/2 1361/14
1361/19 1361/22 1362/6 1362/10
1362/10 1374/17 1375/10 1376/5
1376/14 1381/6 1387/11 1387/15
1391/10 1392/25 1395/5 1405/8
1410/3 1413/3 1420/7 1421/14
1424/18 1425/16 1427/3 1427/24
1428/9
agent [1]  1391/1
AGNEW [1]  1/17
ago [12]  1339/13 1339/15 1363/18
1364/25 1365/4 1366/10 1380/18
1380/23 1389/18 1389/24 1399/20
1416/25
agree [31]  1315/21 1318/9 1318/11
1318/19 1329/9 1330/10 1332/25
1333/1 1333/22 1335/13 1338/18
1353/9 1364/11 1364/14 1366/20
1367/21 1375/20 1375/21 1375/22
1375/23 1378/18 1379/6 1398/2

1398/21 1399/8 1400/2 1401/15
1405/9 1411/21 1418/3 1429/1
agreed [26]  1315/17 1321/6 1333/16
1334/7 1334/7 1334/17 1334/18
1338/19 1339/2 1352/20 1356/8
1361/16 1368/1 1376/2 1376/2 1376/7
1376/8 1376/16 1378/16 1378/17
1380/18 1381/22 1400/2 1430/24
1431/1 1443/1
agreeing [3]  1334/9 1361/11 1372/22
agreement [177]
agreements [5]  1309/5 1317/18 1387/2
1402/14 1437/25
agrees [1]  1343/20
ahead [11]  1305/1 1310/23 1310/23
1313/16 1340/6 1363/11 1363/12
1363/13 1396/24 1396/25 1442/13
aid [1]  1418/20
air [4]  1324/19 1437/14 1439/5
1443/15
airplane [3]  1342/15 1342/15 1349/17
al [2]  1/5 1/7
Alabama [2]  1328/3 1328/12
alert [1]  1440/13
alerted [1]  1306/21
ALISON [1]  1/17
all [128]  1304/2 1304/17 1306/10
1306/24 1306/25 1309/12 1309/19
1310/4 1310/12 1310/14 1312/10
1312/16 1313/22 1314/7 1314/16
1316/12 1316/20 1316/21 1321/15
1324/3 1325/15 1326/2 1326/6
1326/14 1328/13 1328/15 1330/3
1331/9 1334/10 1337/4 1337/8
1337/14 1339/20 1341/23 1346/4
1346/8 1349/2 1349/18 1350/9
1350/24 1351/10 1353/5 1353/7
1354/9 1354/13 1354/23 1356/15
1360/21 1361/2 1361/4 1361/12
1361/21 1366/4 1366/5 1366/17
1366/17 1366/20 1369/6 1369/7
1373/10 1373/13 1373/14 1374/6
1375/21 1375/22 1376/7 1376/4
1377/8 1377/10 1378/4 1378/10
1378/13 1378/15 1378/17 1379/3
1379/15 1379/16 1380/2 1380/17
1383/18 1385/15 1386/8 1387/9
1387/15 1388/16 1394/14 1394/18
1396/3 1400/15 1402/14 1402/20
1403/21 1405/10 1405/16 1408/11
1408/12 1410/7 1410/8 1415/15
1418/3 1418/18 1419/16 1420/11
1429/1 1429/20 1429/25 1430/2
1430/12 1430/24 1431/1 1431/10
1431/12 1431/14 1431/16 1431/20
1432/5 1432/13 1435/13 1436/1
1437/24 1438/11 1442/12 1443/3
1443/13 1443/18 1443/20 1444/8
1444/19
alleged [1]  1309/8
Allen [5]  1327/8 1329/1 1338/23
1340/13 1345/17
allocate [5]  1308/22 1354/21 1355/12
1357/2 1357/3
allocated [1]  1356/1
allocation [2]  1305/25 1308/24
allocations [1]  1305/22
allow [2]  1417/13 1418/22
allowed [7]  1409/10 1411/6 1412/16
1433/18 1435/7 1436/11 1438/4

allows [4]  1356/19 1419/25 1426/6
1432/22
almost [6]  1331/16 1339/21 1359/5
1363/12 1364/22 1389/22
along [4]  1316/1 1356/18 1420/11
1430/23
already [20]  1304/21 1311/9 1324/4
1325/1 1328/8 1328/9 1331/10
1331/13 1335/18 1346/24 1349/12
1354/2 1367/23 1371/15 1372/19
1374/1 1415/19 1427/18 1441/22
1444/16
also [27]  1309/10 1312/14 1314/9
1315/24 1316/19 1319/15 1319/17
1319/25 1320/2 1320/10 1327/11
1329/3 1343/18 1345/24 1346/6
1346/23 1363/16 1406/3 1407/22
1419/17 1423/15 1424/8 1424/22
1425/11 1425/18 1430/13 1431/2
alternative [1]  1310/21
although [2]  1304/21 1415/20
always [1]  1382/14
am [7]  1304/10 1305/25 1306/5
1340/21 1348/12 1404/21 1419/8
amendment [1]  1372/7
AMERICAN [69]  1/4 1317/5 1317/8
1317/25 1318/3 1318/23 1319/4
1319/7 1319/8 1319/13 1319/16
1319/18 1319/24 1320/1 1320/3
1320/13 1320/15 1320/16 1320/22
1320/23 1320/24 1320/25 1351/5
1351/13 1352/15 1393/6 1393/9
1410/24 1411/3 1411/9 1411/14
1413/6 1413/9 1413/17 1413/25
1414/6 1414/10 1414/14 1414/17
1414/21 1415/1 1415/6 1415/16
1415/22 1416/2 1416/5 1416/7
1416/16 1416/18 1417/3 1417/7
1417/11 1417/16 1419/15 1420/5
1420/14 1420/17 1420/25 1422/5
1423/5 1423/8 1423/12 1423/22
1424/17 1425/8 1426/1 1426/12
1426/20 1427/2
among [4]  1308/22 1355/12 1357/4
1362/18
amount [55]  1305/21 1306/6 1309/16
1322/11 1322/13 1361/2 1409/23
1412/9 1415/2 1415/3 1416/21
1416/25 1417/15 1417/18 1421/4
1422/11 1422/11 1422/18 1422/22
1424/17 1426/7 1426/25 1427/6
1427/12 1427/23 1427/25 1428/3
1428/3 1428/4 1428/5 1428/6 1428/7
1428/8 1428/9 1428/18 1432/8
1432/10 1433/12 1433/25 1434/1
1434/12 1434/21 1435/19 1435/21
1437/6 1437/11 1437/23 1439/3
1439/12 1439/19 1440/1 1440/8
1441/2 1441/9 1442/20
Amy [2]  1329/1 1345/17
analysis [1]  1386/14
analyzes [1]  1342/18
ancillary [1]  1402/14
ANNA [1]  1/20
announced [2]  1316/19 1388/11
annual [1]  1365/19
another [17]  1313/19 1324/8 1338/10
1338/23 1339/6 1341/2 1341/17
1344/17 1376/1 1378/2 1396/8 1396/9

answer [64]  1305/2 1305/12 1323/9
1323/16 1327/15 1330/12 1330/20
1335/1 1335/5 1338/1 1339/5 1339/9
1339/12 1339/19 1340/3 1340/15
1340/18 1340/18 1340/21 1342/6
1348/20 1350/9 1351/10 1351/16
1352/14 1352/19 1353/5 1353/12
1353/17 1354/7 1367/3 1367/5 1367/9
1379/19 1379/22 1381/9 1384/22
1388/1 1393/14 1393/17 1398/14
1398/16 1409/5 1411/2 1411/7
1411/13 1411/12 1413/17 1419/22
1420/10 1420/19 1421/3 1421/3
1421/6 1421/15 1422/7 1423/14
1423/15 1424/5 1424/6 1425/3
1425/10 1425/23 1426/18
answered [8]  1353/13 1421/17
1423/17 1425/6 1427/5 1427/7
1427/11 1427/13
answers [1]  1304/21
any [81]  1307/6 1307/15 1307/21
1308/17 1308/22 1309/8 1309/10
1309/11 1309/15 1310/7 1311/2
1312/2 1312/10 1315/9 1315/15
1316/17 1319/1 1321/12 1326/20
1337/14 1339/25 1341/15 1347/25
1352/7 1357/14 1357/14 1360/4
1370/3 1380/12 1383/3 1383/6
1384/22 1386/13 1387/6 1387/11
1387/19 1388/4 1388/9 1388/17
1388/20 1389/13 1393/13 1399/17
1403/6 1405/7 1405/11 1405/15
1406/5 1406/5 1407/2 1408/15
1408/18 1408/22 1409/12 1409/20
1410/1 1410/5 1412/19 1416/22
1417/23 1417/24 1418/24 1426/7
1428/7 1428/11 1429/5 1429/14
1431/20 1435/8 1435/9 1435/19
1435/21 1437/7 1439/5 1439/20
1441/24 1442/22 1443/22 1443/22
1443/24 1444/14
anybody [6]  1360/1 1360/8 1441/13
1444/1 1444/4 1444/5
anymore [4]  1365/14 1366/22 1379/17
1381/3
anyone [4]  1356/19 1405/8 1418/6
1443/18
anyone's [1]  1363/24
anything [17]  1312/3 1314/11 1329/2
1334/2 1338/18 1345/21 1350/4
1375/7 1378/18 1380/11 1406/3
1406/4 1406/7 1425/14 1429/15
1434/9 1439/2
anyway [3]  1349/22 1433/21 1438/8
apologies [1]  1342/4
appeal [1]  1442/14
Appeals [2]  1305/24 1441/17
appear [3]  1392/3 1409/4 1430/11
APPEARANCES [1]  1/13
appears [1]  1389/20
apply [2]  1404/20 1416/20
appoint [1]  1319/9
appointed [1]  1319/6
appreciated [1]  1323/1
approached [1]  1372/6
appropriate [2]  1437/12 1444/3
approve [2]  1380/8 1402/13
approved [1]  1376/3

1324/15 1339/21 1319/23
April [6]  1/9 1318/18 1319/22
1332/14 1378/3 1378/12
are [121]  1304/12 1305/15 1307/21
1307/23 1309/20 1311/6 1312/6
1313/25 1314/20 1315/3 1315/16
1316/2 1316/11 1316/21 1316/24
1317/18 1321/6 1321/15 1323/5
1326/4 1326/19 1328/11 1328/12
1328/13 1328/19 1329/5 1334/17
1334/18 1336/23 1339/3 1341/21
1342/8 1345/3 1346/1 1346/2 1346/3
1347/14 1347/14 1348/22 1353/16
1355/13 1355/22 1355/22 1355/23
1356/15 1360/11 1360/13 1364/22
1365/24 1366/6 1366/11 1366/23
1367/2 1367/23 1373/20 1374/5
1374/6 1376/4 1376/11 1376/13
1376/24 1378/25 1379/7 1381/5
1381/8 1383/24 1384/16 1387/23
1388/4 1388/5 1388/21 1388/22
1389/12 1389/12 1389/20 1390/13
1390/14 1394/14 1395/4 1400/2
1403/1 1405/22 1412/10 1412/12
1412/16 1412/18 1412/19 1414/9
1415/12 1417/21 1418/4 1418/15
1418/23 1419/14 1419/17 1419/19
1419/20 1419/22 1422/23 1422/24
1423/2 1423/4 1424/24 1428/21
1429/25 1430/7 1430/8 1430/21
1431/11 1431/12 1431/14 1431/16
1431/20 1437/15 1438/7 1440/6
1442/4 1442/10 1442/12 1442/15
1444/8
area [1]  1328/3
aren't [4]  1341/23 1354/11 1364/24
1389/11
argue [6]  1311/17 1321/17 1322/7
1322/12 1322/14 1327/23
argument [17]  1306/17 1307/24 1311/4
1311/23 1311/25 1312/1 1312/17
1315/2 1316/5 1322/2 1322/7 1322/9
1322/10 1360/22 1400/25 1440/15
1440/18
arguments [11]  1304/20 1305/10
1306/20 1307/1 1310/7 1314/19
1321/16 1358/8 1365/2 1392/10
1404/18
arise [1]  1412/12
arising [1]  1412/3
Arizona [1]  1342/24
Army [1]  1362/17
around [5]  1334/8 1340/22 1372/23
1393/2 1442/5
arriving [1]  1406/8
article [1]  1343/17
artificially [1]  1386/9
as [154]
ASH [310]
ASH's [21]  1341/21 1343/25 1346/20
1348/4 1362/14 1364/20 1364/21
1366/25 1370/12 1373/20 1381/19
1384/21 1385/12 1386/5 1386/19
1391/1 1391/24 1395/20 1396/8
1396/21 1403/1
ASH-Grayhawk [58]  1312/12 1317/8
1317/9 1317/24 1318/23 1326/20
1351/6 1351/9 1351/14 1352/2
1352/16 1352/18 1353/2 1353/20
1354/5 1364/3 1370/14 1411/4

ASH-Grayhawk... [40] 1411/10
1411/15 1413/6 1413/10 1413/18
1414/1 1414/7 1414/11 1414/15
1414/18 1414/22 1415/1 1415/7
1415/17 1415/23 1416/3 1416/5
1416/8 1416/16 1416/19 1417/4
1417/8 1417/12 1417/17 1419/16
1420/5 1420/15 1420/18 1421/1
1422/5 1423/6 1423/9 1423/13
1423/23 1424/18 1425/9 1426/2
1426/12 1426/21 1427/2
ASHH [2] 1319/18 1324/7
ask [22] 1310/2 1323/6 1330/10
1333/12 1338/22 1341/15 1343/3
1344/8 1351/4 1353/9 1357/6 1379/4
1387/9 1394/20 1399/19 1399/22
1404/9 1407/22 1407/24 1408/19
1425/23 1430/2
ask/answer [1] 1425/23
asked [24] 1329/6 1330/17 1331/3
1331/4 1332/7 1338/25 1340/4 1348/1
1351/1 1354/21 1355/13 1380/12
1380/23 1380/24 1381/2 1381/2
1382/19 1383/24 1385/3 1390/1
1393/5 1395/6 1395/8 1411/2
asking [25] 1325/15 1334/15 1337/18
1338/19 1343/5 1349/11 1357/21
1369/19 1372/12 1373/2 1376/16
1376/23 1376/23 1376/25 1380/13
1395/4 1395/8 1396/9 1398/7 1401/15
1401/21 1403/25 1404/2 1404/3
1415/19
asks [4] 1324/25 1412/22 1422/8
1423/8
aspect [1] 1438/19
assert [2] 1376/14 1413/2
asserted [3] 1342/2 1342/2 1410/10
asserts [2] 1406/14 1421/10
assess [2] 1311/5 1436/5
assessment [1] 1435/14
asset [8] 1317/14 1317/15 1318/8
1318/14 1320/10 1367/20 1370/17
1387/12
assets [3] 1317/10 1352/7 1394/8
assignment [1] 1317/21
associated [1] 1388/18
assume [3] 1312/9 1312/9 1406/4
assumed [1] 1388/7
assumes [1] 1311/15
assuming [1] 1360/18
at [131] 1306/15 1306/25 1307/18
1308/4 1308/19 1308/19 1309/5
1309/6 1311/23 1312/10 1312/12
1312/19 1313/5 1313/21 1313/22
1314/8 1315/16 1317/2 1318/24
1319/1 1321/19 1322/15 1323/2
1324/11 1324/23 1325/11 1328/22
1328/24 1329/7 1331/13 1332/8
1332/9 1333/5 1333/20 1334/15
1334/21 1334/23 1335/2 1337/8
1338/5 1338/6 1338/15 1341/13
1342/23 1345/20 1347/17 1349/8
1349/20 1350/14 1351/10 1356/13
1356/25 1358/23 1359/2 1360/4
1361/6 1361/18 1363/25 1365/20
1365/23 1367/4 1367/12 1368/7
1368/11 1368/14 1369/14 1371/5
1371/25 1372/24 1373/11 1375/7
1375/12 1375/21 1376/1 1376/10

1376/15 1376/20 1377/16 1377/22
1377/25 1380/12 1381/18 1385/18
1385/25 1386/22 1387/8 1388/25
1390/1 1390/2 1390/14 1395/1
1395/13 1396/19 1396/22 1398/3
1399/15 1400/7 1401/7 1401/16
1402/2 1402/5 1402/19 1402/19
1403/19 1406/8 1407/11 1407/24
1415/25 1419/5 1419/11 1429/5
1429/22 1430/1 1430/2 1430/12
1430/12 1430/15 1431/14 1431/17
1432/13 1432/20 1435/9 1435/12
1436/13 1437/16 1439/21 1441/6
1443/4 1443/16 1443/16 1444/7
ATLANTA [12] 2/3 1341/7 1341/8
1359/9 1360/10 1361/5 1365/15
1365/22 1365/25 1366/8 1374/23
1394/13
attached [2] 1332/1 1333/10
attempt [1] 1414/23
attempts [1] 1397/23
attend [1] 1392/10
attention [4] 1322/4 1322/25 1371/24
1377/11
attorney's [1] 1434/6
attorneys [3] 1343/7 1351/23 1438/23
Auburn [2] 1328/3 1397/9
August [5] 1336/1 1336/11 1338/9
1356/23 1415/23
authority [2] 1311/20 1350/3
available [1] 1397/11 1414/14
average [2] 1336/19 1337/7
Avila [7] 1348/15 1348/23 1349/23
1350/5 1390/23 1390/23 1391/1
avoid [3] 1433/7 1436/17 1436/19
avoiding [1] 1306/5
await [1] 1431/19
awaiting [1] 1432/2
award [49] 1305/3 1305/7 1305/12
1308/22 1351/13 1351/16 1357/6
1357/24 1362/16 1387/5 1387/16
1387/19 1387/21 1387/22 1392/24
1393/16 1398/7 1404/9 1404/10
1412/10 1412/22 1416/15 1416/20
1417/3 1417/6 1417/20 1417/23
1417/24 1420/25 1422/8 1422/15
1422/18 1424/16 1426/7 1426/17
1432/8 1433/8 1433/11 1434/10
1434/24 1437/11 1437/17 1438/15
1439/6 1439/8 1440/2 1440/10 1441/2
1442/19
awarded [5] 1389/7 1417/11 1422/23
1427/1 1437/19
awards [1] 1305/21
aware [4] 1338/24 1339/3 1339/10
away [7] 1331/15 1337/24 1353/14
1353/15 1392/24 1404/6 1429/19

B
B-lot [1] 1366/19
back [58] 1306/11 1307/1 1314/23
1316/9 1322/10 1325/11 1329/11
1334/8 1338/2 1339/20 1340/14
1340/25 1343/10 1357/23 1357/23
1358/3 1358/5 1358/23 1363/5
1363/21 1365/19 1367/14 1368/16
1373/9 1373/13 1378/3 1378/15
1378/20 1381/10 1381/17 1382/11
1384/5 1385/4 1386/22 1387/5
1392/14 1397/24 1398/9 1401/9

1404/20 1404/22 1419/4 1428/24
1429/9 1429/21 1431/3 1431/9
1431/14 1432/19 1435/6 1435/12
1440/24 1441/11 1442/4 1443/7
1443/15 1443/15 1444/5
backed [2] 1392/23 1394/12
background [1] 1369/20
bad [3] 1373/5 1392/21 1395/22
badly [1] 1332/21
baked [1] 1354/2
balance [1] 1395/3
banana [1] 1341/23
BANK [1] 2/2
banker [2] 1349/16 1392/3
banner [1] 1435/11
barely [2] 1374/15 1377/24
base [5] 1321/24 1341/6 1341/8
1434/9 1443/25
based [9] 1336/12 1393/9 1405/5
1407/15 1432/14 1434/9 1436/21
1437/17 1439/24
basically [3] 1372/18 1373/21 1429/13
basis [11] 1306/1 1308/21 1309/11
1309/21 1311/3 1353/11 1355/4
1355/5 1373/21 1435/14 1439/5
bat [1] 1344/5
be [192]
became [4] 1317/24 1318/2 1319/6
1374/10
because [78] 1310/15 1313/3 1317/1
1326/3 1326/13 1328/15 1333/7
1335/22 1337/9 1341/11 1344/23
1348/20 1353/10 1357/6 1357/13
1360/3 1360/4 1363/9 1364/2 1364/8
1364/13 1365/8 1365/13 1366/20
1368/22 1370/10 1370/20 1371/20
1372/13 1374/3 1374/6 1374/18
1374/19 1375/5 1377/6 1377/12
1379/17 1380/5 1380/24 1381/4
1381/8 1381/21 1383/9 1383/16
1384/1 1385/9 1388/22 1389/6
1391/13 1391/16 1393/11 1394/23
1395/8 1396/7 1396/21 1398/19
1399/1 1399/9 1399/17 1399/17
1400/13 1403/3 1403/7 1405/3 1408/6
1417/22 1418/12 1418/13 1424/19
1425/4 1428/18 1429/12 1429/18
1436/14 1436/17 1439/19 1442/25
1443/20
BECK [1] 1/20
become [5] 1374/5 1374/8 1385/10
1418/11 1429/11
becomes [1] 1374/20
becoming [1] 1319/7
bed [5] 1406/22 1406/23 1406/25
1407/3 1407/12
been [72] 1304/22 1307/22 1311/9
1312/14 1316/10 1316/25 1317/1
1321/7 1325/1 1327/18 1327/20
1339/2 1339/21 1340/5 1345/4
1351/20 1353/21 1354/8 1354/12
1354/16 1355/7 1358/11 1358/15
1358/16 1358/20 1360/24 1361/16
1361/17 1363/2 1366/19 1374/1
1374/3 1382/7 1383/15 1388/20
1388/24 1392/13 1394/7 1395/10
1397/9 1397/13 1399/21 1399/22
1401/9 1402/17 1404/13 1404/13
1405/6 1410/6 1412/24 1413/15
1415/4 1418/17 1419/4 1427/18

been... [17]  1428/11 1430/4 1433/3
1433/18 1434/4 1434/5 1435/2
1439/22 1439/23 1439/24 1440/12
1440/13 1440/25 1441/6 1442/16
1442/16 1443/13
before [26]  1/10 1304/19 1305/10
1307/3 1307/5 1314/19 1321/17
1322/1 1326/11 1332/18 1333/19
1337/4 1337/16 1340/3 1349/16
1371/6 1371/8 1374/10 1377/18
1378/18 1397/17 1405/16 1405/25
1407/12 1440/17 1444/6
begin [4]  1371/6 1404/22 1431/10
1431/11
beginning [8]  1321/19 1323/2 1326/10
1328/22 1343/15 1379/1 1387/8
1395/13
behalf [10]  1320/6 1320/15 1322/16
1326/2 1326/6 1360/22 1371/10
1389/3 1396/2 1404/12
behind [1]  1333/7
being [14]  1322/24 1329/22 1330/17
1331/10 1336/21 1348/18 1363/3
1375/3 1378/9 1395/19 1401/23
1409/14 1429/18 1432/12
beliefs [1]  1418/12
believe [18]  1307/17 1307/23 1313/20
1330/24 1333/4 1335/3 1339/19
1347/16 1373/10 1377/12 1377/15
1402/4 1408/13 1408/15 1408/18
1432/24 1433/6 1434/22
believed [1]  1356/25
believer [1]  1441/16
believes [1]  1437/12
Benson's [1]  1370/24
best [5]  1316/7 1328/1 1361/25
1434/12 1434/17
bet [2]  1327/20 1341/11
better [3]  1398/10 1398/20 1430/5
Betts [1]  1329/4
between [12]  1318/23 1344/16 1369/1
1369/2 1375/13 1384/25 1401/10
1406/21 1411/24 1412/2 1416/9
1433/16
beyond [1]  1441/21
bias [2]  1384/11 1409/16
big [3]  1383/25 1402/14 1430/9
bigger [3]  1341/5 1341/9 1365/9
bill [2]  1433/9 1434/6
binding [1]  1406/4
bit [5]  1361/17 1372/24 1433/15
1433/17 1444/6
black [1]  1403/12
blamed [1]  1379/12
blaming [1]  1380/13
blank [4]  1305/20 1420/20 1422/19
1427/22
blanketed [2]  1406/25 1407/11
blood [1]  1362/11
blow [1]  1397/7
board [17]  1316/6 1319/4 1319/8
1319/13 1322/18 1338/1 1344/21
1349/19 1371/7 1373/15 1373/17
1374/4 1376/3 1376/21 1377/1 1397/5
1401/25
body [1]  1376/10
Bonacre [3]  1355/20 1357/12 1411/17
bond [1]  1356/25
bonus [1]  1344/10

boo [1]  1391/7
books [1]  1421/14
both [11]  1306/3 1308/7 1318/18
1318/20 1333/19 1335/14 1342/7
1364/4 1366/15 1379/9 1398/20
bothering [1]  1429/16
Botswana [1]  1348/21
bottom [3]  1333/20 1378/22 1386/2
bought [7]  1324/10 1328/3 1353/23
1363/18 1376/18 1376/21 1388/3
box [13]  1/22 2/6 1332/4 1332/10
1424/16 1425/1 1428/4 1428/8
1428/14 1428/17 1428/18 1428/21
1438/9
boxes [1]  1428/20
brach [1]  1308/24
brakes [1]  1344/19
Brando [1]  1347/1
breach [79]  1304/11 1304/22 1308/2
1309/3 1309/12 1313/18 1323/13
1323/15 1325/13 1326/7 1326/14
1327/2 1327/10 1342/10 1350/22
1351/15 1351/19 1352/13 1367/10
1369/20 1381/20 1382/6 1388/17
1391/25 1393/9 1393/15 1393/19
1394/12 1394/19 1394/25 1396/6
1398/22 1398/24 1399/2 1410/25
1411/1 1411/12 1411/25 1412/4
1412/5 1412/8 1412/9 1412/12
1412/14 1412/15 1412/17 1412/21
1412/23 1413/3 1413/3 1413/24
1414/3 1415/12 1415/13 1416/17
1420/6 1420/8 1421/1 1421/5 1421/9
1421/16 1422/3 1422/10 1422/12
1422/12 1422/16 1422/20 1422/21
1423/7 1423/16 1424/2 1424/12
1427/3 1427/23 1433/2 1442/17
1442/17 1442/18 1442/21
breached [43]  1312/20 1313/6 1340/9
1351/8 1351/11 1352/3 1352/17
1367/1 1367/7 1381/23 1382/7 1393/8
1393/21 1394/21 1398/19 1398/25
1399/12 1399/16 1401/6 1411/5
1411/10 1411/19 1412/7 1413/5
1414/24 1420/16 1420/23 1421/7
1421/10 1421/13 1421/23 1422/1
1422/6 1422/25 1423/2 1423/11
1423/19 1424/2 1424/9 1424/21
1425/2 1425/20 1442/16
breaches [1]  1309/8
breaching [3]  1351/20 1412/24
1415/14
break [10]  1323/8 1323/9 1358/23
1358/24 1359/3 1359/4 1360/19
1365/6 1369/25 1404/21
Brian [1]  1320/9
brief [1]  1388/25
briefing [2]  1308/16 1434/23
briefly [2]  1384/18 1388/14
bring [12]  1309/14 1314/25 1316/2
1316/3 1327/17 1327/19 1327/21
1355/10 1360/15 1410/25 1429/7
1443/12
bringing [1]  1316/16 1409/20 1419/15
1433/5
brings [3]  1356/5 1387/24 1411/1
brining [1]  1420/2
broad [1]  1333/3
Brock [2]  1438/25 1440/11
broke [4]  1323/21 1323/22 1327/3

1327/3
broke... [4]  1323/3 1323/9 1328/18
1430/1
broker [1]  1349/23
brought [4]  1330/2 1363/3 1423/5
1428/24
BUCHANNAN [1]  1/22
bucket [1]  1385/12
bucks [4]  1342/14 1437/19 1437/19
1437/23
build [18]  1324/14 1324/19 1324/19
1325/23 1328/7 1328/17 1328/20
1334/12 1363/17 1364/20 1365/8
1365/12 1365/14 1365/25 1384/21
1388/10 1395/25 1396/17
builder [4]  1328/16 1345/3 1346/10
1349/25
builders [5]  1334/13 1347/1 1349/24
1350/19 1364/22
building [3]  1353/25 1366/8 1388/12
built [3]  1362/15 1363/19 1374/4
bullet [2]  1390/13 1390/15
bullets [2]  1347/13 1347/18
bullied [2]  1363/6 1364/14
bullies [2]  1381/5 1381/8
bullying [5]  1358/20 1360/25 1362/11
1395/20 1396/4
bunch [1]  1375/16
burden [9]  1311/8 1311/20 1322/6
1409/22 1409/22 1409/25 1420/2
1421/23 1428/12
bus [1]  1330/19
business [19]  1312/12 1317/6 1324/6
1324/18 1325/23 1328/18 1341/10
1343/16 1346/20 1346/23 1362/16
1365/17 1390/6 1390/9 1390/16
1390/17 1397/13 1397/22 1401/8
businesses [1]  1390/20
but [141]  1304/25 1305/10 1306/4
1307/23 1308/6 1308/15 1309/15
1311/13 1313/3 1316/8 1319/10
1319/16 1319/18 1321/25 1323/5
1324/18 1327/1 1327/20 1328/12
1328/23 1330/16 1331/17 1331/20
1334/4 1336/19 1337/2 1337/19
1338/13 1339/21 1340/6 1340/21
1342/4 1342/20 1344/7 1345/19
1346/1 1346/18 1346/21 1348/15
1349/3 1351/20 1353/9 1355/4 1358/3
1358/14 1358/22 1359/5 1360/3
1360/6 1360/10 1360/11 1360/24
1362/9 1363/3 1363/6 1364/13
1364/16 1365/24 1366/5 1366/20
1367/17 1367/25 1368/6 1368/11
1369/8 1370/20 1371/3 1372/14
1373/5 1373/11 1374/2 1375/21
1376/15 1376/22 1378/7 1379/13
1379/25 1380/25 1381/3 1381/7
1381/11 1382/1 1382/16 1382/24
1385/21 1386/5 1386/7 1388/4
1393/22 1394/22 1397/1 1398/21
1399/5 1403/3 1404/5 1407/9 1407/14
1408/2 1409/11 1410/18 1412/24
1414/9 1415/13 1418/6 1418/11
1420/9 1420/12 1421/11 1426/8
1426/18 1427/7 1427/9 1429/15
1430/6 1432/12 1433/3 1434/1 1434/6
1434/8 1434/14 1436/3 1436/9
1436/13 1436/21 1436/25 1437/22
1438/8 1438/15 1438/20 1438/23

**B**

but... [11]  1439/4 1439/12 1440/1
1440/2 1440/8 1440/13 1441/3
1442/14 1442/16 1442/18 1443/25
buy [27]  1324/8 1328/16 1337/8
1340/25 1342/20 1345/6 1346/10
1346/12 1349/7 1350/19 1365/7
1365/10 1366/22 1376/9 1376/12
1376/14 1376/15 1376/20 1385/8
1385/11 1388/9 1402/17 1402/17
1403/2 1403/4 1403/6 1403/21
buyer [1]  1355/6
buying [4]  1334/19 1338/2 1373/19
1401/12
buyout [19]  1334/10 1334/16 1334/18
1336/9 1337/23 1338/14 1338/19
1353/10 1375/18 1376/11 1376/12
1376/23 1376/24 1396/18 1396/19
1397/2 1399/10 1400/2 1400/3
BYRD [2]  2/4 2/9

**C**

C-lot [1]  1366/19
C-lots [1]  1366/20
calculated [2]  1378/7 1385/21
calculation [5]  1328/9 1353/24 1354/2
1355/8 1388/6
calculations [3]  1311/15 1360/16
1387/23
call [7]  1306/19 1310/16 1316/20
1316/24 1329/8 1383/25 1391/5
called [5]  1312/20 1316/13 1347/2
1409/21 1410/8
calling [1]  1392/19
calls [2]  1361/13 1370/23
came [11]  1306/11 1333/13 1335/2
1338/25 1361/15 1369/4 1369/5
1369/18 1370/3 1374/14 1433/22
can [78]  1306/24 1311/5 1311/8
1314/18 1315/4 1316/5 1316/5
1318/24 1318/25 1327/20 1329/8
1333/14 1336/14 1337/18 1339/22
1342/5 1351/21 1353/15 1354/23
1355/12 1355/14 1356/2 1357/25
1358/1 1358/2 1358/2 1363/17 1366/3
1367/4 1371/16 1375/7 1376/20
1378/6 1381/24 1382/1 1382/4
1385/11 1385/16 1386/2 1386/3
1389/14 1390/11 1393/17 1395/16
1397/4 1397/7 1397/25 1398/3 1398/8
1404/10 1404/10 1410/13 1410/19
1412/25 1419/7 1419/22 1420/11
1427/9 1429/24 1430/12 1431/17
1431/18 1432/9 1432/15 1434/14
1434/17 1436/2 1436/4 1436/7
1436/17 1436/23 1437/6 1439/2
1439/4 1439/25 1441/10 1443/20
1444/7
can't [27]  1324/18 1324/19 1328/16
1344/4 1349/4 1350/2 1354/18
1369/12 1371/9 1372/21 1380/4
1387/19 1387/22 1393/9 1393/11
1395/7 1421/21 1426/23 1429/12
1429/14 1436/6 1436/7 1436/14
1437/14 1438/12 1439/12 1442/4
cancel [1]  1396/17
canceled [1]  1415/11
candidate [1]  1346/17
candy [1]  1389/13
cannot [11]  1308/12 1308/16 1379/12

