IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Columbus Division

AMERICAN SOUTHERN HOMES
HOLDINGS, LLC and ASH-
GRAYHAWK, LLC,

    Plaintiffs,

    v.                                          Case No: 4:21-cv-00095-CDL

DAVID B. ERICKSON, et al.,

    Defendants.

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**MOTION TO SEAL IN SUPPORT OF REPLY IN SUPPORT
OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

Pursuant to Paragraph 10 of the Confidentiality Order (Dkt. 74) and Local Rule 5.4, Plaintiffs American Southern Homes Holdings, LLC and ASH-Grayhawk, LLC (collectively, "ASH" of "Plaintiffs") respectfully move for leave to file under seal certain documents supporting Reply in Support of Plaintiffs' Motion for Attorneys' Fees and Costs filed on December 28, 2023 (the "Reply") that contain confidential information or have been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the Confidentiality Order.

    **A.**     **Exhibits to the Declaration of Rachel A. Beck in Support of Reply in Support of Plaintiffs' Motion for Attorneys' Fees and Costs.**

        Exhibit 2:     Summary of Buchanan Law Firm billing statements and supporting documentation reflecting a true and correct record of time entries and costs made by attorneys from the Buchanan Law Firm for work with respect to the Claims.

        Exhibit 3:     Excerpts from billing statements reflecting a true and correct record of time entries made by attorneys from Faegre Drinker for work with respect to Count One and Counterclaim Five (the "Claims"), or the shared operative facts underlying both the Claims and the broader

case.

Exhibit 4: Excerpts from billing statements reflecting a true and correct record of cost entries by Faegre Drinker for expenses incurred with respect to litigating the Claims.

Exhibit 5: Supporting documentation reflecting a true and correct record of costs and expenses incurred by Plaintiffs and billed through Faegre Drinker with respect to the Claims.

Plaintiffs seek to seal each of these exhibits in their entirety. For the reasons set forth in Plaintiffs' accompanying memorandum of law, Plaintiffs respectfully request that these materials be filed under seal. Contemporaneous with this filing, the sealed filings have been emailed to columbus.ecf@gamd.uscourts.gov.

Dated: December 28, 2023

Respectfully submitted,

*/s/ Jacob A. Kramer*

**FAEGRE DRINKER BIDDLE & REATH LLP**

Jacob A. Kramer (admitted *pro hac vice*)
Jessica R. Maziarz (admitted *pro hac vice*)
Rachel A. Beck (admitted *pro hac vice*)
Alison M. Agnew (admitted *pro hac vice*)
1500 K Street NW, Suite 1100
Washington, D.C. 20005
Telephone: (202) 230-5289
E-mail: jake.kramer@faegredrinker.com
E-mail: jessica.maziarz@faegredrinker.com
E-mail: rachel.beck@faegredrinker.com
E-mail: alison.agnew@faegredrinker.com

David R. Merritt (admitted *pro hac vice*)
Drew M. Horwood (admitted *pro hac vice*)
Joshua T. Peterson (admitted *pro hac vice*)
2200 Wells Fargo Center, 90 South 7th Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
E-mail: david.merritt@faegredrinker.com
E-mail: drew.horwood@faegredrinker.com
E-mail: josh.peterson@faegredrinker.com

**BUCHANAN LAW FIRM, PC**

Jerry A. Buchanan (Ga. Bar No. 092200)
P.O. Box 2848

> The Corporate Center, Suite 614
> 233 12th Street
> Columbus, Georgia 31902
> Telephone: (762) 208-6982
> E-mail: jab@thebuchananlawfirm.com
>
> *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 28, 2023, I electronically filed the foregoing Motion to Seal in Support of Reply in Support of Plaintiffs' Motion for Attorneys' Fees and Costs with the Clerk of the Court using the CM/ECF system for filing and to thereby be served upon all registered participants identified in the Notice of Electronic Filing in this matter.

*/s/ Jacob A. Kramer*