1387/3 1387/21 1412/16 1413/14
1439/23 1441/14 1442/15 1442/21
capital [1]  1330/3
capitalization [1]  1346/3
Capitol [1]  1325/6
caption [8]  1359/7 1359/7 1359/11
1359/15 1359/18 1359/20 1360/12
1419/14
care [9]  1307/22 1328/10 1381/25
1390/1 1414/4 1421/13 1422/14
1427/18 1441/15
careful [2]  1322/4 1377/13
carefully [2]  1377/5 1405/3
Carolina [7]  1359/10 1360/10 1361/5
1374/24 1375/17 1375/24 1401/19
carried [2]  1327/13 1420/2
Carrollton [1]  1339/4
carrying [1]  1343/22
carve [1]  1377/17
case [67]  1309/7 1314/4 1316/17
1316/22 1321/20 1322/2 1322/5
1322/25 1323/2 1323/7 1323/20
1326/13 1327/18 1330/24 1343/6
1351/19 1358/14 1359/2 1360/1
1360/7 1364/18 1366/24 1378/8
1387/10 1391/24 1398/25 1401/20
1404/14 1404/21 1404/23 1404/24
1405/5 1406/1 1406/6 1408/25
1409/19 1410/1 1410/10 1410/24
1412/23 1414/5 1415/16 1418/2
1418/4 1418/6 1418/8 1418/9 1418/13
1418/15 1418/16 1419/14 1419/15
1423/11 1429/12 1429/14 1431/13
1431/15 1431/16 1433/2 1433/14
1434/25 1435/3 1436/25 1438/24
1443/18 1443/20 1444/17
cases [3]  1321/21 1433/15 1434/20
cash [1]  1338/3
categories [1]  1435/11
category [1]  1433/22
cause [10]  1319/1 1319/2 1323/16
1343/9 1352/6 1352/6 1393/22 1394/5
1394/25 1411/11
caused [20]  1323/3 1351/8 1352/3
1352/18 1367/8 1393/8 1393/11
1394/20 1412/4 1412/8 1412/9 1413/5
1415/12 1416/18 1416/22 1420/17
1422/6 1423/12 1442/17 1442/18
causing [1]  1393/13
caution [4]  1384/12 1409/16 1410/17
1429/18
cave [1]  1364/13
CCR [2]  2/15 1445/18
CDL [1]  1/4
CEO [23]  1319/5 1319/6 1319/7
1319/10 1319/11 1319/14 1319/20
1320/21 1329/21 1329/23 1342/22
1344/1 1344/4 1344/7 1344/14
1344/16 1344/20 1344/24 1345/5
1362/22 1362/25 1371/9 1389/8
certain [6]  1316/23 1317/10 1363/8
1407/18 1411/2 1436/9
certainly [2]  1440/5 1441/5
certainty [8]  1308/25 1310/1 1384/7
1387/13 1417/10 1417/14 1417/19
1428/12
CERTIFICATE [1]  1444/23
certify [1]  1445/5
chain [1]  1406/16
chairman [2]  1319/13 1392/7

chance [4]  1305/9 1315/15 1326/24
1398/23
change [11]  1304/20 1314/15 1346/18
1354/18 1355/17 1361/6 1374/25
1403/20 1418/10 1439/18 1443/1
changed [2]  1364/17 1375/2
changes [2]  1333/25 1364/12
charge [21]  1314/19 1315/4 1326/3
1349/7 1367/2 1369/21 1384/5
1431/21 1432/11 1432/16 1434/11
1436/3 1436/8 1439/22 1439/23
1439/24 1440/3 1440/3 1441/1 1443/2
1444/13
charges [8]  1378/11 1388/23 1394/6
1395/6 1395/11 1419/18 1432/16
1442/11
Charleston [1]  1339/19
charm [1]  1419/10
chart [5]  1331/8 1360/4 1384/19
1427/17 1427/17
charts [1]  1404/17
cheap [2]  1366/4 1366/6
check [5]  1306/23 1314/14 1385/4
1424/16 1425/1
checklist [3]  1345/24 1346/7 1390/19
choice [1]  1416/9
choices [1]  1381/23
choose [2]  1367/24 1431/7
chose [2]  1330/20 1330/22
chronological [1]  1332/12
Chuck [1]  1329/5
circle [1]  1442/4
circumstances [7]  1406/16 1407/15
1407/17 1415/16 1416/13 1434/18
1437/12
circumstantial [7]  1406/13 1406/15
1406/18 1406/21 1407/17 1407/18
1434/2
cite [1]  1434/20
City [1]  1328/4
claim [84]  1304/11 1304/16 1308/3
1308/20 1314/6 1315/25 1316/2
1316/13 1316/15 1316/17 1316/18
1342/1 1343/3 1343/12 1366/25
1367/2 1367/5 1377/16 1382/6 1382/7
1383/5 1388/16 1388/19 1388/25
1391/10 1393/5 1393/12 1393/23
1394/10 1398/25 1409/20 1409/24
1410/2 1410/3 1410/4 1410/5 1410/12
1410/14 1411/3 1411/4 1411/8
1411/13 1411/15 1411/22 1413/3
1413/14 1413/22 1413/24 1414/8
1419/23 1420/1 1420/2 1420/5 1420/6
1420/7 1421/9 1421/9 1421/10
1421/14 1421/14 1421/16 1421/21
1421/25 1422/3 1422/14 1422/16
1422/18 1422/25 1423/1 1423/3
1423/4 1423/7 1424/1 1424/11
1424/15 1425/5 1425/15 1425/18
1425/19 1438/3 1438/7 1439/12
1440/2 1441/3
claimed [1]  1391/20
claiming [1]  1412/1
claims [42]  1307/21 1315/19 1316/1
1316/15 1341/18 1341/21 1341/23
1359/11 1359/12 1360/11 1361/9
1361/14 1361/17 1361/19 1364/13
1366/23 1374/13 1374/16 1375/16
1375/17 1376/5 1376/14 1377/9
1378/5 1379/8 1386/17 1388/5

claims... [15]  1388/15  1392/13  1394/9
  1394/10  1394/18  1401/20  1409/20
  1410/11  1410/18  1410/25  1411/9
  1412/22  1422/24  1423/3  1426/3
clarified [1]  1305/18
clarify [1]  1432/9
clause [2]  1368/5  1374/17
CLAY [1]  1/10
clean [1]  1398/5
clear [8]  1348/16  1358/4  1380/7
  1396/7  1401/7  1416/11  1443/14
  1444/12
clearer [1]  1305/14
clearly [4]  1345/22  1352/19  1409/5
  1419/6
Clerk [4]  1433/17  1436/13  1436/21
  1438/22
click [2]  1419/6  1430/10
clients [2]  1377/20  1396/2
close [5]  1309/7  1398/15  1404/1
  1435/12  1442/5
closed [3]  1324/9  1328/5  1350/17
closer [1]  1372/24
closing [29]  1304/20  1305/10  1306/20
  1307/1  1315/2  1316/4  1318/8  1318/13
  1318/14  1321/16  1322/9  1322/10
  1322/16  1358/8  1358/24  1360/2
  1360/8  1360/22  1362/5  1365/2
  1367/20  1372/15  1382/9  1389/2
  1392/10  1396/2  1404/18  1440/15
  1440/18
closings [1]  1315/3
Code [1]  1445/6
coincidence [1]  1375/5
Coleman [13]  1327/7  1344/3  1348/23
  1348/25  1349/5  1349/13  1373/17
  1374/3  1378/24  1390/23  1391/3
  1392/2  1400/19
Coleman's [2]  1371/17  1376/25
collateral [1]  1412/20
colleagues [1]  1358/11
Colorado [1]  1341/14
COLUMBUS [21]  1/2  1/6  1/22  2/6
  1304/3  1328/16  1341/2  1341/4  1341/6
  1341/7  1341/8  1341/10  1341/15
  1341/16  1342/24  1356/16  1362/16
  1365/22  1388/10  1397/6  1397/9
column [2]  1331/14  1357/6
come [25]  1307/1  1311/12  1314/23
  1321/17  1322/1  1322/9  1322/17
  1339/13  1345/13  1356/2  1358/23
  1364/18  1368/5  1372/10  1372/13
  1381/10  1392/2  1392/6  1397/25
  1399/20  1404/22  1419/1  1431/9
  1433/14  1441/11
comes [3]  1329/18  1340/4  1383/21
comfortable [1]  1441/22
coming [5]  1371/3  1371/19  1373/19
  1374/13  1444/1
command [1]  1329/1
comment [1]  1305/9
commentary [1]  1429/14
comments [1]  1441/21
commission [1]  1309/18  1349/7
  1400/20
commit [3]  1383/9  1383/9  1403/21
commitment [1]  1312/21  1337/3
  1366/12
committed [1]  1377/17

committee [10]  1329/20  1329/22
  1329/24  1331/4  1371/9  1371/11
  1371/12  1371/13  1371/18  1371/22
common [5]  1389/18  1390/14  1390/19
  1406/11  1407/14
commonly [1]  1389/12
Commons [1]  1325/24
Commonwealth's [1]  1375/1
communicate [1]  1429/4
companies [20]  1317/25  1326/4
  1341/14  1341/19  1345/4  1348/13
  1348/19  1356/14  1361/8  1363/24
  1364/2  1374/24  1375/2  1380/4
  1385/24  1387/1  1391/4  1391/6
  1400/22  1402/17
company [57]  1324/22  1325/6  1334/11
  1334/12  1335/15  1338/5  1338/8
  1338/10  1341/9  1342/18  1342/22
  1342/23  1343/16  1343/24  1345/9
  1346/25  1350/18  1352/8  1352/9
  1355/24  1356/13  1357/13  1360/10
  1360/10  1361/3  1361/5  1361/15
  1362/9  1363/2  1366/25  1370/16
  1376/19  1377/4  1385/16  1391/7
  1391/17  1391/19  1391/19  1391/21
  1392/1  1392/1  1392/8  1392/13  1393/9
  1394/4  1396/15  1396/16  1398/6
  1402/9  1402/15  1402/16  1405/14
  1405/16  1405/18  1405/21  1405/24
  1419/21
company's [2]  1369/6  1371/10
comparable [3]  1391/10  1414/13
  1414/20
comparative [1]  1386/14
compare [5]  1345/25  1347/17  1386/16
  1387/3  1389/18
compared [1]  1385/10
comparison [2]  1389/15
compensation [2]  1395/2  1412/11
compete [2]  1334/13  1374/17
compiles [1]  1342/19
complained [1]  1361/8
complaining [3]  1347/23  1390/8
  1390/15
complaint [3]  1377/25  1378/1  1390/14
complaints [1]  1375/10
completely [1]  1372/21
complied [2]  1327/5  1372/2
comply [1]  1372/5
component [1]  1308/20
comps [1]  1386/11
compute [1]  1386/25
computed [1]  1412/18
computer [3]  1345/18  1419/6  1419/7
concealed [1]  1392/17
conceived [1]  1364/25
concept [1]  1439/10
concepts [1]  1347/14
concern [3]  1306/10  1308/19  1335/9
concerned [3]  1335/8  1406/12  1432/24
concerning [3]  1384/10  1408/17
  1409/15
concerns [1]  1315/9
conclude [2]  1395/12  1441/6
concluded [2]  1315/3  1444/21
concludes [1]  1305/24
conclusion [1]  1407/19
conclusions [1]  1406/12
condition [1]  1367/18  1368/2  1368/17
  1377/8  1413/13  1413/14  1413/16

conference [6]  1432/20  1433/6  1435/7
  1436/19  1439/3  1445/10
confident [1]  1404/15
confidential [17]  1309/9  1343/14
  1343/20  1343/21  1343/21  1346/15
  1346/17  1389/12  1389/14  1389/21
  1390/2  1390/18  1394/8  1394/16
  1394/17  1394/20  1411/5
confidentiality [5]  1309/4  1375/18
  1388/17  1389/16  1400/23
Confidentially [1]  1388/15
confirm [2]  1304/9  1359/6
conflict [2]  1348/11  1433/16
conflicts [1]  1344/22
conformance [1]  1445/9
confounding [3]  1432/21  1433/17
  1434/19
confront [1]  1362/1
confused [4]  1305/4  1305/8  1359/19
  1403/3
confusing [1]  1440/20
confusion [3]  1360/5  1360/9  1430/19
conjuring [1]  1388/24
connect [1]  1419/7
connected [1]  1419/8
connection [3]  1317/12  1343/22
  1356/25
consented [2]  1339/3  1339/10
consequential [1]  1412/16
consider [16]  1316/18  1316/18  1377/3
  1384/11  1405/25  1408/11  1409/15
  1410/5  1410/7  1410/16  1413/23
  1416/22  1417/11  1421/8  1421/24
  1425/14
consideration [2]  1312/2  1316/1
considering [2]  1406/10  1418/7
consistent [7]  1309/21  1330/14
  1403/17  1403/25  1436/8  1437/11
  1440/11
conspiracy [1]  1401/24
constantly [1]  1372/12
constitute [1]  1309/8
construction [1]  1374/6
consultant [1]  1314/1
consulting [57]  1309/4  1313/18
  1313/20  1314/5  1317/18  1318/22
  1318/22  1318/24  1319/1  1319/3
  1319/20  1319/23  1325/17  1342/11
  1343/9  1351/8  1351/11  1351/15
  1352/3  1393/8  1393/19  1393/21
  1394/2  1394/5  1394/15  1394/22
  1395/1  1411/5  1411/7  1411/10
  1411/12  1420/6  1420/8  1420/17
  1420/23  1421/2  1421/5  1421/7  1421/9
  1421/10  1421/13  1421/16  1421/21
  1421/24  1422/2  1422/3  1422/6
  1422/10  1422/12  1422/17  1422/25
  1423/2  1432/7  1432/22  1437/21
  1438/1  1438/2
contact [1]  1391/6
contacted [1]  1391/15
contain [1]  1312/13
contains [2]  1312/23  1381/19
contemplated [1]  1412/14
contemplation [1]  1412/20
contend [4]  1311/7  1415/23  1416/2
  1425/21
contention [3]  1332/25  1410/2  1410/4
context [2]  1373/12  1379/4
contingent [9]  1333/6  1333/18  1333/24

**C**

contingent... [6]  1334/1 1334/9 1334/19 1336/9 1400/6 1401/12
continue [4]  1328/7 1339/17 1344/15 1365/7
continued [5]  1308/8 1379/14 1379/14 1379/16 1392/16
continuing [2]  1356/17 1415/25
contract [77]  1308/6 1308/7 1311/14 1312/23 1325/16 1326/15 1327/5 1335/11 1336/13 1351/19 1355/3 1358/3 1361/11 1364/7 1365/6 1366/10 1366/21 1367/12 1368/2 1369/16 1369/23 1372/7 1372/9 1372/20 1374/18 1380/20 1381/20 1381/22 1382/5 1382/19 1382/20 1383/20 1385/2 1385/9 1387/2 1390/25 1395/3 1395/10 1398/19 1398/20 1401/6 1410/25 1411/1 1411/23 1411/25 1412/2 1412/3 1412/5 1412/5 1412/7 1412/10 1412/12 1412/14 1412/17 1412/19 1412/21 1412/22 1412/23 1413/3 1413/13 1414/2 1415/9 1415/10 1415/11 1415/15 1415/21 1424/5 1424/10 1424/12 1424/14 1424/23 1426/15 1426/16 1433/2 1442/16 1442/18 1442/21
contracts [13]  1317/13 1323/4 1323/9 1323/20 1323/22 1325/7 1325/15 1343/4 1358/5 1361/7 1369/5 1372/4 1404/4
contractual [2]  1366/11 1416/6
contractually [1]  1383/13
contradictions [1]  1384/25
contrary [1]  1357/17
contrast [1]  1372/3
contribute [1]  1329/2
control [3]  1330/5 1331/5 1399/5
controls [1]  1373/23
convene [1]  1429/8
convened [1]  1429/20
convenience [1]  1419/4
convenient [2]  1350/7 1399/19
convinced [1]  1418/11
cooperated [1]  1338/24
cooperation [2]  1338/25 1340/5
copied [10]  1325/20 1325/21 1325/22 1325/24 1345/12 1345/22 1347/19 1390/6 1401/8 1402/3
copies [2]  1420/11 1430/23
copy [3]  1420/12 1430/15 1431/3
copyright [3]  1375/25 1394/9 1394/10
copyrights [2]  1329/5 1401/18
corollary [1]  1313/19
corporate [5]  1358/20 1360/25 1381/4 1395/20 1396/4
corporation [5]  1359/9 1405/13 1405/15 1405/18 1405/20
correct [11]  1304/10 1339/4 1339/11 1339/18 1340/3 1340/15 1359/15 1440/9 1441/17 1443/4 1445/7
cost [8]  1309/25 1349/9 1374/2 1385/13 1432/23 1433/4 1435/8 1442/21
costs [18]  1350/1 1364/20 1384/21 1385/12 1385/13 1385/14 1385/16 1432/25 1433/7 1433/9 1433/19 1433/20 1434/6 1435/1 1435/10 1436/18 1438/21 1442/12

could [30]  1305/8 1306/2 1307/20 1326/14 1328/7 1334/12 1337/3 1344/10 1348/8 1362/3 1364/11 1367/24 1372/10 1372/11 1373/4 1380/11 1380/17 1381/24 1385/13 1389/23 1397/16 1399/20 1407/1 1415/3 1415/21 1433/9 1435/21 1436/19 1440/9 1440/15
could've [1]  1313/4
couldn't [16]  1328/14 1337/10 1342/3 1349/2 1354/15 1364/16 1368/23 1369/8 1370/11 1370/14 1370/15 1372/14 1379/17 1384/22 1387/10 1401/3
counsel [13]  1306/21 1322/8 1322/8 1322/13 1322/16 1322/17 1326/17 1333/10 1336/1 1358/7 1360/1 1383/25 1389/11
count [7]  1308/2 1308/19 1309/2 1309/3 1312/19 1314/6 1435/8
counterclaim [5]  1313/19 1313/20 1316/13 1393/19 1411/1
counterclaims [2]  1342/3 1342/5
counts [1]  1310/3
County [3]  1328/13 1328/14 1328/17
couple [6]  1304/9 1328/12 1350/14 1380/23 1390/13 1431/14
course [12]  1308/16 1322/25 1327/18 1361/4 1374/10 1398/11 1400/24 1405/19 1406/10 1412/13 1438/14 1439/15
court [44]  1/1 1304/3 1305/24 1306/22 1307/12 1308/8 1308/9 1310/4 1310/6 1313/5 1313/8 1313/10 1313/11 1314/7 1314/8 1314/9 1314/19 1316/1 1316/16 1322/15 1332/19 1351/18 1356/24 1364/16 1377/7 1384/12 1395/14 1405/17 1409/17 1415/19 1419/3 1422/21 1428/7 1428/22 1429/6 1429/6 1430/17 1432/24 1441/17 1441/22 1442/12 1445/3 1445/4 1445/19
Court's [8]  1304/23 1313/3 1431/20 1440/17 1444/12 1444/14 1444/16 1444/18
courtroom [6]  1354/16 1375/8 1391/23 1429/21 1430/21 1444/1
cover [7]  1343/6 1351/22 1351/24 1385/16 1385/17 1413/1 1433/4
covered [1]  1434/5
craft [1]  1436/23
crawl [1]  1362/3
cream [1]  1346/7
create [2]  1339/14 1360/9
created [3]  1340/8 1346/8 1371/8
creates [3]  1333/21 1335/12 1360/5
credibility [1]  1330/23
Creek [4]  1355/17 1357/9 1357/9 1411/16
critical [1]  1392/1
criticizing [1]  1376/13
cross [3]  1325/3 1358/18 1396/12
cross-exam [1]  1325/3
cross-examination [2]  1358/18 1396/12
cure [8]  1323/13 1325/10 1325/13 1326/25 1335/15 1335/20 1352/22 1399/16
cured [1]  1399/14
current [4]  1355/1 1355/10 1355/11 1356/4

Cusseta [4]  1355/18 1357/10 1380/15 1411/19
cut [1]  1310/22
cutoff [1]  1324/13
CV [1]  1/4
CVR [2]  2/15 1445/18

**D**

Dallas [2]  1374/18 1401/19
damage [12]  1308/19 1308/22 1328/9 1353/24 1354/1 1357/18 1394/25 1412/25 1425/21 1433/3 1435/20 1442/17
damages [141]  1304/11 1304/15 1305/15 1305/21 1305/24 1305/25 1309/12 1309/19 1310/15 1310/18 1312/4 1324/25 1327/25 1328/8 1342/10 1343/6 1351/8 1351/13 1351/20 1351/21 1351/22 1351/24 1352/3 1352/18 1353/21 1353/22 1354/21 1354/22 1356/2 1357/2 1357/24 1367/8 1367/11 1376/1 1383/23 1383/23 1387/5 1387/6 1388/17 1388/18 1388/22 1393/8 1393/11 1393/13 1393/15 1393/16 1394/20 1398/6 1398/7 1400/9 1403/25 1404/9 1411/25 1412/4 1412/8 1412/9 1412/10 1412/10 1412/11 1412/16 1412/23 1412/24 1412/25 1413/5 1413/23 1414/2 1414/3 1414/6 1414/11 1414/18 1414/21 1415/2 1415/9 1415/9 1415/12 1415/13 1415/25 1416/4 1416/18 1416/21 1416/21 1416/22 1416/24 1417/6 1417/16 1417/23 1420/17 1420/25 1421/4 1422/6 1422/8 1422/9 1422/16 1422/19 1422/23 1423/12 1424/16 1425/19 1426/3 1426/7 1426/14 1426/17 1426/23 1426/25 1427/9 1427/10 1427/12 1427/16 1427/19 1427/19 1428/5 1428/6 1428/8 1428/17 1428/18 1432/6 1432/9 1432/10 1432/17 1432/23 1433/3 1433/4 1433/9 1433/11 1434/24 1435/11 1435/22 1436/5 1436/15 1437/6 1437/17 1438/15 1438/20 1439/11 1441/10 1442/11 1442/20 1442/20 1443/23 1444/13
darlings [2]  1363/25 1364/22
Darnold [30]  1324/5 1324/22 1325/25 1327/6 1334/22 1334/23 1336/25 1337/15 1341/3 1341/11 1346/13 1346/24 1347/6 1347/7 1347/9 1354/7 1363/1 1363/1 1363/21 1383/4 1391/22 1391/23 1392/7 1392/15 1392/15 1392/20 1392/22 1397/21 1398/12 1403/18
Darnold's [1]  1338/1
data [2]  1362/6 1417/17
date [8]  1311/13 1331/14 1371/17 1374/9 1422/19 1422/20 1422/23 1423/15
Dated [1]  1445/13
dates [1]  1331/13
Dave [19]  1364/13 1389/7 1389/8 1390/21 1391/5 1391/6 1391/7 1391/14 1391/17 1392/15 1392/16 1393/18 1394/21 1394/25 1396/11 1397/18 1397/12 1402/6 1402/6

Dave's [4]  1333/10 1393/1 1395/19
1400/1
DAVID [27]  1/19 1317/4 1336/21
1351/7 1351/14 1352/1 1354/25
1355/16 1358/12 1372/21 1374/8
1389/6 1393/7 1393/18 1393/20
1396/24 1411/1 1411/4 1411/8
1411/11 1411/15 1419/20 1420/7
1420/16 1421/7 1422/4 1422/6
day [14]  1337/15 1342/15 1346/22
1348/5 1348/6 1348/16 1349/15
1349/17 1369/14 1377/6 1399/14
1399/25 1437/16 1442/5
days [13]  1323/13 1325/10 1326/25
1335/16 1342/14 1344/2 1344/25
1345/5 1352/23 1361/6 1377/18
1399/8 1442/12
DC [6]  1/15 1/17 1/20 1/24 1334/21
1337/16
deadline [15]  1371/3 1371/8 1371/14
1371/15 1371/23 1372/5 1372/6
1372/8 1372/17 1372/20 1372/24
1372/25 1372/25 1373/4 1383/5
deadlines [1]  1370/16
deal [13]  1325/24 1334/16 1338/10
1371/10 1371/11 1383/25 1389/7
1391/15 1400/17 1400/25 1402/14
1402/21 1438/14
dealing [1]  1389/9
deals [2]  1364/1 1390/25
dealt [1]  1405/17
December [29]  1312/25 1319/10
1319/12 1320/5 1320/18 1321/2
1323/10 1324/14 1325/9 1326/10
1326/14 1326/16 1326/23 1329/23
1344/18 1344/18 1346/16 1346/21
1347/3 1347/4 1347/4 1347/4 1348/9
1350/10 1352/21 1352/22 1363/20
1366/13 1366/17
deception [1]  1408/7
decide [28]  1316/16 1316/21 1323/6
1341/22 1354/20 1366/8 1366/24
1368/23 1369/23 1397/17 1402/24
1408/6 1408/13 1408/18 1409/13
1416/14 1418/6 1429/9 1429/12
1429/13 1432/7 1432/9 1432/14
1432/15 1437/6 1439/24 1441/8
1441/10
decided [9]  1306/19 1310/16 1344/13
1354/18 1366/9 1375/6 1380/19
1400/14 1435/24
decides [1]  1310/6
deciding [2]  1404/20 1410/5
decision [11]  1321/24 1327/21 1354/14
1369/16 1370/2 1370/11 1405/5
1405/15 1406/8 1408/8 1408/15
decisions [1]  1398/6
declined [1]  1319/9
decrease [2]  1336/16 1336/19
deducted [1]  1357/19
deduction [1]  1428/19
deductions [1]  1406/11
deducts [1]  1385/22
deeds [1]  1380/8
deemed [1]  1335/18
deep [2]  1367/22 1369/6
default [16]  1312/25 1318/19 1323/12
1326/25 1327/2 1335/12 1335/15
1335/17 1381/25 1382/4 1382/7

1382/10 1382/15 1398/22 1399/4
1399/11
defaults [1]  1336/2
Defendant [12]  1306/1 1307/12
1307/15 1311/1 1312/19 1321/9
1321/10 1339/25 1360/2 1360/12
1395/18 1428/15
Defendant's [3]  1322/8 1322/9 1322/13
DEFENDANTS [53]  2/1 1306/3
1306/18 1307/18 1308/4 1308/9
1308/23 1315/2 1315/13 1315/20
1316/19 1327/16 1339/13 1355/12
1356/15 1358/8 1360/22 1365/11
1380/11 1380/23 1385/19 1396/5
1400/24 1410/10 1410/13 1410/17
1410/18 1410/20 1419/17 1419/17
1419/19 1419/21 1419/25 1423/11
1423/19 1424/2 1424/3 1424/6 1424/9
1424/12 1424/13 1424/19 1425/2
1425/5 1425/12 1425/16 1427/20
1427/22 1427/24 1428/21 1431/24
1441/24 1442/24
Defendants' [6]  1327/19 1327/21
1358/7 1373/16 1380/3 1393/24
defending [2]  1343/11 1361/19
defense [38]  1310/15 1310/16 1310/20
1311/3 1311/8 1313/23 1314/4
1332/24 1333/11 1334/14 1336/15
1339/14 1340/8 1345/14 1346/14
1353/13 1371/16 1396/14 1402/11
1410/15 1410/16 1410/19 1410/20
1410/20 1413/9 1413/16 1413/21
1413/25 1415/6 1416/15 1416/20
1416/24 1417/2 1417/5 1419/23
1420/2 1425/16 1427/25
defenses [5]  1410/11 1413/2 1413/7
1413/23 1423/25
define [1]  1442/11
definition [1]  1343/14
degree [1]  1350/6
delay [3]  1308/14 1308/17 1415/15
delayed [1]  1416/10
deliberating [1]  1351/2
deliberation [1]  1429/12
deliberations [11]  1404/23 1405/1
1418/4 1418/20 1419/3 1425/4
1425/12 1431/4 1431/10 1431/11
1444/8
deliver [17]  1312/24 1324/16 1326/14
1326/20 1332/12 1332/14 1340/5
1364/6 1379/14 1379/14 1379/16
1379/17 1398/4 1399/17 1411/19
1414/9 1415/20
delivered [13]  1313/1 1314/20 1324/17
1363/14 1363/15 1366/5 1366/16
1366/18 1366/18 1366/19 1366/20
1379/15 1414/9
delivering [6]  1313/5 1323/11 1331/15
1363/9 1366/14 1400/7
delivery [4]  1331/7 1331/14 1355/2
1379/23
demand [3]  1396/18 1396/20 1396/21
demanded [1]  1396/19
demanding [3]  1308/8 1377/19
1401/22
demands [2]  1379/13 1379/25
denies [2]  1310/5 1314/8
denying [1]  1313/9
Department [2]  1339/7 1380/16
depend [1]  1408/8

dependable [1]  1330/15
dependent [1]  1374/8
depending [1]  1310/6
deposit [8]  1304/12 1304/25 1305/13
1340/11 1424/17 1424/25 1425/17
1425/22
deposition [2]  1330/22 1389/25
depositions [1]  1309/15
Deputy [1]  1430/21
describe [1]  1410/12
described [2]  1424/1 1426/4
designate [1]  1427/9
designed [1]  1319/14
desire [1]  1362/21
detail [1]  1408/10
determine [14]  1307/21 1314/16
1369/20 1411/11 1412/8 1412/9
1413/4 1416/20 1417/10 1417/13
1440/1 1440/1 1441/1 1442/21
determined [4]  1308/25 1338/1
1424/20 1424/24
determining [2]  1414/17 1422/21
devastating [1]  1392/1
develop [11]  1318/5 1324/16 1326/8
1329/12 1330/10 1332/7 1356/19
1358/1 1367/16 1368/9 1399/21
developed [17]  1318/10 1318/18
1324/11 1329/10 1330/11 1331/11
1353/15 1354/11 1356/7 1356/8
1356/23 1357/15 1366/19 1367/22
1374/2 1374/3 1380/17
developer [8]  1326/6 1356/9 1356/16
1356/18 1356/20 1357/6 1397/12
1404/10
developers [1]  1312/14
developing [6]  1326/4 1326/15 1339/22
1354/11 1380/4 1387/19
development [45]  1318/19 1328/24
1329/7 1329/17 1330/1 1330/7
1330/18 1331/1 1331/18 1331/20
1331/22 1332/1 1332/2 1332/4
1332/21 1333/1 1333/5 1333/15
1333/22 1335/4 1336/7 1339/18
1340/1 1353/8 1356/10 1356/12
1357/5 1357/8 1357/11 1357/13
1362/8 1368/12 1368/16 1368/19
1373/23 1375/20 1377/16 1381/10
1398/17 1399/6 1401/13 1411/16
1411/17 1411/18 1411/22
development's [1]  1329/25
developments [1]  1331/12
did [113]  1304/23 1311/1 1311/5
1319/20 1320/12 1320/21 1321/3
1323/8 1323/15 1324/3 1324/10
1326/23 1327/11 1329/5 1330/9
1330/9 1330/18 1331/24 1332/9
1332/23 1333/9 1334/10 1334/23
1335/3 1335/5 1338/4 1338/10
1341/18 1341/18 1342/25 1344/8
1345/22 1347/8 1347/23 1349/13
1349/15 1349/21 1350/8 1353/7
1353/23 1354/13 1356/15 1356/21
1359/2 1362/25 1363/7 1363/20
1366/11 1367/9 1368/5 1369/6
1369/23 1371/13 1372/4 1372/5
1375/4 1377/23 1379/5 1379/25
1380/12 1381/12 1382/15 1382/21
1382/24 1383/2 1385/4 1385/11
1386/1 1388/1 1388/16 1388/17
1389/1 1389/5 1389/7 1389/8 1389/25

did... [37]  1390/4 1391/4 1391/11
1393/14 1393/19 1394/5 1394/21
1394/22 1394/25 1396/17 1396/18
1397/21 1399/11 1399/20 1400/18
1402/1 1407/10 1407/25 1407/25
1408/20 1408/22 1408/24 1409/1
1409/2 1409/4 1409/6 1411/12
1414/15 1420/21 1420/22 1420/22
1422/12 1422/20 1424/13 1428/14
1440/13 1444/11
didn't [75]  1306/12 1309/15 1311/5
1323/13 1326/9 1326/10 1327/1
1327/16 1329/2 1329/3 1329/14
1329/15 1330/16 1330/19 1330/19
1331/12 1334/1 1335/7 1335/8 1336/5
1337/13 1342/25 1344/6 1347/8
1347/25 1348/20 1349/14 1349/14
1349/18 1349/21 1350/3 1352/5
1352/21 1353/11 1360/4 1361/6
1363/8 1364/13 1368/20 1371/14
1372/6 1372/23 1373/3 1373/5
1377/11 1380/11 1381/25 1382/13
1383/25 1386/11 1386/14 1386/25
1390/1 1391/5 1392/22 1392/22
1393/22 1396/12 1396/14 1397/8
1398/24 1399/1 1399/4 1399/5 1399/6
1399/17 1400/13 1400/14 1400/17
1403/2 1403/4 1407/14 1433/12
1433/13 1437/3
differ [1]  1409/6
difference [4]  1382/5 1406/17 1407/16
1407/19
different [9]  1321/23 1323/5 1343/24
1357/4 1384/24 1386/4 1402/1 1408/1
1419/20
differently [1]  1418/13
difficult [1]  1354/8
digital [1]  1430/8
diligence [9]  1320/11 1325/22 1345/24
1346/6 1346/9 1352/9 1369/3 1374/19
1414/5
diligent [3]  1414/7 1414/16 1414/19
diluted [1]  1373/20
dire [2]  1387/9 1395/13
direct [11]  1362/13 1385/13 1396/11
1406/13 1406/13 1406/18 1406/21
1407/7 1407/16 1407/20 1419/3
directed [4]  1308/18 1309/1 1309/5
1310/3
directly [3]  1352/10 1409/5 1417/21
director [4]  1319/14 1319/15 1319/17
1319/20
directors [7]  1319/4 1319/9 1319/14
1344/21 1373/15 1376/3 1401/25
dirt [1]  1362/4
disbelieve [1]  1408/15
disclose [2]  1347/8 1435/19
disclosed [2]  1435/9 1436/22
disclosures [2]  1435/20 1435/22
discontinuous [1]  1344/17
discount [1]  1376/20 1376/25 1379/2
discovery [3]  1435/9 1435/19 1436/15
discretion [3]  1351/17 1433/13 1437/10
discuss [9]  1329/25 1359/2 1367/4
1371/22 1418/8 1431/13 1431/15
1443/18 1443/21
discussed [3]  1319/6 1402/12 1431/16
discussing [1]  1418/9
discussion [2]  1333/5 1377/15

discussions [5]  1335/19 1371/6
1390/18 1398/7 1404/23
disorganization [1]  1370/12
disorganized [1]  1371/21
dispatch [1]  1371/13
disprove [2]  1406/17 1410/18
dispute [6]  1316/24 1321/8 1323/10
1327/15 1352/19 1398/14
disputed [2]  1313/23 1321/6
disputes [1]  1317/1
disregard [3]  1372/21 1405/11 1406/7
distinction [1]  1406/21
distracted [5]  1329/22 1350/15
1350/21 1371/21 1402/18
distraction [1]  1399/24
DISTRICT [7]  1/1 1/1 1/11 1304/3
1304/3 1445/4 1445/5
dive [1]  1369/6
divided [1]  1355/25
division [3]  1/2 1304/4 1341/12
do [140]  1304/19 1305/10 1307/3
1307/7 1307/17 1311/5 1312/11
1322/18 1326/10 1326/10 1326/23
1330/12 1330/18 1330/24 1331/24
1332/8 1333/6 1333/19 1333/20
1336/10 1336/14 1337/18 1339/7
1340/21 1341/11 1341/24 1342/25
1344/7 1344/25 1347/16 1348/20
1349/11 1349/13 1349/15 1350/4
1351/4 1351/5 1351/13 1351/16
1351/18 1352/1 1352/15 1352/25
1353/13 1353/19 1354/4 1354/16
1354/17 1355/2 1355/13 1357/2
1357/8 1358/23 1359/20 1359/20
1360/17 1361/11 1361/14 1364/1
1364/16 1365/8 1367/6 1368/4
1368/15 1368/24 1369/9 1369/15
1369/17 1370/15 1372/24 1373/3
1373/5 1374/7 1379/9 1379/20
1381/25 1383/4 1383/19 1385/24
1387/1 1388/22 1390/25 1391/5
1391/15 1391/23 1393/6 1395/7
1395/16 1399/20 1400/21 1404/10
1404/14 1404/16 1405/4 1405/9
1407/25 1408/11 1410/17 1413/22
1417/4 1418/9 1418/11 1419/11
1420/14 1420/25 1422/3 1422/17
1423/8 1423/21 1424/15 1425/6
1425/25 1426/8 1426/10 1426/18
1426/25 1429/17 1431/7 1431/15
1432/7 1432/8 1434/17 1434/18
1434/20 1434/22 1435/25 1436/14
1436/17 1436/19 1436/24 1437/7
1440/25 1441/10 1441/15 1443/4
1443/22 1443/22 1443/23 1444/24
1445/5
document [13]  1333/23 1337/15
1345/12 1345/22 1390/3 1390/8
1396/23 1397/7 1399/15 1402/19
1403/19 1403/22 1404/25
documents [3]  1323/25 1345/25
1437/10
doe [1]  1345/9
does [30]  1307/15 1314/18 1321/9
1321/12 1330/20 1332/3 1333/13
1334/3 1334/5 1334/15 1337/2 1343/3
1343/18 1344/25 1345/20 1345/21
1348/15 1350/6 1352/6 1365/8
1368/17 1385/18 1392/10 1400/4
1408/3 1408/17 1409/11 1416/20

1437/7 1437/18
doesn't [13]  1325/14 1331/20 1331/22
1333/12 1334/14 1335/21 1337/2
1340/23 1342/21 1344/22 1345/19
1356/18 1357/13 1372/15 1381/6
1385/16 1385/22 1386/8 1386/12
1392/9 1403/6 1437/22
doing [17]  1305/23 1306/4 1307/19
1312/3 1325/15 1332/19 1349/1
1355/22 1358/20 1361/10 1377/4
1383/16 1387/2 1389/4 1411/24
1411/24 1437/15
dollar [7]  1309/16 1347/22 1397/2
1439/9 1439/13 1439/21 1441/6
dollars [15]  1309/19 1349/10 1351/24
1364/12 1365/12 1376/6 1377/20
1378/2 1378/11 1379/3 1379/8
1379/11 1384/16 1400/21 1438/6
don't [55]  1305/4 1309/7 1312/5
1312/13 1315/4 1328/17 1329/21
1336/19 1340/10 1340/18 1341/25
1342/5 1356/12 1365/13 1365/22
1369/11 1381/3 1381/25 1385/25
1386/15 1391/6 1393/12 1395/15
1395/23 1396/5 1396/6 1398/23
1404/4 1405/1 1422/15 1422/23
1429/11 1429/23 1430/1 1431/7
1432/14 1434/9 1434/23 1435/2
1436/13 1436/17 1436/25 1437/2
1437/13 1438/6 1438/14 1439/1
1439/4 1440/23 1441/14 1441/15
1443/21 1443/22 1443/24 1444/1
done [10]  1331/16 1353/5 1354/9
1354/23 1358/19 1363/1 1367/23
1374/9 1389/7 1436/16
door [2]  1359/3 1370/13
doors [1]  1381/23
dormant [2]  1339/22 1399/18
Dorn [18]  1349/7 1349/8 1349/16
1349/17 1350/7 1350/14 1350/17
1362/23 1363/2 1389/1 1389/3 1389/4
1389/7 1389/9 1400/17 1402/7
1402/12 1402/13
double [3]  1433/1 1433/7 1433/10
doubled [1]  1362/24
doubt [2]  1438/8 1439/1
Douglas [1]  1383/25
down [20]  1314/25 1315/15 1316/3
1316/3 1316/11 1327/19 1356/5
1360/5 1360/15 1365/12 1365/14
1369/4 1369/5 1385/23 1392/6 1403/2
1404/17 1428/24 1429/5 1430/1
downloaded [2]  1430/8 1431/6
dozen [1]  1382/16
draft [4]  1320/10 1333/21 1369/5
1377/25
drafted [1]  1389/12
drafting [1]  1437/1
DRAMMEH [4]  2/15 1303/1 1445/3
1445/18
dreaming [1]  1361/2
drive [1]  1397/14
due [13]  1320/11 1325/21 1333/2
1345/24 1346/6 1346/9 1352/9
1363/13 1363/14 1369/3 1374/19
1415/19 1415/22
Duffus [15]  1327/11 1327/17 1327/22
1354/24 1384/10 1384/15 1385/21
1386/1 1386/8 1386/16 1386/19
1388/6 1400/9 1400/13 1400/14

**D**

Duffus' [3]  1386/24 1387/23 1388/6
duplication [2]  1436/18 1436/20
during [25]  1314/3 1316/4 1318/7
1335/19 1347/25 1358/17 1359/2
1361/4 1362/13 1367/19 1368/22
1369/4 1399/14 1405/1 1405/6 1406/7
1408/2 1418/17 1418/20 1419/18
1429/4 1429/11 1431/4 1435/9
1435/19
duties [3]  1343/23 1349/20 1405/23
duty [8]  1369/22 1395/15 1404/19
1412/3 1412/4 1412/5 1414/5 1414/22
DX328 [1]  1401/16

**E**

e-mail [9]  1371/5 1373/2 1373/9
1373/13 1375/14 1375/14 1377/2
1391/4 1402/3
e-mails [2]  1370/23 1373/7
each [23]  1306/11 1335/16 1341/19
1366/24 1400/10 1400/11 1408/13
1410/5 1410/16 1411/3 1416/22
1418/6 1419/23 1419/23 1420/1
1420/12 1427/3 1427/20 1427/22
1427/25 1428/20 1443/19 1443/19
earlier [3]  1338/21 1427/19 1444/17
earn [3]  1358/2 1398/8 1404/10
earning [1]  1401/2
earnings [1]  1348/2
EAST [2]  2/4 2/8
eat [1]  1369/13
effect [2]  1354/13 1427/14
effective [3]  1319/15 1336/4 1344/19
efficient [1]  1335/20
effort [4]  1336/15 1337/9 1365/13
1397/14
efforts [9]  1311/6 1311/11 1311/16
1311/21 1312/13 1397/24 1414/16
1414/19 1414/21
eight [4]  1426/10 1427/12 1427/13
1429/23
either [7]  1318/25 1319/1 1367/10
1371/20 1379/7 1405/7 1406/18
elect [3]  1308/16 1399/11 1415/14
elected [5]  1308/6 1308/13 1308/15
1365/3 1415/17
election [2]  1308/11 1308/12
element [1]  1387/10
eliminate [3]  1314/18 1315/18 1318/11
ELLIKER [1]  2/4
else [16]  1305/16 1312/3 1314/12
1323/18 1332/23 1333/2 1333/19
1334/9 1345/13 1350/21 1356/21
1362/12 1381/5 1383/16 1391/2
1443/21
elsewhere [1]  1312/3
email [1]  1346/16
emails [1]  1389/6
emphasize [2]  1329/11 1418/23
employee [3]  1330/15 1350/2 1385/17
employees [8]  1324/21 1361/10
1361/25 1362/2 1370/14 1405/20
1405/22 1405/23
employees' [1]  1362/3
employment [4]  1309/4 1317/20
1343/17 1343/19
enable [1]  1417/18
encloses [1]  1331/25
encourage [1]  1429/11

end [12]  1334/16 1342/21 1350/12
1359/13 1363/4 1366/7 1402/20
1406/4 1417/6 1400/7 1422/20 1418/7
1425/3 1425/12 1437/16 1444/22
ended [2]  1318/15 1385/1
ends [1]  1336/25
enforce [4]  1325/16 1335/24 1358/3
1404/3
enforcement [2]  1308/7 1412/6
enforcing [1]  1369/23
enough [8]  1323/20 1323/21 1342/5
1366/3 1392/9 1409/24 1437/4 1441/5
enrichment [1]  1352/11
ensure [1]  1372/2
enter [2]  1304/24 1362/9
entered [8]  1308/3 1319/24 1320/5
1320/14 1320/25 1347/20 1361/11
1412/20
enterprises [1]  1412/20
entire [5]  1306/6 1314/4 1368/14
1400/24 1404/12
entirely [1]  1401/25
entities [1]  1317/10
entitled [4]  1415/13 1418/23 1424/24
1445/8
entity [1]  1436/4
EPM [1]  1401/8
equal [2]  1306/12 1405/16
equals [1]  1405/17
equivalent [2]  1414/8 1415/5
ERICKSON [289]
Erickson's [36]  1319/19 1325/3 1325/8
1326/17 1326/18 1328/11 1328/18
1332/10 1333/16 1336/1 1339/16
1340/23 1341/22 1347/11 1352/6
1357/5 1361/3 1361/15 1362/13
1369/6 1371/11 1375/13 1380/4
1383/14 1391/3 1393/18 1393/18
1396/20 1402/6 1402/23 1402/23
1403/23 1421/8 1421/16 1422/15
1423/1
error [1]  1441/16
essential [3]  1387/10 1409/20 1410/1
essentially [1]  1311/22
establish [2]  1311/3 1410/1
established [3]  1304/21 1309/25
1317/2
estimate [5]  1356/22 1386/17 1417/18
1434/12 1434/14
estimated [4]  1336/22 1337/1 1356/21
1403/24
et [2]  1/5 1/7
evaluate [2]  1330/23 1414/19
even [37]  1308/24 1311/7 1316/12
1322/11 1327/21 1337/3 1340/24
1341/25 1363/13 1363/14 1366/16
1370/23 1371/14 1372/6 1379/15
1380/21 1380/25 1381/3 1381/7
1383/8 1385/2 1386/11 1386/12
1387/15 1390/1 1391/18 1392/2
1392/10 1393/12 1398/15 1405/9
1407/9 1407/9 1410/12 1424/1
1424/21 1443/18
evening [9]  1406/22 1406/23 1407/16
1443/15 1443/17 1443/19 1444/4
1444/7 1444/19
eventually [1]  1354/14 1379/16
ever [8]  1330/10 1339/22 1378/8
1380/17 1380/17 1381/16 1382/9
1398/13
every [18]  1308/8 1312/19 1326/12

1333/19 1338/24 1344/9 1349/3
1351/19 1356/6 1366/18 1366/19
1366/19 1382/16 1382/18 1409/20
1412/5 1412/23 1433/1
everybody [7]  1304/7 1307/5 1323/17
1342/23 1402/5 1402/18 1431/17
everybody's [2]  1314/24 1352/20
everyday [1]  1434/16 1438/15
everyone [2]  1378/16 1443/21
everything [18]  1333/2 1333/19 1334/7
1334/9 1348/21 1369/8 1376/2 1376/3
1376/8 1378/6 1378/16 1400/6
1401/11 1401/14 1401/15 1405/2
1429/1 1444/10
Everything's [1]  1402/21
evidence [148]
evidentiary [6]  1308/21 1309/11
1309/21 1435/3 1435/13 1439/6
exact [2]  1314/2 1440/1
exactly [3]  1332/5 1346/1 1412/18
exam [1]  1325/3
examination [3]  1358/18 1396/11
1396/12
example [5]  1386/3 1406/20 1433/23
1440/11 1442/12
examples [1]  1371/1
Excel [1]  1331/8
except [4]  1338/12 1341/23 1345/9
1406/6
exception [1]  1367/18
excuse [6]  1326/22 1336/16 1338/23
1341/2 1341/17 1399/24
excuses [4]  1328/23 1336/7 1342/8
1348/22
executed [2]  1317/13 1320/15
Executive [1]  1343/19
executives [1]  1392/2
exercise [3]  1360/25 1437/1 1444/6
exhibit [28]  1317/16 1317/18 1317/19
1317/21 1318/12 1318/12 1318/25
1332/1 1355/1 1365/18 1367/14
1371/1 1371/16 1373/16 1375/11
1377/7 1377/25 1378/21 1389/15
1389/17 1393/25 1399/12 1402/11
1430/11 1444/12 1444/15 1444/17
1444/18
Exhibit 1 [2]  1444/15 1444/17
Exhibit 2 [1]  1444/18
Exhibit 201 [1]  1378/21
Exhibit 24 [2]  1317/18 1318/12
Exhibit 246A [2]  1317/19 1318/25
Exhibit 246C [1]  1317/21
Exhibit 257 [1]  1371/16
Exhibit 307 [2]  1373/16 1402/11
Exhibit 326 [2]  1377/25 1393/25
Exhibit 391 [1]  1389/15
Exhibit 685 [1]  1317/16
Exhibit 785 [1]  1399/12
Exhibit 906 [1]  1365/18
Exhibit 975 [1]  1389/17
exhibits [7]  1321/21 1406/2 1410/8
1430/4 1430/7 1430/14 1431/5
existed [1]  1329/21
exit [1]  1365/1
expenses [23]  1309/14 1343/6 1351/22
1351/23 1351/25 1385/23 1385/23
1386/9 1413/1 1417/20 1432/12
1432/13 1432/14 1432/23 1433/23
1433/25 1434/2 1434/4 1434/13
1436/12 1439/25 1440/6 1440/7

**E**

expensive [6]  1343/5 1364/9 1366/7
1374/5 1374/11 1385/10
experience [1]  1409/10
experiences [1]  1434/16
expert [10]  1310/16 1311/11 1311/15
1327/16 1327/19 1384/1 1384/7
1400/13 1400/16 1435/20
expired [1]  1372/20
explain [8]  1358/16 1368/22 1368/25
1405/8 1410/21 1418/5 1426/9
1426/17
explained [6]  1336/25 1363/22 1376/18
1416/25 1419/6 1428/11
explanation [3]  1368/6 1369/12
1384/23
explore [3]  1320/3 1320/5 1320/19
1321/3
exploring [1]  1320/23
exposed [1]  1435/21
express [1]  1416/12
extend [1]  1372/8
extension [1]  1372/7
extinguished [1]  1326/19
extort [1]  1379/11
extorting [1]  1338/21
extortion [2]  1399/25 1400/5
extortionate [1]  1379/25
eyewitness [1]  1406/15

**F**

fact [18]  1340/9 1340/16 1341/23
1342/2 1346/14 1362/22 1377/4
1382/8 1391/18 1399/22 1405/13
1406/15 1406/17 1407/24 1408/9
1410/6 1416/13 1434/1
factor [1]  1385/11
factored [1]  1328/8
facts [17]  1307/20 1309/17 1314/17
1314/24 1315/1 1316/24 1316/24
1316/25 1317/2 1321/6 1321/7 1321/8
1325/19 1403/7 1406/8 1406/16
1418/15
factual [2]  1312/5 1406/5
fail [2]  1426/2 1426/8
failed [14]  1310/18 1353/21 1353/22
1357/17 1387/12 1388/1 1414/1
1414/11 1414/18 1414/19 1415/2
1427/8 1428/16 1435/19
failing [3]  1318/19 1411/19 1411/21
fails [2]  1386/25 1410/1
failure [12]  1310/15 1310/24 1357/16
1388/12 1426/5 1427/10 1428/1
1428/2 1428/7 1428/13 1435/14
1436/22
fair [4]  1357/20 1376/15 1404/16
1437/4
fairly [2]  1357/3 1430/19
faith [8]  1369/22 1369/24 1370/25
1373/6 1379/10 1392/21 1395/22
1412/6
false [1]  1394/24
falsely [1]  1407/23
family [1]  1341/14
far [3]  1315/4 1328/5 1443/25
farther [1]  1331/16
fashioned [1]  1419/11
fault [4]  1365/20 1370/4 1402/23
1402/24
faulted [1]  1372/11

favor [20]  1304/24 1413/20 1413/22
1416/14 1416/23 1417/1 1417/3
1419/24 1419/25 1421/11 1421/20
1421/22 1422/15 1422/17 1424/10
1424/14 1425/4 1425/11 1425/15
1438/7
February [7]  1319/11 1320/9 1320/10
1344/16 1372/1 1374/14 1394/1
federal [4]  1432/16 1433/16 1445/3
1445/19
fee [3]  1401/17 1437/20 1437/24
feel [1]  1405/1
fees [4]  1343/7 1351/23 1434/6
1438/23
felt [1]  1438/6
few [12]  1314/21 1314/16 1316/10
1324/20 1331/15 1344/2 1358/5
1389/22 1390/9 1402/25 1408/19
1429/21
fewer [1]  1324/15
fiduciary [1]  1349/20
field [1]  1409/10
fields [1]  1356/10
fifth [1]  1390/12
fighting [3]  1340/5 1394/7 1399/22
figure [8]  1327/12 1337/11 1341/25
1342/19 1344/5 1346/9 1370/15
1428/10
figured [1]  1444/2
filed [4]  1339/2 1366/2 1375/10
1382/17
fill [7]  1343/10 1351/1 1352/24 1420/20
1422/19 1428/20 1430/25
final [8]  1306/19 1322/10 1322/16
1336/22 1359/14 1380/9 1396/1
1443/1
finally [6]  1331/6 1348/10 1358/15
1391/22 1398/2 1403/22
Finance [1]  1392/6
financial [3]  1385/19 1386/22 1402/9
find [76]  1305/1 1305/3 1308/24
1308/24 1309/12 1312/3 1321/23
1328/1 1331/7 1351/5 1352/1 1352/15
1352/25 1353/19 1354/4 1361/15
1362/4 1367/6 1375/7 1379/20
1381/14 1382/12 1387/18 1389/14
1389/23 1393/6 1393/9 1393/11
1394/21 1410/3 1412/7 1412/8
1413/20 1413/21 1414/24 1416/14
1416/17 1416/23 1417/1 1417/4
1417/7 1419/24 1420/14 1420/20
1420/22 1421/6 1421/11 1421/21
1421/22 1422/3 1422/11 1422/15
1422/17 1423/8 1423/21 1424/1
1424/3 1424/20 1425/1 1425/7
1425/15 1425/15 1425/25 1426/10
1426/15 1426/19 1426/22 1427/1
1428/13 1428/14 1428/15 1438/17
1439/16 1440/20 1441/3 1442/17
finding [2]  1305/11 1436/4
findings [2]  1410/22 1420/1
finds [1]  1421/22
fine [4]  1316/8 1335/7 1359/16
1441/17
finish [4]  1350/12 1362/24 1380/4
1403/24
finished [7]  1324/12 1327/14 1328/14
1332/17 1358/1 1404/18 1404/21
fired [3]  1370/10 1371/7 1372/1
first [58]  1304/19 1312/5 1316/12

1318/7 1318/13 1318/14 1322/7
1329/7 1329/23 1331/3 1332/13
1332/13 1339/17 1339/24 1340/4
1345/2 1354/23 1363/14 1366/9
1366/25 1367/5 1367/15 1367/20
1367/25 1368/12 1368/18 1370/1
1370/3 1370/12 1370/25 1371/14
1371/18 1371/19 1374/13 1374/22
1375/12 1376/16 1378/22 1379/24
1381/24 1382/22 1382/25 1390/12
1390/15 1397/22 1398/20 1398/21
1398/24 1413/8 1416/19 1419/13
1420/4 1421/12 1422/24 1423/2
1423/16 1425/3 1437/3
fist [1]  1363/25
five [12]  1313/21 1341/5 1352/13
1398/4 1421/19 1422/14 1423/8
five-year [1]  1341/5
five-years [1]  1398/4
fix [6]  1323/13 1325/14 1326/24
1352/21 1398/23 1398/23
fixed [4]  1373/24 1385/13 1385/16
1403/21
flat [1]  1366/14
flat-out [1]  1366/14
flimsy [2]  1393/10 1394/18
floating [1]  1340/22
focus [3]  1365/17 1368/8 1373/1
1390/16
focused [4]  1348/23 1350/7 1350/17
1380/9
focusing [1]  1402/18
folks [1]  1358/17
follow [5]  1405/8 1405/10 1420/11
1436/2 1436/5
followed [1]  1335/11 1383/20
following [4]  1317/12 1317/24 1383/1
1412/2
follows [1]  1318/4
food [1]  1369/13
fool [1]  1377/3
foot [7]  1380/16 1407/2 1407/6 1407/8
1407/10 1407/12 1407/14
force [1]  1364/11
forced [1]  1366/6
foregoing [1]  1445/6
foreperson [3]  1419/2 1419/2 1430/24
Forest [1]  1328/4
forests [1]  1356/10
forget [4]  1340/11 1343/7 1408/4
1436/3
form [48]  1304/19 1305/1 1305/15
1306/24 1307/10 1310/7 1310/21
1313/12 1314/15 1314/24 1315/5
1315/10 1343/10 1347/15 1351/2
1352/24 1359/7 1359/18 1389/10
1389/16 1389/19 1389/20 1389/21
1390/19 1390/20 1393/4 1399/2
1410/22 1410/23 1411/2 1411/8
1411/14 1411/23 1412/22 1413/8
1418/3 1419/4 1419/5 1419/13
1421/24 1421/17 1425/13 1426/6
1429/2 1429/3 1430/8 1430/22
1430/23
format [1]  1445/9
formed [1]  1317/4
former [1]  1362/2
formerly [1]  1318/2
forms [2]  1389/11 1389/18
formula [3]  1336/12 1385/7

**F**

forth [3]  1311/17 1373/13 1401/10
fortune [1]  1361/19
forward [2]  1337/11 1369/12
Foster [2]  1306/19 1327/17
found [18]  1305/11 1318/24 1361/10
  1392/23 1421/20 1423/17 1424/8
  1424/10 1424/11 1424/12 1424/14
  1425/4 1425/11 1427/23 1427/24
  1428/2 1428/3 1428/5
foundations [1]  1384/19
four [7]  1357/13 1367/3 1372/23
  1382/23 1421/19 1422/8 1429/23
four-months [1]  1372/23
frame [1]  1440/15
frankly [3]  1429/13 1437/15 1441/16
free [2]  1347/15 1380/7
frenzied [1]  1363/23
fresh [1]  1443/14
Friday [10]  1325/3 1330/14 1331/19
  1342/4 1347/8 1350/5 1356/21
  1358/17 1362/12 1400/15
friendly [1]  1393/1
friends [1]  1329/2
frivolous [1]  1361/21
front [3]  1349/20 1369/13 1378/9
fruit [1]  1412/19
full [3]  1318/8 1318/13 1379/5
fully [2]  1324/11 1418/7
further [6]  1308/17 1311/16 1326/20
  1373/8 1388/9 1425/14
Furthermore [1]  1425/6
fuselage [1]  1374/13
future [21]  1308/20 1308/22 1311/12
  1311/22 1312/2 1328/6 1328/6 1354/2
  1365/21 1383/24 1387/17 1387/20
  1387/22 1387/23 1388/6 1417/22
  1417/24 1417/25 1426/17 1427/12
  1444/14

**G**

GA [3]  1/22 2/3 2/6
gain [3]  1325/18 1352/11 1386/3
GAMD.USCOURTS.GOV [1]  1303/1
game [1]  1434/24
Garrett [1]  1332/16
gathers [1]  1342/18
gave [12]  1309/6 1323/12 1331/6
  1345/17 1349/5 1352/21 1370/2
  1393/23 1394/23 1398/1 1408/2
  1432/11
general [6]  1385/22 1389/11 1405/20
  1419/24 1432/16 1435/11
generally [1]  1436/20
generated [2]  1400/10 1400/11
generic [1]  1390/14
gentleman [2]  1349/1 1386/10
gentlemen [42]  1316/9 1321/5 1321/15
  1322/23 1323/19 1330/6 1330/23
  1331/9 1338/11 1338/22 1341/1
  1342/7 1343/4 1348/22 1350/23
  1353/17 1358/10 1359/1 1363/7
  1365/16 1366/1 1366/14 1367/9
  1372/9 1372/18 1375/13 1378/16
  1378/19 1379/4 1388/14 1392/11
  1393/5 1396/4 1397/3 1397/15
  1399/24 1404/5 1404/12 1404/19
  1405/13 1419/9 1443/13
GEORGIA [16]  1/1 1/6 1304/3 1339/7
  1380/15 1401/19 1432/21 1433/15

1433/16 1434/21 1436/10 1436/24
1437/11 1438/14 1438/20 1445/3
get [70]  1304/19 1305/5 1305/8
  1306/24 1310/23 1315/4 1322/21
  1322/22 1324/2 1324/3 1324/10
  1330/5 1331/13 1334/20 1336/9
  1342/25 1344/8 1346/8 1346/25
  1347/6 1348/16 1349/6 1349/21
  1350/16 1353/6 1354/10 1354/14
  1360/18 1361/24 1362/23 1364/16
  1364/16 1365/6 1366/4 1369/11
  1370/22 1372/5 1372/14 1372/23
  1373/7 1374/4 1374/9 1377/20
  1378/17 1379/11 1385/23 1386/1
  1386/11 1392/14 1393/4 1397/18
  1397/24 1399/23 1400/19 1402/24
  1404/15 1418/13 1419/1 1422/23
  1426/6 1429/16 1429/19 1429/20
  1429/21 1431/5 1431/8 1431/13
  1437/18 1442/5 1443/14
gets [9]  1306/9 1322/9 1322/12 1337/1
  1342/14 1349/25 1355/9 1433/20
  1437/22
getting [7]  1335/10 1338/17 1342/15
  1347/25 1377/1 1418/1 1442/10
GH [6]  1318/1 1359/9 1359/9 1360/2
  1360/11 1411/16
give [42]  1307/24 1309/15 1314/15
  1315/1 1322/3 1322/10 1322/16
  1337/24 1340/25 1342/6 1349/14
  1350/4 1358/8 1360/21 1367/2 1373/8
  1380/5 1382/3 1382/4 1384/8 1384/22
  1385/13 1387/14 1389/2 1392/8
  1394/3 1394/6 1396/1 1399/6 1400/19
  1403/20 1406/18 1406/20 1407/20
  1418/12 1418/20 1429/6 1429/14
  1437/22 1437/3 1439/21 1440/17
given [6]  1335/17 1384/13 1389/12
  1409/17 1412/10 1442/15
gives [3]  1305/21 1325/13 1398/22
giving [4]  1309/17 1338/2 1379/13
  1382/2
Glenn [1]  1328/4
global [4]  1333/3 1378/5 1378/17
  1378/17
go [62]  1304/7 1305/1 1308/3 1310/23
  1310/23 1312/3 1313/16 1315/4
  1315/23 1329/11 1334/12 1335/22
  1337/2 1337/24 1343/10 1346/8
  1349/7 1359/8 1362/10 1365/19
  1367/13 1367/24 1368/16 1369/12
  1378/15 1378/20 1381/17 1381/24
  1382/11 1384/5 1384/18 1385/4
  1386/1 1386/13 1386/22 1387/4
  1388/9 1389/23 1390/1 1393/18
  1398/5 1403/2 1419/5 1419/25
  1420/23 1421/18 1422/7 1422/13
  1423/20 1431/9 1431/15 1431/18
  1432/19 1434/23 1439/19 1440/24
  1441/20 1442/6 1442/13 1443/15
  1444/5 1444/6
God [1]  1392/24
goes [8]  1328/2 1335/14 1342/7
  1344/23 1355/5 1355/5 1378/12
  1421/15
going [104]  1304/18 1304/20 1304/23
  1304/25 1305/3 1305/10 1305/14
  1306/14 1306/19 1307/12 1310/10
  1311/14 1313/22 1314/25 1316/11
  1316/21 1317/2 1322/18 1323/22

1323/23 1328/7 1328/7 1328/22
1332/1 1336/23 1336/19 1337/8
1337/19 1337/22 1337/23 1341/7
1341/21 1341/22 1341/23 1342/1
1342/10 1343/2 1343/9 1344/13
1345/7 1345/24 1348/19 1351/1
1351/4 1354/1 1354/21 1355/14
1358/16 1361/17 1363/6 1364/9
1366/3 1367/1 1367/3 1367/5 1367/8
1369/17 1369/19 1369/20 1369/23
1370/2 1370/12 1373/8 1373/13
1373/20 1374/5 1374/7 1378/3 1379/6
1381/10 1381/11 1384/4 1384/8
1384/9 1387/14 1389/21 1390/22
1393/5 1399/1 1399/9 1403/1 1419/5
1420/10 1420/12 1429/19 1429/19
1429/20 1430/13 1435/6 1435/23
1436/16 1437/15 1437/16 1438/7
1438/13 1439/18 1440/14 1440/17
1441/9 1442/13 1442/14 1443/16
1444/2 1444/12
going to [1]  1440/17
gone [8]  1361/24 1364/18 1366/6
  1392/9 1394/10 1394/12 1394/14
  1430/21
good [21]  1304/5 1304/6 1306/22
  1314/24 1322/23 1337/17 1351/3
  1358/10 1358/22 1359/5 1369/22
  1369/24 1370/25 1373/6 1379/10
  1409/1 1412/6 1443/14 1444/4 1444/9
  1444/19
goodness [1]  1441/18
Google [2]  1443/23 1444/3
gosh [1]  1380/10
got [40]  1311/8 1316/21 1321/24
  1323/2 1324/24 1333/8 1338/15
  1338/20 1340/6 1356/3 1359/3
  1360/16 1362/17 1369/15 1370/18
  1371/2 1371/3 1371/6 1372/1 1378/8
  1381/23 1385/17 1386/1 1389/6
  1398/3 1399/8 1402/5 1405/2 1419/13
  1419/16 1424/2 1426/18 1428/18
  1429/1 1429/13 1430/5 1430/7 1432/5
  1438/12 1443/25
gotten [4]  1376/18 1398/10 1398/12
  1442/3
governs [1]  1432/22
grab [1]  1437/14
Grand [1]  1334/13
grant [1]  1313/6
granted [3]  1307/9 1310/19 1314/5
granting [2]  1306/6 1313/8
grants [2]  1310/4 1314/7
Gray [2]  1355/19 1357/11
Grayhawk [67]  1312/12 1317/8 1317/9
  1317/10 1317/24 1318/23 1324/18
  1324/21 1326/20 1331/25 1351/6
  1351/9 1351/14 1352/2 1352/16
  1352/18 1353/2 1353/20 1354/5
  1361/9 1364/3 1370/14 1397/7 1397/8
  1397/13 1410/25 1411/4 1411/10
  1411/15 1413/6 1413/10 1413/18
  1414/1 1414/7 1414/11 1414/15
  1414/18 1414/22 1415/1 1415/7
  1415/17 1415/23 1416/3 1416/5
  1416/8 1416/16 1416/19 1417/4
  1417/8 1417/12 1417/17 1419/16
  1420/5 1420/15 1420/18 1421/1
  1422/5 1423/6 1423/9 1423/13
  1423/23 1424/14 1425/9 1426/2

Grayhawk... [3]  1426/12 1426/21
1427/2
great [2]  1346/19 1441/19
greater [1]  1418/24
greed [1]  1439/17
greedy [2]  1376/23 1395/9
green [1]  1350/4
Grey [3]  1317/4 1318/2 1411/17
gross [6]  1385/21 1385/25 1386/3
1386/4 1386/6 1386/19
ground [1]  1394/3
grounds [4]  1308/18 1309/6 1394/23
1394/24
grow [1]  1341/8
growth [3]  1309/17 1386/17 1390/16
guarantee [1]  1337/7
guess [5]  1375/10 1379/13 1435/1
1436/6 1440/20
Gunn [2]  1419/7 1430/22
guy [2]  1390/24 1393/1
guys [1]  1402/2

# H

ha [1]  1388/19
had [75]  1308/13 1309/13 1313/15
1315/15 1318/16 1322/1 1327/13
1336/16 1341/5 1345/4 1346/24
1349/19 1350/17 1361/11 1362/6
1368/3 1368/3 1370/5 1371/15
1371/18 1372/3 1373/4 1373/18
1373/18 1374/1 1374/1 1375/14
1376/18 1377/19 1378/4 1379/8
1379/18 1382/10 1383/10 1383/14
1384/23 1384/24 1386/7 1386/9
1387/15 1388/18 1390/24 1391/10
1391/13 1392/18 1393/22 1395/10
1397/10 1397/11 1399/5 1399/18
1401/4 1402/17 1407/4 1407/4
1408/14 1414/22 1415/4 1417/12
1419/9 1424/8 1425/4 1427/23
1427/24 1430/4 1433/18 1435/9
1435/13 1435/19 1435/20 1436/15
1437/10 1438/11 1439/11 1440/24
hadn't [5]  1338/9 1374/3 1382/20
1401/4 1436/16
half [15]  1338/16 1338/21 1355/6
1358/15 1358/16 1358/19 1360/25
1363/1 1364/22 1376/16 1383/12
1383/17 1386/23 1391/14 1397/23
hand [2]  1357/3 1363/25
handcuffed [1]  1371/11
handle [1]  1361/16
hanging [1]  1394/14
happen [4]  1329/14 1341/15 1368/20
1398/24
happened [7]  1335/21 1370/7 1370/7
1372/17 1373/11 1436/9 1441/18
happens [4]  1341/20 1353/12 1374/12
1377/23
hard [6]  1337/19 1350/14 1354/3
1362/18 1399/23 1443/13
harder [1]  1398/13
harkens [1]  1435/12
harm [4]  1323/15 1381/5 1442/18
1442/19
harmed [1]  1388/20
has [96]  1310/16 1311/24 1312/20
1312/20 1320/4 1320/16 1321/1
1321/18 1322/3 1322/12 1322/13

1324/4 1324/23 1325/1 1328/5
1333/24 1334/6 1336/5 1339/2
1339/21 1339/25 1340/16 1341/14
1351/20 1353/5 1354/8 1354/9 1355/7
1357/25 1358/10 1358/20 1360/24
1361/1 1361/18 1362/21 1363/1
1363/1 1363/4 1363/16 1364/17
1364/18 1364/20 1364/21 1364/23
1366/5 1366/16 1366/18 1366/18
1366/19 1367/15 1368/13 1372/20
1375/16 1376/5 1380/7 1382/7 1383/7
1383/15 1391/14 1395/19 1396/8
1396/8 1397/13 1397/19 1398/8
1398/10 1398/12 1399/12 1399/22
1401/9 1404/13 1405/6 1406/14
1409/9 1410/6 1412/24 1412/24
1413/15 1419/4 1419/13 1419/16
1420/2 1421/13 1421/25 1426/14
1428/15 1429/2 1430/7 1431/17
1432/9 1433/2 1434/7 1436/9 1441/6
1442/16 1442/18
hasn't [4]  1340/13 1366/20 1399/21
1441/18
hatch [1]  1402/5
have [225]
haven't [2]  1381/23 1442/3
having [10]  1306/10 1308/5 1308/15
1316/25 1321/7 1335/16 1337/16
1369/13 1371/12 1383/17
Hawk [2]  1317/4 1318/2
he [349]
he'd [1]  1346/19
he's [19]  1333/6 1333/17 1333/18
1338/19 1340/24 1345/6 1349/23
1356/9 1356/16 1357/6 1362/20
1363/6 1384/4 1389/6 1389/6 1390/24
1392/4 1395/8 1396/9
head [6]  1347/16 1373/19 1395/7
1434/23 1441/20 1443/14
health [1]  1402/9
hear [16]  1307/9 1307/18 1310/7
1313/11 1328/22 1337/14 1356/21
1358/14 1365/3 1369/21 1384/3
1389/1 1389/10 1397/24 1431/17
1444/1
heard [90]  1321/21 1323/4 1324/20
1324/22 1325/1 1325/19 1326/20
1327/4 1327/6 1327/6 1327/6 1327/7
1327/7 1327/11 1328/14 1328/23
1328/25 1329/4 1329/14 1331/2
1331/18 1332/15 1334/21 1337/5
1337/13 1338/9 1341/3 1342/20
1343/14 1346/13 1346/13 1347/2
1347/6 1347/9 1347/24 1348/7
1348/19 1349/2 1353/6 1354/7
1354/12 1356/11 1362/20 1362/22
1363/9 1363/16 1363/17 1366/4
1366/15 1368/22 1369/1 1370/9
1370/11 1370/13 1370/21 1371/4
1372/1 1372/5 1373/21 1376/16
1380/3 1380/18 1380/22 1382/8
1382/8 1382/17 1383/23 1384/1
1386/12 1389/10 1389/25 1390/5
1391/18 1392/15 1395/2 1399/25
1400/9 1400/23 1401/25 1403/1
1403/4 1403/5 1403/17 1403/18
1404/2 1425/17 1425/19 1432/1
1438/14 1438/15
heart [1]  1352/9
heartbeat [1]  1396/16

heavy [1]  1391/20
neck [2]  1392/19 1393/11
held [2]  1372/21 1445/8
Hello [1]  1360/23
help [6]  1330/10 1349/12 1362/22
1397/24 1400/22 1436/25
helped [1]  1369/5
helpful [1]  1409/9
here [84]  1316/8 1316/11 1322/24
1323/2 1323/23 1324/3 1325/15
1326/16 1326/23 1327/16 1327/20
1327/21 1327/23 1328/13 1329/9
1329/11 1331/7 1331/8 1331/9 1332/1
1335/25 1336/18 1336/23 1337/6
1341/9 1341/9 1341/10 1342/24
1343/13 1343/22 1344/4 1348/23
1349/2 1351/24 1352/4 1352/19
1353/5 1355/22 1356/9 1362/16
1365/12 1365/14 1365/15 1365/20
1365/23 1365/24 1373/17 1374/4
1375/8 1375/14 1377/14 1381/12
1387/12 1388/10 1388/12 1389/19
1390/10 1391/23 1392/2 1392/6
1392/8 1393/24 1396/7 1399/11
1399/21 1400/1 1400/9 1400/16
1401/23 1402/1 1403/7 1403/8
1403/12 1403/25 1404/13 1425/13
1428/25 1429/8 1431/14 1436/19
1436/23 1436/25 1440/19 1444/1
here's [26]  1326/7 1326/11 1326/24
1333/2 1336/8 1336/10 1338/13
1338/13 1338/14 1341/17 1346/15
1346/15 1349/5 1350/23 1351/3
1356/2 1357/2 1368/6 1370/4 1370/7
1373/11 1373/12 1385/20 1389/15
1420/9 1439/13
hereby [4]  1336/3 1344/20 1394/4
1445/5
hereto [1]  1332/1
hesitate [1]  1418/10
hey [1]  1375/10
highlight [1]  1390/12
highlighted [4]  1346/5 1375/20 1381/20
1394/3
highlighting [1]  1373/16
highly [1]  1346/19
Highway [1]  1339/7
him [63]  1313/4 1313/5 1323/12
1323/13 1327/17 1327/21 1329/23
1330/15 1330/18 1331/1 1331/2
1332/19 1334/11 1334/19 1337/24
1338/2 1338/17 1342/17 1343/25
1344/4 1344/6 1346/13 1346/24
1346/25 1347/10 1347/24 1348/1
1348/19 1348/25 1352/3 1352/21
1356/21 1362/10 1364/7 1364/12
1364/15 1372/5 1379/15 1381/6
1381/8 1383/7 1383/16 1383/17
1384/2 1386/12 1388/23 1389/8
1390/24 1391/10 1392/19 1392/21
1392/22 1392/22 1393/1 1393/12
1393/22 1395/19 1397/24 1397/24
1399/19 1400/14 1400/19 1422/18
himself [13]  1314/3 1327/8 1343/2
1343/24 1345/6 1346/11 1348/4
1350/22 1351/12 1356/20 1361/19
1401/5 1401/6
hire [1]  1392/20
hired [1]  1392/18
his [68]  1320/6 1320/19 1322/18

his... [65]  1323/18 1323/22 1323/22
1324/6 1325/23 1327/3 1327/13
1328/25 1329/1 1330/21 1332/22
1334/11 1334/12 1335/9 1340/9
1340/19 1340/23 1341/14 1344/22
1346/23 1346/25 1347/15 1347/16
1349/11 1349/12 1349/24 1362/25
1363/5 1366/25 1369/9 1369/12
1372/1 1372/2 1374/17 1374/18
1374/18 1384/1 1384/16 1384/19
1384/25 1384/25 1385/11 1385/12
1386/17 1388/7 1388/17 1388/23
1389/25 1390/9 1391/7 1392/7 1392/8
1394/2 1395/2 1396/13 1397/25
1399/19 1399/20 1400/21 1404/3
1404/10 1404/11 1421/14 1422/10
1422/16
hold [4]  1340/25 1347/6 1362/8
1371/14
holding [3]  1340/12 1378/10 1379/24
HOLDINGS [72]  1/5 1317/6 1317/9
1318/1 1318/1 1318/3 1318/23 1319/5
1319/8 1319/8 1319/13 1319/17
1319/19 1319/24 1320/2 1320/4
1320/13 1320/15 1320/16 1320/22
1320/23 1320/24 1321/1 1351/6
1351/14 1353/9 1359/10 1360/2
1360/12 1410/24 1411/4 1411/9
1411/14 1411/16 1413/6 1413/9
1413/18 1414/1 1414/6 1414/10
1414/15 1414/17 1414/22 1415/1
1415/7 1415/16 1415/22 1416/2
1416/5 1416/8 1416/16 1416/18
1417/3 1417/7 1417/12 1417/16
1419/15 1420/5 1420/15 1420/18
1421/1 1422/5 1423/6 1423/9 1423/13
1423/23 1424/14 1425/8 1426/2
1426/12 1426/20 1427/2
holidays [1]  1347/5
home [11]  1328/16 1344/23 1345/2
1349/24 1362/16 1364/22 1384/21
1386/11 1395/23 1443/15 1444/6
homebuilders [3]  1317/7 1342/19
1349/13
homebuilding [14]  1317/25 1324/21
1348/12 1352/9 1363/4 1363/6
1363/22 1363/23 1363/24 1364/2
1364/18 1365/15 1396/15 1396/16
homes [84]  1/4 1/5 1317/4 1317/6
1317/9 1317/10 1318/1 1318/2 1318/3
1318/23 1319/4 1319/7 1319/8
1319/13 1319/16 1319/19 1319/24
1320/1 1320/1 1320/4 1320/13
1320/14 1320/15 1320/16 1320/22
1320/23 1320/24 1320/24 1320/25
1325/22 1351/6 1351/14 1352/15
1364/19 1364/20 1365/9 1365/12
1365/25 1366/8 1388/10 1393/6
1394/13 1395/25 1410/24 1411/3
1411/9 1411/14 1413/6 1413/9
1413/18 1414/1 1414/6 1414/10
1414/15 1414/17 1414/22 1415/1
1415/7 1415/16 1415/22 1416/2
1416/5 1416/7 1416/16 1416/18
1417/3 1417/7 1417/12 1417/16
1419/15 1420/15 1420/18 1421/1
1422/5 1423/5 1423/9 1423/12
1423/23 1424/18 1425/8 1426/2
1426/12 1426/20 1427/2

honest [3]  1397/23 1418/12 1433/17
honor [50]  1304/8 1305/16 1306/8
1306/18 1307/7 1309/1 1309/6 1310/2
1310/10 1310/13 1311/1 1311/19
1313/14 1314/13 1315/12 1315/17
1315/22 1316/4 1321/10 1321/14
1322/19 1322/21 1336/13 1359/16
1366/11 1396/3 1403/15 1404/13
1431/23 1432/19 1434/2 1434/17
1434/22 1435/2 1435/4 1436/1
1436/24 1437/10 1437/21 1438/10
1438/18 1438/24 1439/8 1439/15
1439/16 1440/5 1441/7 1441/22
1442/23 1442/25
HONORABLE [1]  1/10
hope [1]  1430/5
hopes [1]  1404/23
hoping [1]  1376/21
horizontal [1]  1332/9
hospital [1]  1349/1
hostage [2]  1378/10 1380/13
hot [2]  1363/22 1364/3
hottest [1]  1363/23
hour [2]  1342/13 1431/8
hours [3]  1342/12 1342/13 1372/3
house [2]  1336/25 1384/21
houses [11]  1324/19 1324/19 1328/5
1328/5 1328/7 1328/17 1328/21
1336/22 1365/14 1388/12 1396/17
how [45]  1309/23 1323/15 1324/3
1333/9 1333/19 1334/3 1340/21
1341/11 1349/24 1350/8 1351/16
1351/18 1352/8 1354/8 1354/23
1355/15 1356/1 1356/2 1357/2 1361/5
1361/8 1361/20 1368/5 1368/24
1369/9 1369/18 1372/10 1372/11
1377/23 1392/24 1395/17 1399/12
1400/4 1402/4 1408/14 1410/22
1427/10 1429/9 1429/25 1430/19
1432/15 1432/17 1434/14 1436/17
1436/19
however [4]  1318/7 1355/14 1367/19
1412/15
humility [1]  1441/19
Humphries [1]  1402/13
hundred [1]  1438/6
hundreds [2]  1373/2 1378/1
Huntsville [2]  1342/23 1365/21
hurled [1]  1361/18
hurt [2]  1324/24 1362/21

I

I'd [1]  1385/3
I'll [11]  1315/3 1329/8 1336/9 1358/5
1369/25 1402/10 1403/15 1419/11
1426/6 1426/8 1426/17
I'm [46]  1304/18 1304/20 1304/25
1305/3 1305/10 1305/13 1306/4
1306/14 1307/8 1314/25 1317/2
1323/22 1323/23 1333/19 1342/10
1343/2 1344/19 1344/20 1345/7
1345/19 1355/14 1358/21 1360/8
1367/8 1373/8 1379/6 1381/10
1381/11 1399/8 1402/10 1403/3
1405/2 1418/1 1419/4 1419/10
1420/10 1429/18 1429/19 1429/20
1434/8 1436/16 1438/13 1441/8
1441/16 1442/14 1444/12
I've [7]  1342/8 1406/2 1419/17 1420/8
1433/18 1438/15 1441/21

ice [2]  1346/7 1399/18
idea [2]  1412/1 1445/14
identical [3]  1345/9 1345/10 1346/3
if [160]
ignore [3]  1368/8 1385/13 1399/22
ignored [4]  1385/6 1385/8 1385/12
1387/1
ignoring [1]  1386/8
immediate [1]  1412/19
immediately [3]  1319/15 1344/19
1360/17
impact [2]  1323/17 1337/16
impacted [1]  1397/13
important [11]  1321/25 1322/25 1331/1
1352/25 1355/13 1358/14 1395/16
1404/15 1407/23 1408/9 1408/14
importantly [1]  1358/12
imposes [1]  1412/5
imposition [2]  1358/13
impress [1]  1408/20
impressions [1]  1418/24
improperly [1]  1313/19
in [486]
inaccurately [1]  1408/5
inaudible [2]  1369/5 1374/14
Inc [10]  1317/5 1317/10 1318/2 1318/2
1360/2 1360/12 1411/16 1411/16
1411/18 1411/18
include [1]  1305/6 1417/6 1427/12
1432/9
included [3]  1324/6 1328/10 1360/3
includes [1]  1406/1
including [8]  1333/24 1400/6 1400/7
1400/25 1415/12 1415/14 1417/19
1440/6
income [3]  1384/14 1385/24 1409/18
inconsequential [1]  1381/25
inconsistent [2]  1306/13 1416/9
incorporated [1]  1312/22
increase [3]  1336/15 1338/16 1355/10
incredible [1]  1397/14
incriminating [1]  1362/4
incur [1]  1309/13
indecisive [1]  1370/10
indeed [2]  1361/10 1433/1
independent [2]  1412/19 1418/21
INDEX [1]  1303/2
indicate [1]  1431/1 1437/10
indicates [1]  1415/9
indicating [1]  1441/2
indirectly [2]  1317/25 1352/10
individual [3]  1306/11 1326/3 1428/21
individually [2]  1326/2 1420/8
inexpensive [1]  1383/18
inferred [1]  1416/12
inflated [1]  1386/9
inflation [2]  1364/20 1374/6
influenced [2]  1405/7 1418/22
inform [2]  1315/24 1360/1
information [34]  1309/9 1309/9
1313/22 1325/18 1331/3 1331/6
1331/11 1331/24 1331/25 1332/10
1342/18 1343/1 1343/15 1343/20
1343/21 1343/25 1346/9 1347/25
1350/22 1351/12 1352/8 1352/12
1394/9 1394/16 1394/17 1394/19
1399/7 1401/3 1401/5 1411/6 1417/17
1429/25 1430/2 1430/3
informational [1]  1348/4
informed [1]  1344/17

## I

initial [1]  1322/6
initially [4]  1308/6 1415/17 1423/5 1432/24
initiated [1]  1373/14
injunction [2]  1308/10 1340/7
injured [4]  1413/15 1414/2 1433/2 1433/3
injury [1]  1412/11
innocent [1]  1408/7
inordinate [1]  1361/1
input [1]  1429/20
insert [4]  1427/16 1427/22 1427/25 1428/3
insistent [1]  1442/10
insofar [1]  1432/21
inspires [1]  1362/18
instead [2]  1397/18 1415/25
instruct [8]  1351/11 1365/2 1369/20 1404/19 1436/2 1436/7 1440/17 1443/17
instructed [3]  1351/17 1420/9 1440/10
instruction [8]  1351/18 1384/8 1405/11 1440/13 1440/14 1440/16 1440/19 1443/25
instructions [18]  1310/20 1359/8 1359/18 1379/10 1384/3 1387/14 1387/20 1387/21 1405/3 1405/10 1406/6 1426/4 1431/3 1436/3 1437/3 1439/17 1439/18 1439/21
integrate [1]  1350/18
integrating [1]  1317/7
intellectual [2]  1394/9 1394/11
intend [2]  1311/25 1316/19
intended [1]  1352/10
intending [1]  1348/12
intends [1]  1314/19
intent [5]  1313/24 1320/2 1347/21 1415/24 1416/10
intention [1]  1415/10
intentional [1]  1408/7
intentionally [1]  1416/8
interactive [1]  1317/8
interest [10]  1304/13 1338/15 1338/17 1344/22 1348/11 1364/19 1392/9 1408/24 1418/15 1422/22
interested [4]  1346/20 1364/24 1391/16 1391/17
interference [1]  1392/20
interim [12]  1319/5 1319/6 1319/11 1319/14 1319/20 1320/21 1334/5 1342/22 1344/14 1344/16 1344/20 1345/5
Internet [6]  1345/15 1389/15 1389/18 1389/20 1389/23 1390/4
interpretation [1]  1406/9
interrupt [2]  1358/21 1436/25
into [37]  1306/20 1312/22 1320/5 1320/14 1320/25 1321/22 1323/25 1328/6 1328/8 1341/7 1341/8 1345/17 1347/20 1350/18 1353/16 1354/2 1356/8 1356/11 1357/15 1357/23 1358/1 1361/11 1365/21 1368/2 1369/25 1370/18 1370/25 1373/19 1373/19 1380/17 1385/11 1401/8 1404/25 1412/20 1419/6 1422/23 1433/22
invested [1]  1340/16
investigation [1]  1443/22
investment [1]  1392/3
investments [5]  1325/6 1348/13 1355/21 1357/19 1411/18
investors [1]  1318/3
involved [7]  1320/22 1376/17 1384/21 1405/14 1405/19 1410/4 1410/16
involving [1]  1364/2
IP [1]  1401/17
IPO [1]  1364/1
irrelevant [1]  1429/25
is [357]
Islam [1]  1439/1
isn't [5]  1325/12 1339/18 1340/1 1346/6 1398/21
isolated [1]  1390/13
issue [11]  1306/6 1306/9 1308/11 1335/17 1392/14 1406/5 1412/10 1416/21 1432/20 1435/23 1436/22
issued [1]  1433/20
issues [5]  1370/23 1375/18 1375/18 1379/9 1425/24
it [310]
it's [71]  1305/16 1305/16 1306/1 1306/15 1308/12 1313/10 1313/24 1322/25 1323/1 1324/22 1327/22 1328/7 1328/10 1328/10 1330/6 1330/22 1331/1 1331/17 1333/23 1334/15 1335/23 1335/23 1336/24 1337/22 1342/1 1342/11 1345/9 1345/10 1347/12 1347/17 1347/19 1350/6 1351/17 1354/1 1358/14 1363/3 1365/4 1376/22 1380/2 1390/19 1392/1 1393/25 1394/6 1396/7 1396/22 1399/1 1399/24 1399/24 1401/6 1402/8 1402/21 1403/7 1403/12 1404/5 1404/13 1419/6 1419/10 1419/22 1423/3 1427/19 1429/23 1429/24 1430/12 1430/18 1430/19 1431/7 1433/15 1434/23 1437/23 1439/24 1443/13
item [1]  1359/25
its [26]  1310/16 1319/5 1324/10 1324/23 1327/25 1328/8 1333/25 1346/8 1354/18 1357/18 1361/1 1365/7 1365/10 1368/24 1371/18 1372/3 1372/14 1377/6 1385/16 1385/22 1385/24 1405/19 1405/22 1409/20 1412/6 1414/3
itself [2]  1355/3 1377/3
Ivy [1]  1328/4

## J

JACOB [1]  1/15
January [21]  1320/7 1320/20 1327/2 1332/15 1347/4 1347/5 1347/23 1350/12 1352/23 1355/7 1373/15 1374/12 1374/15 1374/20 1374/21 1375/4 1375/6 1391/9 1391/11 1394/1 1401/24
Jason [2]  1329/4 1361/25
JERRY [1]  1/22
JESSICA [1]  1/24
jets [1]  1392/8
job [9]  1343/1 1344/5 1346/14 1349/11 1349/12 1372/2 1400/21 1404/10 1429/12
jointly [1]  1306/3
judge [10]  1/11 1308/1 1358/9 1358/25 1365/2 1367/1 1369/20 1384/3 1384/8 1387/14
judges [3]  1379/9 1418/14 1418/15
judgment [7]  1304/24 1307/6 1308/3 1310/8 1310/14 1310/19 1312/18 1313/6 1313/9 1313/12 1313/17 1314/5 1357/25 1362/9 1381/6 1428/9 1438/4
Judicial [1]  1445/10
July [2]  1314/1 1399/13
June [4]  1320/1 1334/20 1338/4 1378/14
jurors [4]  1359/4 1418/8 1418/23 1434/17
jury [73]  1/10 1304/21 1305/21 1307/5 1308/3 1308/22 1308/23 1309/11 1309/16 1309/21 1310/1 1310/6 1310/6 1311/3 1311/5 1313/10 1314/9 1314/19 1314/25 1315/4 1315/23 1316/3 1324/1 1325/11 1343/11 1357/23 1359/8 1359/19 1360/6 1360/18 1367/2 1367/14 1369/21 1378/9 1381/17 1382/11 1384/5 1395/14 1395/16 1404/3 1405/4 1416/13 1417/18 1419/1 1419/9 1419/13 1419/18 1424/16 1424/20 1424/22 1428/23 1429/9 1430/6 1430/9 1431/2 1431/10 1432/2 1432/9 1433/11 1434/11 1434/21 1434/24 1435/25 1437/6 1437/10 1440/9 1441/6 1441/9 1442/9 1442/15 1443/21 1444/2 1444/9
just [91]  1304/9 1305/18 1306/2 1306/6 1307/7 1307/22 1309/17 1310/21 1311/24 1315/24 1319/17 1323/22 1325/19 1327/22 1329/14 1331/9 1331/15 1332/11 1338/12 1339/1 1340/7 1344/13 1345/12 1350/14 1351/10 1351/22 1355/22 1359/18 1359/18 1360/1 1360/7 1360/9 1362/5 1363/3 1364/25 1365/3 1365/16 1367/24 1368/20 1369/8 1371/21 1371/23 1372/20 1378/24 1380/11 1380/23 1383/16 1385/13 1386/15 1388/23 1392/8 1395/9 1398/5 1398/17 1399/1 1399/20 1400/12 1400/21 1401/7 1401/16 1402/10 1403/5 1403/7 1403/22 1404/1 1404/2 1405/2 1407/1 1418/12 1419/23 1420/20 1421/5 1425/1 1428/10 1428/17 1432/2 1433/13 1435/14 1436/5 1436/16 1437/18 1438/5 1438/9 1438/13 1438/20 1439/5 1440/20 1444/5 1444/9 1444/11 1444/13
justice [1]  1405/18
justices [2]  1395/14 1395/15
justify [1]  1394/15

## K

Kathy [4]  1329/1 1329/2 1330/4 1361/25
keep [13]  1323/18 1332/18 1332/19 1343/20 1346/16 1354/15 1357/22 1370/14 1377/10 1382/6 1382/19 1389/14 1408/2
keeps [1]  1368/7
ken [1]  1309/22
kept [1]  1366/3
KEVIN [1]  2/4
key [1]  1367/13
kidnapper [1]  1380/13

**K**

kind [6]  1307/6 1375/3 1390/25
1391/18 1443/22 1443/22
kinds [1]  1361/2
King [2]  1438/25 1440/11
kitchen [1]  1361/3
knew [10]  1346/21 1348/20 1350/18
1350/19 1350/20 1369/7 1374/2
1374/19 1391/2 1394/13
know [35]  1324/3 1333/20 1333/22
1340/18 1340/18 1340/21 1340/24
1341/11 1345/9 1346/17 1358/10
1360/7 1365/22 1373/9 1380/14
1380/19 1385/15 1386/1 1386/12
1386/15 1387/3 1387/4 1395/15
1398/20 1402/22 1407/5 1407/13
1429/23 1437/17 1435/3 1438/7
1438/12 1440/16 1440/23 1441/15
knowledge [1]  1406/15 1409/9
known [3]  1318/2 1401/3 1401/4
knows [3]  1358/13 1377/4 1392/24
KRAMER [16]  1/15 1322/17 1322/20
1360/16 1375/12 1377/12 1377/19
1378/2 1380/22 1382/13 1388/2
1393/25 1394/3 1396/1 1403/13
1441/14
Kramer's [1]  1375/9
KS [2]  1/15 1/17

**L**

lack [4]  1370/20 1373/24 1440/22
1440/23
ladies [43]  1316/9 1321/5 1321/15
1322/23 1323/19 1330/6 1330/23
1331/9 1338/11 1338/21 1341/1
1342/7 1343/4 1348/22 1350/22
1353/17 1358/10 1359/1 1363/7
1365/16 1366/1 1366/14 1367/9
1372/9 1372/18 1375/13 1378/15
1378/19 1379/4 1386/10 1388/14
1392/11 1393/4 1396/4 1397/3
1397/15 1399/24 1404/4 1404/11
1404/19 1405/13 1419/9 1443/12
land [93]  1/10 1308/2 1312/15 1312/20
1317/14 1317/17 1318/4 1318/16
1324/13 1324/14 1324/19 1324/23
1325/7 1326/5 1326/17 1327/12
1328/15 1336/3 1342/9 1352/17
1353/3 1353/15 1354/6 1355/4 1355/4
1355/10 1355/11 1356/1 1356/5
1356/6 1356/8 1356/14 1357/3 1357/4
1357/7 1357/9 1357/10 1357/14
1357/25 1362/8 1364/4 1364/5
1364/15 1365/5 1367/1 1367/7
1367/13 1370/4 1370/17 1371/8
1371/11 1371/12 1371/13 1371/22
1373/24 1375/17 1376/6 1381/13
1381/16 1381/18 1383/7 1387/2
1391/19 1391/20 1391/25 1396/9
1399/12 1404/8 1411/19 1413/4
1413/5 1413/11 1413/20 1413/24
1414/14 1414/24 1415/8 1415/18
1415/24 1416/3 1416/10 1416/17
1419/19 1423/7 1423/11 1423/19
1423/24 1424/21 1425/20 1426/13
1426/21 1427/3 1442/13
land-heavy [1]  1391/20
land-lite [1]  1391/19
language [6]  1367/12 1367/13 1369/18
1373/17 1377/14 1389/19

lapse [1]  1408/7
larger [1]  1365/21
last [16]  1305/5 1332/16 1353/6
1358/17 1360/25 1377/24 1387/24
1388/24 1399/16 1399/23 1403/19
1407/16 1419/9 1427/20 1441/18
1444/6
Lastly [1]  1313/14
late [3]  1332/14 1372/18 1383/21
later [7]  1338/10 1344/2 1344/25
1345/6 1377/24 1399/8 1433/9
latest [1]  1333/10
latter [2]  1332/23 1407/17
law [37]  1304/24 1307/6 1307/22
1310/14 1310/19 1312/19 1313/6
1313/10 1313/18 1314/5 1404/20
1404/25 1405/8 1405/9 1405/10
1405/12 1405/17 1405/21 1406/6
1407/19 1420/9 1424/20 1424/24
1432/21 1432/21 1433/14 1433/16
1436/10 1436/25 1437/11 1438/14
1438/20 1438/24 1439/4 1440/23
1442/13 1443/5
lawn [5]  1406/25 1407/3 1407/5
1407/11 1407/16
lawsuit [8]  1309/14 1339/2 1360/24
1365/1 1366/9 1392/9 1392/12
1392/13
lawyer [5]  1311/25 1339/16 1399/19
1399/20 1438/9
lawyer's [1]  1429/19
lawyers [18]  1307/20 1316/5 1321/17
1321/20 1321/22 1321/25 1322/1
1340/8 1360/7 1361/1 1362/3 1362/14
1377/6 1378/8 1391/24 1396/13
1406/3 1429/8
layperson [1]  1309/22
leader [1]  1342/22
leads [2]  1379/19 1402/20
learn [1]  1390/17
lease [2]  1341/4 1341/6
least [11]  1306/16 1308/19 1324/11
1329/7 1333/5 1377/16 1377/23
1401/8 1439/21 1441/6 1443/4
leave [10]  1306/15 1314/9 1314/10
1341/2 1341/8 1341/16 1365/15
1430/22 1431/2 1444/9
leaves [1]  1306/5
leaving [2]  1324/14 1341/10
led [2]  1392/15 1407/10
Lee [4]  1325/24 1327/6 1346/13
1347/9
left [14]  1325/7 1332/4 1345/10
1347/11 1347/24 1350/10 1360/16
1371/8 1391/14 1391/17 1402/16
1407/6 1407/7 1407/13
legal [2]  1401/9 1406/17
legally [1]  1361/6
lengths [1]  1361/23
less [7]  1316/18 1336/24 1347/23
1348/5 1374/8 1376/20 1401/1
let [28]  1306/23 1306/25 1310/5
1310/5 1310/23 1313/10 1314/8
1314/14 1328/23 1329/11 1331/8
1342/8 1354/22 1359/6 1365/10
1368/24 1380/20 1381/15 1383/19
1395/24 1403/25 1404/6 1406/20
1419/6 1430/17 1436/17 1436/22
1440/16
let's [33]  1324/1 1326/1 1332/8 1333/6

1333/7 1335/22 1340/11 1341/7
1341/8 1343/7 1348/25 1355/9
1360/15 1370/1 1372/24 1373/7
1373/7 1375/6 1375/7 1376/12 1377/3
1381/15 1386/16 1388/25 1389/18
1390/10 1392/14 1398/5 1403/19
1403/20 1404/17 1432/15 1444/5
Lets [1]  1384/18
letter [23]  1313/24 1319/12 1319/22
1320/2 1326/16 1326/23 1329/23
1331/4 1331/7 1336/2 1347/21 1348/9
1371/17 1375/9 1377/5 1377/7
1377/12 1377/19 1377/22 1378/7
1393/24 1393/25 1399/19
letters [3]  1330/3 1345/17 1401/9
leveling [1]  1376/4
leverage [1]  1397/1
liability [5]  1323/14 1405/14 1405/16
1405/18 1405/21
licensing [1]  1401/17
lien [3]  1380/2 1380/15 1383/14
liens [1]  1380/7
life [2]  1311/14 1358/14
lifetime [1]  1363/24
lift [1]  1381/2
lifted [1]  1390/9
light [2]  1307/21 1350/4
like [24]  1309/15 1309/24 1316/15
1322/17 1332/3 1339/23 1341/20
1355/14 1363/12 1368/8 1369/12
1380/6 1380/13 1381/7 1381/7
1381/14 1385/18 1389/13 1395/18
1405/1 1419/10 1429/15 1435/3
1438/21
likely [3]  1409/25 1417/14 1429/7
limit [2]  1333/4 1377/15
limited [4]  1405/14 1405/15 1405/18
1405/21
line [1]  1362/24 1386/2
lines [2]  1380/6 1390/9
linking [1]  1378/5
lis [15]  1338/23 1338/25 1339/11
1339/17 1340/1 1379/18 1380/1
1380/2 1380/5 1380/10 1380/21
1380/24 1381/1 1381/2 1381/4
list [7]  1320/11 1325/21 1331/8
1331/10 1332/16 1385/5 1394/6
listed [3]  1419/17 1419/20 1419/21
listen [1]  1405/2
listening [1]  1358/6
listings [2]  1375/3 1375/4
lists [1]  1427/20
lite [1]  1391/19
litigation [22]  1309/25 1340/6 1343/5
1343/7 1351/22 1351/25 1396/22
1398/11 1399/23 1413/1 1432/12
1432/13 1432/14 1432/23 1432/24
1433/19 1434/12 1436/12 1438/21
1439/25 1440/6 1442/22
little [12]  1305/4 1331/16 1333/14
1352/13 1368/6 1372/24 1382/7
1384/18 1393/12 1432/21 1433/15
1442/10
live [4]  1336/13 1365/4 1404/2 1404/11
ll [1]  1418/5
LLC [105]  1/5 1317/9 1318/1 1318/3
1318/23 1319/5 1319/8 1319/13
1319/17 1319/19 1319/24 1320/2
1320/4 1320/14 1320/15 1320/16
1320/22 1320/23 1320/25 1321/1

**L**

LLC... [85]  1364/3 1410/24 1410/25
1411/4 1411/4 1411/9 1411/10
1411/14 1411/15 1411/17 1411/17
1411/17 1413/6 1413/6 1413/10
1413/10 1413/18 1413/18 1414/1
1414/1 1414/6 1414/7 1414/10
1414/18 1414/15 1414/15 1414/17
1415/1 1415/7 1415/7 1415/17
1415/17 1415/23 1415/23 1416/2
1416/3 1416/5 1416/5 1416/8 1416/8
1416/16 1416/16 1416/18 1416/19
1417/4 1417/4 1417/7 1417/8 1417/12
1417/12 1417/19 1417/19 1419/16
1420/5 1420/6 1420/15 1420/15
1420/18 1420/18 1421/1 1421/1
1422/5 1422/5 1423/6 1423/6 1423/9
1423/9 1423/13 1423/13 1423/23
1423/23 1424/18 1424/18 1425/8
1425/9 1426/2 1426/2 1426/12
1426/21 1427/2 1427/2
LLCs [1]  1419/21
loan [1]  1325/5
loans [2]  1325/2 1325/4
local [1]  1397/14
localities [1]  1380/6
locality [1]  1380/8
locations [1]  1369/8
locked [1]  1444/9
logos [1]  1361/9
LOI [2]  1313/24 1320/3
LOMAX [1]  2/6
long [11]  1327/8 1329/1 1329/2
1330/15 1344/6 1358/11 1361/25
1366/3 1377/23 1397/17 1437/13
longer [11]  1315/25 1316/17 1317/21
1317/22 1364/22 1365/4 1380/19
1380/25 1388/7 1388/9 1391/16
look [51]  1306/25 1307/20 1312/11
1325/11 1331/13 1332/3 1332/9
1336/17 1345/20 1347/12 1347/17
1349/8 1356/13 1359/19 1365/20
1367/12 1368/7 1368/9 1368/14
1371/2 1372/24 1373/23 1374/4
1375/12 1375/15 1375/21 1376/1
1376/10 1377/23 1378/15 1381/18
1382/11 1385/18 1386/22 1388/25
1389/3 1390/1 1390/2 1390/14
1390/25 1391/23 1395/1 1396/19
1399/25 1401/16 1402/19 1402/19
1403/19 1407/11 1430/12 1430/15
looked [5]  1351/10 1361/6 1406/23
1406/24 1435/3
looking [5]  1315/16 1346/14 1346/18
1365/25 1398/3
looks [1]  1337/17
loss [5]  1386/3 1386/7 1417/19
1417/25 1425/21
losses [1]  1385/24
lost [52]  1304/13 1305/5 1305/14
1305/16 1305/20 1308/20 1308/25
1311/15 1312/2 1323/17 1324/25
1327/23 1356/4 1357/19 1360/4
1373/5 1383/24 1384/3 1384/6
1387/12 1387/16 1388/5 1397/18
1415/9 1415/12 1415/14 1416/15
1417/3 1417/6 1417/9 1417/10
1417/14 1417/15 1417/20 1417/22
1417/24 1425/19 1426/3 1426/7

1426/14 1426/17 1426/23 1426/24
1426/25 1427/18 1427/18 1427/18
1427/19 1427/23 1428/5 1428/5
1428/10
lot [62]  1313/2 1318/1 1323/4 1323/5
1323/11 1323/16 1325/18 1327/4
1327/11 1328/23 1328/24 1329/7
1329/17 1329/24 1330/17 1331/7
1331/12 1332/2 1332/20 1333/1
1333/8 1335/4 1336/6 1345/7 1345/25
1346/2 1353/8 1355/1 1355/7 1356/11
1357/21 1359/9 1359/10 1360/2
1360/11 1366/18 1366/19 1366/19
1367/16 1371/17 1372/15 1375/22
1380/17 1384/20 1385/4 1392/11
1396/4 1398/17 1399/6 1399/25
1400/4 1400/7 1400/10 1400/11
1400/12 1401/9 1401/13 1402/23
1411/16 1411/21 1438/11 1441/19
lots [171]
loves [1]  1363/6
lower [1]  1364/7
loyalty [1]  1362/18
LPA [111]  1304/11 1304/22 1313/7
1317/14 1317/15 1318/4 1318/8
1318/12 1318/13 1318/15 1318/16
1325/12 1326/1 1326/2 1326/4
1326/21 1327/3 1329/3 1329/6
1329/20 1329/22 1329/24 1329/25
1331/3 1331/21 1333/21 1333/24
1335/14 1335/16 1335/22 1335/23
1336/8 1336/12 1336/13 1336/17
1337/10 1340/10 1352/17 1353/1
1353/11 1353/19 1354/4 1354/24
1355/2 1355/3 1355/5 1356/6 1356/18
1360/3 1365/1 1365/4 1367/7 1373/25
1373/25 1379/20 1395/24 1396/7
1396/18 1398/25 1399/15 1403/17
1403/20 1403/23 1411/15 1413/2
1413/4 1413/8 1413/10 1413/16
1413/19 1413/20 1413/22 1413/24
1414/8 1414/11 1414/13 1414/20
1414/23 1414/23 1414/25 1415/6
1415/17 1415/20 1416/1 1416/6
1416/14 1416/19 1416/22 1416/23
1417/1 1417/5 1417/21 1419/18
1423/10 1423/19 1423/21 1423/24
1424/2 1424/3 1424/7 1424/19
1424/21 1425/7 1425/20 1425/25
1426/11 1426/19 1427/3 1427/7
1427/21 1428/15
LPA's [1]  1385/6
LPN [1]  1385/2
lucrative [1]  1365/9
lunch [9]  1404/21 1404/22 1419/2
1430/21 1431/5 1431/8 1431/15
1431/18 1432/1
lurch [2]  1350/10 1402/16

**M**

made [27]  1305/7 1308/11 1308/12
1312/21 1323/9 1327/21 1332/24
1334/18 1336/8 1343/25 1344/6
1344/23 1354/14 1361/22 1362/15
1383/25 1394/24 1398/6 1400/5
1401/9 1405/23 1412/15 1416/8
1417/23 1425/19 1435/12 1441/22
made-up [1]  1394/24
mail [9]  1371/5 1373/2 1373/9 1373/13
1375/14 1375/14 1377/2 1391/4

1402/3
mailed [1]  1321/2
mails [2]  1370/23 1373/7
main [1]  1440/13
majority [1]  1429/2
make [43]  1304/18 1305/11 1305/14
1307/5 1308/23 1309/21 1311/22
1314/23 1322/1 1322/2 1334/1 1334/9
1337/11 1342/19 1346/18 1353/8
1357/20 1358/3 1358/4 1359/17
1360/7 1365/11 1369/9 1369/16
1370/2 1370/11 1378/8 1378/18
1385/16 1395/24 1403/6 1403/21
1406/11 1407/10 1407/18 1410/22
1414/16 1419/5 1420/1 1425/18
1430/18 1436/4 1441/16
makes [7]  1333/4 1336/15 1346/10
1349/24 1359/16 1377/15 1407/19
making [8]  1333/18 1337/7 1363/24
1374/16 1389/8 1403/9 1408/15
1410/3
man [5]  1362/15 1362/17 1362/19
1389/6 1398/4
management [1]  1350/12
manager [1]  1330/7
many [3]  1338/9 1342/2 1361/16
March [15]  1329/19 1330/25 1331/14
1331/25 1333/25 1334/24 1335/7
1337/17 1369/2 1372/19 1373/2
1373/9 1375/11 1378/4 1399/7
March 12th [1]  1378/4
margin [6]  1385/21 1385/25 1386/3
1386/5 1386/6 1386/18
margins [3]  1364/21 1373/20 1386/19
mark [2]  1442/13 1444/12
market [6]  1363/22 1363/23 1364/3
1364/18 1385/10 1386/14
markets [5]  1365/9 1365/9 1365/21
1390/17 1397/9
markup [1]  1320/11
Marshall [4]  1344/3 1348/23 1348/25
1390/22
math [1]  1395/7
matter [26]  1304/24 1307/6 1307/22
1309/22 1310/14 1310/19 1312/5
1312/18 1313/6 1313/9 1313/18
1314/5 1323/19 1323/20 1343/3
1343/4 1343/5 1358/4 1358/5 1408/18
1409/11 1424/20 1424/24 1437/18
1437/22 1445/8
matters [3]  1316/10 1343/12 1406/9
may [52]  1306/1 1316/7 1318/11
1322/18 1322/20 1333/9 1333/20
1351/22 1357/21 1360/6 1360/9
1360/21 1365/19 1377/5 1377/6
1378/14 1384/4 1384/6 1384/11
1396/1 1401/11 1405/19 1406/7
1406/10 1406/18 1407/20 1408/8
1408/15 1409/15 1410/7 1410/8
1410/9 1412/18 1413/1 1415/11
1416/11 1416/12 1416/15 1417/2
1417/6 1417/9 1417/11 1417/20
1427/12 1429/21 1430/9 1433/4
1440/2 1441/2 1442/19 1443/19
1443/24
maybe [3]  1330/13 1365/23 1395/7
MAZIARZ [1]  1/24
McClure [5]  1329/5 1330/7 1330/14
1330/16 1330/21
me [41]  1306/23 1310/23 1314/14

me... [38]  1328/23 1329/6 1329/11
1331/6 1331/8 1336/16 1341/13
1341/17 1341/18 1342/8 1349/5
1354/22 1359/6 1365/16 1368/25
1376/14 1376/14 1376/15 1376/15
1376/20 1377/12 1384/22 1387/24
1389/21 1401/12 1401/15 1403/19
1403/25 1406/20 1419/6 1429/5
1429/7 1429/16 1429/22 1430/2
1430/6 1436/22 1441/17
mean [9]  1323/24 1330/21 1350/6
1408/3 1408/12 1409/11 1422/14
1425/4 1438/13
meaning [1]  1424/6
means [11]  1336/18 1346/24 1352/6
1353/14 1353/15 1397/19 1409/23
1413/21 1424/10 1426/5 1442/3
meanwhile [1]  1383/14
meet [3]  1326/8 1368/10 1371/14
meeting [21]  1334/20 1334/24 1335/3
1337/16 1338/6 1365/19 1371/15
1371/18 1373/15 1373/16 1374/13
1374/15 1375/6 1391/9 1391/12
1394/1 1401/24 1402/3 1402/6 1402/6
1402/7
meetings [1]  1368/15
member [1]  1319/16
members [6]  1365/19 1376/4 1376/21
1377/1 1441/9 1442/15
memorandum [4]  1325/23 1390/5
1390/7 1390/11
Memorialize [1]  1333/15
memories [1]  1418/24
memorize [1]  1405/2
memory [3]  1408/7 1409/1 1418/19
mention [2]  1323/17 1331/22
mentioned [2]  1309/14 1316/12
1327/18
mentions [1]  1402/9
MERRITT [1]  1/19
meruit [3]  1315/25 1316/14 1341/24
message [2]  1395/23 1429/5
messages [3]  1362/1 1362/2 1362/3
met [2]  1309/20 1330/4
mic [1]  1384/1
MICHAEL [1]  2/8
middle [6]  1/1 1304/3 1313/25 1378/3
1407/4 1445/5
midst [1]  1383/8
might [9]  1305/20 1308/14 1309/24
1343/3 1351/3 1390/16 1409/9 1436/6
1436/25
million [77]  1304/12 1304/25 1305/4
1305/6 1305/7 1305/13 1309/18
1323/16 1323/21 1324/6 1324/7
1324/7 1324/8 1324/12 1324/15
1324/18 1324/25 1325/1 1325/4
1325/4 1327/15 1327/24 1328/9
1337/24 1338/17 1338/19 1338/20
1340/12 1340/24 1344/10 1347/22
1348/1 1348/2 1349/9 1349/10
1353/10 1353/14 1353/16 1353/17
1353/25 1354/22 1355/4 1355/9
1356/4 1356/5 1357/19 1357/22
1362/9 1375/24 1375/25 1376/1
1381/6 1384/15 1386/5 1386/6 1386/6
1386/7 1395/4 1396/8 1396/9 1396/18
1397/2 1400/5 1400/21 1401/2 1401/2
1401/17 1401/21 1401/22 1403/24
1404/7 1404/7 1404/8 1425/14
1425/17 1425/22 1427/17
millions [11]  1351/24 1364/12 1365/12
1376/6 1377/19 1377/20 1378/2
1378/11 1379/2 1379/8 1379/11
mind [6]  1354/18 1357/22 1368/24
1369/9 1408/2 1418/11
minding [1]  1371/25
minds [1]  1368/15
miniature [1]  1330/8
MINNEAPOLIS [1]  1/19
minute [4]  1329/8 1359/2 1368/6
1381/11
minutes [11]  1306/25 1314/14 1314/16
1358/5 1359/21 1360/16 1402/20
1402/25 1403/14 1429/21 1431/9
Miramonte [16]  1320/14 1320/17
1320/19 1320/19 1320/20 1320/21
1325/21 1345/1 1346/23 1348/17
1350/16 1390/20 1391/8 1391/15
1391/18 1391/20
misappropriation [2]  1352/7 1394/8
misrepresenting [1]  1312/6
missing [1]  1375/16
misstated [1]  1408/5
misstatement [1]  1408/9
mistake [2]  1378/19 1408/2
Misty [1]  1328/4
misuse [2]  1309/8 1343/25
mitigate [31]  1310/15 1310/18 1310/25
1311/12 1312/14 1328/8 1353/21
1353/22 1357/16 1357/17 1388/1
1388/8 1388/8 1388/13 1414/1 1414/3
1414/5 1414/11 1414/18 1414/21
1415/2 1426/3 1426/5 1427/8 1427/11
1428/2 1428/2 1428/7 1428/13
1428/14 1428/16
mitigated [3]  1327/25 1357/18 1426/8
mitigation [14]  1311/11 1311/13
1311/13 1311/16 1311/21 1312/10
1312/13 1328/6 1381/10 1387/25
1388/4 1416/24 1427/6 1428/9
MLS [2]  1375/3 1375/4
MN [1]  1/19
model [6]  1346/20 1384/20 1385/11
1386/24 1387/3 1388/7
models [1]  1385/1
modification [1]  1372/7
moment [6]  1410/12 1416/25 1426/6
1426/9 1426/18 1430/7
Monday [9]  1315/6 1315/8 1359/22
1359/24 1400/16 1432/4 1442/8
1443/9 1443/11
money [21]  1324/10 1337/2 1340/14
1340/16 1340/21 1340/22 1344/3
1344/12 1349/24 1352/7 1357/21
1358/2 1363/24 1365/14 1376/23
1392/25 1396/8 1398/1 1398/8 1400/4
1400/4
month [7]  1342/12 1342/14 1355/6
1364/25 1365/4 1366/9 1380/18
months [8]  1331/15 1338/9 1344/9
1355/7 1355/9 1362/25 1363/15
1372/23
more [52]  1307/9 1314/16 1316/12
1331/19 1331/23 1335/10 1336/24
1337/1 1337/1 1337/3 1337/5 1337/6
1337/12 1337/20 1337/20 1341/10
1342/13 1344/2 1344/11 1344/11
1348/10 1348/12 1349/13 1358/12
1360/9 1360/18 1362/25 1363/3
1363/7 1363/16 1364/6 1364/3 1365/7
1374/5 1374/10 1385/2 1388/20
1388/23 1397/18 1397/19 1398/1
1400/3 1401/20 1403/6 1403/9
1403/13 1407/2 1409/25 1410/4
1410/15 1411/24 1442/10
morning [11]  1304/5 1304/6 1310/16
1316/19 1322/23 1358/10 1382/8
1407/9 1407/13 1443/16 1444/7
most [9]  1334/10 1347/14 1370/8
1371/20 1386/10 1395/16 1397/9
1397/12 1418/18
motion [8]  1308/10 1310/5 1310/7
1313/9 1314/8 1314/9 1314/11
1435/12
motions [7]  1307/6 1307/8 1307/16
1307/25 1310/9 1313/11 1313/12
mouse [1]  1430/10
move [9]  1306/20 1309/1 1309/5
1310/13 1312/18 1313/17 1333/7
1337/11 1342/8
moved [5]  1338/11 1341/14 1364/23
1391/13 1402/13
moving [1]  1308/18
MR [92]  1/15 1/19 1/22 2/2 2/4 2/6 2/8
1312/20 1323/10 1323/20 1324/5
1325/3 1326/9 1326/19 1327/7 1327/8
1327/17 1328/18 1329/20 1330/7
1330/9 1330/21 1332/7 1332/10
1332/18 1332/21 1335/6 1335/11
1335/21 1337/24 1338/13 1339/15
1342/2 1342/21 1343/19 1344/18
1345/4 1345/21 1346/16 1347/6
1348/14 1349/13 1350/4 1350/5
1350/10 1350/15 1350/18 1354/10
1355/3 1357/5 1357/15 1357/24
1361/22 1364/6 1366/5 1366/25
1369/4 1370/20 1371/1 1371/5
1371/11 1372/10 1375/7 1375/19
1376/18 1377/5 1377/12 1384/10
1385/25 1388/21 1391/2 1391/3
1391/3 1391/20 1393/13 1396/20
1400/8 1401/16 1403/8 1419/7 1420/7
1421/8 1421/9 1421/12 1421/15
1421/22 1421/23 1421/25 1422/9
1422/15 1422/17 1441/14
Mr. [330]
Mr. Avila [1]  1349/23
Mr. Benson's [1]  1370/24
Mr. Coleman [5]  1349/5 1373/17
1374/3 1378/24 1400/19
Mr. Coleman's [1]  1371/17
Mr. Darnold [24]  1324/5 1324/22
1334/22 1334/23 1336/25 1337/15
1341/3 1341/11 1346/24 1347/7
1354/7 1363/1 1363/1 1363/21 1383/4
1391/22 1391/23 1392/7 1392/15
1392/15 1392/20 1397/21 1398/12
1403/18
Mr. Darnold's [1]  1338/1
Mr. David [5]  1336/21 1352/1 1354/25
1372/21 1396/24
Mr. Douglas [1]  1383/25
Mr. Duffus [12]  1327/11 1327/17
1327/22 1354/24 1384/15 1385/21
1386/8 1386/19 1388/6 1400/9
1400/13 1400/14
Mr. Duffus' [2]  1386/24 1388/6
Mr. Erickson [172]

Mr. Erickson's [19]  1325/8 1326/17
1326/18 1328/11 1333/16 1336/1
1340/23 1341/22 1347/11 1361/3
1361/15 1362/13 1369/6 1375/13
1380/4 1383/14 1402/23 1402/23
1403/23
Mr. Foster [1]  1306/19
Mr. Gunn [1]  1430/22
Mr. Humphries [1]  1402/13
Mr. Kramer [13]  1322/17 1322/20
1360/16 1375/12 1377/19 1378/2
1380/22 1382/13 1388/2 1393/25
1394/3 1396/1 1403/13
Mr. Kramer's [1]  1375/9
Mr. McClure [3]  1330/7 1330/14
1330/16
Mr. Pecan [1]  1392/5
Mr. Peterson [1]  1310/10
Mr. Pherkon [1]  1402/12
Mr. Quackenboss' [1]  1334/21
Mr. Richardson [1]  1327/7
Mr. Shebelskie [18]  1307/24 1310/25
1311/24 1358/21 1360/13 1360/18
1360/21 1396/10 1396/20 1397/5
1397/8 1397/17 1398/17 1400/12
1400/17 1401/7 1401/10 1403/16
Mr. Twiss [26]  1324/5 1331/2 1332/23
1333/2 1334/22 1335/6 1342/20
1350/3 1350/8 1350/23 1354/13
1372/1 1372/4 1373/9 1377/2 1377/17
1377/22 1378/7 1389/11 1389/17
1389/24 1391/4 1391/5 1398/13
1402/12 1403/18
Mr. Twiss' [6]  1371/5 1373/12 1374/25
1375/14 1377/7 1377/12
Mr. Vinson [11]  1368/1 1369/8 1369/15
1370/8 1370/15 1370/18 1370/22
1371/2 1371/3 1371/20 1372/13
MS [8]  1/17 1/20 1/24 1327/8 1327/8
1338/23 1340/13 1370/9
much [21]  1309/23 1322/23 1323/15
1328/13 1328/17 1329/3 1336/2
1340/22 1350/8 1351/16 1358/6
1361/20 1389/1 1392/24 1396/5
1400/4 1404/12 1414/4 1427/10
1438/8 1440/23
multiple [3]  1328/2 1397/23 1398/1
Muscogee [2]  1328/13 1328/17
Muskogee [1]  1328/14
must [43]  1309/20 1312/24 1368/18
1376/3 1384/6 1404/20 1405/5 1405/6
1405/8 1405/9 1405/11 1405/14
1405/17 1405/25 1408/6 1408/11
1408/12 1409/11 1409/13 1412/1
1412/7 1412/9 1413/17 1414/3
1414/12 1415/14 1416/6 1416/11
1416/20 1416/21 1416/24 1417/9
1417/17 1417/24 1418/2 1418/3
1418/6 1418/8 1418/19 1418/20
1418/22 1435/2 1440/10
mutual [1]  1318/21
mutually [1]  1318/11
my [26]  1305/23 1306/10 1330/4
1341/13 1342/4 1348/13 1356/12
1358/11 1360/16 1377/20 1385/4
1388/19 1395/7 1397/22 1404/12
1404/19 1406/6 1419/6 1419/7
1429/12 1430/6 1434/23 1436/14
1436/16 1436/21 1437/5

MYSELF [1]  1330/4

**N**
name [2]  1345/9 1374/25
named [2]  1423/11 1428/21
names [2]  1361/6 1375/2
narrative [1]  1379/5
Nashville [1]  1365/22
NATIONS [1]  2/2
naturally [2]  1408/4 1412/13
nature [1]  1333/3
navigate [1]  1434/18
NDA [12]  1319/25 1320/5 1320/14
1320/18 1320/25 1321/2 1344/25
1345/3 1345/7 1345/14 1345/18
1389/10
NDA's [1]  1325/20
NDAs [1]  1346/22
NE [2]  2/2
near [1]  1328/3 1348/13
near-term [1]  1348/13
nearly [1]  1386/7
necessarily [1]  1408/17
necessary [4]  1310/8 1313/11 1313/13
1314/11
need [4]  1306/2 1307/4 1307/5
1310/22 1311/2 1314/16 1331/12
1331/19 1348/16 1360/19 1374/9
1384/2 1396/17 1400/14 1405/4
1413/22 1421/15 1423/15 1425/14
1428/20 1429/16 1429/23 1430/2
1436/5
needed [7]  1309/25 1332/21 1344/5
1359/4 1369/14 1378/25 1399/7
needs [6]  1346/9 1349/3 1356/19
1365/8 1396/15 1431/16
negotiate [3]  1333/14 1337/17 1337/22
negotiating [1]  1368/23
negotiation [4]  1337/21 1337/25
1376/17 1398/1
negotiations [3]  1334/4 1368/21 1369/1
neighborhoods [3]  1339/20 1386/12
1386/13
neither [7]  1310/4 1313/8 1314/7
1317/1 1324/23 1329/16 1349/16
net [2]  1385/24 1386/3
never [24]  1313/1 1329/6 1332/7
1363/2 1370/3 1370/6 1370/18 1371/4
1371/5 1371/6 1382/10 1383/10
1383/12 1391/7 1391/14 1392/16
1397/25 1399/5 1400/23 1418/5
1435/20 1435/21 1438/13 1438/15
new [12]  1315/4 1333/20 1334/12
1341/4 1341/12 1346/25 1347/25
1348/5 1364/25 1365/1 1365/17
1437/2
news [1]  1306/22
next [19]  1312/16 1328/21 1332/14
1332/14 1354/15 1354/19 1374/5
1377/23 1407/2 1407/9 1420/24
1421/8 1421/15 1421/25 1423/20
1426/10 1426/24 1427/25 1428/1
nickel [2]  1388/19 1388/20
night [2]  1407/4 1444/9
nine [1]  1429/24
no [134]  1304/15 1310/17 1311/15
1311/20 1311/23 1312/12 1312/23
1313/3 1313/4 1314/3 1314/13
1315/12 1315/14 1315/25 1316/20
1317/21 1317/22 1318/16 1321/8

1321/14 1323/10 1327/9 1327/15
1329/23 1330/22 1335/1 1337/17
1337/21 1337/22 1337/25 1338/6
1338/9 1338/12 1341/16 1345/23
1348/21 1351/21 1352/4 1352/14
1352/19 1353/5 1353/12 1353/18
1353/21 1353/4 1354/7 1354/12
1357/16 1360/11 1360/18 1362/21
1364/22 1365/4 1367/9 1371/14
1371/19 1375/5 1377/3 1378/18
1379/17 1380/19 1380/25 1382/22
1382/23 1382/23 1382/25 1382/25
1382/25 1383/1 1383/3 1383/3 1383/3
1383/3 1384/2 1384/23 1386/13
1387/6 1387/6 1387/6 1387/6 1387/6
1388/7 1388/9 1388/18 1388/18
1388/22 1390/2 1391/16 1392/4
1392/6 1393/14 1393/17 1394/19
1394/20 1394/21 1395/22 1398/14
1398/16 1398/19 1398/25 1399/2
1400/8 1401/20 1406/17 1407/19
1412/24 1414/22 1420/19 1420/21
1421/3 1421/14 1422/9 1422/12
1422/15 1423/14 1424/5 1424/6
1425/3 1428/19 1429/2 1429/22
1430/11 1430/18 1431/23 1431/25
1432/12 1433/3 1434/15 1438/1
1442/1 1442/2 1442/17 1442/23
1444/4
no-negotiate [1]  1337/17
no-negotiation [1]  1337/25
nobody [3]  1374/2 1392/21 1441/3
nominal [33]  1309/11 1309/19 1343/6
1351/13 1351/21 1351/24 1393/16
1412/22 1412/25 1420/25 1421/4
1432/6 1432/8 1432/8 1432/10
1432/16 1432/22 1433/4 1433/11
1434/24 1435/11 1436/5 1437/6
1437/17 1438/15 1438/20 1439/11
1441/9 1442/10 1442/15 1442/20
1443/23 1444/13
non [3]  1374/17 1413/15 1415/14
non-breaching [1]  1415/14
non-compete [1]  1374/17
non-performance [1]  1413/15
nonbinding [1]  1320/2
noncompetition [1]  1394/12
noncontingent [1]  1401/13
nondisclosure [1]  1319/25
None [1]  1334/16
nonperformance [1]  1312/9
nonpublic [12]  1313/21 1325/17
1342/18 1343/1 1343/15 1343/25
1348/4 1350/21 1351/11 1352/8
1352/12 1401/5
nontaxable [1]  1440/6
nor [4]  1310/4 1313/8 1314/7 1329/16
normal [1]  1309/22
Normally [1]  1442/5
north [1]  1394/13
not [225]
note [3]  1429/9 1429/16 1429/17
notebooks [1]  1431/18
notes [8]  1333/21 1351/3 1418/17
1418/19 1418/20 1418/23 1418/23
1444/10
nothing [19]  1305/16 1327/23 1334/7
1357/16 1360/24 1372/4 1372/6
1376/2 1376/7 1378/6 1378/7 1379/9
1387/7 1390/1 1390/18 1391/5

## N

nothing... [3]  1395/23 1400/1 1429/25
nothing's [1]  1378/16
notice [25]  1312/25 1323/12 1325/13
1326/24 1335/12 1335/17 1339/1
1352/21 1352/22 1382/2 1382/3
1382/4 1382/10 1382/12 1382/14
1382/21 1382/23 1382/24 1383/2
1383/10 1383/13 1398/22 1399/4
1399/16 1412/21
noticed [1]  1430/9
notices [4]  1318/19 1318/21 1382/9
1382/15
notify [1]  1428/22
notwithstanding [1]  1310/8 1313/12
November [13]  1317/9 1317/13
1318/15 1318/15 1320/13 1324/9
1329/20 1331/4 1369/2 1370/5 1370/6
1371/18 1399/2
now [84]  1304/4 1307/12 1309/16
1321/9 1321/19 1322/11 1323/19
1324/7 1328/19 1333/5 1342/10
1344/3 1344/16 1353/12 1354/11
1354/12 1359/10 1360/13 1362/12
1365/6 1365/9 1366/5 1366/5 1366/21
1366/23 1367/11 1371/9 1371/11
1372/15 1375/5 1376/13 1376/22
1377/17 1377/23 1377/24 1380/10
1381/10 1381/11 1381/14 1382/8
1383/17 1383/18 1383/19 1383/23
1387/12 1388/3 1388/14 1389/8
1392/24 1393/2 1394/7 1394/15
1394/17 1395/4 1397/16 1398/20
1402/3 1403/16 1404/17 1404/19
1407/3 1420/22 1421/5 1421/22
1421/23 1422/17 1422/24 1423/8
1423/16 1424/5 1425/1 1425/14
1426/24 1427/5 1427/11 1429/4
1430/4 1434/8 1435/24 1436/9
1437/14 1439/18 1439/20 1440/4
NTDs [2]  1333/20 1401/12
number [21]  1313/21 1317/4 1323/8
1323/15 1326/12 1326/12 1333/14
1351/5 1352/14 1352/15 1352/25
1354/4 1373/22 1384/20 1384/20
1384/23 1385/8 1408/16 1427/6
1433/14 1436/3
number 1 [3]  1317/4 1323/8 1351/5
number 2 [2]  1323/15 1333/14
number 3 [1]  1352/14
Number 5 [1]  1352/15
Number 6 [1]  1352/25
Number 8 [1]  1354/4
number five [1]  1313/21
numbers [7]  1327/19 1345/17 1356/2
1384/24 1384/24 1386/4 1386/15
numeral [1]  1352/13
numeral five [1]  1352/13
NW [4]  1/15 1/17 1/20 1/24

## O

Oak [1]  1334/13
oath [2]  1345/13 1347/10
object [4]  1334/23 1391/11 1441/15
1442/25
objection [4]  1441/13 1441/24 1442/22
1443/3
objections [2]  1315/9 1431/20
obligated [2]  1411/20 1414/9
obligation [11]  1333/21 1335/13 1340/9

obligations [7]  1309/4 1326/18 1353/3
1379/22 1413/11 1413/19 1423/24
observe [1]  1409/3
obtain [4]  1340/7 1414/16 1414/20
1414/23
obvious [1]  1398/12
obviously [2]  1313/18 1367/12
occupy [1]  1350/9
occur [1]  1422/21
occurred [4]  1305/19 1417/23 1422/20
1423/16
October [2]  1319/3 1344/1
off [9]  1325/2 1325/5 1344/5 1344/9
1348/16 1377/17 1387/8 1390/3
1434/23
offer [2]  1337/12 1347/23
offered [6]  1344/4 1348/3 1401/4
1403/8 1403/10 1403/11
offering [3]  1336/23 1337/3 1350/20
office [5]  1334/21 1341/4 1361/13
1365/23 1365/24
officer [5]  1350/1 1428/23 1429/6
1429/7 1430/17
officers [5]  1405/20 1405/22 1405/24
OFFICIAL [3]  1445/1 1445/3 1445/19
offset [1]  1433/9
oh [12]  1313/15 1349/4 1376/9 1377/2
1377/8 1380/10 1380/22 1381/1
1399/21 1401/14 1402/2 1402/16
okay [30]  1304/7 1306/17 1306/22
1307/11 1311/18 1312/16 1314/14
1315/9 1316/2 1321/5 1344/15
1348/14 1351/1 1359/17 1359/20
1359/21 1360/15 1374/20 1376/13
1380/22 1418/1 1430/20 1435/23
1436/9 1438/5 1442/9 1443/12
1443/12 1444/11 1444/18
old [1]  1419/11
older [1]  1348/25
on [294]
once [12]  1308/12 1336/23 1373/17
1374/16 1380/12 1381/2 1382/15
1391/14 1401/10 1401/12 1403/1
1443/17
one [83]  1307/9 1308/5 1308/13
1309/3 1313/15 1314/6 1316/5
1316/18 1317/24 1325/13 1328/24
1329/18 1332/3 1333/12 1333/18
1336/7 1336/11 1336/11 1337/14
1339/8 1339/20 1341/5 1341/23
1342/15 1345/6 1348/12 1352/25
1353/8 1355/6 1359/3 1359/6 1359/17
1359/25 1362/14 1362/22 1363/8
1364/25 1365/2 1366/24 1367/4
1368/4 1369/13 1370/5 1370/7
1370/25 1371/8 1372/10 1372/16
1381/24 1382/5 1382/7 1389/6
1389/17 1390/2 1395/15 1398/18
1400/18 1401/16 1402/15 1403/19
1406/22 1406/23 1408/20 1410/4
1410/11 1410/15 1410/16 1411/3
1412/21 1413/12 1415/9 1418/8
1420/13 1421/5 1425/25 1427/18
1428/10 1431/3 1444/6
one-year [3]  1371/8 1372/16 1372/17
ones [14]  1307/23 1313/22 1332/12
1332/13 1366/10 1367/24 1376/4

1376/11 1376/24 1378/18 1378/25
1381/7 1399/25 1442/4
ongoing [1]  1333/3
online [2]  1330/2 1375/1
only [38]  1304/11 1313/22 1329/18
1329/21 1332/3 1335/9 1337/15
1343/22 1344/7 1344/20 1350/6
1353/9 1359/11 1382/9 1383/23
1386/5 1388/5 1392/3 1394/14 1395/6
1405/5 1405/19 1405/25 1410/19
1417/20 1418/7 1418/15 1418/19
1420/12 1426/14 1429/24 1431/16
1435/11 1435/18 1437/9 1438/1
1438/2 1443/20
onto [1]  1394/15
open [6]  1306/5 1314/9 1314/10
1322/7 1350/24 1350/25
opening [5]  1315/1 1374/16 1402/1
1402/2 1403/3
operable [1]  1430/18
operate [1]  1430/20
operated [1]  1430/19
operating [1]  1370/24
operation [2]  1341/6 1364/1
operations [3]  1341/9 1374/18 1374/18
operator [2]  1376/17 1376/22
operators [1]  1364/23
opinion [5]  1406/5 1409/10 1409/12
1409/13 1418/10
opinions [1]  1384/16
opportunities [1]  1391/1
opportunity [13]  1306/16 1314/10
1321/16 1322/1 1325/13 1350/25
1352/22 1396/13 1409/2 1415/5
1418/19 1433/12 1440/24
option [5]  1336/10 1336/11 1336/14
1403/19 1403/20
options [1]  1398/3
or [106]  1305/6 1305/6 1306/3 1307/1
1307/9 1308/14 1308/14 1309/18
1309/24 1311/5 1311/6 1315/9
1315/16 1319/1 1321/5 1321/6 1322/3
1323/13 1324/7 1325/14 1339/25
1340/3 1343/16 1344/10 1346/5
1348/12 1352/7 1352/10 1352/11
1353/12 1367/10 1371/21 1374/21
1382/3 1385/24 1386/3 1395/4
1398/10 1399/19 1403/9 1404/23
1405/7 1405/11 1405/13 1405/18
1405/20 1405/20 1405/23 1406/13
1406/14 1406/17 1406/18 1407/20
1407/25 1407/25 1407/25 1408/3
1408/4 1408/7 1408/9 1408/12
1408/15 1408/16 1409/3 1409/7
1409/8 1409/10 1409/22 1410/2
1410/4 1410/14 1411/21 1411/24
1411/24 1412/3 1412/5 1412/16
1412/17 1413/23 1416/12 1417/17
1418/13 1418/24 1419/25 1420/2
1420/19 1420/21 1421/3 1422/9
1423/14 1424/5 1424/19 1427/18
1428/14 1429/5 1429/14 1429/23
1429/24 1431/15 1435/22 1436/6
1436/16 1439/19 1442/4 1443/19
1444/4
order [41]  1313/3 1318/9 1318/17
1318/20 1328/24 1329/10 1329/17
1330/10 1330/17 1330/25 1331/12
1332/1 1332/2 1332/4 1332/8 1332/9
1332/10 1332/12 1332/20 1333/1

order... [21]  1333/5 1333/22 1335/4 1335/8 1336/7 1353/8 1367/21 1368/3 1368/18 1369/11 1369/14 1373/3 1377/16 1398/17 1399/6 1399/8 1400/7 1401/13 1411/21 1415/19 1418/3
ordered [1]  1332/19
ordinary [1]  1414/4
original [6]  1309/6 1378/3 1420/10 1420/13 1430/22 1430/25
other [64]  1304/15 1308/14 1308/18 1312/14 1313/2 1316/20 1317/10 1317/18 1318/17 1318/19 1325/14 1333/8 1333/17 1333/24 1334/6 1337/2 1338/24 1341/20 1359/6 1359/25 1361/16 1363/2 1373/13 1374/6 1375/21 1375/22 1376/21 1377/1 1377/9 1377/10 1378/11 1378/13 1379/8 1385/23 1386/8 1387/15 1394/9 1394/18 1398/23 1399/25 1405/16 1407/24 1409/6 1409/7 1409/8 1409/12 1413/12 1413/23 1414/3 1414/20 1415/10 1418/2 1418/7 1418/23 1422/20 1427/18 1431/21 1433/19 1437/19 1438/11 1438/19 1442/3 1443/19 1443/19
others [1]  1418/12
otherwise [3]  1435/22 1436/12 1440/10
our [14]  1306/19 1308/5 1316/5 1328/8 1333/4 1335/19 1366/15 1377/15 1397/12 1397/14 1397/23 1433/8 1433/11 1434/23
ourselves [3]  1381/14 1439/17 1440/20
out [78]  1305/9 1306/24 1310/22 1312/3 1315/23 1327/12 1327/25 1330/16 1331/17 1334/19 1335/2 1335/22 1335/23 1336/7 1336/15 1337/11 1341/25 1342/19 1343/10 1343/23 1344/5 1345/6 1346/8 1346/9 1346/22 1347/16 1349/1 1349/17 1351/1 1352/24 1353/23 1355/23 1356/2 1358/13 1359/8 1360/10 1361/10 1361/15 1362/17 1365/1 1365/7 1365/10 1366/14 1366/21 1370/15 1371/2 1373/2 1373/18 1375/8 1376/12 1376/14 1376/15 1376/15 1376/18 1376/20 1376/21 1377/10 1388/9 1389/13 1392/23 1397/6 1401/12 1405/11 1406/23 1406/24 1407/5 1407/11 1419/20 1425/13 1428/20 1429/17 1430/25 1434/4 1437/14 1439/5 1440/16 1444/2 1444/4
outcome [1]  1408/25
outcomes [1]  1387/3
outside [4]  1308/7 1406/22 1406/24 1428/23
over [31]  1307/20 1316/5 1316/8 1316/8 1322/17 1322/25 1324/20 1324/20 1331/2 1331/2 1345/8 1345/8 1347/5 1355/5 1361/18 1363/18 1363/25 1371/22 1374/4 1384/18 1388/24 1389/24 1393/18 1394/7 1398/1 1398/11 1418/13 1418/21 1419/5 1429/13 1441/18
overhead [1]  1385/14
overlap [2]  1432/25 1433/10
overthinking [1]  1360/6

owed [2]  1395/3 1395/9
own [15]  1311/14 1320/6 1320/19 1326/5 1326/5 1348/13 1356/14 1357/4 1360/4 1368/24 1371/5 1381/7 1406/8 1406/8 1418/10
owned [3]  1317/25 1362/7 1427/21
owner [1]  1348/3
owns [4]  1328/15 1357/7 1357/9 1362/20

P

page [7]  1376/10 1378/22 1384/5 1390/8 1390/10 1397/5 1445/9
page 14 [1]  1384/5
page 3 [1]  1397/5
paid [15]  1324/5 1324/12 1325/1 1336/21 1340/13 1342/11 1344/8 1349/23 1364/8 1384/9 1384/15 1395/10 1401/13 1404/7 1409/14
pain [1]  1309/24
paint [1]  1362/15
pals [1]  1429/11
paper [1]  1340/14
paperwork [1]  1331/19
paragraph [2]  1336/4 1375/20
paragraphs [1]  1378/1
pare [1]  1315/15
park [1]  1365/24
part [16]  1305/23 1315/2 1325/12 1346/8 1347/18 1367/25 1382/7 1397/7 1397/8 1408/16 1409/20 1410/2 1410/14 1419/13 1435/20 1440/16
particular [11]  1321/8 1346/10 1377/11 1408/17 1408/22 1422/22 1424/11 1424/15 1430/1 1430/10 1435/8
particularly [1]  1386/10
parties [31]  1307/5 1316/23 1318/9 1318/11 1318/17 1319/6 1321/6 1329/9 1333/14 1334/20 1335/13 1335/16 1354/17 1357/4 1366/11 1367/21 1368/14 1368/23 1369/1 1369/22 1379/9 1381/21 1382/6 1398/21 1401/10 1411/24 1412/3 1412/14 1414/20 1432/11 1440/14
parts [4]  1346/5 1367/15 1381/21 1390/10
party [35]  1318/16 1318/25 1325/13 1325/14 1329/16 1351/19 1365/5 1365/6 1395/17 1395/21 1395/22 1395/22 1405/14 1409/19 1409/24 1410/3 1412/1 1412/7 1412/23 1413/12 1413/12 1413/13 1414/2 1414/3 1414/3 1415/9 1415/11 1415/14 1420/1 1427/25 1428/10 1433/2 1433/4 1433/20 1437/21
pass [3]  1305/9 1337/6 1440/16
passed [5]  1371/15 1371/23 1372/17 1373/4 1434/7
passion [1]  1363/4
passionate [1]  1362/17
past [7]  1358/19 1388/2 1388/3 1388/5 1398/18 1400/8 1438/4
patience [1]  1316/10
patient [1]  1429/18
pause [2]  1331/9 1391/22
pay [20]  1325/2 1325/5 1334/11 1336/17 1337/6 1337/10 1337/23 1365/11 1369/13 1370/17 1375/23 1375/25 1376/5 1377/11 1379/7

1381/8 1400/3 1403/8 1403/11 1403/19
paying [2]  1366/7 1379/2
payoff [1]  1325/4
pays [1]  1357/24
PEACHTREE [1]  2/2
Pecan [1]  1392/5
pen [1]  1429/11
pendens [15]  1338/23 1339/1 1339/11 1339/17 1340/1 1379/18 1380/1 1380/2 1380/5 1380/10 1380/21 1380/24 1381/1 1381/2 1381/4
people [10]  1309/23 1324/23 1324/24 1341/19 1349/25 1350/14 1358/19 1389/13 1405/19 1408/4
per [7]  1305/25 1337/23 1338/14 1342/13 1355/6 1364/6 1400/12
percent [37]  1336/17 1336/18 1336/20 1336/22 1336/23 1336/24 1337/5 1338/16 1346/17 1346/19 1349/8 1349/9 1355/6 1355/16 1355/17 1355/18 1355/19 1355/20 1355/21 1355/25 1362/7 1373/21 1373/22 1378/23 1378/24 1381/7 1386/20 1386/23 1386/24 1386/24 1395/7 1400/20 1403/2 1403/9 1403/9 1403/10 1403/10
percentage [2]  1350/1 1355/24
percentages [1]  1355/13
perfect [1]  1359/5
perfectly [2]  1406/25 1407/11
perform [2]  1368/19 1415/10
performance [9]  1304/23 1308/8 1308/9 1412/6 1413/14 1413/15 1415/18 1415/21 1416/1
performing [15]  1353/3 1369/22 1379/21 1382/6 1382/19 1413/11 1413/13 1413/19 1423/24 1424/4 1424/8 1424/13 1424/23 1425/9 1425/11
perhaps [2]  1418/18 1430/13
period [8]  1348/1 1363/21 1369/3 1369/4 1371/7 1372/16 1374/19 1399/14
periods [1]  1370/1
permanent [6]  1319/7 1319/9 1343/1 1344/4 1344/7 1344/23
permission [6]  1349/3 1349/5 1349/15 1349/18 1349/21 1400/19
permitted [3]  1418/17 1434/4 1435/1
person [11]  1371/24 1406/14 1407/6 1407/7 1407/7 1407/10 1407/13 1407/14 1409/9 1420/5 1420/12
personal [6]  1325/18 1339/16 1340/19 1340/23 1352/10 1408/24
personally [4]  1341/11 1362/7 1362/10 1365/11
persons [1]  1405/16
persuade [1]  1409/24
persuasion [1]  1409/22
Peterson [1]  1310/10
petty [2]  1361/21 1388/23
phase [85]  1318/7 1318/10 1318/11 1318/17 1318/20 1324/17 1326/12 1328/11 1328/24 1329/7 1329/10 1329/17 1329/24 1330/1 1330/11 1330/17 1331/12 1332/2 1332/20 1333/1 1333/15 1335/4 1336/6 1337/4 1339/18 1340/1 1340/25 1353/8 1355/7 1356/23 1357/14 1357/15

phase... [53] 1363/13 1363/14 1364/8
1364/8 1364/9 1365/7 1365/10 1366/4
1366/5 1367/19 1367/22 1368/2
1368/19 1368/24 1369/7 1369/9
1369/17 1369/25 1370/16 1370/19
1370/23 1373/3 1373/24 1373/25
1374/2 1374/9 1376/7 1377/3 1377/9
1377/17 1377/20 1378/5 1378/10
1378/23 1379/2 1379/6 1379/9
1379/12 1379/15 1379/16 1379/23
1379/23 1379/24 1380/4 1380/20
1386/11 1387/19 1398/17 1399/6
1399/17 1400/6 1401/13 1411/21
Pherkon [1] 1402/12
philosophy [1] 1393/2
Phoenix [1] 1328/4
phone [2] 1361/13 1362/3
phones [1] 1362/1
phonetic [1] 1392/5
phony [4] 1393/10 1393/23 1394/6
1394/18
physical [1] 1430/15
pick [2] 1367/24 1439/5
Pines [1] 1332/16
pins [2] 1328/11 1328/20
pipeline [3] 1324/11 1324/13 1366/6
pivoted [1] 1380/19
place [8] 1316/7 1339/19 1368/13
1369/2 1382/5 1382/20 1422/11
1426/5
placement [4] 1325/22 1390/5 1390/7
1390/11
places [2] 1328/19 1346/2
plaintiff [19] 1304/24 1311/16 1315/1
1316/15 1321/12 1322/9 1322/12
1351/21 1368/7 1387/9 1412/25
1423/1 1426/14 1428/16 1434/3
1436/11 1437/7 1440/1 1441/3
Plaintiff's [4] 1304/10 1306/21 1375/11
1420/4
plaintiffs [58] 1/14 1304/23 1308/5
1308/21 1309/10 1309/10 1309/12
1310/9 1310/13 1310/18 1313/17
1314/10 1315/10 1315/11 1322/5
1322/11 1322/16 1339/3 1339/10
1362/6 1410/11 1410/12 1410/18
1415/3 1415/4 1416/25 1419/14
1419/24 1421/6 1421/10 1421/11
1421/21 1421/22 1422/1 1422/10
1422/12 1422/25 1423/4 1423/17
1424/4 1424/7 1424/9 1424/11
1424/13 1424/14 1424/23 1424/24
1425/1 1425/15 1425/18 1426/20
1427/8 1427/8 1427/15 1431/22
1434/25 1435/7 1442/22
Plaintiffs' [22] 1309/7 1311/4 1317/16
1317/17 1317/19 1317/20 1318/12
1318/25 1322/15 1365/18 1367/14
1371/1 1377/25 1378/9 1389/15
1389/17 1390/9 1399/11 1423/4
1423/7 1432/17 1439/17
Plaintiffs's [1] 1313/9
plan [14] 1311/22 1324/11 1325/23
1330/10 1334/5 1346/23 1364/25
1377/11 1378/7 1390/6 1390/9
1390/16 1401/8 1402/5
plans [4] 1329/4 1375/3 1380/9
1393/18
played [1] 1392/7

playing [1] 1375/8
PLAZA [3] 1/23 2/2 2/8
please [6] 1304/5 1331/7 1346/16
1397/16 1429/5 1442/11
pleasure [1] 1404/13
plucked [1] 1383/18
plus [4] 1304/13 1324/8 1338/14
1342/14
PO [2] 1/22 2/6
pocket [2] 1388/19 1434/4
point [20] 1308/17 1308/19 1311/2
1311/16 1311/19 1311/23 1312/19
1313/2 1313/2 1313/21 1324/23
1335/2 1338/5 1368/21 1373/2
1387/24 1390/15 1398/3 1408/17
1438/10
pointed [1] 1330/16
pointless [1] 1361/21
points [5] 1333/17 1334/6 1334/17
1373/21 1390/13
poised [1] 1371/5
poke [1] 1393/12
portion [2] 1384/14 1409/18
position [4] 1308/5 1370/19 1371/4
1433/11
possibility [6] 1306/5 1314/10 1338/5
1338/7 1384/11 1409/16
possible [2] 1306/1 1306/16
possibly [2] 1348/8 1407/11
post [5] 1310/7 1313/11 1314/11
1372/25 1435/24
post-deadline [1] 1372/25
post-verdict [3] 1310/7 1313/11
1314/11
posted [1] 1375/4
potential [2] 1320/23 1433/10
potentially [1] 1305/8
PPM [2] 1347/11 1349/8
practicable [1] 1414/4
practice [1] 1396/13
precisely [1] 1436/13
preclude [1] 1372/11
preconditions [1] 1309/20
predictable [2] 1397/10 1397/11
prejudgment [1] 1304/13
prejudice [1] 1405/8
prejudiced [1] 1383/17
preliminary [2] 1308/10 1340/7
premium [4] 1324/12 1347/22 1348/2
1401/2
prepared [3] 1306/20 1356/16 1419/4
preponderance [37] 1351/7 1352/2
1352/16 1353/1 1353/20 1354/5
1367/6 1367/10 1381/12 1393/7
1393/20 1409/21 1409/23 1410/2
1410/6 1410/13 1410/15 1410/21
1412/1 1413/17 1414/12 1414/25
1416/7 1417/8 1420/3 1420/16
1420/21 1422/1 1422/4 1423/10
1423/18 1423/22 1425/7 1426/1
1426/11 1426/19 1427/1
prescribed [1] 1399/14
present [10] 1321/13 1366/18 1404/14
1417/25 1431/12 1431/16 1433/12
1435/8 1443/21 1444/8
presentation [1] 1397/5
presented [4] 1341/21 1341/24 1342/1
1405/6
presently [1] 1417/24
preserve [1] 1441/19

preserving [1] 1306/15
president [4] 1306/24 1325/5 180
presidents [2] 1341/12 1370/14
Preston [1] 1342/23
pretrial [4] 1432/20 1433/6 1435/6
1436/13
pretty [5] 1328/12 1342/11 1350/5
1359/5 1401/6
prevail [5] 1306/16 1321/19 1410/13
1410/19 1440/2
prevailed [1] 1439/12
prevailing [3] 1308/10 1433/20 1437/21
prevent [3] 1304/23 1380/11 1424/13
prevented [18] 1313/4 1313/4 1353/2
1379/21 1379/23 1381/9 1387/18
1387/22 1411/10 1413/18 1423/23
1424/4 1424/7 1424/23 1425/9
1425/11 1435/16 1435/18
preventing [1] 1413/14
prevents [1] 1413/12
previous [2] 1341/13 1426/4
previously [2] 1424/8 1431/21
price [10] 1336/15 1336/16 1336/18
1337/8 1337/9 1376/15 1376/15
1378/20 1378/23 1403/21
prices [13] 1364/8 1369/7 1373/24
1374/1 1374/6 1374/9 1384/20
1384/22 1385/4 1385/5 1385/6
1386/11 1386/15
pricing [2] 1336/11 1385/6
principle [4] 1308/4 1333/17 1335/4
1335/19
printed [1] 1404/25
priority [1] 1418/21
private [6] 1317/7 1325/22 1362/2
1390/5 1390/7 1390/11
probable [1] 1412/15
probably [2] 1358/22 1443/14
problem [10] 1306/14 1374/21 1387/11
1391/11 1437/8 1437/14 1437/16
1439/16 1440/22 1440/23
procedure [1] 1433/16
proceed [5] 1308/7 1315/3 1322/20
1369/22 1438/4
proceeded [1] 1369/24
proceedings [3] 1304/1 1444/21
1445/8
process [8] 1316/11 1330/4 1336/12
1346/8 1385/9 1395/13 1429/4
1429/12
procure [1] 1415/5
produced [2] 1353/24 1410/9
produces [1] 1443/8
profit [18] 1324/25 1364/21 1373/20
1385/17 1386/1 1386/5 1386/10
1386/17 1415/9 1425/19 1425/21
1426/7 1426/14 1426/17 1426/23
1427/16 1427/19 1428/5
profits [49] 1304/13 1305/5 1305/14
1305/16 1305/20 1308/20 1308/25
1311/15 1312/2 1323/17 1327/23
1357/19 1360/4 1383/24 1384/4
1384/6 1386/25 1387/13 1387/17
1387/20 1387/22 1387/23 1388/5
1388/6 1397/18 1400/10 1400/12
1403/1 1412/18 1415/12 1415/14
1416/15 1417/3 1417/6 1417/9
1417/11 1417/15 1417/16 1417/21
1417/22 1417/24 1426/4 1426/25
1426/25 1427/13 1427/17 1427/23

# P

profits... [2]  1428/5 1428/11
program [1]  1344/10
progressed [1]  1334/4
projected [2]  1417/19 1417/20
projections [2]  1312/7 1312/8
prominence [26]  1313/23 1314/3
1320/1 1320/3 1320/4 1320/6 1320/8
1320/10 1320/12 1325/20 1325/22
1345/1 1346/12 1346/23 1347/20
1347/21 1347/23 1348/3 1348/17
1350/16 1350/23 1390/20 1391/8
1391/15 1400/25 1401/4
prominent [1]  1397/12
promise [4]  1327/3 1327/14 1344/17
1404/11
promised [6]  1324/16 1326/10 1326/14
1339/23 1343/24 1357/8
promises [10]  1323/3 1323/8 1323/18
1323/19 1323/22 1328/19 1343/4
1356/4 1358/4 1404/3
promoters [1]  1364/1
proof [9]  1311/8 1322/6 1386/16
1406/16 1409/22 1409/25 1410/1
1428/12 1435/15
proper [2]  1342/6 1440/12
properties [6]  1352/7 1366/2 1380/3
1381/8 1383/15 1383/15
property [4]  1339/1 1380/7 1394/10
1394/11
proposal [10]  1329/18 1332/2 1332/20
1334/1 1334/23 1334/25 1335/7
1336/11 1353/9 1372/19
proposals [2]  1378/13 1378/15
proposed [8]  1318/17 1329/17 1372/19
1376/24 1378/4 1399/6 1399/8 1401/1
proposing [4]  1372/23 1378/20
1378/22 1379/1
prove [32]  1345/21 1345/21 1367/10
1381/12 1387/10 1387/12 1388/1
1393/15 1393/20 1394/21 1394/22
1402/20 1406/17 1409/20 1410/12
1410/14 1410/20 1412/1 1413/16
1413/17 1414/10 1414/12 1416/4
1416/6 1420/21 1420/22 1420/23
1424/9 1426/1 1426/11 1426/19
1439/12
proved [22]  1323/4 1351/6 1352/1
1352/16 1353/1 1353/19 1354/4
1367/6 1379/21 1381/9 1383/22
1393/6 1410/6 1414/25 1417/8
1420/15 1422/4 1423/9 1423/22
1424/3 1425/7 1427/8
proven [19]  1309/10 1316/25 1321/7
1328/2 1387/5 1387/6 1417/13 1421/6
1421/12 1421/23 1421/23 1421/25
1423/18 1424/7 1424/22 1425/2
1428/11 1428/15 1428/16
provide [7]  1309/20 1322/8 1334/4
1362/23 1368/17 1411/20 1417/17
provided [5]  1308/21 1309/11 1320/12
1331/11 1435/19
provides [3]  1318/4 1368/17 1395/2
proving [3]  1402/7 1420/3 1428/12
provision [1]  1437/20
provisions [3]  1310/22 1381/19 1387/2
public [1]  1345/23
publish [1]  1428/25
PUD [1]  1339/4
pudding [1]  1386/16

pull [1]  1419/7
pulling [1]  1436/6
punish [1]  1383/16
purchase [69]  1308/2 1312/21 1317/14
1317/15 1317/16 1317/17 1318/4
1318/8 1318/14 1318/16 1320/10
1323/12 1325/8 1326/17 1336/3
1337/4 1342/9 1347/21 1348/12
1352/17 1353/3 1354/6 1364/4 1364/5
1364/15 1365/5 1367/1 1367/7
1367/13 1367/20 1370/5 1370/17
1370/17 1371/17 1375/17 1375/23
1376/6 1381/14 1381/16 1381/18
1383/8 1387/2 1391/25 1399/13
1411/19 1413/4 1413/5 1413/11
1413/20 1413/24 1414/14 1414/24
1415/8 1415/18 1415/20 1415/24
1416/4 1416/10 1416/17 1419/19
1423/7 1423/11 1423/19 1423/25
1424/21 1425/20 1426/13 1426/22
1427/3
purchases [1]  1355/6
purpose [2]  1352/11 1444/14
purposes [2]  1411/6 1414/5
pursuant [3]  1335/14 1387/13 1445/5
pursue [4]  1415/21 1415/25 1416/4
1426/14
pursuing [1]  1390/22
push [1]  1356/18
put [35]  1305/1 1305/16 1309/13
1311/2 1332/11 1333/7 1357/5
1357/18 1363/21 1365/17 1368/1
1368/21 1369/16 1370/25 1376/10
1380/2 1383/7 1384/19 1395/16
1397/4 1421/4 1422/11 1427/6 1428/6
1428/7 1428/8 1428/13 1428/17
1433/18 1433/19 1434/4 1435/1
1436/11 1438/6 1438/21
puts [1]  1349/25
putting [2]  1435/17 1436/20
PX160A [1]  1347/17
PX201A [1]  1375/11
PX257 [1]  1313/24
PX261 [1]  1347/17
PX831 [1]  1333/24
PX840B [1]  1326/17
PX86A [1]  1345/25
PX998 [1]  1397/4
PX99A [1]  1346/1

# Q

QUACKENBOSS [1]  2/2
Quackenboss' [1]  1334/21
qualifiers [1]  1312/23
qualifies [1]  1309/9
quantification [3]  1433/23 1435/8
1435/10
quantify [4]  1309/11 1433/7 1435/21
1442/19
quantum [3]  1315/25 1316/14 1341/24
quarter [15]  1308/8 1354/9 1354/10
1366/16 1382/16 1382/18 1382/18
1382/22 1382/25 1382/25 1382/25
1383/5 1383/6 1384/15 1384/16
quarters [5]  1349/10 1382/24 1383/1
1383/3 1400/21
question [63]  1304/22 1308/12
1312/21 1323/15 1327/9 1330/8
1330/9 1335/2 1337/25 1338/4
1339/15 1339/24 1340/13 1340/16

1340/19 1351/5 1352/14 1353/18
1367/3 1369/19 1379/19 1379/20
1381/12 1383/7 1387/9 1393/6
1393/14 1398/15 1416/13 1420/14
1420/24 1421/15 1421/19 1422/7
1422/8 1422/13 1423/8 1423/14
1423/15 1423/16 1423/20 1423/21
1424/5 1424/6 1425/3 1425/6 1425/10
1425/25 1426/10 1426/10 1426/18
1426/24 1427/5 1427/6 1427/11
1427/13 1429/6 1429/8 1432/18
1434/21 1435/24 1436/4 1440/3
questions [24]  1305/2 1305/2 1305/12
1323/6 1334/15 1367/3 1387/16
1408/19 1409/5 1411/3 1411/7
1411/13 1411/22 1413/7 1418/3
1419/22 1421/12 1421/18 1421/19
1425/23 1429/3 1432/6 1432/6 1442/3
quit [5]  1346/21 1348/5 1350/11
1401/1 1402/15
quite [3]  1429/13 1437/15 1441/15
quotes [1]  1384/10

# R

RACHEL [1]  1/20
Rainier [1]  1325/5
raise [1]  1410/18
raised [1]  1439/22
raises [1]  1330/25
raising [1]  1378/4
random [2]  1389/20 1390/24
ransom [1]  1379/25
rates [1]  1364/19
rather [1]  1419/23
raw [3]  1327/12 1356/6 1356/8
re [2]  1418/9 1418/14
reach [5]  1334/5 1370/6 1406/11
1418/9 1428/25
reached [4]  1316/23 1368/3 1428/22
1428/24
reaching [2]  1371/2 1404/24
read [9]  1307/4 1307/12 1314/16
1314/25 1315/24 1317/2 1319/18
1378/12 1384/4
readiness [1]  1337/19
reading [1]  1372/3
ready [9]  1304/7 1316/2 1321/16
1339/21 1354/12 1360/13 1367/24
1370/19 1431/6
real [11]  1362/13 1385/15 1385/25
1386/5 1386/7 1386/25 1387/1
1388/25 1396/10 1396/12 1418/14
realistic [2]  1338/5 1338/7
reality [3]  1386/18 1386/21 1387/4
realize [1]  1309/19
realized [1]  1415/4
really [17]  1323/5 1323/6 1329/2
1329/3 1331/21 1335/7 1337/14
1352/25 1355/13 1380/11 1384/23
1392/12 1401/15 1429/15 1430/1
1437/22 1441/15
realtors [1]  1386/14
reason [7]  1310/18 1314/4 1394/5
1408/22 1421/20 1435/7 1440/16
reasonable [15]  1308/25 1310/1
1311/6 1311/17 1335/20 1354/17
1356/22 1378/9 1384/7 1387/13
1388/4 1397/25 1417/10 1417/14
1417/19
reasonably [7]  1373/6 1414/7 1414/16

reasonably... [4]  1414/18 1415/4
1428/14 1442/19
reasoning [1]  1406/11
reasons [4]  1308/4 1309/1 1310/2
1397/22
rebut [1]  1384/2
rebuttal [4]  1321/12 1358/6 1360/17
1396/2
recall [6]  1312/8 1316/12 1329/8
1330/12 1342/5 1361/14
received [6]  1324/13 1361/13 1375/15
1375/15 1375/19 1410/8
receives [1]  1377/2
recent [1]  1335/19
recently [2]  1399/11 1399/12
recess [9]  1315/5 1315/7 1359/2
1359/21 1359/23 1432/2 1432/3
1442/7 1443/10
recognition [1]  1439/11
recognize [4]  1307/24 1315/1 1442/16
1442/20
recognized [2]  1358/7 1368/1
recognizes [1]  1322/15
recollection [2]  1406/9 1418/21
reconsider [1]  1327/1
record [15]  1310/17 1327/22 1417/13
1431/21 1432/13 1433/24 1435/3
1439/6 1439/25 1440/24 1441/14
1441/20 1444/11 1444/14 1444/22
records [3]  1339/1 1369/7 1375/7
recover [7]  1351/21 1411/25 1412/25
1417/15 1427/9 1433/4 1438/20
recoverable [1]  1412/12
recovery [3]  1433/1 1433/8 1433/10
recruit [3]  1325/24 1347/7 1347/9
red [2]  1330/3 1332/4
redo [1]  1375/16
reduce [12]  1337/9 1354/1 1355/24
1356/4 1357/16 1378/22 1415/2
1416/24 1417/24 1426/7 1428/4
1428/8
reduced [2]  1328/9 1427/10
reduction [3]  1378/20 1378/25 1428/1
reexamine [1]  1418/10
refer [1]  1405/4
reference [1]  1331/17
referred [7]  1317/11 1317/14 1317/15
1319/25 1320/3 1419/18 1427/21
referring [2]  1317/5 1369/3
refers [1]  1343/17
Reflect [1]  1361/23
refuse [1]  1328/15
refused [3]  1325/10 1332/18 1353/10
regard [15]  1304/10 1315/10 1321/8
1338/4 1359/6 1410/22 1420/9
1421/18 1422/16 1424/15 1425/5
1425/23 1426/3 1426/24 1428/12
regardless [2]  1410/7 1410/9
register [1]  1441/13
regularity [2]  1384/13 1409/17
regulations [1]  1445/10
reimbursed [1]  1342/15
related [5]  1315/18 1316/14 1340/1
1343/16 1432/6
relationship [2]  1346/19 1398/10
release [11]  1339/4 1339/11 1339/17
1339/25 1380/12 1380/14 1380/18
1380/21 1381/1 1381/4 1400/20
released [2]  1380/14 1380/24

relevant [5]  1310/22 1317/22 1317/23
1329/3 1329/6
relied [3]  1309/8 1311/11 1323/18
rely [2]  1311/25 1409/13
remain [1]  1324/21 1336/2
remained [2]  1319/16 1319/18
remaining [6]  1310/3 1333/15 1355/24
1360/11 1371/7 1388/15
remains [2]  1360/2 1382/5
remand [1]  1306/1
remedies [1]  1381/19
remember [28]  1330/14 1330/16
1330/19 1332/15 1332/24 1339/7
1341/24 1342/3 1342/6 1347/20
1347/25 1361/4 1361/8 1361/12
1361/24 1369/12 1373/7 1374/25
1383/4 1384/18 1386/18 1387/8
1389/5 1395/15 1398/7 1408/5
1418/14 1436/13
remembers [1]  1373/25 1408/4
reminding [1]  1395/12
remote [1]  1412/15
remove [1]  1339/2
render [1]  1384/16
renders [1]  1428/9
renegotiate [2]  1403/16 1403/23
renew [1]  1307/15 1314/11
renewal [1]  1307/25
renewed [1]  1307/6
rent [1]  1385/17
repeatedly [2]  1334/7 1370/21
report [3]  1329/15 1339/6 1365/18
reported [1]  1445/8
REPORTER [3]  1445/1 1445/4
1445/19
reports [3]  1384/24 1384/25 1385/1
represents [2]  1384/13 1409/18
request [2]  1339/16 1403/23
requested [4]  1326/24 1333/25
1339/25 1432/11
requests [1]  1329/24 1335/15
require [2]  1364/6 1367/16
required [9]  1318/5 1326/7 1329/12
1361/7 1368/9 1372/9 1383/13
1399/15 1439/8
requirement [2]  1326/9 1369/16
requirements [4]  1318/6 1329/13
1367/17 1368/10
requires [1]  1414/6
requiring [1]  1335/13
requisite [1]  1309/20
research [1]  1443/22
researching [1]  1444/3
resignation [1]  1319/11
resigned [2]  1319/15 1319/17
resigning [2]  1344/19 1344/20
resilient [1]  1397/9
resolution [3]  1333/3 1333/17 1378/18
resolutions [1]  1379/12
resolve [4]  1316/2 1352/10 1379/8
1442/4
resolved [2]  1378/6 1378/6
respect [7]  1308/1 1308/20 1309/3
1309/13 1353/7 1369/24 1393/16
respectfully [2]  1327/1 1335/17
respond [9]  1333/9 1334/3 1335/21
1397/24 1429/9 1429/19 1432/18
1438/13 1441/9
responded [1]  1335/9
Respondent [1]  1331/5

responds [3]  1330/3 1331/2 1398/12
response [7]  1310/24 1314/3
1333/10 1333/16 1333/25 1334/4
1396/21 1400/1 1403/23 1429/22
1436/23 1437/5 1441/14 1441/23
1441/25 1443/7
responsibilities [1]  1343/23
responsibility [1]  1409/19
responsible [4]  1306/3 1342/22 1362/9
1405/21
rest [6]  1307/13 1311/14 1321/9
1356/9 1373/11 1395/9
rests [2]  1307/5 1321/11
result [7]  1324/20 1324/24 1328/18
1354/2 1364/21 1412/15 1413/15
resulting [1]  1432/25
resume [1]  1373/7
retrial [3]  1306/2 1306/5 1306/17
return [10]  1304/12 1304/25 1305/13
1418/4 1420/13 1424/17 1424/25
1425/17 1425/22 1429/24
returning [1]  1419/24
revenue [1]  1417/20
review [4]  1305/9 1306/24 1430/16
1431/3
reviewing [1]  1384/9 1409/14
revised [2]  1306/23 1315/10
revision [1]  1304/18
revisions [1]  1375/22
revolving [1]  1370/13
rewrite [7]  1364/3 1364/5 1364/7
1364/15 1375/16 1376/6 1439/20
rewriting [1]  1379/3
Richardson [1]  1327/7
RICHMOND [2]  2/5 2/9
ride [3]  1310/5 1313/10 1314/9
right [67]  1306/20 1308/13 1308/15
1310/4 1310/12 1312/16 1314/7
1321/15 1322/5 1322/7 1324/3
1328/13 1328/19 1331/17 1336/16
1339/6 1340/14 1341/18 1344/5
1346/21 1347/12 1351/20 1352/5
1354/6 1359/4 1359/13 1360/21
1365/20 1371/16 1375/13 1381/11
1381/13 1383/11 1383/21 1383/22
1389/16 1391/2 1395/19 1395/20
1396/3 1396/23 1396/25 1402/9
1403/12 1412/24 1415/8 1416/3
1416/6 1417/2 1417/5 1426/13
1426/14 1426/16 1426/21 1426/22
1427/14 1427/15 1429/19 1432/5
1433/2 1437/14 1438/3 1438/24
1439/14 1442/12 1443/3 1444/19
rights [1]  1416/9
rise [2]  1304/2 1431/20
RIVERFRONT [2]  2/4 2/8
road [6]  1355/18 1357/10 1360/5
1380/6 1380/15 1411/17
roads [1]  1380/8
ROBERT [2]  2/2 2/6
Rock [3]  1355/19 1357/11 1411/17
role [1]  1397/23
roman [2]  1333/14 1352/13
Rome [2]  1320/9 1320/17
room [16]  1324/1 1325/11 1343/11
1357/23 1367/14 1381/17 1382/11
1384/5 1405/4 1419/1 1419/13
1428/23 1430/9 1431/10 1444/2
1444/9
rotate [4]  1341/7 1365/15 1365/21

**R**

rotate... [1] 1397/6
rotating [1] 1365/22
round [1] 1437/3
ruin [1] 1402/6
rule [10] 1307/8 1307/16 1307/25
1310/9 1387/16 1388/11 1388/11
1435/12 1435/22 1438/7
Rule 50 [1] 1307/16
ruled [1] 1387/15
rules [2] 1404/20 1404/25
ruling [5] 1433/6 1434/9 1436/14
1436/16 1436/21
run [2] 1356/2 1373/18
running [1] 1370/8
Ryan [1] 1327/6

**S**

Sage [2] 1357/13 1411/18
said [45] 1311/15 1329/6 1329/21
1330/13 1330/19 1331/5 1332/25
1339/21 1341/12 1342/6 1343/13
1349/6 1363/23 1369/11 1371/9
1372/2 1373/4 1375/4 1375/9 1376/11
1378/24 1380/25 1381/14 1383/7
1385/3 1391/7 1391/11 1393/22
1395/16 1396/10 1397/17 1397/21
1398/18 1399/5 1399/8 1400/10
1400/11 1400/17 1401/11 1405/25
1406/5 1406/7 1407/25 1438/9 1441/1
salary [3] 1348/3 1385/18 1401/3
sale [1] 1368/19
sales [1] 1364/19
salvo [1] 1374/16
same [27] 1314/2 1322/11 1322/12
1331/3 1332/8 1334/14 1346/1 1346/3
1346/4 1346/4 1346/5 1346/22
1347/12 1347/12 1347/14 1347/15
1348/1 1348/2 1348/3 1348/15
1354/13 1358/19 1368/11 1390/19
1397/7 1430/13 1431/17
satisfied [1] 1443/24
satisfy [3] 1318/6 1329/13 1367/17
Saturdays [1] 1347/5
save [1] 1389/22
saw [19] 1325/18 1337/14 1338/18
1343/15 1352/22 1362/5 1362/12
1362/12 1362/13 1362/15 1362/17
1377/25 1386/21 1391/3 1395/13
1396/10 1396/11 1403/18 1406/25
say [65] 1307/7 1309/18 1321/22
1321/25 1329/3 1329/5 1330/9 1331/2
1331/9 1331/18 1331/21 1332/23
1333/13 1334/15 1336/17 1337/2
1343/19 1344/6 1345/19 1346/14
1347/8 1347/10 1347/24 1352/6
1356/15 1356/18 1357/2 1368/9
1371/2 1372/5 1374/21 1376/1
1376/22 1377/8 1381/1 1381/15
1381/25 1383/19 1384/9 1387/20
1388/16 1388/20 1389/2 1389/8
1389/11 1391/6 1394/8 1397/21
1398/5 1398/12 1399/21 1401/13
1403/18 1403/18 1405/2 1406/3
1407/25 1408/11 1408/14 1431/17
1432/6 1434/21 1435/16 1439/21
1441/19
saying [20] 1306/4 1333/6 1333/18
1337/6 1360/24 1365/16 1365/24
1376/5 1376/9 1376/13 1376/20

1377/22 1378/6 1379/6 1379/7
1386/22 1404/7 1427/14 1434/8
1444/2
says [47] 1312/24 1325/12 1325/15
1325/16 1326/17 1332/5 1333/2
1333/10 1333/21 1335/6 1336/17
1336/18 1337/16 1344/15 1344/21
1347/15 1349/4 1355/5 1365/3
1367/15 1367/19 1368/9 1368/12
1373/7 1375/15 1377/2 1378/16
1378/18 1396/14 1396/24 1397/6
1398/20 1400/8 1401/14 1403/16
1420/14 1420/19 1421/17 1421/18
1422/2 1422/8 1424/16 1426/25
1427/11 1427/19 1428/1 1436/3
schedule [30] 1312/22 1312/25 1318/7
1323/11 1326/9 1326/11 1329/14
1330/1 1333/15 1334/5 1335/18
1363/11 1363/12 1363/13 1366/21
1367/17 1368/11 1369/25 1371/10
1375/21 1376/7 1377/3 1377/9
1377/21 1379/6 1379/12 1379/23
1379/24 1396/24 1396/25
school [1] 1390/17
scientific [1] 1409/8
scope [5] 1333/3 1333/4 1377/15
1405/23 1442/11
score [1] 1429/22
scour [1] 1375/6
scratch [1] 1362/15
screen [7] 1322/22 1328/19 1419/12
1430/6 1430/9 1430/11 1430/17
Sean [1] 1392/2
seated [2] 1304/5 1359/25
second [12] 1310/14 1329/1 1376/10
1379/19 1379/20 1380/1 1382/18
1382/22 1382/25 1391/22 1413/25
1416/23
secret [1] 1418/5
Secretary [1] 1375/1
secretly [1] 1392/23
section [50] 1305/5 1305/14 1305/20
1312/23 1312/23 1315/18 1315/18
1315/20 1315/20 1318/3 1318/13
1319/3 1325/11 1325/12 1326/7
1329/9 1331/21 1332/5 1334/16
1335/11 1335/12 1335/14 1335/16
1367/12 1367/14 1368/7 1368/8
1368/8 1368/9 1368/12 1368/12
1368/16 1369/18 1381/18 1381/19
1395/1 1399/14 1411/8 1411/12
1411/13 1411/23 1413/8 1420/4
1420/4 1422/2 1423/2 1423/6 1427/20
1428/6 1445/6
Section 10 [4] 1329/9 1332/5 1368/12
1369/18
Section 35 [3] 1335/14 1381/18
1399/14
Section 4B [1] 1395/1
Section Six [1] 1312/23
security [4] 1428/23 1429/6 1429/7
1430/17
see [46] 1316/6 1322/17 1339/22
1346/1 1346/6 1347/19 1359/19
1365/20 1367/15 1368/14 1368/16
1370/2 1371/16 1374/7 1374/14
1375/2 1375/3 1375/9 1377/1 1378/21
1386/2 1386/4 1389/19 1390/10
1390/11 1391/23 1393/17 1394/17
1396/19 1399/2 1407/2 1407/10

1407/12 1407/14 1419/7 1426/23
1429/8 1432/15 1432/19 1436/17
1436/19 1436/23 1441/11 1443/8
1443/19 1444/7
seek [6] 1415/8 1415/17 1415/25
1417/15 1418/16 1435/10
seeking [8] 1304/12 1304/15 1308/9
1312/2 1381/6 1388/4 1388/5 1414/7
seeks [1] 1397/18
seem [3] 1335/8 1378/8 1409/1
seems [1] 1438/19
seen [7] 1326/11 1331/21 1345/8
1361/23 1407/4 1407/6 1433/14
select [1] 1419/2
self [1] 1362/15
self-made [1] 1362/15
sell [9] 1327/14 1328/16 1358/2 1363/5
1372/14 1383/15 1396/15 1398/2
1404/11
seller [10] 1318/5 1326/7 1329/11
1335/15 1360/3 1368/9 1382/2 1382/4
1416/22 1427/3
sellers [62] 1312/15 1326/2 1326/4
1336/3 1352/17 1353/1 1353/19
1354/4 1367/7 1367/15 1379/20
1381/12 1381/22 1382/10 1382/13
1382/19 1411/15 1413/2 1413/4
1413/8 1413/10 1413/16 1413/19
1413/21 1413/22 1413/25 1414/9
1414/11 1414/13 1414/21 1414/23
1414/24 1414/25 1415/6 1415/18
1415/20 1416/1 1416/6 1416/14
1416/19 1416/23 1417/1 1417/5
1417/22 1419/18 1419/19 1423/10
1423/19 1423/21 1423/24 1424/3
1424/7 1424/19 1424/21 1424/22
1425/7 1425/25 1426/11 1426/19
1427/7 1427/21 1428/16
selling [8] 1325/8 1327/9 1332/18
1337/1 1349/24 1352/20 1354/1
1397/25
sells [1] 1349/25
send [17] 1345/3 1346/23 1348/15
1377/24 1378/14 1382/21 1382/24
1383/2 1395/23 1395/23 1399/4
1399/19 1420/10 1429/17 1430/2
1430/14 1443/7
sends [8] 1336/1 1344/25 1373/9
1375/12 1377/22 1378/2 1391/3
1398/22
sense [10] 1309/16 1333/4 1342/20
1344/6 1346/10 1377/15 1403/7
1406/11 1407/14 1435/18
sent [22] 1318/18 1319/22 1320/7
1320/9 1320/11 1320/18 1320/20
1323/12 1326/23 1329/23 1335/11
1339/16 1346/22 1348/9 1373/2
1377/19 1382/9 1382/10 1382/15
1383/10 1383/12 1444/13
sentence [5] 1329/11 1347/13 1368/11
1368/12 1440/25
sentences [1] 1347/18
separate [3] 1334/12 1377/18 1419/17
separated [2] 1419/21 1419/22
separately [4] 1333/7 1410/5 1410/17
1416/22
separation [2] 1375/18 1376/11
SEPTEMBER [14] 1/5 1315/6 1315/8
1345/16 1345/20 1359/22 1359/24
1363/15 1383/2 1432/4 1442/8 1443/9

SEPTEMBER... [2]  1443/11 1445/13
series [1]  1432/5
serve [1]  1344/15
services [2]  1316/14 1317/22
session [1]  1304/4
set [1]  1374/1
settle [2]  1333/19 1398/13
settlement [2]  1377/8 1378/5
seven [10]  1324/11 1328/21 1353/19
1354/16 1354/19 1374/5 1397/19
1425/25 1427/5 1427/7
seven-years [4]  1328/21 1354/16
1354/19 1397/19
several [2]  1317/25 1363/15
severely [1]  1397/13
sewer [1]  1380/6
shall [5]  1318/9 1329/9 1344/15
1367/21 1398/21
Shame [4]  1393/2 1393/3 1404/1
1404/2
share [2]  1337/23 1376/19
shareholder [4]  1319/18 1362/21
1363/4 1390/24
shareholding [1]  1319/16
shares [4]  1334/11 1338/2 1338/20
1362/20
she [4]  1345/18 1406/14 1408/3
1409/3
SHEBELSKIE [21]  2/8 1307/24
1310/25 1311/24 1358/21 1360/13
1360/18 1360/21 1396/10 1396/20
1397/5 1397/8 1397/17 1398/17
1400/8 1400/12 1400/17 1401/7
1401/10 1401/16 1403/16
sheet [15]  1320/7 1320/21 1333/11
1333/11 1334/14 1334/17 1375/12
1375/15 1377/19 1378/2 1378/4
1378/21 1396/20 1400/1 1401/11
sheets [1]  1377/10
shelf [1]  1367/23
shifting [2]  1437/20 1437/24
shoes [2]  1395/17 1395/19
shop [3]  1346/7 1370/9 1371/25
short [1]  1331/7
Shortly [1]  1319/5
should [61]  1305/6 1305/12 1308/3
1308/3 1309/18 1310/19 1310/20
1313/5 1314/4 1316/25 1321/7
1321/19 1322/3 1333/23 1355/15
1356/1 1359/9 1359/14 1360/9
1372/20 1381/1 1384/11 1404/6
1406/4 1406/6 1406/12 1407/22
1408/13 1409/16 1410/3 1410/5
1410/16 1414/19 1415/2 1417/11
1422/19 1422/22 1426/8 1427/1
1427/10 1429/22 1430/16 1431/6
1431/11 1431/13 1432/8 1432/17
1433/11 1434/3 1434/11 1436/11
1438/5 1439/7 1439/8 1439/21
1439/23 1439/24 1440/2 1440/3
1440/25 1443/20
shouldn't [1]  1443/18
show [15]  1310/22 1311/21 1323/23
1329/8 1334/14 1336/19 1343/2
1346/5 1349/4 1355/14 1397/8
1397/20 1400/13 1402/10 1403/19
showed [7]  1325/3 1328/2 1333/13
1353/23 1396/21 1397/6 1401/16
shown [10]  1318/12 1321/18 1321/24

1322/3 1322/3 1324/4 1365/20 1384/6
1384/7 1441/16
shows [4]  1329/18 1355/1 1374/22
1397/3
shrunk [1]  1364/21
Shut [1]  1359/3
shy [1]  1441/14
sick [1]  1392/4
side [4]  1317/1 1321/18 1338/25
1398/23
sides [2]  1318/18 1318/20
sign [2]  1349/14 1430/25
signal [1]  1359/3
signals [1]  1360/18
signed [12]  1313/25 1320/2 1320/18
1326/1 1326/6 1336/14 1341/3
1343/18 1355/3 1370/5 1404/4 1431/1
significance [1]  1408/8
significant [3]  1362/21 1384/14
1409/18
similar [3]  1328/1 1345/19 1346/5
similarity [1]  1346/2
simple [7]  1312/21 1323/6 1337/11
1342/11 1399/1 1408/2 1430/19
simply [6]  1409/23 1418/13 1421/17
1429/17 1437/5 1440/9
since [8]  1321/7 1322/6 1339/22
1355/7 1360/11 1364/17 1382/17
1391/14
sing [1]  1400/19
single [3]  1313/2 1363/2 1405/11
sink [1]  1361/3
sir [17]  1304/8 1304/14 1307/2
1307/14 1307/17 1314/17 1315/14
1316/7 1330/12 1360/14 1398/14
1398/16 1431/25 1435/5 1442/1
1443/6 1444/15
Sitting [1]  1436/19
situation [4]  1360/7 1404/6 1434/19
1440/21
situations [1]  1341/20
six [10]  1312/23 1312/23 1326/7
1343/17 1368/11 1423/21 1425/6
1429/23 1429/23 1442/12
size [1]  1362/24
SK [1]  1337/18
skip [2]  1393/17 1421/19
skipped [1]  1401/10
skipping [1]  1421/20
slide [1]  1318/18
slides [1]  1397/16
slight [1]  1304/18
small [3]  1350/13 1361/19 1442/20
smooth [1]  1407/1 1407/11
snow [3]  1407/1 1407/12 1407/13
snowing [2]  1406/22 1406/24
so [135]  1304/7 1305/18 1306/9
1306/20 1306/24 1307/1 1308/25
1309/16 1310/1 1311/7 1311/12
1312/12 1314/4 1315/4 1316/5
1316/17 1316/20 1322/3 1322/18
1322/23 1328/5 1329/8 1331/1 1332/8
1334/8 1334/11 1335/11 1336/21
1337/4 1340/8 1340/22 1341/18
1342/2 1342/8 1345/10 1350/18
1352/14 1355/9 1356/3 1356/9 1357/2
1359/5 1359/14 1359/19 1362/2
1363/7 1363/20 1366/3 1366/21
1367/4 1367/22 1367/24 1368/13
1369/14 1369/19 1369/23 1370/4

1370/7 1370/7 1371/11 1371/18
1372/9 1372/20 1373/1 1373/6 1374/3
1374/8 1374/12 1374/21 1377/1
1378/25 1379/4 1381/1 1381/9 1382/2
1383/1 1383/10 1383/21 1387/4
1387/14 1388/10 1392/20 1393/4
1393/13 1394/3 1394/20 1398/2
1399/20 1403/2 1403/25 1404/4
1404/12 1404/25 1405/1 1406/20
1408/5 1418/8 1419/6 1419/22
1420/11 1420/12 1421/19 1422/24
1424/25 1426/15 1427/13 1428/5
1428/10 1430/12 1430/14 1431/7
1431/7 1431/17 1432/13 1433/11
1433/13 1433/15 1434/3 1435/12
1436/16 1437/7 1437/22 1438/14
1439/12 1440/14 1441/10 1442/6
1442/13 1443/16 1443/25 1444/1
1444/3 1444/9 1444/11 1444/13
soared [2]  1364/19 1364/21
sold [4]  1332/18 1336/23 1396/25
1397/10
solely [1]  1412/17
solicitation [1]  1392/14
some [33]  1307/8 1309/20 1310/1
1314/18 1318/11 1325/2 1325/19
1328/3 1331/16 1332/17 1332/17
1341/20 1341/24 1345/17 1346/2
1347/13 1360/5 1388/3 1390/23
1401/8 1402/4 1402/22 1407/13
1407/24 1408/4 1411/24 1430/8
1431/15 1436/24 1438/19 1442/18
1443/14 1443/18
somebody [6]  1307/19 1345/16
1383/16 1398/22 1404/11 1407/5
somehow [1]  1432/12
someone [3]  1341/13 1391/2 1407/15
someone's [1]  1390/16
something [24]  1309/24 1309/25
1316/16 1329/5 1331/23 1337/13
1340/7 1344/21 1346/7 1348/10
1349/4 1350/20 1356/24 1362/12
1363/12 1372/22 1373/8 1374/7
1395/5 1407/25 1408/1 1408/6
1429/15 1438/21
sometimes [1]  1409/21
somewhere [2]  1345/14 1378/13
soon [3]  1318/2 1322/21 1431/10
sooner [2]  1344/17 1374/10
sored [1]  1364/20
sorry [1]  1358/21
soul [1]  1352/9
South [8]  1359/10 1360/10 1361/5
1364/19 1374/24 1375/17 1375/23
1401/19
SOUTHERN [70]  1/4 1317/6 1317/8
1318/1 1318/3 1318/23 1319/4 1319/7
1319/8 1319/13 1319/16 1319/19
1319/24 1320/1 1320/4 1320/13
1320/15 1320/16 1320/22 1320/23
1320/24 1320/25 1351/6 1351/13
1352/15 1393/6 1393/9 1394/13
1410/24 1411/3 1411/9 1411/14
1413/6 1413/9 1413/18 1413/25
1414/6 1414/10 1414/15 1414/17
1414/22 1415/1 1415/7 1415/16
1415/22 1416/2 1416/5 1416/7
1416/16 1416/18 1417/3 1417/7
1417/12 1417/16 1419/15 1420/5
1420/15 1420/17 1420/25 1422/5

SOUTHERN... [10]  1423/5 1423/9
1423/12 1423/23 1424/18 1425/8
1426/2 1426/12 1426/20 1427/2
SPAC [10]  1337/13 1337/18 1337/19
1338/4 1338/7 1338/12 1364/1
1364/23 1376/17 1376/21
space [1]  1341/4
speak [1]  1350/2 1419/3
speaking [1]  1358/11
special [5]  1373/15 1384/8 1391/9
1391/12 1409/9
specialized [1]  1409/8
specific [14]  1305/7 1305/11 1308/9
1318/10 1318/17 1329/10 1367/22
1368/2 1368/21 1410/20 1416/1
1420/1 1422/18 1426/18
specifically [1]  1312/12
specified [1]  1411/25
specifies [1]  1385/2
specify [2]  1344/22 1436/15
speculate [4]  1436/7 1437/13 1438/13
1440/11
speculating [6]  1310/2 1432/15 1437/7
1441/2 1441/7 1441/11
speculation [1]  1439/8
speculative [8]  1308/23 1309/17
1311/21 1384/4 1384/6 1387/4
1415/13 1417/9
spelled [1]  1425/13
spend [3]  1345/7 1345/24 1397/19
spent [4]  1361/1 1361/18 1372/3
1441/6
spite [1]  1397/13
sport [1]  1362/11
spreadsheet [2]  1385/20 1386/2
spreadsheets [1]  1385/1
ST [8]  1/15 1/17 1/19 1/20 1/24 2/2 2/5
2/9
stabilized [1]  1356/17
staff [3]  1330/4 1330/6 1385/4
stage [2]  1308/4 1309/5
stalled [1]  1364/20
stand [9]  1316/5 1316/8 1316/8
1323/23 1345/13 1383/4 1383/8
1395/20 1405/16
standard [1]  1336/12
standby [1]  1395/24
start [8]  1326/1 1351/3 1355/2 1366/8
1373/18 1374/13 1443/15 1444/8
started [10]  1322/22 1324/2 1328/5
1331/13 1331/13 1359/5 1374/16
1374/22 1376/4 1387/8
starting [4]  1328/24 1347/3 1366/7
1382/17
starts [1]  1373/14
state [7]  1339/7 1356/17 1398/11
1409/10 1423/15 1432/21 1433/16
stated [4]  1319/10 1334/6 1415/24
1431/21
statement [7]  1362/5 1382/9 1386/21
1402/1 1402/2 1403/4 1443/4
statements [4]  1372/15 1385/19
1386/22 1405/22
states [8]  1/1 1/11 1304/2 1317/7
1422/19 1445/4 1445/6 1445/10
stating [1]  1416/10
status [6]  1306/23 1314/15 1329/24
1329/25 1355/1 1399/18
statute [2]  1433/1 1440/20

Statutory [1]  1375/25
stay [2]  1318/10 1365/23
STE [6]  1/15 1/17 1/19 1/20 1/24 2/3
stenographically [1]  1445/7
stick [2]  1344/13 1438/9
still [31]  1306/15 1309/20 1314/1
1315/16 1337/19 1343/8 1343/11
1350/23 1350/24 1350/24 1353/25
1354/1 1355/23 1357/25 1357/25
1358/1 1358/2 1358/2 1360/12
1363/16 1363/17 1379/13 1379/14
1381/4 1382/20 1387/16 1392/17
1392/23 1398/8 1427/9 1431/13
stipulated [7]  1307/20 1314/17 1314/24
1314/25 1316/24 1321/5 1325/19
stipulation [1]  1317/11
stipulations [3]  1307/4 1307/12
1315/16
stock [1]  1324/7
stood [1]  1398/18
stop [5]  1311/12 1385/22 1385/25
1388/12 1402/24
stopped [11]  1323/10 1325/8 1326/15
1327/9 1339/22 1352/20 1354/10
1366/13 1392/19 1397/1 1401/19
stops [1]  1329/22
story [9]  1323/23 1338/12 1358/15
1373/11 1396/4 1397/15 1402/1
1402/11 1403/7
straight [1]  1431/9
strategy [5]  1337/17 1337/21 1337/25
1365/1 1365/21
stray [1]  1389/22
streamline [1]  1316/11
Street [3]  1363/25 1364/23 1364/23
stricken [2]  1310/20 1359/10
strike [1]  1307/23
strip [1]  1380/16
structure [2]  1347/12 1356/13
stuff [5]  1390/6 1390/17 1394/11
1394/11 1444/10
subdivision [1]  1380/9
subdivisions [2]  1331/10 1356/11
subject [3]  1333/17 1346/4 1414/13
submit [3]  1396/11 1401/6 1404/5
submitted [2]  1311/23 1356/24
subpoenaed [1]  1362/1
subsequently [1]  1318/20
subsidiary [1]  1317/8
substantially [3]  1328/1 1414/8 1415/5
substantive [1]  1437/3 1443/1
substantively [1]  1439/18
succeed [4]  1362/19 1396/14 1396/16
1397/4
successful [1]  1362/16
such [14]  1337/4 1364/3 1384/12
1406/15 1409/17 1412/12 1412/14
1412/18 1414/16 1416/4 1421/14
1436/6 1439/19 1442/20
suddenly [4]  1374/20 1376/22 1383/19
1391/10
sue [4]  1363/7 1363/8 1363/20
1415/11
sued [7]  1341/17 1341/19 1363/10
1363/16 1364/15 1379/15 1382/22
suffer [1]  1417/14
suffered [1]  1358/18 1425/21
suffering [1]  1309/24
sufficient [2]  1417/18 1433/4
suggest [6]  1335/18 1354/22 1356/1

1367/8 1372/6 1408/18
suggested [2]  1435/5 1441/3
suggesting [2]  1360/9 1441/23
suggestion [2]  1432/17 1437/9
suing [1]  1343/8
suit [4]  1366/2 1366/3 1382/17 1423/5
sum [3]  1306/3 1306/12 1440/10
summary [1]  1355/1 1438/4
summer [4]  1338/10 1363/11 1382/18
1397/1
supplemental [1]  1444/12
supplied [1]  1332/11
supply [1]  1397/10
suppose [1]  1437/23
supposed [12]  1340/24 1349/9
1357/14 1368/15 1371/25 1374/23
1386/9 1388/19 1391/25 1392/12
1402/4 1430/12
supposedly [1]  1394/17
Supreme [1]  1395/14
sure [11]  1307/8 1314/23 1360/7
1382/13 1383/11 1393/11 1400/18
1419/5 1419/10 1430/18 1441/21
surprised [2]  1307/8 1438/17
Surrey [15]  1320/24 1320/25 1321/1
1321/3 1321/3 1321/4 1325/21 1345/1
1346/22 1348/17 1350/16 1350/24
1390/21 1391/8 1391/15
suspend [1]  1372/15
sustained [1]  1412/11
sustaining [1]  1437/16
swooped [2]  1350/15 1402/16
swore [1]  1330/21
sworn [1]  1321/21
sympathy [1]  1405/7
system [4]  1430/5 1430/7 1431/6
1441/16

T

table [2]  1376/10 1430/23
take [33]  1306/25 1314/14 1325/11
1328/23 1332/13 1332/14 1337/5
1344/6 1356/12 1357/3 1357/22
1358/13 1358/22 1358/24 1359/1
1359/4 1364/4 1365/13 1367/4 1368/5
1368/13 1379/1 1390/3 1401/16
1404/17 1404/21 1418/17 1422/14
1429/21 1430/10 1431/7 1431/18
1442/2
takedown [9]  1312/22 1312/25 1318/6
1323/11 1326/9 1326/11 1329/14
1367/17 1368/11
taken [9]  1307/22 1328/10 1361/20
1364/17 1390/3 1415/4 1418/18
1427/18 1438/10
takes [2]  1344/22 1421/13
taking [4]  1316/10 1351/3 1351/11
1355/22
talk [24]  1333/7 1333/8 1335/8
1342/10 1342/20 1348/25 1349/17
1358/5 1361/17 1366/24 1370/1
1370/19 1372/16 1376/8 1376/12
1379/18 1381/11 1381/15 1386/14
1388/15 1396/5 1396/6 1443/19
1443/20
talked [4]  1342/9 1346/24 1370/21
1432/20
talking [17]  1309/23 1311/13 1329/4
1334/24 1348/14 1349/16 1351/23
1372/16 1377/14 1380/15 1391/4

talking... [6]  1391/7 1392/17 1392/23
1392/25 1395/14 1402/24
talking to [1]  1392/17
talks [3]  1373/7 1388/2 1392/16
tallied [1]  1385/20
targe [1]  1348/2
target [3]  1350/24 1350/24 1401/2
taxable [5]  1432/25 1436/12 1436/18
1436/21 1438/22
team [6]  1328/25 1350/12 1361/1
1362/18 1397/14 1404/12
teams [1]  1307/20
technical [2]  1409/8 1437/18
tell [18]  1323/23 1330/21 1330/22
1358/15 1379/10 1382/13 1383/6
1387/21 1389/21 1392/10 1392/22
1392/22 1402/11 1408/23 1429/22
1435/25 1439/7 1442/14
telling [5]  1345/19 1368/7 1375/19
1408/3 1408/21
tells [5]  1348/10 1380/10 1392/11
1407/15 1421/17
ten [4]  1331/21 1360/16 1361/6 1431/8
ten-minutes [1]  1360/16
tend [3]  1311/17 1406/17 1408/4
tentative [1]  1347/21
term [19]  1320/7 1320/20 1333/11
1333/11 1333/20 1334/14 1334/17
1348/13 1363/22 1375/12 1375/15
1377/10 1377/19 1378/2 1378/3
1378/21 1396/20 1400/1 1401/11
terminate [34]  1308/6 1308/13 1308/15
1318/25 1319/20 1335/24 1336/3
1352/5 1353/11 1354/6 1365/5
1366/10 1381/13 1381/15 1382/1
1382/2 1382/3 1383/11 1383/20
1394/2 1395/24 1399/9 1415/8
1415/15 1415/24 1416/3 1416/10
1417/2 1417/6 1426/13 1426/16
1426/21 1426/23 1427/15
terminated [8]  1313/19 1326/18
1326/21 1336/6 1381/16 1382/21
1383/7 1426/15
terminates [1]  1394/4
terminating [5]  1319/23 1343/8
1393/21 1394/23 1411/11
termination [11]  1382/11 1382/12
1382/14 1382/21 1382/23 1383/2
1383/10 1383/13 1393/23 1393/24
1394/15
terms [11]  1313/23 1313/25 1314/2
1325/24 1333/24 1334/18 1347/22
1350/19 1376/12 1400/2 1400/25
test [2]  1386/25 1387/12
testified [14]  1330/13 1345/2 1350/3
1350/5 1350/8 1350/13 1356/23
1361/25 1386/19 1397/21 1400/14
1400/15 1407/23 1409/3
testify [12]  1324/22 1327/20 1341/3
1344/4 1346/13 1348/7 1348/20
1349/3 1354/7 1354/13 1392/2 1400/9
testifying [5]  1342/4 1384/10 1384/19
1408/17 1409/15
testimony [44]  1312/9 1316/20 1316/21
1321/21 1323/24 1324/4 1325/2
1328/14 1328/25 1332/22 1334/21
1354/24 1354/25 1361/12 1362/13
1363/17 1366/4 1370/9 1370/11
1370/13 1370/21 1370/24 1372/1

1374/25 1376/16 1380/3 1380/18
1380/19 1384/2 1384/12 1384/13
1392/8 1395/3 1406/2 1406/14 1408/1
1408/14 1409/6 1409/7 1409/12
1409/16 1409/17 1410/7 1418/25
text [3]  1337/15 1362/1 1362/2
than [32]  1313/3 1321/23 1324/15
1337/1 1337/5 1337/7 1341/5 1342/13
1347/24 1348/5 1348/10 1362/25
1363/3 1363/16 1364/6 1364/9
1376/20 1385/2 1388/20 1398/14
1401/1 1402/1 1409/25 1410/4
1410/15 1414/20 1418/24 1419/23
1431/21 1433/19 1437/19 1438/20
thank [21]  1308/1 1314/22 1316/9
1322/19 1322/23 1322/24 1322/24
1344/13 1358/6 1358/9 1358/12
1358/25 1360/23 1395/25 1396/3
1403/15 1404/12 1404/16 1441/12
1441/17 1441/23
thanked [1]  1393/1
thanks [1]  1358/12
that [851]
that the [1]  1387/14
that'll [1]  1444/6
that's [138]  1304/17 1306/4 1306/14
1306/22 1310/8 1311/9 1311/17
1311/22 1312/6 1316/8 1316/18
1323/13 1323/14 1324/17 1325/12
1325/14 1326/13 1327/10 1328/8
1328/9 1328/18 1328/20 1329/12
1333/6 1333/22 1335/25 1336/6
1336/21 1336/24 1337/8 1337/10
1338/3 1338/11 1338/16 1339/19
1339/20 1340/3 1340/15 1340/25
1341/9 1341/10 1341/10 1341/18
1341/20 1342/1 1343/9 1343/12
1343/19 1344/9 1344/11 1346/20
1349/10 1349/14 1349/24 1350/22
1351/16 1352/11 1352/24 1353/16
1354/19 1355/12 1355/25 1356/1
1356/24 1357/14 1357/21 1359/13
1359/16 1365/15 1366/8 1369/2
1369/18 1371/15 1372/18 1372/19
1373/10 1373/16 1374/15 1375/5
1375/6 1377/4 1377/16 1380/1
1380/13 1380/17 1384/1 1384/15
1385/18 1385/21 1385/24 1388/12
1390/11 1390/17 1393/22 1394/2
1396/15 1396/16 1396/25 1397/2
1397/14 1397/15 1398/6 1399/15
1400/5 1400/5 1400/9 1400/18
1401/19 1402/8 1402/8 1402/15
1402/24 1403/10 1403/17 1407/16
1409/25 1421/25 1422/2 1423/10
1423/25 1425/13 1427/5 1429/2
1429/15 1430/11 1434/17 1434/18
1436/7 1436/22 1437/13 1437/15
1437/22 1438/3 1438/23 1438/24
1439/14 1440/9 1443/1
their [93]  1306/12 1308/11 1308/12
1310/18 1311/10 1311/11 1311/12
1311/14 1311/22 1312/1 1312/6
1315/25 1321/18 1322/2 1322/2
1322/7 1322/7 1353/3 1353/21
1353/22 1354/6 1358/15 1360/2
1360/8 1361/6 1361/13 1362/1 1362/2
1362/2 1362/3 1365/6 1365/20
1365/23 1365/24 1366/11 1366/15
1368/3 1370/23 1370/23 1371/14

1372/15 1377/10 1378/8 1379/21
1379/23 1380/10 1381/10 1381/4
1381/13 1383/5 1383/11 1383/21
1383/22 1385/20 1387/10 1389/8
1390/14 1392/5 1392/12 1392/13
1394/25 1400/13 1405/23 1411/5
1413/11 1413/19 1414/2 1414/21
1415/8 1415/24 1416/3 1416/10
1416/23 1420/2 1420/6 1420/7
1421/23 1423/24 1425/9 1426/3
1426/3 1426/13 1426/16 1426/21
1426/22 1427/14 1427/24 1432/18
1433/13 1434/16 1435/20 1436/11
1440/15
them [106]  1305/4 1305/10 1305/11
1306/10 1306/10 1315/24 1315/24
1315/24 1316/2 1317/1 1322/3 1326/6
1328/13 1328/23 1328/23 1331/11
1332/8 1332/13 1332/14 1332/17
1332/17 1334/8 1337/8 1338/20
1341/22 1341/23 1342/3 1345/3
1345/18 1349/15 1353/2 1353/25
1354/11 1356/2 1356/17 1356/18
1359/11 1359/20 1359/20 1360/11
1360/15 1361/9 1362/19 1364/9
1367/4 1367/8 1367/11 1367/23
1371/7 1372/18 1374/21 1378/10
1379/21 1380/5 1380/14 1381/2
1385/11 1387/11 1387/16 1387/9
1387/21 1387/23 1388/8 1388/11
1389/13 1389/14 1391/16 1391/17
1393/3 1393/3 1394/20 1395/24
1395/24 1399/18 1401/20 1404/11
1408/5 1409/5 1410/8 1410/9 1413/3
1415/20 1417/8 1419/18 1421/14
1421/20 1424/4 1424/8 1424/23
1425/9 1425/11 1429/20 1430/15
1431/7 1432/2 1435/16 1436/2 1436/7
1437/2 1437/3 1438/6 1439/7 1442/2
1442/14 1443/7 1443/12
themselves [1]  1395/17
then [78]  1304/23 1305/12 1305/13
1306/1 1306/13 1306/13 1306/23
1307/1 1308/9 1315/1 1315/2 1321/24
1322/8 1322/9 1324/13 1330/16
1332/19 1337/13 1339/13 1345/7
1348/9 1357/4 1361/9 1363/7 1371/7
1371/22 1374/12 1375/9 1377/23
1378/14 1380/8 1380/21 1380/25
1386/23 1391/10 1399/7 1402/3
1404/22 1407/2 1413/21 1415/2
1415/10 1419/16 1421/4 1421/7
1421/13 1421/24 1422/7 1422/13
1423/20 1424/10 1424/14 1424/15
1424/24 1425/2 1425/11 1426/23
1427/12 1427/16 1427/21 1428/1
1428/3 1428/6 1428/13 1428/17
1429/16 1430/5 1430/17 1431/9
1431/18 1432/1 1436/22 1439/7
1441/8 1442/19 1443/15 1444/5
1444/18
theory [3]  1309/19 1345/14 1352/4
there [102]  1305/6 1305/16 1306/1
1306/2 1308/11 1312/25 1314/3
1315/3 1316/5 1316/8 1316/13 1321/8
1323/5 1323/9 1325/12 1327/4
1329/18 1331/17 1335/3 1335/6
1336/9 1340/8 1342/21 1345/6
1345/11 1346/2 1352/19 1355/23
1356/6 1357/15 1357/16 1359/19

**T**

there... [70] 1360/11 1361/16 1366/23 1367/2 1368/18 1368/21 1371/16 1371/19 1371/24 1375/20 1379/17 1381/21 1382/23 1384/2 1384/25 1385/22 1388/3 1390/12 1390/13 1391/1 1391/3 1391/9 1394/19 1396/23 1398/19 1398/21 1398/24 1399/2 1400/15 1402/4 1402/8 1402/10 1406/17 1407/3 1407/5 1407/22 1407/24 1412/24 1422/12 1424/1 1424/11 1426/5 1427/21 1427/23 1428/1 1428/2 1428/10 1430/22 1431/2 1431/11 1431/14 1431/20 1432/12 1432/25 1433/8 1433/9 1437/20 1437/24 1438/6 1438/8 1440/5 1440/25 1441/5 1444/4 1444/5 1444/19

there's [48] 1304/15 1304/22 1310/17 1311/19 1312/12 1313/3 1313/4 1313/21 1313/24 1327/9 1327/15 1327/22 1328/12 1329/22 1331/17 1336/24 1338/11 1339/6 1340/22 1345/14 1345/18 1347/13 1347/13 1351/20 1353/21 1354/12 1355/11 1356/6 1356/7 1356/13 1356/14 1367/18 1367/18 1381/20 1385/9 1390/18 1398/25 1400/8 1401/20 1422/10 1423/16 1429/15 1430/9 1433/3 1433/24 1434/15 1437/16 1442/16

thereunder [1] 1326/19

these [75] 1305/12 1313/25 1315/23 1316/25 1318/21 1327/12 1327/19 1328/7 1328/19 1330/1 1331/10 1331/15 1345/3 1345/25 1354/17 1355/13 1355/14 1357/24 1358/19 1361/21 1366/2 1368/24 1369/5 1369/17 1374/4 1374/9 1374/16 1375/21 1375/22 1376/5 1376/14 1377/9 1377/10 1377/13 1377/13 1378/10 1378/17 1379/8 1380/20 1383/24 1385/3 1386/8 1386/11 1386/13 1387/15 1388/16 1388/21 1388/24 1389/11 1390/25 1391/4 1391/6 1393/10 1393/12 1395/5 1395/11 1401/17 1402/2 1404/24 1405/3 1405/10 1413/7 1415/3 1419/16 1419/17 1419/19 1421/11 1422/9 1423/18 1424/19 1428/20 1428/20 1430/4 1430/7 1430/14

they [339]

they're [9] 1354/11 1369/3 1375/19 1377/13 1377/14 1383/16 1390/8 1390/15 1395/8

they've [8] 1361/23 1381/23 1383/17 1387/6 1388/24 1393/10 1432/5 1438/12

thick [1] 1378/1

thin [2] 1437/14 1439/5

thing [8] 1432/12 1439/25

thing [8] 1429/1 1359/6 1363/8 1390/2 1390/19 1394/14 1395/16 1411/25

things [22] 1304/10 1304/20 1309/15 1323/5 1333/8 1354/9 1356/6 1364/5 1365/3 1375/21 1377/13 1377/13 1380/6 1385/3 1388/16 1388/21 1393/10 1393/12 1408/4 1409/3 1412/13 1438/11

think [48] 1305/8 1306/9 1306/14

1306/15 1309/7 1309/14 1309/23 1309/24 1312/1 1312/6 1312/11 1314/18 1316/11 1321/18 1321/18 1322/2 1323/4 1354/17 1354/17 1355/15 1358/22 1361/20 1366/1 1377/5 1377/6 1381/20 1395/17 1395/18 1401/7 1404/4 1418/12 1426/8 1430/19 1432/19 1434/3 1434/11 1436/1 1436/7 1436/10 1437/9 1437/15 1438/12 1438/12 1438/20 1439/4 1440/25 1441/21 1444/16

thinking [3] 1305/23 1387/5 1436/10

thinks [2] 1381/22 1392/12

third [8] 1371/24 1382/22 1382/25 1390/12 1415/6 1417/1 1417/5 1423/3

this [309]

those [59] 1305/2 1305/2 1309/1 1310/2 1310/7 1311/6 1312/4 1313/5 1313/11 1317/2 1321/5 1321/7 1321/8 1334/8 1338/15 1339/20 1342/5 1342/8 1346/22 1347/6 1348/19 1353/24 1356/10 1361/8 1361/16 1361/19 1361/24 1364/4 1364/12 1366/4 1366/5 1369/9 1372/14 1378/4 1378/15 1379/13 1380/5 1383/3 1383/15 1387/19 1389/5 1395/24 1404/17 1407/10 1407/12 1407/13 1407/20 1417/15 1417/23 1421/4 1422/24 1423/2 1423/25 1425/24 1427/22 1431/3 1431/3 1431/21 1435/1

though [2] 1311/7 1322/12

thought [8] 1313/15 1340/19 1349/19 1357/23 1364/11 1382/20 1392/25 1439/10

thoughtful [1] 1442/9

thousand [1] 1332/7

threatened [1] 1341/17

threatening [2] 1364/12 1396/22

three [26] 1340/3 1341/4 1344/9 1344/25 1345/3 1345/5 1345/11 1349/10 1350/24 1366/23 1377/18 1377/24 1381/21 1381/23 1381/23 1383/1 1388/24 1391/13 1399/20 1400/20 1402/17 1403/10 1411/14 1413/2 1421/19 1429/24

three-weeks [1] 1340/3

threw [1] 1330/18

thrilled [1] 1389/5

thrive [1] 1363/5

through [18] 1307/23 1324/4 1325/5 1326/14 1327/13 1328/2 1332/15 1362/3 1366/17 1378/20 1380/1 1381/24 1383/1 1405/19 1419/25 1420/12 1434/19 1436/10

throughout [4] 1327/18 1391/24 1400/24 1407/2

throw [1] 1375/7

throwing [1] 1361/3

Thursday [1] 1400/15

Tiger [4] 1355/17 1357/9 1357/9 1411/16

time [62] 1307/19 1313/5 1314/8 1317/3 1319/11 1322/11 1322/13 1322/15 1322/24 1328/24 1330/15 1332/8 1333/13 1338/24 1339/17 1339/24 1340/4 1344/5 1345/8 1345/25 1349/3 1349/6 1349/20

1350/8 1351/3 1355/5 1357/1 1358/23 1359/2 1360/17 1361/2 1361/20 1361/20 1363/21 1364/1 1364/2 1365/13 1366/9 1367/4 1368/2 1369/14 1369/25 1371/7 1371/20 1373/8 1374/22 1380/12 1380/14 1391/17 1396/22 1407/25 1419/5 1419/11 1429/5 1429/22 1430/1 1430/13 1431/5 1431/17 1434/7 1435/9 1442/5

timeline [3] 1370/4 1372/25 1378/13

timely [1] 1436/22

times [5] 1341/5 1345/11 1355/8 1355/8 1382/16

timing [4] 1359/5 1359/6 1366/1 1375/12

Title [1] 1445/6

titled [1] 1366/2

today [10] 1311/13 1335/25 1336/4 1340/4 1351/2 1375/8 1389/24 1403/5 1436/19 1443/13

together [4] 1334/20 1349/25 1372/14 1402/5

told [32] 1321/19 1323/3 1328/22 1332/24 1338/6 1344/3 1345/1 1348/18 1349/19 1356/20 1361/5 1361/12 1369/14 1381/3 1382/14 1388/11 1389/4 1389/17 1389/24 1390/21 1390/22 1390/23 1391/24 1392/16 1392/18 1392/21 1393/10 1396/25 1400/12 1400/15 1406/3 1438/5

tomorrow [1] 1444/2

Tony [4] 1348/15 1348/23 1390/23 1390/23

too [13] 1332/10 1335/6 1342/16 1371/20 1371/21 1371/21 1372/18 1373/4 1383/21 1385/10 1397/1 1397/17 1430/15

took [11] 1323/21 1331/24 1334/8 1343/1 1346/11 1348/4 1356/17 1360/10 1369/2 1371/22 1401/5

top [8] 1342/13 1347/16 1352/12 1371/5 1376/2 1385/20 1396/10 1434/23

total [8] 1305/21 1322/13 1328/4 1354/22 1356/3 1356/3 1415/11 1415/13

totality [1] 1416/12

toward [1] 1418/1

TOWER [2] 2/4 2/8

town [1] 1341/12

traceable [1] 1417/21

traced [1] 1412/17

track [1] 1417/13

tracks [6] 1407/2 1407/6 1407/8 1407/10 1407/12 1407/14

trademark [8] 1315/18 1316/1 1316/15 1317/21 1359/11 1374/23 1375/24 1394/11

trademarks [1] 1401/18

Traditionally [1] 1439/14

training [1] 1409/9

transaction [9] 1324/8 1361/14 1362/23 1362/24 1369/15 1389/1 1402/8 1402/12 1402/13

transcript [1] 1/10 1445/7 1445/9

transition [2] 1316/14 1317/22

transparency [1] 1348/14 1348/22

transparent [1] 1348/8 1348/18

**T**

transparent... [1] 1349/21
Transportation [1] 1380/16
travel [6] 1309/15 1342/14 1433/23
 1433/25 1434/1 1440/7
treat [1] 1415/11
treated [2] 1395/18 1395/19
trial [16] 1/10 1339/14 1361/4 1361/20
 1364/18 1383/9 1388/25 1392/6
 1397/18 1400/24 1405/6 1406/7
 1408/2 1415/25 1418/18 1419/9
trick [1] 1438/23
tried [13] 1325/24 1327/25 1334/8
 1335/24 1335/24 1349/6 1350/15
 1350/21 1389/2 1398/13 1398/18
 1400/18 1434/18
trivial [2] 1439/2 1440/10
trouble [1] 1430/16
true [10] 1312/6 1333/22 1336/24
 1340/2 1356/25 1400/9 1408/12
 1409/25 1409/25 1445/7
trumped [5] 1364/13 1378/11 1394/6
 1395/5 1395/11
trumped-up [3] 1394/6 1395/5 1395/11
trust [1] 1398/4
trusted [8] 1330/15 1342/17 1342/17
 1342/21 1343/13 1344/1 1345/5
 1350/5
truth [6] 1330/21 1330/22 1408/3
 1408/21 1408/23 1418/16
try [14] 1314/2 1330/5 1346/11 1353/6
 1354/14 1361/24 1362/4 1364/15
 1377/9 1378/8 1388/9 1396/17
 1402/16 1418/8
trying [20] 1325/20 1328/20 1337/10
 1345/6 1346/25 1347/6 1347/7 1347/9
 1348/7 1350/19 1354/10 1362/14
 1370/20 1370/22 1373/6 1373/6
 1377/8 1379/11 1381/5 1402/17
tune [1] 1323/16
turn [6] 1327/14 1334/8 1356/8 1358/1
 1383/19 1393/2
twice [2] 1322/12 1382/16
Twiss [28] 1324/5 1327/6 1331/2
 1332/23 1333/2 1334/22 1335/6
 1342/20 1350/3 1350/8 1350/23
 1354/13 1372/1 1372/4 1373/9 1377/2
 1377/17 1377/22 1378/7 1389/11
 1389/17 1389/24 1391/2 1391/4
 1391/5 1398/13 1402/12 1403/18
Twiss' [7] 1371/5 1373/12 1374/25
 1375/14 1377/5 1377/7 1377/12
two [63] 1304/20 1305/2 1305/2 1308/2
 1308/4 1308/19 1309/2 1310/3
 1312/19 1317/5 1317/10 1323/6
 1324/13 1325/7 1331/21 1335/13
 1336/14 1339/13 1339/15 1340/3
 1341/13 1347/24 1348/5 1349/8
 1349/9 1353/6 1356/6 1358/15
 1358/16 1358/19 1360/25 1362/25
 1363/1 1364/17 1366/2 1367/15
 1369/13 1369/25 1374/15 1378/14
 1379/24 1383/12 1383/17 1386/4
 1388/15 1394/7 1397/22 1397/22
 1398/3 1399/8 1399/19 1399/23
 1401/1 1403/13 1403/20 1410/25
 1411/8 1411/24 1416/9 1421/12
 1421/18 1422/24 1423/2
two percent [2] 1349/8 1349/9
two-days [1] 1399/8

**U** (continued)

two-way [2] 1333/21 1335/13
two-year [1] 1324/13
two-years [2] 1369/13 1397/22
type [1] 1345/17
typed [2] 1345/18 1404/24
types [1] 1407/20
typically [2] 1434/5 1442/6

**U**

U-turn [1] 1383/19
ultimately [5] 1319/9 1331/20 1370/10
 1370/18 1435/14
un [1] 1308/16
un-elect [1] 1308/16
unable [1] 1383/15
unanimous [5] 1404/24 1418/2
 1428/22 1429/3 1430/25
unanimously [1] 1402/14
unchallenged [2] 1327/17 1327/22
uncured [1] 1336/2
under [41] 1312/22 1318/8 1318/13
 1318/15 1323/11 1329/25 1330/5
 1330/19 1331/5 1336/4 1340/10
 1343/23 1345/13 1347/10 1353/3
 1355/2 1367/20 1370/16 1373/25
 1373/25 1379/22 1390/24 1399/5
 1405/21 1411/6 1411/20 1413/11
 1413/13 1413/19 1415/10 1415/15
 1415/18 1415/21 1416/1 1416/12
 1423/24 1424/4 1434/17 1435/11
 1436/10 1437/12
underneath [4] 1305/22 1337/3
 1347/13 1347/18
understand [7] 1367/11 1373/12
 1381/17 1406/20 1409/4 1434/8
 1443/3
understanding [1] 1307/11
Understood [4] 1305/17 1306/8
 1360/20 1440/19
underway [1] 1350/11
undisputable [1] 1340/9
undisputed [8] 1313/1 1313/21 1325/8
 1325/10 1342/9 1342/10 1349/14
 1363/10
undo [1] 1308/12
undue [2] 1308/14 1415/15
unduly [1] 1418/22
Unfortunately [1] 1397/11
unhinged [1] 1309/17
unimportant [1] 1408/10
unit [1] 1338/14
UNITED [7] 1/1 1/11 1304/2 1317/7
 1445/4 1445/6 1445/10
units [2] 1324/7 1338/15
unless [7] 1333/1 1338/18 1344/16
 1376/8 1379/7 1412/17 1422/23
unlikely [1] 1337/20
unmistakable [1] 1416/11
unnecessary [2] 1307/21 1307/23
unprepared [1] 1371/21
unreasonable [1] 1401/23
unreasonably [5] 1372/12 1372/22
 1379/5 1395/21 1416/9
unreliable [2] 1384/17 1387/24
until [22] 1319/11 1325/13 1334/7
 1334/17 1350/11 1355/6 1363/15
 1370/6 1371/15 1371/23 1376/2
 1378/10 1391/8 1391/11 1398/22
 1399/7 1399/18 1400/2 1431/8

**V** (continued)

1431/12 1431/13 1432/1
up [80] 1306/2 1306/10 1316/10
 1322/21 1323/2 1323/23 1325/23
 1328/19 1330/22 1333/13 1336/25
 1338/25 1339/13 1349/20 1350/11
 1351/16 1354/19 1355/5 1355/6
 1359/19 1361/2 1361/20 1364/13
 1366/17 1369/9 1369/13 1369/25
 1371/3 1374/7 1377/6 1378/11
 1381/21 1383/1 1384/19 1385/2
 1385/20 1388/24 1391/5 1394/6
 1394/24 1395/5 1395/11 1395/20
 1397/4 1397/7 1398/18 1400/13
 1402/20 1403/15 1404/2 1404/5
 1404/11 1407/2 1407/4 1407/9
 1418/12 1419/7 1420/10 1430/6
 1430/9 1430/14 1430/16 1430/22
 1431/2 1431/18 1433/14 1433/14
 1433/18 1433/19 1434/4 1435/1
 1435/17 1436/11 1436/20 1438/8
 1438/21 1439/24 1444/9 1444/10
 1444/13
update [1] 1329/24
upheld [1] 1433/15
upon [7] 1321/6 1334/19 1361/23
 1407/15 1409/13 1436/21 1443/1
upstairs [1] 1444/5
urge [4] 1327/1 1352/14 1352/24
 1353/13
urgency [1] 1371/13
us [18] 1305/19 1333/7 1356/5
 1358/22 1375/23 1375/25 1380/12
 1380/20 1381/3 1381/15 1383/6
 1383/19 1387/15 1387/18 1387/22
 1398/2 1429/11 1439/21
use [14] 1311/8 1332/9 1343/21
 1350/21 1355/14 1377/7 1394/16
 1401/17 1406/10 1414/4 1414/19
 1418/19 1422/21 1433/13
used [18] 1314/2 1325/17 1325/22
 1325/23 1343/2 1346/11 1348/4
 1352/12 1354/23 1354/24 1355/15
 1363/22 1385/5 1385/5 1386/15
 1390/20 1394/17 1401/5
useful [1] 1305/20
uses [2] 1325/6 1342/19
using [8] 1351/12 1355/23 1361/9
 1385/2 1401/18 1401/20 1411/5
 1434/16
usual [1] 1412/13
utterly [1] 1309/16

**V**

VA [2] 2/5 2/9
vacation [1] 1344/9
valid [1] 1412/2
valuation [1] 1376/19
value [14] 1336/22 1355/4 1355/10
 1355/11 1355/25 1356/5 1356/9
 1356/12 1356/22 1357/3 1357/5
 1385/10 1403/24 1417/25
verbal [1] 1349/5
verbatim [1] 1389/23
verdict [62] 1304/19 1305/1 1305/15
 1306/11 1306/13 1306/23 1307/10
 1308/18 1309/2 1309/5 1310/3 1310/7
 1310/8 1310/21 1313/11 1313/12
 1314/11 1314/15 1314/24 1315/4
 1315/10 1343/10 1351/1 1352/24
 1359/7 1359/18 1393/4 1399/2

**V**

verdict... [34]  1404/24 1410/22
1410/23 1411/2 1411/8 1411/14
1411/23 1412/22 1413/8 1418/1
1418/3 1418/4 1418/5 1419/4 1419/5
1419/13 1419/22 1419/24 1420/13
1425/13 1426/6 1428/24 1428/25
1429/1 1429/2 1429/3 1429/24 1430/6
1430/22 1430/23 1430/25 1431/19
1435/24 1442/5
version [2]  1310/21 1347/15
vertical [1]  1332/4
very [17]  1339/16 1339/24 1344/6
1348/15 1358/6 1358/14 1377/22
1378/3 1378/21 1379/1 1386/4
1388/14 1397/10 1403/24 1404/15
1418/14 1441/12
VI [1]  1/10
Vice [1]  1392/5
victim [1]  1396/7
video [2]  1361/25 1395/12
videotape [2]  1392/4 1392/7
view [3]  1384/11 1409/16 1433/8
viewed [1]  1308/14
Vinson [14]  1368/1 1369/4 1369/8
1369/15 1370/8 1370/9 1370/15
1370/18 1370/22 1371/2 1371/3
1371/5 1371/20 1372/13
violating [1]  1374/17
violations [3]  1374/23 1375/24 1375/25
vital [1]  1374/17
voicemails [2]  1347/2 1347/7
voir [2]  1387/9 1395/13
VOLUME [1]  1/10
voluminous [1]  1430/14
voluntarily [1]  1364/14
vote [1]  1432/2
votes [1]  1429/2

**W**

wait [2]  1371/12 1432/2
waited [2]  1371/23 1397/17
waiting [1]  1358/15
waive [4]  1348/16 1381/24 1426/21
1426/22
waive-off [1]  1348/16
waived [12]  1354/6 1381/13 1383/11
1383/21 1383/22 1415/7 1416/5
1416/6 1426/12 1426/15 1427/14
1427/15
waiver [5]  1308/13 1308/15 1416/11
1417/2 1417/5
wake [2]  1407/2 1407/9
walk [1]  1404/6
walked [1]  1407/15
walking [1]  1407/5
walks [2]  1353/14 1353/15
Wall [3]  1363/25 1364/23 1364/23
want [64]  1305/4 1307/7 1331/19
1331/19 1334/10 1335/8 1344/7
1344/7 1349/6 1349/7 1357/22 1360/7
1362/8 1362/10 1365/1 1365/4 1365/8
1365/13 1365/14 1366/10 1366/11
1366/24 1368/5 1369/15 1372/16
1373/22 1374/8 1375/16 1376/11
1376/14 1377/7 1377/11 1380/19
1381/3 1381/8 1382/3 1383/19
1388/14 1389/8 1393/2 1395/12
1396/5 1396/6 1399/9 1399/9 1400/3
1400/4 1402/11 1403/2 1403/4

1403/20 1418/23 1430/13 1430/15
1431/3 1434/23 1436/25 1437/2
1439/20 1441/13 1441/19 1443/17
1444/1 1444/11
wanted [37]  1304/9 1331/22 1334/10
1334/11 1336/8 1338/13 1338/14
1338/15 1341/16 1344/2 1344/3
1344/11 1344/11 1349/13 1353/10
1353/11 1359/25 1362/19 1364/1
1364/3 1364/5 1364/7 1367/25
1368/24 1369/9 1370/15 1372/13
1374/10 1376/9 1380/25 1383/6
1396/14 1397/2 1400/20 1403/5
1403/16 1439/19
wants [20]  1335/22 1335/23 1336/7
1341/2 1360/1 1360/8 1363/5 1363/5
1365/5 1365/6 1365/10 1366/21
1373/1 1381/15 1391/19 1392/24
1395/9 1397/4 1397/6 1400/2
warning [1]  1374/4
warns [1]  1373/17
warranty [2]  1361/13 1361/14
was [221]
WASHINGTON [4]  1/15 1/17 1/20 1/24
wasn't [16]  1323/21 1326/21 1327/20
1336/6 1344/23 1346/15 1349/20
1349/21 1363/9 1370/3 1370/20
1377/8 1377/17 1398/24 1402/6
1403/11
way [33]  1305/3 1305/12 1305/24
1306/4 1306/5 1308/14 1313/3
1326/14 1333/21 1334/12 1335/13
1335/20 1337/2 1337/11 1339/6
1339/14 1339/20 1349/8 1355/23
1358/3 1363/11 1366/17 1380/1
1387/1 1405/7 1405/15 1410/19
1418/14 1419/11 1427/18 1429/16
1430/12 1430/15
ways [3]  1335/14 1342/7 1379/24
we [178]
we'll [10]  1336/13 1336/13 1337/6
1337/7 1429/9 1430/18 1432/2
1441/11 1443/8 1444/7
we're [21]  1306/19 1307/19 1309/23
1311/12 1325/15 1335/25 1337/8
1337/21 1337/23 1351/4 1353/25
1353/25 1361/17 1369/17 1370/2
1398/7 1403/25 1404/15 1430/13
1441/22 1443/16
we've [19]  1304/21 1306/21 1316/10
1323/4 1328/1 1333/8 1340/5 1356/3
1358/14 1361/23 1371/2 1371/3
1375/19 1394/3 1394/7 1419/21
1430/4 1430/6 1433/14
wealthy [1]  1392/3
website [1]  1375/2
Wednesday [1]  1383/5
week [3]  1358/11 1358/13 1419/9
weeks [11]  1339/13 1339/15 1340/3
1344/9 1347/24 1348/5 1374/15
1377/24 1380/23 1399/20 1401/1
weight [3]  1406/18 1407/19 1418/24
welcome [1]  1316/9
well [50]  1305/19 1305/23 1306/23
1307/4 1310/23 1321/21 1328/12
1336/9 1339/11 1342/5 1343/3
1345/14 1349/1 1349/5 1361/15
1361/16 1363/8 1372/4 1372/17
1372/19 1377/5 1377/6 1377/10
1380/1 1383/19 1383/20 1384/14

1385/13 1386/21 1387/11 1389/3
1389/7 1389/6 1393/16 1395/18
1397/10 1430/7 1433/18 1435/16
1435/23 1438/5 1438/10 1438/11
1438/17 1439/7 1440/12 1440/22
1441/8 1441/12 1444/5
went [15]  1325/2 1325/4 1325/5
1327/25 1328/3 1340/6 1353/23
1375/1 1375/3 1386/23 1406/22
1406/23 1406/25 1407/3 1407/12
were [71]  1307/9 1308/24 1308/25
1309/12 1313/22 1317/13 1323/25
1327/12 1328/22 1331/10 1331/16
1331/16 1332/17 1332/17 1334/24
1338/20 1340/19 1344/13 1347/22
1350/15 1350/16 1360/3 1360/3
1361/9 1361/10 1362/14 1363/11
1363/24 1363/25 1364/9 1364/24
1365/24 1367/23 1368/15 1368/15
1368/21 1368/23 1374/20 1375/3
1376/21 1378/9 1378/19 1378/20
1378/22 1378/25 1382/23 1384/25
1386/13 1386/18 1389/5 1392/22
1394/23 1395/14 1397/22 1400/15
1402/2 1402/3 1404/18 1407/3 1407/6
1411/6 1411/20 1414/13 1414/14
1415/19 1415/22 1418/11 1433/7
1433/8 1434/25 1438/17
weren't [6]  1361/7 1361/7 1363/13
1363/14 1378/10 1435/7
what [177]
what's [12]  1310/24 1312/16 1324/21
1343/14 1346/5 1358/16 1380/2
1386/21 1390/21 1399/15 1404/16
1432/17
whatever [4]  1335/9 1394/5 1398/5
1444/19
when [92]  1305/4 1305/11 1313/25
1315/3 1323/2 1323/6 1325/10
1325/20 1330/1 1330/13 1331/11
1332/19 1334/14 1335/2 1336/8
1338/20 1342/4 1342/6 1342/25
1343/10 1345/1 1345/4 1345/20
1345/21 1348/1 1350/6 1350/11
1351/2 1355/3 1359/4 1361/24
1362/16 1362/22 1363/10 1364/14
1366/7 1366/8 1367/13 1369/4
1372/12 1374/3 1375/1 1375/6
1376/23 1377/1 1381/6 1383/4 1384/5
1384/7 1384/9 1385/3 1385/15 1387/4
1387/8 1389/22 1391/3 1392/17
1392/23 1393/4 1394/2 1396/18
1397/2 1397/10 1398/3 1401/12
1401/13 1404/21 1404/22 1405/18
1406/23 1406/24 1407/3 1407/9
1407/10 1408/11 1409/8 1409/14
1410/4 1410/15 1412/14 1414/2
1419/1 1419/1 1420/11 1427/19
1428/9 1428/21 1430/8 1431/14
1431/16 1443/21 1444/8
whenever [1]  1412/16
where [34]  1309/13 1310/22 1327/16
1328/12 1328/20 1338/17 1340/24
1345/13 1355/2 1365/23 1365/24
1370/19 1371/1 1373/3 1378/13
1381/14 1382/12 1384/12 1385/25
1386/13 1391/9 1392/20 1392/20
1395/14 1400/16 1400/18 1402/4
1402/15 1402/20 1409/17 1413/12
1424/1 1427/22 1430/7

**W**

whereas [1]  1306/6
whether [33]  1305/5 1307/21 1309/18
1311/5 1314/16 1346/10 1360/5
1383/6 1406/12 1407/22 1407/24
1408/6 1408/8 1408/13 1408/18
1409/13 1410/5 1412/8 1414/17
1414/19 1416/20 1417/10 1417/11
1420/1 1421/25 1422/8 1422/21
1424/3 1429/23 1436/14 1436/16
1440/3 1442/3
which [50]  1312/22 1313/20 1313/23
1314/6 1317/19 1317/20 1318/9
1318/17 1319/14 1320/14 1321/13
1329/10 1329/20 1330/11 1333/23
1339/1 1342/19 1343/18 1344/14
1349/12 1350/13 1352/12 1353/11
1353/15 1354/25 1367/21 1373/12
1373/17 1373/21 1380/16 1388/23
1396/12 1400/21 1401/11 1410/11
1419/14 1419/15 1421/8 1421/15
1422/8 1423/5 1427/13 1428/4 1430/5
1431/1 1432/20 1432/22 1433/17
1435/10 1438/3
whichever [1]  1367/24
while [6]  1307/19 1329/21 1350/14
1402/17 1418/9 1430/21
white [4]  1328/11 1328/20 1403/12
1407/1
who [47]  1323/18 1326/3 1327/11
1327/17 1330/6 1330/24 1335/24
1335/24 1338/21 1341/13 1344/3
1349/23 1356/18 1358/20 1362/15
1362/17 1362/18 1362/18 1362/19
1366/11 1370/14 1371/9 1371/25
1376/4 1376/9 1376/11 1376/22
1376/24 1378/19 1378/25 1389/6
1391/2 1392/25 1393/1 1395/21
1396/19 1400/2 1401/23 1406/14
1408/20 1409/9 1410/8 1410/9
1419/14 1427/20 1428/21 1428/23
whole [10]  1350/12 1352/4 1358/4
1372/4 1385/12 1405/10 1408/16
1410/14 1440/15 1441/18
wholly [2]  1362/7 1384/16
wholly-owned [1]  1362/7
whom [1]  1338/21
why [27]  1321/18 1326/3 1328/15
1335/22 1335/25 1343/3 1343/12
1352/4 1363/7 1363/20 1365/8
1377/24 1381/5 1388/22 1391/13
1396/14 1396/17 1396/18 1396/21
1399/11 1400/3 1400/5 1402/8 1402/8
1419/10 1431/7 1438/3
wide [1]  1380/16
will [115]  1304/19 1305/8 1305/9
1305/18 1306/4 1306/24 1307/1
1307/18 1307/24 1310/5 1310/6
1311/3 1311/6 1313/10 1313/11
1314/8 1314/9 1314/23 1314/25
1315/1 1315/3 1315/5 1315/23
1315/23 1315/24 1316/2 1316/16
1316/18 1318/10 1322/7 1322/8
1322/8 1322/22 1324/1 1326/19
1329/10 1330/1 1332/13 1332/14
1345/13 1346/1 1346/6 1351/17
1353/13 1359/1 1359/8 1359/17
1359/21 1360/17 1365/2 1365/3
1365/20 1365/23 1365/23 1366/23
1367/4 1367/22 1369/21 1375/20

1376/7 1377/7 1377/9 1378/21
1379/10 1379/16 1381/17 1382/2
1384/3 1387/20 1387/21 1388/8
1388/9 1388/12 1392/3 1397/20
1398/4 1404/21 1404/22 1404/25
1405/3 1410/12 1410/21 1411/2
1411/7 1411/13 1411/22 1412/21
1413/7 1419/2 1419/12 1420/12
1421/3 1426/5 1428/8 1428/22
1428/23 1428/24 1428/25 1429/7
1429/7 1430/14 1430/22 1430/25
1431/1 1431/2 1431/8 1431/19
1435/24 1436/5 1441/8 1444/9
1444/11 1444/13 1444/14 1444/18
willing [3]  1334/3 1336/10 1373/8
window [3]  1373/5 1406/23 1406/24
Windsong [3]  1355/20 1357/11
1411/17
winning [1]  1362/16
wish [3]  1307/15 1321/13 1429/4
wishes [1]  1329/25
withdrew [1]  1318/20
within [6]  1309/22 1326/25 1335/15
1372/10 1405/23 1412/5
without [20]  1306/10 1312/2 1312/9
1319/1 1324/14 1324/19 1334/6
1337/18 1372/22 1389/13 1411/11
1415/15 1432/15 1433/23 1437/7
1439/5 1439/20 1441/2 1441/7
1441/10
witness [26]  1306/19 1311/15 1312/19
1327/16 1384/9 1384/12 1407/23
1407/25 1408/1 1408/3 1408/5
1408/14 1408/16 1408/18 1408/20
1408/22 1408/24 1409/1 1409/2
1409/4 1409/6 1409/12 1409/12
1409/14 1409/17 1409/18
witnessed [2]  1358/17 1361/4
witnesses [12]  1311/4 1316/20
1323/24 1328/2 1333/12 1334/15
1366/15 1366/15 1406/2 1408/16
1410/7 1444/4
witnesses' [1]  1384/14
woken [1]  1407/4
won't [13]  1308/17 1332/25 1359/19
1365/12 1366/20 1366/22 1376/7
1379/7 1379/7 1381/4 1392/2 1419/12
1427/6
wondering [3]  1305/5 1359/20 1360/6
word [2]  1345/10 1356/12
words [8]  1334/8 1346/3 1347/14
1390/13 1390/14 1401/8 1418/2
1422/20
wordy [1]  1377/22
work [14]  1327/11 1329/7 1330/17
1336/5 1342/12 1346/25 1350/14
1354/8 1354/18 1362/18 1377/11
1398/3 1404/14 1430/12
worked [3]  1341/13 1419/10 1430/7
working [6]  1345/4 1354/15 1397/20
1419/11 1430/17 1443/13
works [4]  1362/18 1362/18 1430/5
1430/6
world [6]  1364/17 1385/15 1385/25
1386/7 1386/25 1387/1
worried [1]  1438/8
worse [2]  1398/11 1398/12
worth [9]  1309/24 1324/7 1327/12
1327/13 1338/20 1353/16 1369/11
1396/9 1404/8

would [111]  1306/7 1306/10 1306/20
1307/9 1308/23 1309/1 1309/16
1310/1 1310/22 1311/17 1317/5
1318/18 1319/10 1322/17 1324/16
1327/20 1330/11 1335/20 1338/2
1340/8 1341/6 1341/15 1348/18
1348/20 1357/5 1358/22 1365/18
1373/10 1374/2 1374/9 1377/1
1380/21 1380/25 1381/5 1383/9
1383/9 1385/8 1386/18 1386/19
1387/10 1388/7 1390/3 1392/6
1393/14 1395/2 1395/10 1395/17
1398/2 1398/12 1400/3 1400/10
1400/11 1400/16 1407/5 1407/6
1407/7 1407/17 1417/13 1417/14
1417/23 1421/8 1421/14 1421/15
1421/24 1422/9 1422/13 1422/14
1422/14 1422/21 1423/14 1423/20
1424/5 1424/16 1424/25 1425/2
1425/3 1425/4 1425/12 1425/13
1425/21 1426/16 1427/9 1427/14
1427/16 1427/18 1427/22 1427/25
1428/3 1428/4 1428/4 1428/6 1428/7
1428/10 1428/13 1428/17 1428/17
1428/19 1432/25 1433/19 1434/5
1434/5 1435/10 1436/10 1436/12
1436/20 1437/9 1438/8 1438/22
1438/22 1440/12 1440/12 1444/3
wouldn't [7]  1338/18 1345/11 1345/12
1364/13 1364/14 1400/19 1442/6
wrap [1]  1403/15
write [5]  1322/18 1377/13 1391/6
1404/15 1429/5
writes [1]  1394/4
writing [2]  1349/4 1349/6
written [17]  1348/16 1367/2 1377/5
1382/2 1382/3 1382/4 1382/10
1382/12 1382/14 1382/15 1382/21
1382/24 1383/2 1383/10 1429/9
1429/17 1431/2
wrong [6]  1305/25 1306/6 1366/14
1385/5 1389/9 1418/11
wrote [2]  1319/12 1347/15

**Y**

y'all [1]  1430/21
year [42]  1318/8 1318/13 1318/14
1324/13 1329/15 1329/16 1338/16
1338/21 1341/5 1342/12 1344/8
1344/10 1363/12 1363/18 1364/6
1367/20 1367/25 1368/4 1368/18
1369/17 1370/1 1370/1 1370/3 1370/6
1370/7 1370/8 1370/12 1370/25
1371/8 1371/19 1372/4 1372/10
1372/12 1372/16 1372/17 1372/24
1376/16 1389/18 1389/24 1398/20
1398/21 1398/24
Year's [1]  1348/6
years [28]  1324/11 1328/21 1340/6
1353/6 1354/16 1354/19 1358/15
1358/16 1358/19 1361/1 1361/18
1363/1 1364/17 1366/3 1369/13
1374/5 1383/12 1383/17 1388/24
1391/14 1394/7 1397/19 1397/22
1397/23 1398/4 1399/18 1399/23
1441/18
yellow [1]  1326/12
yes [61]  1304/8 1304/14 1304/22
1305/12 1307/2 1307/14 1307/17
1310/10 1311/1 1311/10 1313/17

**Y**

yes... [50]  1314/17 1314/23 1315/17
1315/22 1316/7 1321/10 1323/9
1335/5 1339/5 1339/9 1339/12
1350/16 1351/10 1351/16 1352/19
1353/13 1360/14 1362/19 1375/19
1379/22 1381/9 1383/21 1387/20
1388/2 1394/22 1394/25 1401/14
1420/19 1420/20 1420/22 1421/3
1421/3 1421/6 1421/18 1422/7 1422/9
1423/14 1423/17 1424/5 1425/10
1427/5 1427/7 1427/11 1427/13
1432/19 1434/12 1434/22 1435/5
1443/6 1444/15
YESTERDAY [1]  1330/4
yet [6]  1362/8 1363/19 1415/21
1415/22 1417/22 1438/23
you [708]
you'd [2]  1425/23 1438/21
you'll [11]  1316/12 1347/19 1404/15
1419/2 1420/10 1420/12 1420/20
1420/23 1421/4 1430/10 1431/9
you're [27]  1304/15 1307/8 1312/2
1325/11 1332/12 1332/13 1337/7
1337/16 1338/24 1339/10 1341/21
1344/14 1351/1 1351/2 1351/2
1355/12 1367/3 1367/5 1369/19
1369/23 1393/5 1399/1 1402/4
1404/14 1420/11 1421/20 1439/18
you've [31]  1311/7 1316/20 1321/24
1323/4 1325/1 1326/11 1327/4
1328/23 1331/21 1332/15 1345/8
1353/6 1354/16 1356/11 1360/16
1362/20 1382/8 1385/17 1386/1
1405/1 1421/17 1424/2 1424/12
1425/11 1425/18 1428/18 1428/21
1428/24 1429/13 1430/24 1443/25
your [123]  1304/6 1305/19 1306/8
1306/9 1306/16 1306/18 1307/7
1309/1 1309/5 1310/2 1310/10
1310/13 1311/1 1311/19 1312/16
1313/14 1314/13 1315/1 1315/2
1315/12 1315/17 1315/22 1316/4
1316/10 1321/10 1321/14 1321/24
1322/3 1322/19 1322/21 1322/24
1322/24 1326/24 1326/24 1350/8
1351/17 1358/14 1358/23 1359/16
1360/17 1361/20 1373/5 1385/17
1385/17 1386/3 1396/2 1396/3 1399/2
1403/15 1404/22 1404/23 1405/1
1405/5 1405/15 1406/8 1406/8
1406/23 1406/24 1407/5 1407/14
1407/16 1408/8 1417/6 1418/1 1418/4
1418/5 1418/10 1418/10 1418/12
1418/15 1418/19 1418/20 1418/21
1418/24 1419/3 1419/4 1419/12
1425/3 1425/12 1428/23 1428/24
1429/5 1430/16 1430/23 1431/10
1431/11 1431/18 1431/19 1431/23
1432/19 1434/2 1434/12 1434/17
1434/22 1435/2 1435/4 1436/1
1436/15 1436/21 1436/24 1437/10
1437/21 1438/7 1438/10 1438/18
1438/24 1439/7 1439/14 1439/16
1439/17 1440/5 1440/17 1441/7
1441/19 1441/22 1442/13 1442/14
1442/23 1442/25 1443/14 1444/8
1444/10 1444/10
yourself [7]  1356/3 1363/21 1407/22
1408/19 1409/13 1418/6 1418/22
yourselves [5]  1323/6 1338/22 1341/15
1345/3 1357/21

**Z**

zero [3]  1327/5 1387/16 1428/17